Certificate Number: 14912-NJ-DE-037096292

Bankruptcy Case Number: 23-10086



14912-NJ-DE-037096292

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 10, 2023, at 12:08 o'clock PM EST, Michael Cohen completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  January 10, 2023         By:   /s/Jai Bhatt

                                Name: Jai Bhatt

                                Title: Counselor