Roger L. Fidler
LAW OFFICES OF ROGER L. FIDLER
92 Briarwood Avenue
Norwood, N.J. 07648
rfidler0099@aol.com
Counsel to Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | Chapter 7 |
|  | : |  |
| MICHAEL MOSHE COHEN, | : |  |
|  | : | Case No. 23-10086 (SLM) |
| Debtor. | : |  |
|  | : |  |

NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Michael Moshe Cohen, Debtor. Request is made that the documents filed in tis case and identified below be served on the undersigned at this address:

> Roger L. Fidler
> Law Offices of Roger L. Fidler
> 1522 Gardner Drive
> Lutz, FL 33559
> Email: rfidler0099@aol.com
> Phone: (201) 220-8734

Documents:
X All notices entered pursuant to Fed. R. Bankr. P. 2002
X All documents And pleadings of any nature.

/s/ Roger L. Fidler
Roger L. Fidler

Dated: January 30, 2023