UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| Michael Moshe Cohen, | : | |
| | : | Case No.: 23-10086 (SLM) |
| Debtor. | : | |
| _____ | : | |

NOTICE OF TRUSTEE RESIGNATION

Notice is hereby given that Jeffrey Testa, has resigned as the chapter 7 trustee of the above-referenced case.

Dated: February 9, 2023

                                                                ANDREW R. VARA
                                                                UNITED STATES TRUSTEE
                                                                REGION 3 and 9

                                                   By:    /s/ *Martha R. Hildebrandt*
                                                                Martha R. Hildebrandt
                                                                Assistant United States Trustee