UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 7 |
| Michael Moshe Cohen, | : | |
| | : | Case No.: 23-10086 (SLM) |
| Debtor. | : | |
| _____ | : | |

APPOINTMENT OF SUCCESSOR TRUSTEE

Ilissa Hook, Esq. is hereby appointed, pursuant to 11 U.S.C. § 701(a), as the successor trustee of the above-referenced estate.

Dated: February 9, 2023

ANDREW R. VARA
UNITED STATES TRUSTEE
REGION 3 and 9

By:  /s/ *Martha R. Hildebrandt*
Martha R. Hildebrandt
Assistant United States Trustee