Form 199 − ntcreschfstmtg

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10086−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Moshe Cohen
    7 Stanford Court
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−0560

Employer's Tax I.D. No.:

## NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
## AND RESCHEDULING OF MEETING
## OF CREDITORS

    NOTICE IS HEREBY GIVEN that Ilissa Churgin Hook was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing .

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:            3/31/23
Time:             12:00 PM
Location:

    Please note, all previously scheduled deadlines remain the same.

Dated: February 10, 2023
JAN:

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-10086-SLM

Michael Moshe Cohen                                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                              Page 1 of 3

Date Rcvd: Feb 10, 2023                        Form ID: 199                          Total Noticed: 35

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| 519826969 | + | 20 Continental Drive, L.L.C., 500 Plaza Drive - P.O. Box 1515 -, Secacucus NJ 07096-1515 |
| 519826182 | | American Express, PO BOX 29787, FORT LAUDERDALE FL |
| 519824638 | | Bank of America/Real Time Resolutions, P.O. Box 36655, Dallas, TX 75235-1655 |
| 519826967 | + | Joseph Kushner Hebrew Acadamy, 110 South Orange Avenue, Livingston, NJ 07039-4904 |
| 519826964 | | Macys, PO BOX 71359, PHILADELPHIA, PA 19176-1359 |
| 519826970 | | Pet Needs-Totowa (, 52 Continental Drive), L.C.C 5, 00 Plaza Drive - P.O. Box 1515 -, Secaucus, NJ 07096-1515 |
| 519826963 | | TJMAXX Credit Services, PO Box 530948, Atlanta, GA 30353-0948 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: jtesta@mccarter.com | Feb 10 2023 20:49:00 | Jeffrey Thomas Testa, McCarter & English, LLP, McCarter & English, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 10 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 10 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 21:03:50 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519826959 | + | Email/Text: backoffice@affirm.com | Feb 10 2023 20:50:00 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 519824639 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2023 21:04:14 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519826956 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 10 2023 20:50:00 | Community Bank, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 519826965 | | Email/Text: BKPT@cfna.com | Feb 10 2023 20:49:00 | Credit First National Association, PO Box 81083, Cleveland OH 44181 $400 |
| 519826185 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 21:04:02 | Macys, PO BOX 8218, Mason OH 45040 |
| 519826949 | + | Email/Text: mrdiscen@discover.com | Feb 10 2023 20:49:00 | Discover, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 519826183 | | Email/Text: BNSFN@capitalsvcs.com | Feb 10 2023 20:49:00 | First National Credit Card (Legacy), 500 E 60TH ST N, Sioux Falls, SD 57104 |
| 519826184 | | Email/Text: BNSFS@capitalsvcs.com | Feb 10 2023 20:49:00 | FIRST SAVINGS BANK, 500 E 60TH ST N, SIOUX FALLS,SD |
| 519826961 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 10 2023 20:50:00 | Genessis FB Card Services, P.O Box 4488,, Beaverton OR 97076-4402 |

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Feb 10, 2023 | Form ID: 199 | Total Noticed: 35

| | | | |
|---|---|---|---|
| 519826960 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 10 2023 21:04:19 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 519826186 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 21:03:52 | MERRICK BANK CORP, PO BOX 9201, Old Bethpage NY 11804-9001 |
| 519826957 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 10 2023 20:50:00 | MIDLAND CREDIT Management, P.O. Box 939069, San Diego, California 92193-9069 |
| 519826955 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Feb 10 2023 20:50:00 | Milestone Genesis, FB Card Services, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 519826950 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 10 2023 21:03:52 | Ollo Credit Card, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 519826951 | + Email/Text: bkrgeneric@penfed.org | Feb 10 2023 20:49:00 | PENTAGON FEDERAL credit union, 2930 EISENHOWER AVE, ALEXANDRIA, VA 22314-4557 |
| 519826958 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 10 2023 21:04:17 | PORTFOLIO RECOV ASSOC, 150 CORPORATE BLVD, NORFOLK, VA 23502-4952 |
| 519826971 | + Email/Text: secbankruptcy@sec.gov | Feb 10 2023 20:50:00 | Securities & Exchange Commision, 100 F Street NE,, Washington DC 20549-2001 |
| 519805541 | + Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 21:03:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519826952 | + Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 21:03:14 | Synchrony Bank Amazon, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 519826953 | + Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 21:04:14 | Synchrony Bank PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 519826954 | + Email/PDF: gecsedi@recoverycorp.com | Feb 10 2023 21:04:13 | Synchrony Bank TJMAXX, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 519826962 | + Email/Text: bncmail@w-legal.com | Feb 10 2023 20:50:00 | Target Red Card Services, P.O Box 660170, Dallas TX 75266-0170 |
| 519826966 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Feb 10 2023 20:49:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519826968 | | Yeshivat Lev HaTorah, Nachal Ein Gedi, 37 Ramat Beit Shemesh 9909884 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023          Signature:          /s/Gustava Winters

District/off: 0312-2                          User: admin                               Page 3 of 3
Date Rcvd: Feb 10, 2023                       Form ID: 199                            Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com  J116@ecfcbis.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com  J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Roger L. Fidler | on behalf of Debtor Michael Moshe Cohen rfidler0099@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7