**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

ILISSA CHURGIN HOOK, CH. 7 TRUSTEE

**HOOK & FATOVICH, LLC**

1044 Route 23 North, Suite 102

Wayne, New Jersey 07470

Tel. (973) 686-3800

Fax (973) 686-3801

Trustee@hookandfatovich.com

Order Filed on May 9, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In re:

    MICHAEL MOSHE COHEN,

        Debtor.

Hon. Stacey L. Meisel, U.S.B.J.

Chapter 7

Case No. 23-10086-SLM

**CONSENT ORDER EXTENDING TIME FOR (i) CHAPTER 7 TRUSTEE AND (ii) CREDITORS 20 CONTINENTAL DRIVE, LLC AND PET NEEDS-TOTOWA (25 CONTINENTAL) TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR THE DISCHARGEABILITY OF CERTAIN DEBT**

    The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED: May 9, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page 2**
**Debtor:**          **MICHAEL MOSHE COHEN**
**Case No.:**       **23-10086-SLM**
**Caption of Order:**    **CONSENT ORDER EXTENDING TIME FOR (i) CHAPTER 7
TRUSTEE AND (ii) CREDITORS 20 CONTINENTAL DRIVE, LLC AND PET NEEDS-
TOTOWA (25 CONTINENTAL) TO FILE A COMPLAINT OBJECTING TO
DISCHARGE AND/OR THE DISCHARGEABILITY OF CERTAIN DEBT**

_____

The terms of the instant Consent Order having been agreed to by the following parties:
(i) Ilissa Churgin Hook, Chapter 7 Trustee (the "Trustee") of the Chapter 7 estate of Michael
Moshe Cohen; (ii) the debtor Michael Moshe Cohen (the "Debtor") by and through his counsel
the Law Offices of Roger L. Fidler; and (iii) creditors 20 Continental Drive, LL and Pet Needs-
Totowa (25 Continental), LLC (collectively, "the Creditors") by and through their counsel
McGrail & Bensinger, LLP; and the parties having agreed to extend the Trustee's time to file a
Complaint objecting to discharge for a period of eighty-eight (88) days through and including
July 28, 2023; and the parties having further agreed to extend the Creditors' time to file a
Complaint objecting to discharge or the dischargeability of certain debts through and including
July 28, 2023, and it appearing that no party will suffer prejudice as a result hereof; and good
cause appearing therefore,

**IT IS ORDERED**:

1.   That the Trustee's time to file a complaint objecting to the Debtor's discharge
pursuant to 11 U.S.C. §727 be and the same hereby is further extended **through and including
July 28, 2023,** without prejudice to applications by the Trustee for further extensions of time
and without prejudice to the Debtor's right to object to such applications;

2.   That the Creditors' time to file a complaint objecting to the Debtor's discharge
pursuant to 11 U.S.C. §727 or the discharge of any debt owed to the Creditors pursuant to 11
U.S.C. §523 be and the same hereby is further extended **through and including July 28, 2023,**
without prejudice to applications by either Creditor for further extensions of time and without

**Page 3**
**Debtor:**          **MICHAEL MOSHE COHEN**
**Case No.:**        **23-10086-SLM**
**Caption of Order:**     **CONSENT ORDER EXTENDING TIME FOR (i) CHAPTER 7**
**TRUSTEE AND (ii) CREDITORS 20 CONTINENTAL DRIVE, LLC AND PET NEEDS-**
**TOTOWA (25 CONTINENTAL) TO FILE A COMPLAINT OBJECTING TO**
**DISCHARGE AND/OR THE DISCHARGEABILITY OF CERTAIN DEBT**

_____

prejudice to the Debtor's right to object to such applications; and

>      3.      That a copy of this Consent Order shall be served upon parties-in-interest within

seven (7) days of the entry hereof.

**The undersigned hereby consent to the form and entry of the within Order:**

ILISSA CHURGIN HOOK
Chapter 7 Trustee

BY:    /s/ Ilissa Churgin Hook
          Ilissa Churgin Hook, Esq.

Dated: April 28, 2023


Law Offices of Roger L. Fidler
Counsel for Debtor


 By:    /s/ Roger L. Fidler
          Roger L. Fidler, Esq.

Dated: April 28, 2023


MCGRAIL & BENSINGER, LLP
Counsel for Creditors 20 Continental Drive, LLC
and Pet Needs-Totowa (25 Continental) LLC


 By:    /s/ Ilana Volkov
          Ilana Volkov, Esq.

Dated: April 28, 2023