| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| ILISSA CHURGIN HOOK, CH. 7 TRUSTEE<br>**HOOK & FATOVICH, LLC**<br>1044 Route 23 North, Suite 102<br>Wayne, New Jersey 07470<br>Tel. (973) 686-3800<br>Fax (973) 686-3801<br>Trustee@hookandfatovich.com | Order Filed on May 9, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>    MICHAEL MOSHE COHEN,<br><br>              Debtor. | Hon. Stacey L. Meisel, U.S.B.J.<br><br>Chapter 7<br><br>Case No. 23-10086-SLM |

**CONSENT ORDER EXTENDING TIME FOR (i) CHAPTER 7 TRUSTEE AND (ii) CREDITORS 20 CONTINENTAL DRIVE, LLC AND PET NEEDS-TOTOWA (25 CONTINENTAL) TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR THE DISCHARGEABILITY OF CERTAIN DEBT**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED.**

**DATED:** May 9, 2023

                                                                      _/s/ Stacey L. Meisel_
                                                              Honorable Stacey L. Meisel
                                                              United States Bankruptcy Judge

Page 2
**Debtor:** MICHAEL MOSHE COHEN
**Case No.:** 23-10086-SLM
**Caption of Order:** CONSENT ORDER EXTENDING TIME FOR (i) CHAPTER 7 TRUSTEE AND (ii) CREDITORS 20 CONTINENTAL DRIVE, LLC AND PET NEEDS-TOTOWA (25 CONTINENTAL) TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR THE DISCHARGEABILITY OF CERTAIN DEBT

_____

The terms of the instant Consent Order having been agreed to by the following parties: (i) Ilissa Churgin Hook, Chapter 7 Trustee (the "Trustee") of the Chapter 7 estate of Michael Moshe Cohen; (ii) the debtor Michael Moshe Cohen (the "Debtor") by and through his counsel the Law Offices of Roger L. Fidler; and (iii) creditors 20 Continental Drive, LL and Pet Needs-Totowa (25 Continental), LLC (collectively, "the Creditors") by and through their counsel McGrail & Bensinger, LLP; and the parties having agreed to extend the Trustee's time to file a Complaint objecting to discharge for a period of eighty-eight (88) days through and including July 28, 2023; and the parties having further agreed to extend the Creditors' time to file a Complaint objecting to discharge or the dischargeability of certain debts through and including July 28, 2023, and it appearing that no party will suffer prejudice as a result hereof; and good cause appearing therefore,

**IT IS ORDERED**:

1. That the Trustee's time to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727 be and the same hereby is further extended **through and including July 28, 2023,** without prejudice to applications by the Trustee for further extensions of time and without prejudice to the Debtor's right to object to such applications;

2. That the Creditors' time to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727 or the discharge of any debt owed to the Creditors pursuant to 11 U.S.C. §523 be and the same hereby is further extended **through and including July 28, 2023,** without prejudice to applications by either Creditor for further extensions of time and without

Page 3
**Debtor:** MICHAEL MOSHE COHEN
**Case No.:** 23-10086-SLM
**Caption of Order:** CONSENT ORDER EXTENDING TIME FOR (i) CHAPTER 7 TRUSTEE AND (ii) CREDITORS 20 CONTINENTAL DRIVE, LLC AND PET NEEDS-TOTOWA (25 CONTINENTAL) TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR THE DISCHARGEABILITY OF CERTAIN DEBT

_____

prejudice to the Debtor's right to object to such applications; and

    3.    That a copy of this Consent Order shall be served upon parties-in-interest within seven (7) days of the entry hereof.

**The undersigned hereby consent to the form and entry of the within Order:**

ILISSA CHURGIN HOOK
Chapter 7 Trustee

BY:   /s/ Ilissa Churgin Hook
        Ilissa Churgin Hook, Esq.

Dated: April 28, 2023


Law Offices of Roger L. Fidler
Counsel for Debtor

By:   /s/ Roger L. Fidler
        Roger L. Fidler, Esq.

Dated: April 28, 2023


MCGRAIL & BENSINGER, LLP
Counsel for Creditors 20 Continental Drive, LLC
and Pet Needs-Totowa (25 Continental) LLC

By:   /s/ Ilana Volkov
        Ilana Volkov, Esq.

Dated: April 28, 2023

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-10086-SLM

Michael Moshe Cohen  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: May 09, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com J116@ecfcbis.com |
| Roger L. Fidler | on behalf of Debtor Michael Moshe Cohen rfidler0099@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: May 09, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 6