Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10086−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Michael Moshe Cohen
 7 Stanford Court
 West Orange, NJ 07052

Social Security No.:
 xxx−xx−0560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/27/23 at 10:00 AM

to consider and act upon the following:

31 − Objection to Debtor's Claim of Exemptions filed by Ilissa Churgin Hook. (Attachments: # 1 Proposed Order) (Hook, Ilissa)

Dated: 5/23/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court