UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 102
Wayne, NJ 07470
Tel: 973-686-3800
Fax: 973-686-3801
Proposed Counsel for Chapter 7 Trustee
Ilissa Churgin Hook, Esq.
Milica A. Fatovich, Esq.

**Order Filed on May 31, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michael Moshe Cohen,

           Debtor.

Case No.: 23-10086-SLM

Chapter: 7

Judge: Stacey L. Meisel

## ORDER AUTHORIZING RETENTION OF

Counsel for the Chapter 7 Trustee

The relief set forth on the following page is **ORDERED**.

**DATED: May 31, 2023**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___Hook & Fatovich, LLC___ as ___Counsel for the Chapter 7 Trustee___, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 1044 Route 23 North, Suite 102
   Wayne, New Jersey 07470

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*