UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 102
Wayne, NJ 07470
Tel: 973-686-3800
Fax: 973-686-3801
Proposed Counsel for Chapter 7 Trustee
Ilissa Churgin Hook, Esq.
Milica A. Fatovich, Esq.

Order Filed on May 31, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael Moshe Cohen,

                Debtor.

Case No.:       23-10086-SLM

Chapter:          7

Judge:       Stacey L. Meisel

---

## ORDER AUTHORIZING RETENTION OF

Counsel for the Chapter 7 Trustee

The relief set forth on the following page is **ORDERED**.

**DATED: May 31, 2023**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Hook & Fatovich, LLC _____

as _____ Counsel for the Chapter 7 Trustee _____ , it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.
The professional's address is: ____ 1044 Route 23 North, Suite 102 ____

____ Wayne, New Jersey 07470 ____

_____

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper
application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
13 case. Payment to the professional may only be made after satisfactory completion of
services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 23-10086-SLM
Michael Moshe Cohen                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 01, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | on behalf of Trustee Ilissa Churgin Hook trustee@hookandfatovich.com  J116@ecfcbis.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com  J116@ecfcbis.com |
| Milica A. Fatovich | on behalf of Trustee Ilissa Churgin Hook mfatovich@hookandfatovich.com  fyablonsky@hookandfatovich.com |

District/off: 0312-2                          User: admin                          Page 2 of 2
Date Rcvd: Jun 01, 2023                       Form ID: pdf903                       Total Noticed: 1

Roger L. Fidler
                          on behalf of Debtor Michael Moshe Cohen rfidler0099@aol.com

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8