FORM NOA (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Stacey L. Meisel, U.S. Bankruptcy Judge

| CASE NUMBER: 23−10086−SLM | DATE FILED:: 1/4/23 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Michael Moshe Cohen<br>xxx−xx−0560 | ADDRESS OF DEBTOR(S):<br><br>7 Stanford Court<br>West Orange, NJ 07052 |
| DEBTOR'S ATTORNEY:<br>Roger L. Fidler<br>Law Offices of Roger L. Fidler<br>1522 Gardner Drive<br>Lutz, FL 33559−3305<br><br>201−220−8734 | TRUSTEE:<br>Ilissa Churgin Hook<br>Hook & Fatovich, LLC<br>1044 Route 23 North<br>Suite 102<br>Wayne, NJ 07470<br>973−686−3800 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

9/11/23

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: June 14, 2023                    FOR THE COURT
                                        Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Moshe Cohen  
    Debtor

Case No. 23-10086-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Jun 14, 2023      Form ID: noa      Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| aty | | Hook & Fatovich, LLC, 100 NJ-23, Suite 100, Wayne, NJ 07470 |
| 519826969 | + | 20 Continental Drive, L.L.C., 500 Plaza Drive - P.O. Box 1515 -, Secaucus NJ 07096-1515 |
| 519826182 | | American Express, PO BOX 29787, FORT LAUDERDALE FL |
| 519824638 | | Bank of America/Real Time Resolutions, P.O. Box 36655, Dallas, TX 75235-1655 |
| 519874474 | + | Congregation AABJ&D, 700 Pleasant Valley Way, West Orange NJ 07052-2399 |
| 519826967 | + | Joseph Kushner Hebrew Acadamy, 110 South Orange Avenue, Livingston, NJ 07039-4904 |
| 519874479 | + | Joseph Kushner Hebrew Academy, 110 South Orange Avenue, Livingston NJ 07039-4904 |
| 519826970 | | Pet Needs-Totowa (, 52 Continental Drive), L.C.C 5, 00 Plaza Drive - P.O. Box 1515 -, Secaucus, NJ 07096-1515 |
| 519874484 | + | Pet Needs-Totowa 52 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874486 | + | Roger Fidler, 1522 Gardner Drive, Lutz FL 33559-3305 |
| 519874481 | + | Select Portfolio Management, PO Box 65250, Salt Lake City UT 84165-0250 |
| 519826963 | | TJMAXX Credit Services, PO Box 530948, Atlanta, GA 30353-0948 |
| 519874480 | | Yeshivat Lev HaTorah, Nachal Ein, Ramat Beit Shemesh, Israel 9909884 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 14 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 14 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2023 21:12:49 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | EDI: RMSC.COM | Jun 15 2023 00:55:00 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519826959 | + | Email/Text: backoffice@affirm.com | Jun 14 2023 21:04:00 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 519843588 | | Email/PDF: bncnotices@becket-lee.com | Jun 14 2023 21:12:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519824639 | | EDI: CAPITALONE.COM | Jun 15 2023 00:55:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519826956 | + | EDI: WFNNB.COM | Jun 15 2023 00:56:00 | Community Bank, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 519874473 | | EDI: CRFRSTNA.COM | Jun 15 2023 00:55:00 | Credit First National Association, PO Box 81083, Cleveland OH 44181 |
| 519826965 | | EDI: CRFRSTNA.COM | Jun 15 2023 00:55:00 | Credit First National Association, PO Box 81083, Cleveland OH 44181 $400 |
| 519826185 | + | EDI: CITICORP.COM | | |

