| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>NORGAARD O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ  07631<br>(201) 871-1333<br>Substitute Counsel to Chapter 7 Trustee,<br>Ilissa Churgin Hook<br><br>By:  Milica A. Fatovich, Esq.<br>       mfatovich@norgaardfirm.com | Order Filed on June 29, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>**Michael Moshe Cohen,**<br><br>                                  Debtor. | Hon. Stacey L. Meisel, U.S.B.J.<br><br>Chapter 7<br><br>Case No. 23-10086-SLM<br><br>Hearing: June 27, 2023 at 10:00 a.m. |

### ~~REVISED~~ ORDER DISALLOWING THE DEBTOR'S EXEMPTION IN INTEREST IN REAL PROPERTY AND GRANTING RELATED RELIEF

The relief set forth on the following page, numbered two (2), is hereby **ORDERED.**

**DATED: June 29, 2023**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Page: | 2 |
| Debtor: | MICHAEL MOSHE COHEN |
| Case No.: | 23-10086-SLM |
| Caption of Order: | ~~REVISED~~ ORDER DISALLOWING THE DEBTOR'S EXEMPTION IN INTEREST IN REAL PROPERTY AND GRANTING RELATED RELIEF |

This matter having been brought before the Court upon the Application of Ilissa Churgin Hook (the "Trustee"), the Chapter 7 trustee of the estate of Michael Moshe Cohen (the "Debtor"), by and through her proposed substitute counsel Norgaard O'Boyle & Hannon, for entry of an Order pursuant to Federal Rule of Bankruptcy Procedure 4003 disallowing the Debtor's claimed exemption in interest in real property located at 7 Stanford Court, West Orange, New Jersey (the "Real Property"); and the Debtor having failed to timely oppose the Trustee's Application; and the Debtor, through his counsel, having filed an Amended Schedule "C" on June 23, 2023 at Docket No. 41 claiming a revised homestead exemption ("Amended Schedule C") and Debtor's counsel Roger L. Fidler, Esq. having appeared on the record at the hearing on the Trustee's Application on behalf of the Debtor; and the Court having considered the pleadings and the arguments of counsel; and it appearing that good and sufficient notice having been provided; and for good cause shown; it is hereby

**ORDERED** that the Debtor's claimed exemption pursuant to 11 U.S.C. Section 522(b)(3) for "100% of fair market value, up to any applicable statutory limited," in the Real Property be and hereby is disallowed; and it is further

**ORDERED** that the Trustee and the Debtor reserve all rights with respect to the Debtor's Amended Schedule "C" and the exemptions claimed therein; and it is further

**ORDERED** that a true copy of this Order shall be served upon parties-in-interest within seven (7) days of the entry hereof.