UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Proposed Substitute Counsel to Chapter 7 Trustee,
Ilissa Churgin Hook, Esq.
By:  Brian G. Hannon, Esq. (BH-3645)
       bhanon@norgaardfirm.com

Order Filed on June 28, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL MOSHE COHEN,
                                    Debtor.

Case No.:    23-10086

Chapter:    7

Judge:    Stacey L. Meisel

# ORDER AUTHORIZING RETENTION OF

Norgaard O'Boyle & Hannon as Substitute Counsel

The relief set forth on the following page is **ORDERED**.

**DATED: June 28, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Norgaard O'Boyle & Hannon_____
as _____Substitute Counsel to Chapter 7 Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:  Norgaard O'Boyle & Hannon
   
   184 Grand Avenue
   
   Englewood, NJ  07631

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10086-SLM |
| Michael Moshe Cohen | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 28, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Trustee Ilissa Churgin Hook bhannon@norgaardfirm.com<br>sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com J116@ecfcbis.com |
| Ilissa Churgin Hook | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 28, 2023 | Form ID: pdf903 | Total Noticed: 1

on behalf of Trustee Ilissa Churgin Hook trustee@hookandfatovich.com J116@ecfcbis.com

Milica A. Fatovich

on behalf of Trustee Ilissa Churgin Hook mfatovich@hookandfatovich.com fyablonsky@hookandfatovich.com

Roger L. Fidler

on behalf of Debtor Michael Moshe Cohen rfidler0099@aol.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9