Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10086−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Moshe Cohen
   7 Stanford Court
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/1/23 at 10:00 AM

to consider and act upon the following:

*52* – First Objection to Retention of Realtor (related document:51 Application For Retention of Professional Stack & Stack LLC as Realtor Filed by John O'Boyle on behalf of Ilissa Churgin Hook. Objection deadline is 7/19/2023. (Attachments: # 1 Certificate of Service # 2 Certification # 3 Proposed Order) (O'Boyle, John) filed by Trustee Ilissa Churgin Hook) filed by Roger L. Fidler on behalf of Michael Moshe Cohen. (Attachments: # 1 Exhibit Fatovich Email # 2 Certification of Michael Cohen Exhibit B # 3 Certificate of Service # 4 Proposed Order) (Fidler, Roger)

Dated: 7/20/23

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court