| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>NORGAARD O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ  07631<br>(201) 871-1333<br>Substitute Counsel to Chapter 7 Trustee, Ilissa Churgin Hook<br><br>By:  Milica A. Fatovich, Esq.<br>        mfatovich@norgaardfirm.com | Order Filed on August 3, 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Hon. Stacey L. Meisel, U.S.B.J. |
| In re:<br><br>**Michael Moshe Cohen,**<br><br>                                Debtor. | Chapter 7<br><br>Case No. 23-10086-SLM<br><br>Hearing: N/A |

**CONSENT ORDER FURTHER EXTENDING TIME FOR (i) CHAPTER 7 TRUSTEE AND (ii) CREDITORS 20 CONTINENTAL DRIVE, LLC AND PET NEEDS-TOTOWA (25 CONTINENTAL) TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR THE DISCHARGEABILITY OF CERTAIN DEBT**

The relief set forth on the following page, numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: August 3, 2023**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:            2
Debtor:          MICHAEL MOSHE COHEN
Case No.:        23-10086-SLM
Caption of Order:    Consent Order Further Extending Time For Time For (i) Chapter 7 Trustee And (ii) Creditors 20 Continental Drive, LLC and Pet Needs-Totowa (25 Continental) To File A Complaint Objecting To Discharge And/Or The Dischargeability Of Certain Debt

---

The terms of the instant Second Consent Order having been agreed to by the following parties: (i) Ilissa Churgin Hook, Chapter 7 Trustee (the "Trustee") of the Chapter 7 estate of Michael Moshe Cohen, by and through her counsel Norgaard O'Boyle & Hannon; (ii) the debtor Michael Moshe Cohen (the "Debtor") by and through his counsel the Law Offices of Roger L. Fidler; and (iii) creditors 20 Continental Drive, LL and Pet Needs-Totowa (25 Continental), LLC (collectively, "the Creditors") by and through their counsel McGrail & Bensinger, LLP; and the parties having agreed to further extend the Trustee's time to file a Complaint objecting to discharge for a period of ninety-five (95) days through and including October 31, 2023; and the parties having further agreed to further extend the Creditors' time to file a Complaint objecting to discharge or the dischargeability of certain debts through and including October 31, 2023, and it appearing that no party will suffer prejudice as a result hereof; and good cause appearing therefore

        **IT IS ORDERED**:

1.    That the Trustee's time to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727 be and the same hereby is further extended **through and including October 31, 2023,** without prejudice to applications by the Trustee for further extensions of time and without prejudice to the Debtor's right to object to such applications;

2.    That the Creditors' time to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727 or the discharge of any debt owed to the Creditors pursuant to 11

Page:            3
Debtor:          MICHAEL MOSHE COHEN
Case No.:        23-10086-SLM
Caption of Order:    Consent Order Further Extending Time For Time For (i) Chapter 7 Trustee And (ii) Creditors 20 Continental Drive, LLC and Pet Needs-Totowa (25 Continental) To File A Complaint Objecting To Discharge And/Or The Dischargeability Of Certain Debt

U.S.C. §523 be and the same hereby is further extended **through and including October 31, 2023,** without prejudice to applications by either Creditor for further extensions of time and without prejudice to the Debtor's right to object to such applications; and

3. That a copy of this Consent Order shall be served upon parties-in-interest within seven (7) days of the entry hereof.

**The undersigned hereby consent to the form and entry of the within Order:**

**ILISSA CHURGIN HOOK**
Chapter 7 Trustee

BY: /s/ Ilissa Churgin Hook
     Ilissa Churgin Hook, Esq.

Dated: July 25, 2023

**Law Offices of Roger L. Fidler**
**Counsel for Debtor**

By: /s/ Roger L. Fidler
     Roger L. Fidler, Esq.

Dated: July 25, 2023

**MCGRAIL & BENSINGER, LLP**
Counsel for Creditors 20 Continental Drive, LLC
and Pet Needs-Totowa (25 Continental) LLC

By: /s/ Ilana Volkov
     Ilana Volkov, Esq.

Dated: July 25, 2023