UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
Tel.: 201.871-1333
Substitute Counsel to Chapter 7 Trustee
Illissa Churgin Hook, Esq.
By: John O'Boyle, Esq. (JO-6337)
      joboyle@norgaardfirm.com

Order Filed on August 1, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael Moshe Cohen,

                Debtor.

Case No.: 23-10086-SLM

Chapter: 7

Judge: Meisel

## ORDER AUTHORIZING RETENTION OF

Stack & Stack, LLC as Realtor

The relief set forth on the following page is **ORDERED**.

**DATED: August 1, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Stack & Stack, LLC_____

as _____Realtor for the Chapter 7 Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: Stack & Stack, LLC

   90 Hudson St., Hoboken, NJ 07030.

   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☒ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:     Case No. 23-10086-SLM
Michael Moshe Cohen     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin      Page 1 of 2
Date Rcvd: Aug 01, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Trustee Ilissa Churgin Hook bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briangb124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | trustee@hookandfatovich.com J116@ecfcbis.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 01, 2023 | Form ID: pdf903 | Total Noticed: 1

Ilissa Churgin Hook
    on behalf of Trustee Ilissa Churgin Hook trustee@hookandfatovich.com J116@ecfcbis.com

John O'Boyle
    on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

Milica A. Fatovich
    on behalf of Trustee Ilissa Churgin Hook mfatovich@hookandfatovich.com mfatovich@norgaardfirm.com

Roger L. Fidler
    on behalf of Debtor Michael Moshe Cohen rfidler0099@aol.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10