| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>ALBERTELLI LAW<br>By: Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 724-1888<br>File No. 200257-6<br>Attorneys for Secured Creditor: U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates | |
| In Re:<br><br>Michael Moshe Cohen | Case No.: 23-10086-SLM<br>Chapter 7<br><br>Judge: Stacey L. Meisel |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Roger Fay, Esquire
                         Albertelli Law
                         14000 Commerce Parkway, Suite H
                         Mount Laurel, NJ 08054

    DOCUMENTS:
            ☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
            ☒ All documents and pleadings of any nature.

| | |
|---|---|
| DATED: September 11, 2023 | ALBERTELLI LAW<br><br>/s/Roger Fay, Esq., ID No. 60002014<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>(856) 724-1888<br>Attorneys for Secured Creditor |