| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ 07631<br>(201) 871-1333<br>Attorneys for Chapter 7 Trustee<br>Ilissa Churgin Hook<br>By: Milica A. Fatovich, Esq.<br>   mfatovich@norgaardfirm.com | |
| In Re:<br><br>   MOSHE MICHAEL COHEN,<br><br>                    Debtor. | Case No.: 23-10086(SLM)<br><br>Adv. Pro. No.: _____<br><br>Chapter: 7<br><br>Subchapter V:   ☐ Yes  ☒ No<br><br>Hearing Date: 10/3/23@10:00a<br><br>Judge: Meisel |

## ADJOURNMENT REQUEST

1.  I, _____Milica A. Fatovich, Esq._____,

    ☒  am the attorney for: _____Chapter 7 Trustee Ilissa Churgin Hook_____,

    ☐  am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion To Intervene And Compel Compliance With N.J.S.A. 46-317

    Current hearing date and time: 10/3/23 @ 10:00 a.m.

    New date requested: 10/17/23 @ 10:00 a.m.

    Reason for adjournment request: Counsel for parties continue to work toward a settlement on outstanding matters.

2.  Consent to adjournment:

    ☒  I have the consent of all parties.   ☐  I do not have the consent of all parties (explain below):

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 9/26/23                                                                /s/ Milica A. Fatovich, Esq.
                                                                             Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 10/17/2023 at 10:00 AM            ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____            ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*