| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT : | |
| DISTRICT OF NEW JERSEY : | |
| : | |
| Roger L. Fidler : | |
| LAW OFFICES OF ROGER L. FIDLER : | |
| 92 Briarwood Avenue : | |
| Norwood, N.J. 07648 : | |
| Tel. (201) 220-8734 : | |
| Fax (201) 464-7943 : | Case No:    23-10086-SLM |
| Counsel for Debtor : | |
| Roger L. Fidler, Esq. : | Chapter:    7 |
| : | |
| In Re: : | |
| : | |
| Michael Moshe Cohen, : | Hearing Date: October 31, 2023, 10 a.m. |
| Debtor : | |
| : | Judge:    Hon. Stacey L. Meisel |
| : | |

DECLARATION OF MARIA MORRISION HENINGBURG

The undersigned, Maria Morrison Heningburg, declares the following to be true under penalty of perjury:

1. I am a licensed real estate broker in the State of New Jersey and make this Declaration in support of Nancy Louise Cohen's Motion to Intervene.

2. I was one of two real estate brokers involved in the sale of 7 Stanford Court in West Orange, New Jersey ("Property") in 2000 from Mrs. Sylvia Edelman to Michael Cohen and Nancy Cohen, husband, and wife. I was the Buyer's broker; it was a Dual Agency.

3. At all times during the sale process, Michael and Nancy were always together. I remember at the inspection of the Property Mrs. Edelman, Michael and Nancy and I were treated to bagels by Nancy and Michael, and she evidenced her pleasure in selling to Mr. and Mrs. Cohen. It was unusual as it was, the home inspection was performed prior to preparing the contract.

4. I believe that the Contract of Sale was signed by both Mr. and Mrs. Cohen, and both Michael and Nancy were present at closing.

5. I further believe that if Mr. Cohen was to be the sole owner of the Property, then I would have remembered that since it would have been unusual.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2023.

*Maria Morrison Heningburg*
_____
Maria Morrison Heningburg