**Order Filed on October 31, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br>In Re:<br>   Michael Moshe Cohen,<br>         Debtor. | Case No.:   23-10086-SLM<br>Chapter:    7<br>Hearing:    October 31, 2023<br>Judge:      Stacey L. Meisel |

## ORDER DENYING MOTION TO INTERVENE

The relief set forth on the following pages, two (2) through two (2), is **ORDERED**.

**DATED: October 31, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Michael Moshe Cohen |
| Case No.: | 23-10086-SLM |
| Caption of Order: | Order Denying Motion to Intervene |
| Page 2 of 2 | |

**THIS MATTER** having been brought before the Court by Nancy Louise Cohen having filed *Motion to Intervene and Compel Compliance with N.J.S.A. 46-317* [sic] (the "**Motion to Intervene**") (ECF No. 65); and the Chapter 7 Trustee Ilissa Churgin Hook (the "**Trustee**") having filed *Certification of Chapter 7 Trustee in Response to Motion to Intervene and Compel Compliance with N.J.S.A. 46-317* [sic] (ECF No. 70); and the Trustee having filed *Response of the Chapter 7 Trustee to Motion to Intervene* (ECF No. 71); and the Movant having filed *Declaration of Roger Fidler* (ECF No. 76); and the Movant having filed *Declaration of Maria Morrision Heningburg* (ECF No. 77); and the Trustee having filed *Response of the Chapter 7 Trustee to Motion to Intervene* (ECF No. 78); and the Movant having filed *Supplemental Response to Trustee's Supplemental Letter Response* (ECF No. 80); and the Movant having filed *Amended Supplemental Response to Trustee's Supplemental Letter Response* (ECF No. 82); and the Movant having, on the record, withdrawn the portion of the motion to compel compliance; and the Court having reviewed the pleadings; and having heard the parties' arguments; and for good cause shown; and for the reasons set forth on the record at the hearing on October 31, 2023

It is hereby:

**ORDERED** that the *Motion to Intervene* is denied; and it is further

**ORDERED** that the Trustee's request for attorneys' fees is denied.