**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

NORGAARD O'BOYLE & HANNON

184 Grand Avenue

Englewood, NJ  07631

(201) 871-1333

Substitute Counsel to Chapter 7 Trustee, Ilissa
Churgin Hook

By:  Milica A. Fatovich, Esq.
      mfatovich@norgaardfirm.com

In re:

**Michael Moshe Cohen,**

                              Debtor.

Order Filed on October 30, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Hon. Stacey L. Meisel, U.S.B.J.

Chapter 7

Case No. 23-10086-SLM

Hearing: N/A

**CONSENT ORDER FURTHER EXTENDING TIME FOR (i) CHAPTER 7 TRUSTEE
AND (ii) CREDITORS 20 CONTINENTAL DRIVE, LLC AND PET NEEDS-TOTOWA
(25 CONTINENTAL) TO FILE A COMPLAINT OBJECTING TO DISCHARGE
AND/OR THE DISCHARGEABILITY OF CERTAIN DEBT**

The relief set forth on the following page, numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: October 30, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**Page:**            **2**
**Debtor:**          **MICHAEL MOSHE COHEN**
**Case No.:**        **23-10086-SLM**
**Caption of Order:    Consent Order Further Extending Time For Time For (i) Chapter 7 Trustee And (ii) Creditors 20 Continental Drive, LLC and Pet Needs-Totowa (25 Continental) To File A Complaint Objecting To Discharge And/Or The Dischargeability Of Certain Debt**

_____

The terms of the instant Second Consent Order having been agreed to by the following parties: (i) Ilissa Churgin Hook, Chapter 7 Trustee (the "Trustee") of the Chapter 7 estate of Michael Moshe Cohen, by and through her counsel Norgaard O'Boyle & Hannon; (ii) the debtor Michael Moshe Cohen (the "Debtor") by and through his counsel the Law Offices of Roger L. Fidler; and (iii) creditors 20 Continental Drive, LL and Pet Needs-Totowa (25 Continental), LLC (collectively, "the Creditors") by and through their counsel McGrail & Bensinger, LLP; and the parties having agreed to further extend the Trustee's time to file a Complaint objecting to discharge for a period of sixty (60) days through and including December 30, 2023; and the parties having further agreed to further extend the Creditors' time to file a Complaint objecting to discharge or the dischargeability of certain debts through and including December 30, 2023, and it appearing that no party will suffer prejudice as a result hereof; and good cause appearing therefore

**IT IS ORDERED**:

1.    That the Trustee's time to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727 be and the same hereby is further extended **through and including December 30, 2023,** without prejudice to applications by the Trustee for further extensions of time and without prejudice to the Debtor's right to object to such applications;

2.    That the Creditors' time to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727 or the discharge of any debt owed to the Creditors pursuant to 11

**Page:**    **3**
**Debtor:**    **MICHAEL MOSHE COHEN**
**Case No.:**    **23-10086-SLM**
**Caption of Order:**    **Consent Order Further Extending Time For Time For (i) Chapter 7 Trustee And (ii) Creditors 20 Continental Drive, LLC and Pet Needs-Totowa (25 Continental) To File A Complaint Objecting To Discharge And/Or The Dischargeability Of Certain Debt**

_____

U.S.C. §523 be and the same hereby is further extended **through and including December 30, 2023,** without prejudice to applications by either Creditor for further extensions of time and without prejudice to the Debtor's right to object to such applications; and

        3.    That a copy of this Consent Order shall be served upon parties-in-interest within seven (7) days of the entry hereof.

**The undersigned hereby consent to the form and entry of the within Order:**

**NORGAARD O'BOYLE & HANNON**
Counsel for the Chapter 7 Trustee

BY: /s/ Milica A. Fatovich
    Milica A. Fatovich, Esq.

Dated: October 19, 2023

**LAW OFFICES OF ROGER L. FIDLER**
Counsel for Debtor

By: /s/ Roger L. Fidler
    Roger L. Fidler, Esq.

Dated: October 19, 2023

**MCGRAIL & BENSINGER, LLP**
Counsel for Creditors 20 Continental Drive, LLC
and Pet Needs-Totowa (25 Continental) LLC

By: /s/ Ilana Volkov
    Ilana Volkov, Esq.

Dated: October 20, 2023

United States Bankruptcy Court
District of New Jersey

In re:                                               Case No. 23-10086-SLM

Michael Moshe Cohen                            Chapter 7

Nancy Louise Cohen

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                            Page 1 of 2

Date Rcvd: Oct 30, 2023                    Form ID: pdf903                   Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Trustee Ilissa Churgin Hook bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Trustee Ilissa Churgin Hook cnorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com |

District/off: 0312-2                                  User: admin                                      Page 2 of 2
Date Rcvd: Oct 30, 2023                            Form ID: pdf903                               Total Noticed: 1

Ilana Volkov
    on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook
    Trustee@norgaardfirm.com  J116@ecfcbis.com

Ilissa Churgin Hook
    on behalf of Trustee Ilissa Churgin Hook Trustee@norgaardfirm.com  J116@ecfcbis.com

John O'Boyle
    on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb1
    24931@notify.bestcase.com

Milica A. Fatovich
    on behalf of Trustee Ilissa Churgin Hook mfatovich@hookandfatovich.com  mfatovich@norgaardfirm.com

Roger Fay
    on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler
    on behalf of Intervenor Nancy Louise Cohen rfidler0099@aol.com

Roger L. Fidler
    on behalf of Debtor Michael Moshe Cohen rfidler0099@aol.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 13