UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on October 31, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Michael Moshe Cohen,

         Debtor.

| | |
|---|---|
| Case No.: | 23-10086-SLM |
| Chapter: | 7 |
| Hearing: | October 31, 2023 |
| Judge: | Stacey L. Meisel |

## ORDER DENYING MOTION TO INTERVENE

The relief set forth on the following pages, two (2) through two (2), is **ORDERED**.

**DATED: October 31, 2023**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:  Michael Moshe Cohen
Case No.:  23-10086-SLM
Caption of Order:  Order Denying Motion to Intervene
Page 2 of 2

**THIS MATTER** having been brought before the Court by Nancy Louise Cohen having filed *Motion to Intervene and Compel Compliance with N.J.S.A. 46-317* [sic] (the "**Motion to Intervene**") (ECF No. 65); and the Chapter 7 Trustee Ilissa Churgin Hook (the "**Trustee**") having filed *Certification of Chapter 7 Trustee in Response to Motion to Intervene and Compel Compliance with N.J.S.A. 46-317* [sic] (ECF No. 70); and the Trustee having filed *Response of the Chapter 7 Trustee to Motion to Intervene* (ECF No. 71); and the Movant having filed *Declaration of Roger Fidler* (ECF No. 76); and the Movant having filed *Declaration of Maria Morrision Heningburg* (ECF No. 77); and the Trustee having filed *Response of the Chapter 7 Trustee to Motion to Intervene* (ECF No. 78); and the Movant having filed *Supplemental Response to Trustee's Supplemental Letter Response* (ECF No. 80); and the Movant having filed *Amended Supplemental Response to Trustee's Supplemental Letter Response* (ECF No. 82); and the Movant having, on the record, withdrawn the portion of the motion to compel compliance; and the Court having reviewed the pleadings; and having heard the parties' arguments; and for good cause shown; and for the reasons set forth on the record at the hearing on October 31, 2023

It is hereby:

**ORDERED** that the *Motion to Intervene* is denied; and it is further

**ORDERED** that the Trustee's request for attorneys' fees is denied.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                           Case No. 23-10086-SLM

Michael Moshe Cohen                                                                                  Chapter 7

Nancy Louise Cohen

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2023                         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Trustee Ilissa Churgin Hook bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Trustee Ilissa Churgin Hook cnorgaard@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 31, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Ilana Volkov
    on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook
    Trustee@norgaardfirm.com J116@ecfcbis.com

Ilissa Churgin Hook
    on behalf of Trustee Ilissa Churgin Hook Trustee@norgaardfirm.com J116@ecfcbis.com

John O'Boyle
    on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

Milica A. Fatovich
    on behalf of Trustee Ilissa Churgin Hook mfatovich@hookandfatovich.com mfatovich@norgaardfirm.com

Roger Fay
    on behalf of Creditor U.S. Bank N.A. as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler
    on behalf of Intervenor Nancy Louise Cohen rfidler0099@aol.com

Roger L. Fidler
    on behalf of Debtor Michael Moshe Cohen rfidler0099@aol.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13