----- Forwarded Message -----
**From:** "usbankruptcycourts@noticingcenter.com" <usbankruptcycourts@noticingcenter.com>
**To:** "rfidler0099@aol.com" <rfidler0099@aol.com>
**Sent:** Wednesday, February 14, 2024 at 12:23:19 PM EST
**Subject:** U.S. Bankruptcy Court, District of New Jersey - Undeliverable Notice, In re: Michael Moshe Cohen, Case Number: 23-10086, SLM, Ref: [p-208061212]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

February 15, 2024

From: United States Bankruptcy Court, District of New Jersey

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Michael Moshe Cohen, Case Number 23-10086, SLM

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**MLK Jr Federal Building**
**50 Walnut Street**
**Newark, NJ 07102**

Undeliverable Address:
MERRICK BANK CORPPO BOX 9201Old Bethpage N

Role type/cr id: 519874361
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Merrick Bank – Agent
10705 S. Jordan Gateway #200
South Jordan UT    84095

Undeliverable Address:
Yeshivat Lev HaTorah
Nachal Ein Gedi
37 Ramat Beit Shemesh 9909884

Role type/cr id: 519826968
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

Yeshivat Lev HaTorah
166 Edgemont Place
Teaneck, NJ    07666

_____          02/15/2024
Signature of Debtor or Debtor's Attorney          Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

<B_P22310086pdf9050368.PDF>