UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE:                                                                              CASE NO.: 23-10086

**Michael Moshe Cohen,**
    **Debtor.**

CHAPTER 7

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE TRUST 2007-S3 MORTGAGE PASS-THROUGH CERTIFICATES("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                             Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                             Authorized Agent for Secured Creditor
                                             130 Clinton Rd #202
                                             Fairfield, NJ 07004
                                             Telephone: 470-321-7112

                                       By: /s/Aleisha C. Jennings
                                               Aleisha C. Jennings
                                               Email: ajennings@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on February 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

MICHAEL MOSHE COHEN
7 STANFORD COURT
WEST ORANGE, NJ 07052

And via electronic mail to:

LAW OFFICES OF ROGER L. FIDLER
1522 GARDNER DRIVE
LUTZ, FL 33559-3305

ILISSA CHURGIN HOOK
NORGAARD, O'BOYLE & HANNON
184 GRAND AVENUE
ENGLEWOOD, NJ 07631

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                        By: /s/ Amanda Nelson