**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq.
Geoffrey P. Neumann, Esq.
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel.: (732) 223-8484
Email: Timothy.neumann25@gmail.com
Email: Geoff.neumann@gmail.com

*Attorneys for Michael Moshe Cohen*

| | |
|---|---|
| In Re: | CASE NO. 23-10086(SLM) |
| **MICHAEL MOSHE COHEN**, | Chapter 7 |
| Debtor. | Hon. Stacey L. Meisel, U.S.B.J. |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Broege, Neumann, Fischer & Shaver, LLC as attorneys for the Debtor, Michael Moshe Cohen.

**WITHDRAWING ATTORNEYS**
Law Offices of Roger L. Fidler
92 Briarwood Avenue
Norwood, N.J. 07648

Dated: March 4, 2024                    By:   */s/ Roger L. Fidler, Esq.*
                                                    Roger L. Fidler, Esq.


**SUPERSEDING ATTORNEYS**
Broege, Neumann, Fischer & Shaver, LLC

Dated: March 4, 2024                    By:   */s/ Timothy P. Neumann, Esq.*
                                                    Timothy P. Neumann, Esq.