**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq.
Geoffrey P. Neumann, Esq.
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel.: (732) 223-8484
Email: Timothy.neumann25@gmail.com
Email: Geoff.neumann@gmail.com

*Attorneys for Debtor Michael Moshe Cohen*

| | |
|---|---|
| In Re: | CASE NO. 23-10086(SLM) |
| **MICHAEL MOSHE COHEN**, | Chapter 7 |
| Debtor. | Hon. Stacey L. Meisel, U.S.B.J. |

# CERTIFICATION OF SERVICE

1. I, Timothy Neumann, represent the Debtor in this matter.

2. On March 6, 2024, I sent a copy of the documents, orders and/or pleadings described on Schedule A hereto to the parties listed on Schedule B hereto.

3. I certify under penalty of perjury that the above documents were sent on the date, using the mode of service, and to the parties indicated.

Date: March 6, 2024                                              */s/ Timothy P. Neumann*
                                                                               Timothy P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ■ | Notice of Objection to Sale Motion and Cross Motion of Debtor Michael Cohen to Compel Abandonment or Convert to Chapter13 |
| ■ | Supporting Certification/Application |
| ■ | Certification Opposing Sale Motion |
| ■ | Proposed Order |
| ■ | Brief/Memorandum of Law |
| ☐ | Statement Why Brief Not Necessary |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Order Shortening time |
| ☐ | Order Entered _____ |
| ■ | Other: Objection to Notice of Sale |

**SCHEDULE B**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Peter J. D'Auria, Esq.<br>Office of the United States Trustee One Newark Center, Suite 2100 Newark, NJ 07102 | Attorneys for UST | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |
| Ilissa Churgin Hook, Esq.<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ 07631 | Chapter 7 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |

| | | |
|---|---|---|
| Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorneys for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass Through Certificates | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF) |
| Real Time Resolutions, Inc.<br>1349 Empire Central Dr Ste 150<br>Dallas, TX 75427 | Secured Creditor | ☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |
| Synchrony Bank c/o<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>☐ E-mail |
| Shraddha Bharatia Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Counsel for American Express National Bank | ☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |

| | | |
|---|---|---|
| Harrison G. Hess, Esq.<br>Nitti & Nitti<br>145 Eagle Rock Avenue<br>Roseland, NJ 07068<br><br>Brian Boms<br>Stack & Stack, LLC<br>90 Hudson St.<br>Roseland, NJ 07068 | Buyer's counsel<br><br><br><br><br>Realtor retained by Trustee | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617<br><br>MERRICK BANK, Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368<br><br>MERRICK BANK CORP<br>PO BOX 9201<br>Old Bethpage NY 11804-9001 | Creditor<br><br><br><br>Creditor<br><br><br><br>Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| | | |
|---|---|---|
| MIDLAND CREDIT Management<br>P.O. Box939069<br>San Diego, California 92193-9069 | Creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR |
| Macys<br>PO BOX 71359<br>PHILADELPHIA, PA19176-1359 | Creditor | ☐ Overnight Mail<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF) |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 | Creditor | ☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |
| Milestone Genesis, FB Card Svcs<br>PO BOX4499<br>BEAVERTON, OR 97076-4499 | Creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR |
| Ollo Credit Card<br>PO BOX 9222<br>OLD BETHPAGE, NY 11804-9222 | Creditor | ☐ Overnight Mail<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF) |
| 20 Continental Drive, L.L.C.<br>500 Plaza Drive - P.O. Box 1515<br>Secaucus NJ 07096-1515 | Creditor | ☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |

| | | |
|---|---|---|
| American Express<br>PO BOX 29787<br>FORT LAUDERDALE FL Bank of<br><br>America/Real Time Resolutions<br>P.O. Box 36655<br>Dallas, TX 75235-1655<br><br>Congregation AABJ&D<br>700 Pleasant Valley Way<br>West Orange NJ 07052-2399 | Creditor<br><br><br>Creditor<br><br><br><br>Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Joseph Kushner Hebrew Academy<br>110 South Orange Avenue<br>Livingston, NJ 07039-4904<br><br>Pet Needs-Totowa (52 Continental Drive), L.C.C<br>500 Plaza Drive - P.O. Box 1515<br>Secaucus, NJ 07096-1515<br><br>Select Portfolio Management<br>PO Box 65250<br>Salt Lake City UT 84165-0250 | Creditor<br><br><br>Creditor<br><br><br><br>Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| | | |
|---|---|---|
| TJMAXX Credit Services<br>PO Box 530948<br>Atlanta, GA 30353-0948 | Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR |
| U.S. Bank N.A,<br>Roger Fay, Esquire, Albertelli Law<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054-2242 | Creditor | ☐ Overnight Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |
| Yeshivat Lev HaTorah<br>Nachal Ein<br>Ramat Beit Shemesh, Israel 9909884 | Creditor | ☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Pentagon Federal Credit Union<br>2930 Eisenhower Ave<br>Alexandria, VA 22314-4557 | Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR |
| PORTFOLIO RECOV ASSOC<br>150 CORPORATE BLVD<br>NORFOLK, VA 23502-4952 | Creditor | ☐ Overnight Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |
| Portfolio Recovery Associates, LLC,<br>c/o Cheapoair<br>POB 41067<br>Norfolk VA 23541 | Creditor | ☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for,<br>Genesis FS Card Services Inc.<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #150<br>Dallas, Texas 75247-4029 | Creditor | |
| Synchrony Bank PPC<br>PO BOX 530975,<br>ORLANDO, FL 32896-0001 | Creditor | |
| Synchrony Bank TJMAXX<br>PO BOX 965015,<br>ORLANDO, FL 32896-5015 | Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ Overnight Mail<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br>☐ Notice by Telephone |
| TD Bank, USA, by American InfoSource as agent,<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Creditor | |
| US DEPT OF ED/GLELSI<br>PO BOX 7860,<br>MADISON, WI 53707-7860 | Creditor | |