Form tsntc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−10086−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Moshe Cohen
    7 Stanford Court
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−0560

Employer's Tax I.D. No.:

### Notice That a Transcript Has Been Filed

    You are Noticed that a Transcript has been filed on 3/1/24. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: March 4, 2024
JAN:

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 23-10086-SLM
Michael Moshe Cohen                                                             Chapter 7
Nancy Louise Cohen
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                        Page 1 of 2
Date Rcvd: Mar 04, 2024                 Form ID: tsntc                      Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| aty | | Hook & Fatovich, LLC, 100 NJ-23, Suite 100, Wayne, NJ 07470 |
| inv | + | Nancy Louise Cohen, 7 Stanford Court, West Orange, NJ 07052, UNITED STATES 07052-2023 |
| acc | + | Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| r | + | Stack & Stack LLC, 90 Hudson Street, Hoboken, NJ 07030-5675 |
| cr | + | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 04 2024 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 04 2024 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Mar 04 2024 20:54:20 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 04 2024 20:46:00 | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2024                    Signature:        /s/Gustava Winters

District/off: 0312-2 | User: admin | Page 2 of 2
--- | --- | ---
Date Rcvd: Mar 04, 2024 | Form ID: tsntc | Total Noticed: 10

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank N.A. ajennings@raslg.com |
| Brian Gregory Hannon | on behalf of Trustee Ilissa Churgin Hook bhannon@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Trustee Ilissa Churgin Hook cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | on behalf of Trustee Ilissa Churgin Hook Trustee@norgaardfirm.com  J116@ecfcbis.com |
| Ilissa Churgin Hook | Trustee@norgaardfirm.com  J116@ecfcbis.com |
| John O'Boyle | on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com |
| Kenneth Borger, Jr | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates kborger@raslg.com |
| Milica A. Fatovich | on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Roger Fay | on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| Roger L. Fidler | on behalf of Debtor Michael Moshe Cohen rfidler0099@aol.com |
| Roger L. Fidler | on behalf of Intervenor Nancy Louise Cohen rfidler0099@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 15