| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Timothy P. Neumann, Esq.<br>Geoffrey P. Neumann, Esq.<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>Tel.: (732) 223-8484<br>Email: Timothy.neumann25@gmail.com<br>Email: Geoff.neumann@gmail.com<br>*Attorneys for Michael Moshe Cohen* | |
| In Re:<br><br>**MICHAEL MOSHE COHEN**,<br><br>    Debtor. | CASE NO. 23-10086(SLM)<br><br>Chapter 7<br><br>Hon. Stacey L. Meisel, U.S.B.J. |

## ADJOURNMENT REQUEST

1.    I, Timothy P. Neumann,

    ☒ am the attorney for: the Debtor.

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion to Sell Property (ECF 93); Cross Motion to Compel Abandonment or, in the Alternative, Convert to Chapter 13 (ECF 103); Objection to Notice of Sale (ECF 104);

    Current hearing date and time: Tuesday, March 12, 2024 at 10:00 a.m.

    New date requested: March 19, 2024 at 10:00 a.m.

    Reason for adjournment request: In order to discuss possible settlement.

2.    Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

    I certify under penalty of perjury that the foregoing is true.

    Date: March 6, 2024                /s/ Timothy P. Neumann
                            Timothy P. Neumann

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: March 19, 2024 at 10:00am   ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**