Form 169 − ntccovert

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.: 23−10086−SLM
                                Chapter: 7
                                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Moshe Cohen
    7 Stanford Court
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−0560

Employer's Tax I.D. No.:

## NOTICE OF HEARING
## ON APPLICATION/MOTION TO CONVERT CASE

    An application/motion to convert the above−captioned case from Chapter 7 to Chapter 13, has been filed by Michael Moshe Cohen.

    Notice is hereby given that the Court will conduct a hearing on this matter to determine the application/motion for conversion before the Honorable Stacey L. Meisel on:

Date:              April 2, 2024
Time:            10:00 AM
Location:      Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102


Dated: March 8, 2024
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10086-SLM |
| Michael Moshe Cohen | Chapter 7 |
| Nancy Louise Cohen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 08, 2024 | Form ID: 169 | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| aty | | Hook & Fatovich, LLC, 100 NJ-23, Suite 100, Wayne, NJ 07470 |
| inv | + | Nancy Louise Cohen, 7 Stanford Court, West Orange, NJ 07052, UNITED STATES 07052-2023 |
| acc | + | Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| r | + | Stack & Stack LLC, 90 Hudson Street, Hoboken, NJ 07030-5675 |
| cr | + | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 519826969 | + | 20 Continental Drive, L.L.C., 500 Plaza Drive - P.O. Box 1515 -, Secaucus NJ 07096-1515 |
| 519826182 | | American Express, PO BOX 29787, FORT LAUDERDALE FL |
| 519824638 | | Bank of America/Real Time Resolutions, P.O. Box 36655, Dallas, TX 75235-1655 |
| 519874474 | + | Congregation AABJ&D, 700 Pleasant Valley Way, West Orange NJ 07052-2399 |
| 519826967 | + | Joseph Kushner Hebrew Acadamy, 110 South Orange Avenue, Livingston, NJ 07039-4904 |
| 519874479 | + | Joseph Kushner Hebrew Academy, 110 South Orange Avenue, Livingston NJ 07039-4904 |
| 519826970 | | Pet Needs-Totowa (, 52 Continental Drive), L.C.C 5, 00 Plaza Drive - P.O. Box 1515 -, Secaucus, NJ 07096-1515 |
| 520007764 | + | Pet Needs-Totowa (25 Continental), L.L.C., 500 Plaza Drive, P.O. Box 1515, Secaucus, NJ 07096-1515 |
| 519874484 | + | Pet Needs-Totowa 52 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874486 | + | Roger Fidler, 1522 Gardner Drive, Lutz FL 33559-3305 |
| 519874481 | + | Select Portfolio Management, PO Box 65250, Salt Lake City UT 84165-0250 |
| 519805541 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519826963 | | TJMAXX Credit Services, PO Box 530948, Atlanta, GA 30353-0948 |
| 520021966 | + | U.S. Bank N.A, Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 519874480 | | Yeshivat Lev HaTorah, Nachal Ein, Ramat Beit Shemesh, Israel 9909884 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 08 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 08 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Mar 08 2024 21:04:10 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Mar 08 2024 20:53:00 | Real Time Resolutions, Inc., c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 519826959 | + | Email/Text: backoffice@affirm.com | Mar 08 2024 20:54:00 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 519954899 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 08 2024 20:51:37 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519843588 | | Email/PDF: bncnotices@becket-lee.com | Mar 08 2024 21:04:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 23-10086-SLM    Doc 109    Filed 03/10/24    Entered 03/11/24 01:17:05    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0312-2 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Mar 08, 2024 | Form ID: 169 | Total Noticed: 71 |

