| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone No. (201) 871-1333<br>Counsel to Chapter 7 Trustee Ilissa Churgin Hook<br>By: Milica A. Fatovich, Esq.<br>mfatovich@norgaardfirm.com | |
| In Re:<br><br>MICHAEL MOSHE COHEN,<br><br>Debtor. | Case No.: 23-10086(SLM)<br>Adv. Pro. No.: _____<br>Chapter: 7<br>Subchapter V: ☐ Yes ☒ No<br>Hearing Date: 3/19/24 at 10am<br>Judge: Meisel |

## ADJOURNMENT REQUEST

1. I, _____Milica A. Fatovich_____,

    ☒ am the attorney for: _____Chapter 7 Trustee Ilissa Churgin Hook_____,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Trustee's Motion to Sell Property & Debtor's Cross-Motion to Compel Abandonme[nt]

    Current hearing date and time: 3/19/24 at 10:00 a.m.

    New date requested: 4/2/24 at 10:00 a.m.

    Reason for adjournment request: Trustee is waiting for requested details on first mortgage payoff amount, Debtor & Trustee are engaging in settlement talks.

2. Consent to adjournment:

    ☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

    _____
    _____

I certify under penalty of perjury that the foregoing is true.

Date: 3/15/24

/s/ Milica A. Fatovich
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: 4/2/24 at 10:00 a.m.        ❑ Peremptory

❑ Granted over objection(s)   New hearing date: _____        ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

rev.10/2021

2