**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq.
Geoffrey P. Neumann, Esq.
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel.: (732) 223-8484
Email: Timothy.neumann25@gmail.com
Email: Geoff.neumann@gmail.com

*Attorneys for Debtor Michael Moshe Cohen*

---

In Re:

**MICHAEL MOSHE COHEN**,

　　Debtor.

CASE NO. 23-10086(SLM)

Chapter 7

Hon. Stacey L. Meisel, U.S.B.J.

# CERTIFICATION OF SERVICE

1. I, Timothy Neumann, represent the Debtor in this matter.

2. On March 29, 2024, I sent a copy of the documents, orders and/or pleadings described on Schedule A hereto to the parties listed on Schedule B hereto.

3. I certify under penalty of perjury that the above documents were sent on the date, using the mode of service, and to the parties indicated.

Date:  March 29, 2024　　　　　　　　　　　　　　　　　　　*/s/ Timothy P. Neumann*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Timothy P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ■ | CERTIFICATION OF MICHAEL COHEN IN REPLY TO CHAPTER 7 TRUSTEE'S OPPOSITION TO THE DEBTOR'S MOTION TO CONVERT TO CHAPTER 13 |
| ■ | MEMORANDUM OF LAW IN REPLY TO CHAPTER 7 TRUSTEE'S OPPOSITION TO THE DEBTOR'S MOTION TO CONVERT TO CHAPTER 13 |

**SCHEDULE B**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Ilissa Churgin Hook, Esq.<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ 07631<br><br><br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ  07631<br>By:  Milica Fatovich<br>    Mfatovich@norgaardfirm.com | Chapter 7 Trustee<br><br><br><br>Counsel to Chapter 7 Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |
| Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br><br><br><br><br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Rd #202<br>Fairfield, NJ 07004<br>Telephone: 470-321-7112<br>By: Aleisha C. Jennings<br>Email: ajennings@raslg.com | Attorneys for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass Through Certificates<br><br>Authorized Agent for Secured Creditor U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass Through Certificates | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |

| | | |
|---|---|---|
| Valerie Smith<br>Synchrony Bank c/o<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541<br><br><br>Shraddha Bharatia<br>Becket & Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Creditor<br><br><br><br><br><br><br><br>Counsel for American Express National Bank | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |
| Pet Needs-Totowa (52 Continental Drive), L.C.C<br>500 Plaza Drive - P.O. Box 1515<br>Secaucus, NJ 07096-1515<br><br><br>U.S. Bank N.A,<br>Roger Fay, Esquire, Albertelli Law<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054-2242 | Creditor<br><br><br><br><br>Creditor | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Overnight Mail<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.)<br><br>☐ Notice by Telephone |