Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  23−10086−SLM
        Chapter:  7
        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Moshe Cohen
   7 Stanford Court
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/22/24 at 10:00 AM

to consider and act upon the following:

**93** − Motion to Sell Property Free and Clear of Liens under Section 363(f).Property for sale: 7 Stanford Court, West Orange, NJ 07052.. Fee Amount $199. Filed by Milica A. Fatovich on behalf of Ilissa Churgin Hook. Hearing scheduled for 3/12/2024 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Application # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service Part 1 # 6 Certificate of Service Part 2) (Fatovich, Milica)

**108** − Motion to Convert Case to Chapter 13 Filed by Timothy P. Neumann on behalf of Michael Moshe Cohen. Hearing scheduled for 4/2/2024 at 10:00 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Neumann, Timothy)

Dated: 4/16/24

        Jeanne Naughton
        Clerk, U.S. Bankruptcy Court