UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DOUGLAS G. LENEY, ESQUIRE
**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856) 673-3936
Facsimile: (856) 795-0574
Email: dleney@archerlaw.com

*Attorneys for All Jays Enterprises, Inc., Cappy Brothers Transport, Inc., CBTI, Inc., and Joseph T. Capriglione*

In Re:

MICHAEL MOSHE COHEN,

Debtors.

Chapter 13

Case Number: 23-10086 (SLM)

## CERTIFICATION OF SERVICE

1. I, Amy M. Huber, am the Bankruptcy Paralegal for Douglas G. Leney, Esquire, who represents the creditors, All Jays Enterprises, Inc., Cappy Brothers Transport, Inc., CBTI, Inc., and Joseph T. Capriglione in this matter.

2. On August 9, 2024, I sent a copy of the following pleadings and/or documents to the parties listed on the chart below.

   - *Reservation of Rights to Chapter 13 Plan* [D.I. 141]

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: August 9, 2024

*/s/ Amy M. Huber*
Amy M Huber, Bankruptcy Paralegal

229215192 v1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Geoffrey P. Neumann<br>Timothy P. Neumann<br>Broege, Neumann,<br>Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Attorneys for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

229215192 v1