|  |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, #202
Fairfield, NJ  07004
Telephone: (470) 321-7112

Case No.:  SEE ATTACHED EXHIBIT A

In re:

SEE ATTACHED EXHIBIT A

# NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Sherri R. Dicks of Robertson, Anschutz, Schneid, Crane & Partners, PLLC will be substituted as attorney of record for Creditor in place of Aleisha C. Jennings, in this case.

Date:  08/08/2024

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC

/s/ *Aleisha C Jennings*
Signature of Former Attorney
By:  Aleisha C. Jennings

Date:  08/08/2024

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC

/s/Sherri R. Dicks
Signature of Substituted Attorney
By: Sherri R. Dicks

1

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, #202
Fairfield, NJ  07004
Telephone: (470) 321-7112

Case No.:  SEE ATTACHED EXHIBIT A

In re:

SEE ATTACHED EXHIBIT A

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that Sherri R. Dicks of Robertson, Anschutz, Schneid, Crane & Partners, PLLC will be substituted as attorney of record for Creditor in place of Aleisha C. Jennings in this case.

Date:  08/08/2024

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC

/s/  Aleisha C Jennings
Signature of Former Attorney
By:  Aleisha C. Jennings

Date:  08/08/2024

Robertson, Anschutz, Schneid, Crane
& Partners, PLLC

/s/Sherri R. Dicks
Signature of Substituted Attorney
Sherri R. Dicks

2

EXHIBIT "A"

16-21251-RG
17-12435-RG
17-22199-RG
17-26447-RG
18-18677-RG
18-19366-CMG
18-20511-CMG
18-24470-SLM
18-27945-SLM
18-29622-CMG
18-30090-RG
18-30417-RG
18-30451-CMG
18-35075-CMG
19-10815-SLM
19-14361-RG
19-14618-CMG
19-14678-SLM
19-15917-SLM
19-17136-CMG
19-17471-SLM
19-17493-SLM
19-18566-CMG
19-18762-CMG
19-19634-CMG
19-19688-SLM
19-19917-SLM
19-20205-SLM
19-20244-CMG
19-20532-SLM
19-20797-SLM
19-21231-CMG
19-21654-SLM
19-21687-SLM
19-21760-CMG
19-22285-CMG
19-22409-CMG
19-22791-RG
19-22856-SLM
19-22933-CMG
19-23069-CMG
19-23113-SLM
19-23262-CMG
19-23449-RG
19-23696-SLM
19-23906-RG
19-24269-CMG

19-24368-CMG
19-24447-CMG
19-24469-RG
19-24536-SLM
19-24675-RG
19-24859-SLM
19-24938-CMG
19-25044-CMG
19-25125-SLM
19-25365-CMG
19-25434-CMG
19-26162-CMG
19-26203-CMG
19-26524-SLM
19-26976-RG
19-27126-SLM
19-27404-CMG
19-27486-CMG
19-27824-CMG
19-28163-SLM
19-28428-CMG
19-28612-CMG
19-28641-CMG
19-29167-CMG
19-29195-RG
19-29996-CMG
19-30115-CMG
19-30290-CMG
19-31274-CMG
19-31508-CMG
19-31610-CMG
19-31627-CMG
19-31965-SLM
19-32010-RG
19-32722-CMG
19-32725-CMG
19-32835-CMG
19-32937-CMG
19-33238-CMG
19-33265-CMG
19-33420-CMG
19-33564-CMG
19-33597-RG
19-33645-CMG
19-33730-CMG
19-33869-CMG
19-34086-RG
20-10231-CMG
20-10419-CMG
20-10812-CMG
20-10878-CMG

20-11160-CMG
20-11880-SLM
20-12284-CMG
20-12548-CMG
20-12770-SLM
20-13668-CMG
20-14235-CMG
20-14314-RG
20-14492-CMG
20-14914-SLM
20-14919-SLM
20-15187-CMG
20-15379-CMG
20-15415-RG
20-15769-CMG
20-16077-RG
20-16624-CMG
20-16741-CMG
20-16781-SLM
20-16908-CMG
20-17009-RG
20-17312-CMG
20-17526-CMG
20-17609-CMG
20-17767-SLM
20-18017-CMG
20-18244-CMG
20-18620-RG
20-18729-CMG
20-19018-RG
20-19279-CMG
20-19464-CMG
20-19951-CMG
20-20206-SLM
20-20266-CMG
20-20329-CMG
20-20618-CMG
20-21194-SLM
20-21672-CMG
20-21926-SLM
20-21949-CMG
20-22568-RG
20-22822-CMG
20-22907-SLM
20-23038-CMG
20-23171-SLM
20-23595-RG
20-23823-CMG
21-10052-RG
21-10170-CMG
21-10732-CMG


