Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 23−10086−SLM
        Chapter: 13
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Moshe Cohen
   7 Stanford Court
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0560

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Ilissa Churgin Hook the Trustee in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 9/3/24.

Ilissa Churgin Hook (ADMINISTRATIVE)
c/o Norgaard O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631


Dated: September 9, 2024
JAN: dmc

                                                                  Jeanne Naughton
                                                                  Clerk