Form 226 − 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10086−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Moshe Cohen
   7 Stanford Court
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0560

Employer's Tax I.D. No.:

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

    Please be advised that Ilissa Churgin Hook the Trustee in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 9/3/24.

Ilissa Churgin Hook
c/o Norgaard O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631


Dated: September 9, 2024
JAN: dmc

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Moshe Cohen  
Debtor

Case No. 23-10086-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 5  
Date Rcvd: Sep 09, 2024  Form ID: 226  Total Noticed: 72

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| 519826969 | + | 20 Continental Drive, L.L.C., 500 Plaza Drive - P.O. Box 1515 -, Secaucus NJ 07096-1515 |
| 520382218 | + | All Jays Enterprises, Inc., Archer & Greiner, P.C., Attn:D.Leney, H., 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |
| 519826182 | | American Express, PO BOX 29787, FORT LAUDERDALE FL |
| 519824638 | | Bank of America/Real Time Resolutions, P.O. Box 36655, Dallas, TX 75235-1655 |
| 520382219 | + | Cappy Brothers Transport, Inc., Archer & Greiner, P.C., Attn:D.Leney, H., 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |
| 519874474 | + | Congregation AABJ&D, 700 Pleasant Valley Way, West Orange NJ 07052-2399 |
| 519826967 | + | Joseph Kushner Hebrew Acadamy, 110 South Orange Avenue, Livingston, NJ 07039-4904 |
| 519874479 | + | Joseph Kushner Hebrew Academy, 110 South Orange Avenue, Livingston NJ 07039-4904 |
| 520382220 | | Joseph T. Capriglione, Archer & Greiner, P.C., Attn:D.Leney, H., Voorhees, NJ 08043 |
| 519826970 | | Pet Needs-Totowa (, 52 Continental Drive), L.C.C 5, 00 Plaza Drive - P.O. Box 1515 -, Secaucus, NJ 07096-1515 |
| 520007764 | + | Pet Needs-Totowa (25 Continental), L.L.C., 500 Plaza Drive, P.O. Box 1515, Secaucus, NJ 07096-1515 |
| 519874484 | + | Pet Needs-Totowa 52 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874486 | + | Roger Fidler, 1522 Gardner Drive, Lutz FL 33559-3305 |
| 519874481 | + | Select Portfolio Management, PO Box 65250, Salt Lake City UT 84165-0250 |
| 519826963 | | TJMAXX Credit Services, PO Box 530948, Atlanta, GA 30353-0948 |
| 520021966 | + | U.S. Bank N.A, Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 520375255 | | U.S. Bank N.A., as trustee, on behalf of the, holders of the J.P. Morgan Mortgage Trus, 2007-S3 Mortgage Pass-Through Certificat, Select Portfolio Servicing, Inc., P.O. Box 65250 Salt Lake City, UT 84165-0250 |
| 520378906 | | U.S. Securities and Exchange Commission, 950 East Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326-1382 |
| 519874480 | | Yeshivat Lev HaTorah, Nachal Ein, Ramat Beit Shemesh, Israel 9909884 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519826959 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 09 2024 20:48:03 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 519954899 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2024 20:48:00 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519843588 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2024 20:48:04 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519824639 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 09 2024 20:48:31 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519956673 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 09 2024 20:59:08 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519956634 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2024 20:59:27 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519826956 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0312-2 | User: admin | Page 2 of 5
Date Rcvd: Sep 09, 2024 | Form ID: 226 | Total Noticed: 72

