Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10086−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Moshe Cohen
   7 Stanford Court
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 10/29/24 at 10:00 AM

to consider and act upon the following:

*150* − Motion to Extend Time To Object to Discharge Filed by Milica A. Fatovich on behalf of Norgaard O'Boyle & Hannon. (Attachments: # 1 Proposed Order) (Fatovich, Milica)

Dated: 10/9/24

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court