|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> NORGAARD O'BOYLE & HANNON <br> 184 Grand Avenue <br> Englewood, NJ  07631 <br> (201) 871-1333 <br> Counsel to Administrative Claimant Norgaard O'Boyle & Hannon <br><br> By:  Milica A. Fatovich, Esq. <br>     mfatovich@norgaardfirm.com | Order Filed on October 30, 2024 <br> by Clerk, <br> U.S. Bankruptcy Court <br> District of New Jersey |
| In re: <br><br> **Michael Moshe Cohen,** <br><br>               Debtor. | Hon. Stacey L. Meisel, U.S.B.J. <br><br> Chapter 7 <br><br> Case No. 23-10086-SLM <br><br> Hearing: 10/29/2024 |

### ORDER EXTENDING TIME FOR ADMINISTRATIVE CLAIMANT NORGAARD O'BOYLE & HANNON TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR THE DISCHARGEABILITY OF CERTAIN DEBT(S)

The relief set forth on the following page, numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: October 30, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:           2
Debtor:         MICHAEL MOSHE COHEN
Case No.:       23-10086-SLM
Caption of Order:   Order Extending Time For Administrative Claimant Norgaard O'Boyle & Hannon To File A Complaint Objecting To Discharge And/Or The Dischargeability Of Certain Debt

---

This matter having been opened by an Application of administrative claimant Norgaard O'Boyle & Hannon (the "Applicant" or "NOH"), former counsel for Chapter 7 Trustee Ilissa Churgin Hook, to extend the Applicant's time to file a Complaint objecting to discharge or the dischargeability of certain debt(s) for a period of sixty-days through and including December 6, 2024; and the Court having considered the objections, if any, and the arguments of counsel; and good cause appearing therefore

        **IT IS ORDERED**:

1.   That the Applicant's time to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727 or the discharge of any debts owed to the Applicant pursuant to 11 U.S.C. §523 be and the same hereby is further extended **through and including December 6, 2024,** without prejudice to applications by the Applicant for further extensions of time and without prejudice to the Debtor's right to object to such applications; and

2.   That a copy of this Order shall be served upon parties-in-interest within seven (7) days of the entry hereof.