| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| NORGAARD O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ  07631<br>(201) 871-1333<br>Counsel to Administrative Claimant Norgaard O'Boyle & Hannon<br><br>By:  Milica A. Fatovich, Esq.<br>         mfatovich@norgaardfirm.com | Order Filed on October 30, 2024<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Hon. Stacey L. Meisel, U.S.B.J. |
| In re:<br><br>**Michael Moshe Cohen,**<br><br>                                        Debtor. | Chapter 7<br><br>Case No. 23-10086-SLM<br><br>Hearing: 10/29/2024 |

### ORDER EXTENDING TIME FOR ADMINISTRATIVE CLAIMANT NORGAARD O'BOYLE & HANNON TO FILE A COMPLAINT OBJECTING TO DISCHARGE AND/OR THE DISCHARGEABILITY OF CERTAIN DEBT(S)

The relief set forth on the following page, numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: October 30, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Imaged Certificate of Notice    Page 2 of 4

Page: 2
Debtor: MICHAEL MOSHE COHEN
Case No.: 23-10086-SLM
Caption of Order: Order Extending Time For Administrative Claimant Norgaard O'Boyle & Hannon To File A Complaint Objecting To Discharge And/Or The Dischargeability Of Certain Debt
_____

This matter having been opened by an Application of administrative claimant Norgaard O'Boyle & Hannon (the "Applicant" or "NOH"), former counsel for Chapter 7 Trustee Ilissa Churgin Hook, to extend the Applicant's time to file a Complaint objecting to discharge or the dischargeability of certain debt(s) for a period of sixty-days through and including December 6, 2024; and the Court having considered the objections, if any, and the arguments of counsel; and good cause appearing therefore

    **IT IS ORDERED**:

1. That the Applicant's time to file a complaint objecting to the Debtor's discharge pursuant to 11 U.S.C. §727 or the discharge of any debts owed to the Applicant pursuant to 11 U.S.C. §523 be and the same hereby is further extended **through and including December 6, 2024,** without prejudice to applications by the Applicant for further extensions of time and without prejudice to the Debtor's right to object to such applications; and

2. That a copy of this Order shall be served upon parties-in-interest within seven (7) days of the entry hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Moshe Cohen  
  Debtor

Case No. 23-10086-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2  
Date Rcvd: Oct 30, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2024  Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2024 at the address(es) listed below:

**Name**  **Email Address**

Aleisha Candace Jennings  
  on behalf of Creditor U.S. Bank N.A. ajennings@hillwallack.com

Brian Gregory Hannon  
  on behalf of Trustee Ilissa Churgin Hook bhannon@norgaardfirm.com  
  amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com

Cassandra C. Norgaard  
  on behalf of Trustee Ilissa Churgin Hook cnorgaard@norgaardfirm.com  
  amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cas sandrac.b124931@notify.bestcase.com

Denise E. Carlon  
  on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 30, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Douglas G. Leney
    on behalf of Plaintiff CBTI Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor CBTI Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Geoffrey P. Neumann
    on behalf of Debtor Michael Moshe Cohen geoff.neumann@gmail.com
    timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com

Ilana Volkov
    on behalf of Creditor 20 Continental Drive LLC. ivolkov@mcgrailbensinger.com

Ilana Volkov
    on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook
    on behalf of Trustee Ilissa Churgin Hook Trustee@norgaardfirm.com J116@ecfcbis.com

John O'Boyle
    on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

Kenneth Borger, Jr
    on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck
    on behalf of Creditor Real Time Resolutions Inc. KEBECK@BERNSTEINLAW.COM,
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kimberly A. Wilson
    on behalf of Creditor U.S. Bank N.A. as trustee kimwilson@raslg.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Milica A. Fatovich
    on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com
    mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Milica A. Fatovich
    on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com
    mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Roger Fay
    on behalf of Creditor U.S. Bank N.A. as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler
    on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com

Timothy P. Neumann
    on behalf of Debtor Michael Moshe Cohen timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 27