Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10086−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Moshe Cohen
    7 Stanford Court
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−0560

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/10/24 and a confirmation hearing on such Plan has been scheduled for 11/17/24.

The debtor filed a Modified Plan on 11/6/24 and a confirmation hearing on the Modified Plan is scheduled for 12/11/2024. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 7, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Moshe Cohen  
    Debtor

Case No. 23-10086-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 6  
Date Rcvd: Nov 07, 2024     Form ID: 186     Total Noticed: 80

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| cr | + | Nancy Louise Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| r | + | Stack & Stack LLC, 90 Hudson Street, Hoboken, NJ 07030-5675 |
| 519826969 | + | 20 Continental Drive, L.L.C., 500 Plaza Drive - P.O. Box 1515 -, Secaucus NJ 07096-1515 |
| 520382218 | + | All Jays Enterprises, Inc., Archer & Greiner, P.C., Attn:D.Leney, H., 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |
| 519826182 | | American Express, PO BOX 29787, FORT LAUDERDALE FL |
| 519824638 | | Bank of America/Real Time Resolutions, P.O. Box 36655, Dallas, TX 75235-1655 |
| 520382219 | + | Cappy Brothers Transport, Inc., Archer & Greiner, P.C., Attn:D.Leney, H., 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |
| 519874474 | + | Congregation AABJ&D, 700 Pleasant Valley Way, West Orange NJ 07052-2399 |
| 519826967 | + | Joseph Kushner Hebrew Acadamy, 110 South Orange Avenue, Livingston, NJ 07039-4904 |
| 519874479 | + | Joseph Kushner Hebrew Academy, 110 South Orange Avenue, Livingston NJ 07039-4904 |
| 520382220 | | Joseph T. Capriglione, Archer & Greiner, P.C., Attn:D.Leney, H., Voorhees, NJ 08043 |
| 519826970 | | Pet Needs-Totowa (, 52 Continental Drive), L.C.C 5, 00 Plaza Drive - P.O. Box 1515 -, Secaucus, NJ 07096-1515 |
| 520007764 | + | Pet Needs-Totowa (25 Continental), L.L.C., 500 Plaza Drive, P.O. Box 1515, Secaucus, NJ 07096-1515 |
| 519874484 | + | Pet Needs-Totowa 52 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874486 | + | Roger Fidler, 1522 Gardner Drive, Lutz FL 33559-3305 |
| 519874481 | + | Select Portfolio Management, PO Box 65250, Salt Lake City UT 84165-0250 |
| 519826963 | | TJMAXX Credit Services, PO Box 530948, Atlanta, GA 30353-0948 |
| 520021966 | + | U.S. Bank N.A, Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 520375255 | | U.S. Bank N.A., as trustee, on behalf of the, holders of the J.P. Morgan Mortgage Trus, 2007-S3 Mortgage Pass-Through Certificat, Select Portfolio Servicing, Inc., P.O. Box 65250 Salt Lake City, UT 84165-0250 |
| 520378906 | | U.S. Securities and Exchange Commission, 950 East Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326-1382 |
| 519874480 | | Yeshivat Lev HaTorah, Nachal Ein, Ramat Beit Shemesh, Israel 9909884 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 07 2024 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 07 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Nov 08 2024 07:52:49 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Nov 07 2024 20:49:00 | Real Time Resolutions, Inc., c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| acc | + | Email/Text: sraquetcpa@outlook.com | Nov 07 2024 20:49:00 | Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| cr | ^ | MEBN | Nov 07 2024 20:43:53 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 07 2024 20:48:00 | U.S. Bank N.A., as trustee, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519826959 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 07 2024 21:06:37 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 519954899 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2024 20:53:09 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519843588 | | Email/PDF: bncnotices@becket-lee.com | Nov 08 2024 09:00:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519824639 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 07 2024 20:52:18 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519956673 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 07 2024 20:52:21 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519956634 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 07 2024 20:52:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519826956 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 07 2024 20:49:00 | Community Bank, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 519874473 | | Email/Text: BKPT@cfna.com | Nov 07 2024 20:48:00 | Credit First National Association, PO Box 81083, Cleveland OH 44181 |
| 519826965 | | Email/Text: BKPT@cfna.com | Nov 07 2024 20:48:00 | Credit First National Association, PO Box 81083, Cleveland OH 44181 $400 |
| 519826185 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 07 2024 21:05:54 | Macys, PO BOX 8218, Mason OH 45040 |
| 519826949 | + | Email/Text: mrdiscen@discover.com | Nov 07 2024 20:48:00 | Discover, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 519952808 | | Email/Text: mrdiscen@discover.com | Nov 07 2024 20:48:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519826183 | | Email/Text: BNSFN@capitalsvcs.com | Nov 07 2024 20:48:00 | First National Credit Card (Legacy), 500 E 60TH ST N, Sioux Falls, SD 57104 |
| 519826184 | | Email/Text: BNSFS@capitalsvcs.com | Nov 07 2024 20:48:00 | FIRST SAVINGS BANK, 500 E 60TH ST N, SIOUX FALLS,SD |
| 519874469 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 07 2024 20:50:00 | Genesis FB Card Services, PO Box 4488, Beaverton OR 97076-4402 |
| 519826961 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 07 2024 20:50:00 | Genessis FB Card Services, P.O Box 4488,, Beaverton OR 97076-4402 |
| 519826960 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 07 2024 20:52:14 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 519874467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 07 2024 20:52:14 | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 520382125 | | Email/Text: Trustee@hookandfatovich.com | Nov 07 2024 20:48:00 | Ilissa Churgin Hook, c/o Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631 |
| 520020204 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 07 2024 20:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519954897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2024 20:53:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519874361 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2024 20:53:07 | MERRICK BANK - Agent, 10705 S Jordan Gateway #200, South Jordan UT 84095-3977 |
| 519826186 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2024 20:52:00 | MERRICK BANK CORP, PO BOX 9201, Old Bethpage NY 11804-9001 |
| 519826957 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2024 20:50:00 | MIDLAND CREDIT Management, P.O. Box |

