Form oresadoc − oresadocv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  23−10086−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Moshe Cohen
    7 Stanford Court
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−0560

Employer's Tax I.D. No.:

### ORDER RESPECTING
### AMENDMENT TO SCHEDULE D, E/F, G OR H
### OR LIST OF CREDITORS

    The Court having noted that the debtor filed an Amendment to Schedule E/F on 11/6/24 or to the List of Creditors on , and for good cause shown, it is

    ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

    1.    A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

    2.    In a Chapter 11 case:

        a)    a copy of the last modified plan and disclosure statement, if any, and

        b)    a copy of any order approving the adequacy of the disclosure statement
        and/or the scheduling of the plan for confirmation.

    3.    In a Chapter 12 or Chapter 13 case:

        a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

        b)    a copy of the last modified plan that has been filed in the case.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the added creditors or parties have

    1.    until the original deadline, if any, fixed by the court to file a complaint to object to
    the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order,
    whichever is later;

    2.    until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: November 7, 2024
JAN:

<u>Stacey L. Meisel</u><br>
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-10086-SLM

Michael Moshe Cohen  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                        Page 1 of 3
Date Rcvd: Nov 07, 2024                     Form ID: oresadoc                  Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 07 2024 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2024           Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2024 at the address(es) listed below:

**Name**                         **Email Address**

Aleisha Candace Jennings
                                 on behalf of Creditor U.S. Bank N.A. ajennings@hillwallack.com

Brian Gregory Hannon
                                 on behalf of Trustee Ilissa Churgin Hook bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com

Cassandra C. Norgaard

Case 23-10086-SLM    Doc 162    Filed 11/09/24    Entered 11/10/24 00:15:10    Desc
Imaged Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Nov 07, 2024 | Form ID: oresadoc | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Trustee Ilissa Churgin Hook cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cassandrac.b124931@notify.bestcase.com |
| Denise E. Carlon | |
| | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas G. Leney | |
| | on behalf of Plaintiff Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Creditor All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Plaintiff CBTI Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Plaintiff All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Creditor CBTI Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Creditor Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com ahuber@archerlaw.com |
| Geoffrey P. Neumann | |
| | on behalf of Defendant Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Geoffrey P. Neumann | |
| | on behalf of Debtor Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Ilana Volkov | |
| | on behalf of Creditor 20 Continental Drive LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | |
| | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | |
| | on behalf of Trustee Ilissa Churgin Hook Trustee@norgaardfirm.com J116@ecfcbis.com |
| John O'Boyle | |
| | on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com |
| Kenneth Borger, Jr | |
| | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates kborger@raslg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Real Time Resolutions Inc. KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Kimberly A. Wilson | |
| | on behalf of Creditor U.S. Bank N.A. as trustee kimwilson@raslg.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Milica A. Fatovich | |
| | on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Milica A. Fatovich | |
| | on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Roger Fay | |
| | on behalf of Creditor U.S. Bank N.A. as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| Roger L. Fidler | |
| | on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com |
| Timothy P. Neumann | |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 07, 2024 | Form ID: oresadoc | Total Noticed: 2 |

on behalf of Debtor Michael Moshe Cohen timothy.neumann25@gmail.com
btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 28