Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 23−10086−SLM
                Chapter: 13
                Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Moshe Cohen
   7 Stanford Court
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 12/3/24 at 10:00 AM

to consider and act upon the following:

*136* − Confirmation Hearing Scheduled (related document:135 Chapter 13 Plan. Filed by Timothy P. Neumann on behalf of Michael Moshe Cohen.). Confirmation hearing to be held on 8/14/2024 at 08:30 AM at SLM − Courtroom 3A, Newark. Last day to Object to Confirmation 8/7/2024. (Browne, Christopher)

Dated: 11/19/24

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court