UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Byron Suarez, | : | |
| | : | CASE NO.: 23-15340 (CMG) |
| Debtor. | : | |
| _____ | : | |

Andrea Dobin, Esq.
McManimon, Scotland & Baumann, LLC
427 Riverview Plaza
Trenton, NJ 08611

**NOTICE OF APPOINTMENT OF TRUSTEE**

The United States Trustee hereby appoints Andrea Dobin, Esq. to serve as the chapter 7 trustee of the above-captioned bankruptcy estate.

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

By:   */s/ Martha R. Hildebrandt*
Martha R. Hildebrandt
Assistant United States Trustee

Dated: April 3, 2024