UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TO: JEANNE NAUGHTON, CLERK

CASE NO. 23-10086
IN RE:    MICHAEL MOSHE COHEN

NOTICE OF FUNDS ON HAND IN CASE CONVERTED
FROM CHAPTER 13 TO CHAPTER 7

Marie-Ann Greenberg, Chapter 13 Standing Trustee is currently holding as of the date of conversion, $8,425.97 on account of debtor(s) Chapter 13 Plan Payments after applicable deduction for fees applied pursuant to 28 U.S.C § 586(e). The Trustee proposes to disburse these funds on hand in this converted case as described below. If any creditor or other party in interest has an objection to the disbursement, the objection and request for a hearing on such objection must be in writing, filed with the Clerk of the United States Bankruptcy Court, and served upon the Chapter 13 Standing Trustee and Chapter 7 Trustee no later than 12/18/2024, which is fourteen (14) days from the date of this notice.

In the event an objection is timely filed a hearing thereon will be held before the Honorable STACEY L. MEISEL on 1/8/2025 at 10:00 am at the United States Bankruptcy Court in Newark, NJ, Courtroom Third Floor A, or as otherwise scheduled by the Court.

If no objection is filed the disbursement will be consummated as proposed on the Chapter 13 Standing Trustee's next scheduled disbursement cycle.

The proposed disbursement shall be as follows:

☒ Other:

The funds on hand will be disbursed pro rata to the Chapter 7 Trustee Ilissa Churgin Hook, and Counsel for Chapter 7 Trustee Norgaard, O'Boyle and Hannon, per order of 6/24/24, and administrative claims 28 and 29 on Court's Claims Register.

Request for additional information about the nature of disbursement should be directed to: Marie-Ann Greenberg, Chapter 13 Standing Trustee, 30 Two Bridges Road, Suite 330, Fairfield, NJ 07004-1550.

Dated: December 04, 2024

Revised 07/5/2022