| Notice ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 519826949 | + EDI: DISCOVER.COM | Jun 15 2023 00:56:00 | Macys, PO BOX 8218, Mason OH 45040 |
| 519826183 | Email/Text: BNSFN@capitalsvcs.com | Jun 15 2023 00:55:00 | Discover, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 519826184 | Email/Text: BNSFS@capitalsvcs.com | Jun 14 2023 21:03:00 | First National Credit Card (Legacy), 500 E 60TH ST N, Sioux Falls, SD 57104 |
| 519874469 | + EDI: PHINGENESIS | Jun 14 2023 21:03:00 | FIRST SAVINGS BANK, 500 E 60TH ST N, SIOUX FALLS,SD |
| 519826961 | + EDI: PHINGENESIS | Jun 15 2023 00:56:00 | Genesis FB Card Services, PO Box 4488, Beaverton OR 97076-4402 |
| 519826960 | EDI: CITICORP.COM | Jun 15 2023 00:56:00 | Genessis FB Card Services, P.O Box 4488,, Beaverton OR 97076-4402 |
| 519874467 | + EDI: CITICORP.COM | Jun 15 2023 00:56:00 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 519826186 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 15 2023 00:56:00 | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 519826957 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 14 2023 21:12:36 | MERRICK BANK CORP, PO BOX 9201, Old Bethpage NY 11804-9001 |
| 519826964 | EDI: CITICORP.COM | Jun 14 2023 21:03:00 | MIDLAND CREDIT Management, P.O. Box 939069, San Diego, California 92193-9069 |
| 519874464 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2023 00:56:00 | Macys, PO BOX 71359, PHILADELPHIA, PA 19176-1359 |
| 519826955 | + EDI: PHINGENESIS | Jun 14 2023 21:03:00 | Midland Credit Management, PO Box 939069, San Diego CA 92193-9069 |
| 519826950 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 15 2023 00:56:00 | Milestone Genesis, FB Card Services, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 519826951 | + Email/Text: bkrgeneric@penfed.org | Jun 14 2023 21:12:24 | Ollo Credit Card, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 519826958 | + EDI: PRA.COM | Jun 14 2023 21:02:00 | PENTAGON FEDERAL credit union, 2930 EISENHOWER AVE, ALEXANDRIA, VA 22314-4557 |
| 519826971 | + Email/Text: secbankruptcy@sec.gov | Jun 15 2023 00:56:00 | PORTFOLIO RECOV ASSOC, 150 CORPORATE BLVD, NORFOLK, VA 23502-4952 |
| 519874485 | + Email/Text: secbankruptcy@sec.gov | Jun 14 2023 21:03:00 | Securities & Exchange Commision, 100 F Street NE,, Washington DC 20549-2001 |
| 519805541 | + EDI: RMSC.COM | Jun 14 2023 21:03:00 | Securities & Exchange Commission, 100 F Street NE, Washington DC 20549-2001 |
| 519826952 | + EDI: RMSC.COM | Jun 15 2023 00:55:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519826953 | + EDI: RMSC.COM | Jun 15 2023 00:55:00 | Synchrony Bank Amazon, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 519826954 | + EDI: RMSC.COM | Jun 15 2023 00:55:00 | Synchrony Bank PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 519826962 | + EDI: WTRRNBANK.COM | Jun 15 2023 00:55:00 | Synchrony Bank TJMAXX, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 519826966 | + Email/Text: electronicbkydocs@nelnet.net | Jun 15 2023 00:56:00 | Target Red Card Services, P.O Box 660170, Dallas TX 75266-0170 |
| | | Jun 14 2023 21:03:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519874361 | | MERRICK BANK CORPPO BOX 9201Old Bethpage N |
| 519826968 | | Yeshivat Lev HaTorah, Nachal Ein Gedi, 37 Ramat Beit Shemesh 9909884 |
| 519874483 | *+ | 20 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874466 | *+ | AFFIRM INC, 650 California St FL 12, San Francisco CA 94108-2716 |
| 519874482 | *+ | Bank of America Real Time Resolutions, PO Box 36655, Dallas TX 75235-1655 |
| 519874475 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874476 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874477 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874463 | *+ | Community Bank, PO Box 182789, Columbus OH 43218-2789 |
| 519874468 | *+ | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 519874472 | *+ | Macys, PO Box 71359, Philadelphia PA 19176-1359 |
| 519874462 | *+ | Milestone Genesis FB Card Services, PO Box 4499, Beaverton OR 97076-4499 |
| 519874457 | *+ | Ollo Credit Card, PO Box 9222, Old Bethpage NY 11804-9222 |
| 519874458 | *+ | Pentagon Federal Credit Union, 2930 Eisenhower Ave, Alexandria VA 22314-4557 |
| 519874465 | *+ | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk VA 23502-4952 |
| 519874459 | *+ | Synchrony Bank Amazon, PO Box 965015, Orlando FL 32896-5015 |
| 519874460 | *+ | Synchrony Bank PPC, PO Box 530975, Orlando FL 32896-0001 |
| 519874461 | *+ | Synchrony Bank TJMAXX, PO Box 965015, Orlando FL 32896-5015 |
| 519874471 | *+ | TJMAXX Credit Services, PO Box 530948, Atlanta GA 30353-0948 |
| 519874470 | *+ | Target Red Card Services, PO Box 660170, Dallas TX 75266-0170 |
| 519874478 | *+ | US DEPT OF ED/GLELSI, PO Box 7860, Madison WI 53707-7860 |

TOTAL: 2 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2023                Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | on behalf of Trustee Ilissa Churgin Hook trustee@hookandfatovich.com J116@ecfcbis.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com J116@ecfcbis.com |
| Milica A. Fatovich | |

District/off: 0312-2     User: admin     Page 4 of 4
Date Rcvd: Jun 14, 2023     Form ID: noa     Total Noticed: 48

on behalf of Trustee Ilissa Churgin Hook mfatovich@hookandfatovich.com  fyablonsky@hookandfatovich.com

Roger L. Fidler
on behalf of Debtor Michael Moshe Cohen rfidler0099@aol.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8