| | | | | |
| --- | --- | --- | --- | --- |
| 519824639 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 08 2024 20:50:47 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519956673 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 08 2024 20:51:42 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519956634 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2024 21:04:10 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519826956 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 08 2024 20:54:00 | Community Bank, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 519874473 | | Email/Text: BKPT@cfna.com | Mar 08 2024 20:53:00 | Credit First National Association, PO Box 81083, Cleveland OH 44181 |
| 519826965 | | Email/Text: BKPT@cfna.com | Mar 08 2024 20:53:00 | Credit First National Association, PO Box 81083, Cleveland OH 44181 $400 |
| 519826185 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2024 21:03:55 | Macys, PO BOX 8218, Mason OH 45040 |
| 519826949 | + | Email/Text: mrdiscen@discover.com | Mar 08 2024 20:53:00 | Discover, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 519952808 | | Email/Text: mrdiscen@discover.com | Mar 08 2024 20:53:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519826183 | | Email/Text: BNSFN@capitalsvcs.com | Mar 08 2024 20:53:00 | First National Credit Card (Legacy), 500 E 60TH ST N, Sioux Falls, SD 57104 |
| 519826184 | | Email/Text: BNSFS@capitalsvcs.com | Mar 08 2024 20:53:00 | FIRST SAVINGS BANK, 500 E 60TH ST N, SIOUX FALLS,SD |
| 519874469 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 08 2024 20:54:00 | Genesis FB Card Services, PO Box 4488, Beaverton OR 97076-4402 |
| 519826961 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 08 2024 20:54:00 | Genessis FB Card Services, P.O Box 4488,, Beaverton OR 97076-4402 |
| 519826960 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2024 21:04:02 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 519874467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2024 20:52:13 | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 520020204 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 08 2024 20:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519954897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 08 2024 21:03:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519874361 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 08 2024 20:50:48 | MERRICK BANK - Agent, 10705 S Jordan Gateway #200, South Jordan UT 84095-3977 |
| 519826186 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 08 2024 20:50:53 | MERRICK BANK CORP, PO BOX 9201, Old Bethpage NY 11804-9001 |
| 519826957 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 08 2024 20:54:00 | MIDLAND CREDIT Management, P.O. Box 939069, San Diego, California 92193-9069 |
| 519826964 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2024 21:03:54 | Macys, PO BOX 71359, PHILADELPHIA, PA 19176-1359 |
| 519874464 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 08 2024 20:54:00 | Midland Credit Management, PO Box 939069, San Diego CA 92193-9069 |
| 520011715 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 08 2024 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519826955 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 08 2024 20:54:00 | Milestone Genesis, FB Card Services, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 519826950 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 08 2024 20:51:29 | Ollo Credit Card, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 519826951 | + | Email/Text: bkrgeneric@penfed.org | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 08 2024 20:53:00 | PENTAGON FEDERAL credit union, 2930 EISENHOWER AVE, ALEXANDRIA, VA 22314-4557 |
| 519826958 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2024 21:04:03 | PORTFOLIO RECOV ASSOC, 150 CORPORATE BLVD, NORFOLK, VA 23502-4952 |
| 520019136 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 08 2024 21:03:54 | Portfolio Recovery Associates, LLC, c/o Cheapoair, POB 41067, Norfolk VA 23541 |
| 519979666 | | Email/Text: bnc-quantum@quantum3group.com | Mar 08 2024 20:54:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519953405 | | Email/Text: bnc-quantum@quantum3group.com | Mar 08 2024 20:54:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520021609 | | Email/Text: bkdepartment@rtresolutions.com | Mar 08 2024 20:54:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 519826971 | + | Email/Text: secbankruptcy@sec.gov | Mar 08 2024 20:54:00 | Securities & Exchange Commision, 100 F Street NE,, Washington DC 20549-2001 |
| 519874485 | + | Email/Text: secbankruptcy@sec.gov | Mar 08 2024 20:54:00 | Securities & Exchange Commission, 100 F Street NE, Washington DC 20549-2001 |
| 520020673 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 08 2024 21:03:54 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519826952 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2024 21:04:07 | Synchrony Bank Amazon, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 519826953 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2024 21:04:11 | Synchrony Bank PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 519826954 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 08 2024 21:04:15 | Synchrony Bank TJMAXX, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 519952498 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 08 2024 21:03:57 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519826962 | + | Email/Text: bncmail@w-legal.com | Mar 08 2024 20:54:00 | Target Red Card Services, P.O Box 660170, Dallas TX 75266-0170 |
| 520170769 | + | Email/Text: RASEBN@raslg.com | Mar 08 2024 20:53:00 | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519826966 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 08 2024 20:54:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 519952923 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 08 2024 20:54:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519989513 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 08 2024 21:04:10 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519826968 | | Yeshivat Lev HaTorah, Nachal Ein Gedi, 37 Ramat Beit Shemesh 9909884 |
| cr | *+ | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519874483 | *+ | 20 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874466 | *+ | AFFIRM INC, 650 California St FL 12, San Francisco CA 94108-2716 |
| 519974683 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 23-10086-SLM    Doc 109    Filed 03/10/24    Entered 03/11/24 01:17:05    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 08, 2024 | Form ID: 169 | Total Noticed: 71 |

| | | |
|---|---|---|
| 519874482 | *+ | Bank of America Real Time Resolutions, PO Box 36655, Dallas TX 75235-1655 |
| 519874475 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874476 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874477 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874463 | *+ | Community Bank, PO Box 182789, Columbus OH 43218-2789 |
| 519874468 | *+ | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 519874472 | *+ | Macys, PO Box 71359, Philadelphia PA 19176-1359 |
| 519874462 | *+ | Milestone Genesis FB Card Services, PO Box 4499, Beaverton OR 97076-4499 |
| 519874457 | *+ | Ollo Credit Card, PO Box 9222, Old Bethpage NY 11804-9222 |
| 519874458 | *+ | Pentagon Federal Credit Union, 2930 Eisenhower Ave, Alexandria VA 22314-4557 |
| 519874465 | *+ | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk VA 23502-4952 |
| 519874459 | *+ | Synchrony Bank Amazon, PO Box 965015, Orlando FL 32896-5015 |
| 519874460 | *+ | Synchrony Bank PPC, PO Box 530975, Orlando FL 32896-0001 |
| 519874461 | *+ | Synchrony Bank TJMAXX, PO Box 965015, Orlando FL 32896-5015 |
| 519874471 | *+ | TJMAXX Credit Services, PO Box 530948, Atlanta GA 30353-0948 |
| 519874470 | *+ | Target Red Card Services, PO Box 660170, Dallas TX 75266-0170 |
| 519874478 | *+ | US DEPT OF ED/GLELSI, PO Box 7860, Madison WI 53707-7860 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank N.A. ajennings@raslg.com |
| Brian Gregory Hannon | on behalf of Trustee Ilissa Churgin Hook bhannon@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Trustee Ilissa Churgin Hook cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | Trustee@norgaardfirm.com J116@ecfcbis.com |
| Ilissa Churgin Hook | on behalf of Trustee Ilissa Churgin Hook Trustee@norgaardfirm.com J116@ecfcbis.com |

| District/off: 0312-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 08, 2024 | Form ID: 169 | Total Noticed: 71 |

John O'Boyle
    on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

Kenneth Borger, Jr
    on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck
    on behalf of Creditor Real Time Resolutions Inc. KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Milica A. Fatovich
    on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Roger Fay
    on behalf of Creditor U.S. Bank N.A. as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler
    on behalf of Intervenor Nancy Louise Cohen rfidler0099@aol.com

Timothy P. Neumann
    on behalf of Debtor Michael Moshe Cohen timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16