21-10817-CMG
21-10882-SLM
21-11067-CMG
21-11405-RG
21-11406-RG
21-11569-RG
21-11690-SLM
21-12089-SLM
21-12299-SLM
21-12369-SLM
21-13283-CMG
21-13334-RG
21-13582-SLM
21-13985-SLM
21-14026-CMG
21-14290-CMG
21-14429-SLM
21-14972-RG
21-15185-SLM
21-15254-CMG
21-16036-SLM
21-16380-SLM
21-16956-SLM
21-17242-CMG
21-17286-RG
21-17701-RG
21-17839-CMG
21-17865-CMG
21-17946-CMG
21-18301-CMG
21-18587-CMG
21-18742-SLM
21-18826-CMG
21-19032-RG
21-19374-CMG
21-19407-SLM
21-19413-RG
21-19933-CMG
22-10257-CMG
22-10331-CMG
22-10644-SLM
22-10756-CMG
22-10877-CMG
22-10932-RG
22-11044-RG
22-11054-CMG
22-11197-CMG
22-11237-CMG
22-11561-CMG
22-11686-CMG
22-11839-SLM

22-11974-CMG
22-12258-SLM
22-12735-CMG
22-12831-CMG
22-12855-RG
22-12925-CMG
22-12946-RG
22-13044-CMG
22-13109-CMG
22-13306-CMG
22-13458-SLM
22-13609-RG
22-13625-RG
22-13660-CMG
22-13918-SLM
22-13981-CMG
22-14068-CMG
22-14158-RG
22-14254-RG
22-14323-CMG
22-14326-SLM
22-14937-CMG
22-15255-CMG
22-15261-SLM
22-15397-CMG
22-15569-CMG
22-15627-RG
22-15644-SLM
22-15712-SLM
22-15953-SLM
22-16107-CMG
22-16232-CMG
22-16276-SLM
22-16293-CMG
22-16310-CMG
22-16336-CMG
22-16345-CMG
22-16411-CMG
22-16467-RG
22-16572-SLM
22-16631-SLM
22-16636-CMG
22-16755-CMG
22-16890-RG
22-16994-CMG
22-17110-SLM
22-17221-SLM
22-17271-CMG
22-17365-SLM
22-17880-CMG
22-17928-CMG

22-17954-CMG
22-18031-SLM
22-18270-CMG
22-18736-CMG
22-19329-CMG
22-19337-CMG
22-19359-CMG
22-19557-RG
22-19708-CMG
22-19929-SLM
22-20001-RG
22-20051-RG
23-10085-RG
23-10086-SLM
23-10310-CMG
23-10359-CMG
23-10471-RG
23-10682-SLM
23-10702-SLM
23-10907-SLM
23-10933-CMG
23-11001-RG
23-11106-CMG
23-11116-SLM
23-11206-SLM
23-11217-CMG
23-11357-RG
23-11465-CMG
23-11764-CMG
23-11985-CMG
23-12067-SLM
23-12139-CMG
23-12202-CMG
23-12340-CMG
23-12342-CMG
23-12374-RG
23-12409-RG
23-12527-CMG
23-12576-RG
23-12682-CMG
23-12727-CMG
23-12766-CMG
23-12857-CMG
23-12926-CMG
23-12963-CMG
23-13097-RG
23-13116-CMG
23-13119-CMG
23-13247-CMG
23-13270-SLM
23-13278-CMG

23-13326-RG
23-13331-RG
23-13627-RG
23-13681-CMG
23-13759-CMG
23-13870-CMG
23-13989-CMG
23-14080-CMG
23-14095-CMG
23-14191-CMG
23-14460-CMG
23-14515-RG
23-14553-CMG
23-14620-SLM
23-14821-RG
23-14877-CMG
23-14917-CMG
23-14928-RG
23-14949-CMG
23-14978-RG
23-15031-RG
23-15038-CMG
23-15144-CMG
23-15161-CMG
23-15257-CMG
23-15282-CMG
23-15329-CMG
23-15357-CMG
23-15425-RG
23-15541-CMG
23-15626-CMG
23-15628-RG
23-15701-CMG
23-15724-CMG
23-15780-CMG
23-15785-SLM
23-15826-CMG
23-15882-CMG
23-15904-CMG
23-16158-SLM
23-16316-RG
23-16354-SLM
23-16364-CMG
23-16386-CMG
23-16429-RG
23-16532-CMG
23-16535-CMG
23-16587-SLM
23-16703-CMG
23-16902-CMG
23-16990-CMG