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519874473 | | Email/Text: BKPT@cfna.com | Sep 09 2024 20:33:00 | Community Bank, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 519826965 | | Email/Text: BKPT@cfna.com | Sep 09 2024 20:32:00 | Credit First National Association, PO Box 81083, Cleveland OH 44181 |
| 519826185 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2024 20:32:00 | Credit First National Association, PO Box 81083, Cleveland OH 44181 $400 |
| 519826949 | + | Email/Text: mrdiscen@discover.com | Sep 09 2024 20:47:44 | Macys, PO BOX 8218, Mason OH 45040 |
| 519952808 | | Email/Text: mrdiscen@discover.com | Sep 09 2024 20:32:00 | Discover, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 519826183 | | Email/Text: BNSFN@capitalsvcs.com | Sep 09 2024 20:32:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519826184 | | Email/Text: BNSFS@capitalsvcs.com | Sep 09 2024 20:32:00 | First National Credit Card (Legacy), 500 E 60TH ST N, Sioux Falls, SD 57104 |
| 519874469 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 09 2024 20:32:00 | FIRST SAVINGS BANK, 500 E 60TH ST N, SIOUX FALLS,SD |
| 519826961 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 09 2024 20:34:00 | Genesis FB Card Services, PO Box 4488, Beaverton OR 97076-4402 |
| 519826960 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2024 20:34:00 | Genessis FB Card Services, P.O Box 4488,, Beaverton OR 97076-4402 |
| 519874467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2024 20:47:43 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 520382125 | | Email/Text: Trustee@hookandfatovich.com | Sep 09 2024 20:48:49 | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 520020204 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2024 20:32:00 | Ilissa Churgin Hook, c/o Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631 |
| 519954897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2024 20:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519874361 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2024 20:47:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519826186 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2024 20:59:25 | MERRICK BANK - Agent, 10705 S Jordan Gateway #200, South Jordan UT 84095-3977 |
| 519826957 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2024 20:59:17 | MERRICK BANK CORP, PO BOX 9201, Old Bethpage NY 11804-9001 |
| 519826964 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2024 20:33:00 | MIDLAND CREDIT Management, P.O. Box 939069, San Diego, California 92193-9069 |
| 519874464 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2024 20:59:16 | Macys, PO BOX 71359, PHILADELPHIA, PA 19176-1359 |
| 520011715 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2024 20:33:00 | Midland Credit Management, PO Box 939069, San Diego CA 92193-9069 |
| 519826955 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 09 2024 20:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520382180 | ^ | MEBN | Sep 09 2024 20:34:00 | Milestone Genesis, FB Card Services, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 519826950 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2024 20:33:44 | Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| 519826951 | + | Email/Text: bkrgeneric@penfed.org | Sep 09 2024 20:47:41 | Ollo Credit Card, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| | | | Sep 09 2024 20:32:00 | PENTAGON FEDERAL credit union, 2930 EISENHOWER AVE, ALEXANDRIA, VA 22314-4557 |

| | | | |
|---|---|---|---|
| 519826958 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2024 20:47:39 | PORTFOLIO RECOV ASSOC, 150 CORPORATE BLVD, NORFOLK, VA 23502-4952 |
| 520019136 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2024 20:48:01 | Portfolio Recovery Associates, LLC, c/o Cheapoair, POB 41067, Norfolk VA 23541 |
| 519979666 | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2024 20:33:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519953405 | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2024 20:33:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520021609 | Email/Text: bkdepartment@rtresolutions.com | Sep 09 2024 20:33:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 519826971 | + Email/Text: secbankruptcy@sec.gov | Sep 09 2024 20:33:00 | Securities & Exchange Commision, 100 F Street NE,, Washington DC 20549-2001 |
| 519874485 | + Email/Text: secbankruptcy@sec.gov | Sep 09 2024 20:33:00 | Securities & Exchange Commission, 100 F Street NE, Washington DC 20549-2001 |
| 520020673 | + Email/PDF: ebn_ais@aisinfo.com | Sep 09 2024 20:48:34 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519805541 | ^ MEBN | Sep 09 2024 20:34:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519826952 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2024 20:59:20 | Synchrony Bank Amazon, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 519826953 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2024 20:48:32 | Synchrony Bank PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 519826954 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 09 2024 20:48:07 | Synchrony Bank TJMAXX, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 520376921 | Email/Text: bncmail@w-legal.com | Sep 09 2024 20:33:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 519952498 | + Email/PDF: ebn_ais@aisinfo.com | Sep 09 2024 20:59:16 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519826962 | + Email/Text: bncmail@w-legal.com | Sep 09 2024 20:33:00 | Target Red Card Services, P.O Box 660170, Dallas TX 75266-0170 |
| 520170769 | + Email/Text: RASEBN@raslg.com | Sep 09 2024 20:32:00 | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520323109 | + Email/Text: RASEBN@raslg.com | Sep 09 2024 20:32:00 | U.S. Bank N.A., as trustee, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519826966 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 09 2024 20:33:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 519952923 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 09 2024 20:33:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519989513 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 09 2024 20:48:32 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 52