Case 23-10086-SLM    Doc 161    Filed 11/09/24    Entered 11/10/24 00:15:10    Desc
Imaged Certificate of Notice    Page 4 of 7

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Nov 07, 2024 | Form ID: 186 | Total Noticed: 80 |

| | | | | |
|---|---|---|---|---|
| | | | | 939069, San Diego, California 92193-9069 |
| 519826964 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 07 2024 21:06:05 | Macys, PO BOX 71359, PHILADELPHIA, PA 19176-1359 |
| 519874464 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2024 20:50:00 | Midland Credit Management, PO Box 939069, San Diego CA 92193-9069 |
| 520011715 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 07 2024 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519826955 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 07 2024 20:50:00 | Milestone Genesis, FB Card Services, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 520382180 | ^ | MEBN | Nov 07 2024 20:42:34 | Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| 519826950 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 07 2024 20:52:45 | Ollo Credit Card, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 519826951 | + | Email/Text: bkrgeneric@penfed.org | Nov 07 2024 20:48:00 | PENTAGON FEDERAL credit union, 2930 EISENHOWER AVE, ALEXANDRIA, VA 22314-4557 |
| 519826958 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2024 20:53:10 | PORTFOLIO RECOV ASSOC, 150 CORPORATE BLVD, NORFOLK, VA 23502-4952 |
| 520019136 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 07 2024 21:06:33 | Portfolio Recovery Associates, LLC, c/o Cheapoair, POB 41067, Norfolk VA 23541 |
| 519979666 | | Email/Text: bnc-quantum@quantum3group.com | Nov 07 2024 20:50:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519953405 | | Email/Text: bnc-quantum@quantum3group.com | Nov 07 2024 20:50:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520021609 | | Email/Text: bkdepartment@rtresolutions.com | Nov 07 2024 20:50:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 519826971 | + | Email/Text: secbankruptcy@sec.gov | Nov 07 2024 20:50:00 | Securities & Exchange Commision, 100 F Street NE,, Washington DC 20549-2001 |
| 519874485 | + | Email/Text: secbankruptcy@sec.gov | Nov 07 2024 20:50:00 | Securities & Exchange Commission, 100 F Street NE, Washington DC 20549-2001 |
| 520020673 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 07 2024 21:17:13 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519805541 | ^ | MEBN | Nov 07 2024 20:43:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519826952 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 20:52:36 | Synchrony Bank Amazon, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 519826953 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 21:06:31 | Synchrony Bank PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 519826954 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 07 2024 20:53:17 | Synchrony Bank TJMAXX, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 520376921 | | Email/Text: bncmail@w-legal.com | Nov 07 2024 20:49:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 519952498 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 07 2024 20:53:10 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519826962 | + | Email/Text: bncmail@w-legal.com | Nov 07 2024 20:49:00 | Target Red Card Services, P.O Box 660170, Dallas TX 75266-0170 |
| 520170769 | + | Email/Text: RASEBN@raslg.com | | |