23-17050-CMG
23-17065-CMG
23-17103-CMG
23-17104-CMG
23-17199-CMG
23-17201-RG
23-17279-RG
23-17336-CMG
23-17399-CMG
23-17409-CMG
23-17418-CMG
23-17568-SLM
23-17573-RG
23-17610-RG
23-17611-SLM
23-17626-RG
23-17739-CMG
23-17833-CMG
23-17882-SLM
23-17930-CMG
23-17944-RG
23-17985-CMG
23-17987-CMG
23-18088-CMG
23-18140-RG
23-18152-CMG
23-18261-CMG
23-18346-CMG
23-18377-SLM
23-18511-CMG
23-18598-CMG
23-18641-RG
23-18660-RG
23-18709-CMG
23-18712-CMG
23-18718-SLM
23-18743-CMG
23-18783-RG
23-18844-RG
23-18964-CMG
23-18989-CMG
23-19177-CMG
23-19286-RG
23-19384-RG
23-19396-RG
23-19494-RG
23-19519-CMG
23-19542-SLM
23-19569-CMG
23-19586-CMG
23-19706-SLM

23-19754-RG
23-19760-CMG
23-19814-RG
23-19835-CMG
23-20463-RG
23-20535-RG
23-20627-CMG
23-20709-CMG
23-20720-RG
23-20721-RG
23-20742-RG
23-20816-RG
23-20819-CMG
23-20835-RG
23-20918-CMG
23-20954-CMG
23-20955-CMG
23-20988-RG
23-20991-SLM
23-21020-SLM
23-21028-RG
23-21098-SLM
23-21169-RG
23-21211-RG
23-21271-RG
23-21402-SLM
23-21431-CMG
23-21449-CMG
23-21454-SLM
23-21461-CMG
23-21495-CMG
23-21499-SLM
23-21524-SLM
23-21532-SLM
23-21595-CMG
23-21708-SLM
23-21722-RG
23-21777-SLM
23-21834-RG
23-21861-CMG
23-21983-RG
24-10006-SLM
24-10017-RG
24-10143-CMG
24-10194-SLM
24-10210-SLM
24-10231-RG
24-10247-RG
24-10265-CMG
24-10368-MBK
24-10409-CMG

24-10443-RG
24-10455-SLM
24-10469-CMG
24-10523-RG
24-10717-CMG
24-10751-CMG
24-10801-RG
24-10819-RG
24-10871-SLM
24-10928-CMG
24-10975-CMG
24-10991-SLM
24-11014-CMG
24-11030-CMG
24-11092-SLM
24-11123-CMG
24-11136-RG
24-11249-RG
24-11288-CMG
24-11315-CMG
24-11326-RG
24-11347-CMG
24-11377-CMG
24-11379-RG
24-11384-CMG
24-11448-CMG
24-11467-RG
24-11538-SLM
24-11552-SLM
24-11795-SLM
24-12084-RG
24-12133-RG
24-12147-RG
24-12172-SLM
24-12351-SLM
24-12352-CMG
24-12369-RG
24-12387-RG
24-12421-RG
24-12428-RG
24-12513-RG
24-12620-SLM
24-12634-RG
24-12647-RG
24-12823-RG
24-12827-SLM
24-12925-CMG
24-13008-RG
24-13035-SLM
24-13091-CMG
24-13158-RG

24-13206-CMG
24-13252-RG
24-13314-RG
24-13357-CMG
24-13399-SLM
24-13463-SLM .
24-13653-RG
24-13657-RG
24-13668-RG
24-13685-RG
24-13925-RG
24-13993-CMG
24-13996-CMG
24-13997-RG
24-14035-CMG
24-14041-CMG
24-14095-RG
24-14116-CMG
24-14118-SLM
24-14194-CMG
24-14206-CMG
24-14208-CMG
24-14269-RG
24-14402-CMG
24-14457-RG
24-14556-CMG
24-14581-RG
24-14622-SLM
24-14658-SLM
24-14671-CMG
24-14739-SLM
24-14742-CMG
24-14806-CMG
24-14826-SLM
24-14884-RG
24-14966-SLM
24-14971-SLM
24-14972-RG
24-15093-RG
24-15129-RG
24-15153-RG
24-15154-RG
24-15163-RG
24-15859-RG
24-16085-CMG
24-16226-RG
24-16551-RG
24-16621-SLM
24-16628-RG