# BYPASSED RECIPIENTS

| District/off: 0312-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: 226 | Total Noticed: 72 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519826968 | | Yeshivat Lev HaTorah, Nachal Ein Gedi, 37 Ramat Beit Shemesh 9909884 |
| 519874483 | *+ | 20 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874466 | *+ | AFFIRM INC, 650 California St FL 12, San Francisco CA 94108-2716 |
| 519974683 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519874482 | *+ | Bank of America Real Time Resolutions, PO Box 36655, Dallas TX 75235-1655 |
| 519874475 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874476 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874477 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874463 | *+ | Community Bank, PO Box 182789, Columbus OH 43218-2789 |
| 519874468 | *+ | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 519874472 | *+ | Macys, PO Box 71359, Philadelphia PA 19176-1359 |
| 519874462 | *+ | Milestone Genesis FB Card Services, PO Box 4499, Beaverton OR 97076-4499 |
| 519874457 | *+ | Ollo Credit Card, PO Box 9222, Old Bethpage NY 11804-9222 |
| 519874458 | *+ | Pentagon Federal Credit Union, 2930 Eisenhower Ave, Alexandria VA 22314-4557 |
| 519874465 | *+ | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk VA 23502-4952 |
| 519874459 | *+ | Synchrony Bank Amazon, PO Box 965015, Orlando FL 32896-5015 |
| 519874460 | *+ | Synchrony Bank PPC, PO Box 530975, Orlando FL 32896-0001 |
| 519874461 | *+ | Synchrony Bank TJMAXX, PO Box 965015, Orlando FL 32896-5015 |
| 519874471 | *+ | TJMAXX Credit Services, PO Box 530948, Atlanta GA 30353-0948 |
| 519874470 | *+ | Target Red Card Services, PO Box 660170, Dallas TX 75266-0170 |
| 519874478 | *+ | US DEPT OF ED/GLELSI, PO Box 7860, Madison WI 53707-7860 |
| 520329481 | *+ | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank N.A. ajennings@hillwallack.com |
| Brian Gregory Hannon | on behalf of Trustee Ilissa Churgin Hook bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Trustee Ilissa Churgin Hook cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cas sandrac.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas G. Leney | |

District/off: 0312-2 | User: admin | Page 5 of 5
Date Rcvd: Sep 09, 2024 | Form ID: 226 | Total Noticed: 72

| | |
|---|---|
| | on behalf of Creditor All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor CBTI Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com ahuber@archerlaw.com |
| Geoffrey P. Neumann | on behalf of Debtor Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | on behalf of Trustee Ilissa Churgin Hook Trustee@norgaardfirm.com J116@ecfcbis.com |
| John O'Boyle | on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com |
| Kenneth Borger, Jr | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates kborger@raslg.com |
| Keri P. Ebeck | on behalf of Creditor Real Time Resolutions Inc. KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank N.A. as trustee kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Milica A. Fatovich | on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Roger Fay | on behalf of Creditor U.S. Bank N.A. as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| Roger L. Fidler | on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com |
| Timothy P. Neumann | on behalf of Debtor Michael Moshe Cohen timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 22