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 07, 2024 | Form ID: 186 | Total Noticed: 80 |

| Recip ID | Bypass Reason | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 07 2024 20:48:00 | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520323109 | + | Email/Text: RASEBN@raslg.com | Nov 07 2024 20:48:00 | U.S. Bank N.A., as trustee, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519826966 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 07 2024 20:50:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 519952923 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Nov 07 2024 20:50:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519989513 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 07 2024 20:53:18 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519826968 | | Yeshivat Lev HaTorah, Nachal Ein Gedi, 37 Ramat Beit Shemesh 9909884 |
| cr | *+ | Norgaard O'Boyle & Hannon, 184 Grand Ave, Englewood, NJ 07631-3578 |
| cr | *+ | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519874483 | *+ | 20 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874466 | *+ | AFFIRM INC, 650 California St FL 12, San Francisco CA 94108-2716 |
| 519974683 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519874482 | *+ | Bank of America Real Time Resolutions, PO Box 36655, Dallas TX 75235-1655 |
| 519874475 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874476 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874477 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874463 | *+ | Community Bank, PO Box 182789, Columbus OH 43218-2789 |
| 519874468 | *+ | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 519874472 | *+ | Macys, PO Box 71359, Philadelphia PA 19176-1359 |
| 519874462 | *+ | Milestone Genesis FB Card Services, PO Box 4499, Beaverton OR 97076-4499 |
| 519874457 | *+ | Ollo Credit Card, PO Box 9222, Old Bethpage NY 11804-9222 |
| 519874458 | *+ | Pentagon Federal Credit Union, 2930 Eisenhower Ave, Alexandria VA 22314-4557 |
| 519874465 | *+ | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk VA 23502-4952 |
| 519874459 | *+ | Synchrony Bank Amazon, PO Box 965015, Orlando FL 32896-5015 |
| 519874460 | *+ | Synchrony Bank PPC, PO Box 530975, Orlando FL 32896-0001 |
| 519874461 | *+ | Synchrony Bank TJMAXX, PO Box 965015, Orlando FL 32896-5015 |
| 519874471 | *+ | TJMAXX Credit Services, PO Box 530948, Atlanta GA 30353-0948 |
| 519874470 | *+ | Target Red Card Services, PO Box 660170, Dallas TX 75266-0170 |
| 519874478 | *+ | US DEPT OF ED/GLELSI, PO Box 7860, Madison WI 53707-7860 |
| 520329481 | *+ | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank N.A. ajennings@hillwallack.com |
| Brian Gregory Hannon | on behalf of Trustee Ilissa Churgin Hook bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Trustee Ilissa Churgin Hook cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cas sandrac.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas G. Leney | on behalf of Creditor Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Geoffrey P. Neumann | on behalf of Defendant Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Geoffrey P. Neumann | on behalf of Debtor Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | on behalf of Trustee Ilissa Churgin Hook Trustee@norgaardfirm.com  J116@ecfcbis.com |
| John O'Boyle | on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb 124931@notify.bestcase.com |
| Kenneth Borger, Jr | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates kborger@raslg.com |
| Keri P. Ebeck | on behalf of Creditor Real Time Resolutions  Inc. KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kimberly A. Wilson | on behalf of Creditor U.S. Bank N.A.  as trustee kimwilson@raslg.com |

District/off: 0312-2     User: admin     Page 6 of 6
Date Rcvd: Nov 07, 2024     Form ID: 186     Total Noticed: 80

| Name | Details |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Milica A. Fatovich | on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Milica A. Fatovich | on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Roger Fay | on behalf of Creditor U.S. Bank N.A. as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| Roger L. Fidler | on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com |
| Timothy P. Neumann | on behalf of Debtor Michael Moshe Cohen timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 28