UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on December 3, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICHAEL MOSHE COHEN

Case No.: 23-10086

Hearing Date: 12/3 ~~11/13~~/2024

Judge: Stacey L. Meisel

Chapter: 13

# ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following pages numbered two (2) and three (3), is **ORDERED**.

DATED: December 3, 2024

Honorable Stacey L. Meisel
United States Bankruptcy Judge

for the reasons set forth on the record

Upon the Hearing for Confirmation on ~~11/13~~ 12/3/2024 and for good cause shown, it is

ORDERED that this case is converted from chapter __13__ to chapter 7, and it is further

ORDERED that within 14 days of the date of this Order the debtor shall file:

- amendments to previously filed schedules and statements as necessary,

- all schedules and statements required by 11 U.S.C. § 521(a), if such documents have not already been filed,

- a schedule of all property which was acquired after the commencement of the case, but before the entry of this order,

- a schedule of executory contracts and unexpired leases entered into or assumed after the commencement of the case, but before the entry of this order,

- a schedule of unpaid debts incurred after the commencement of the case, but before the entry of this order.

ORDERED that the United States Trustee shall immediately appoint a chapter 7 trustee in this case, and it is further

ORDERED that if the case is converting from chapter 11, the debtor or chapter 11 trustee shall:

- immediately turn over to the chapter 7 trustee, all records and property of the estate in his/her custody or control,

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED that if the case is converting from chapter 13, the chapter 13 trustee shall:

- within 120 days of the date of this order, file a Final Report including an accounting of all receipts and distributions or a statement indicating why the report cannot be filed, and it is further

ORDERED, that if the case is converting from chapter 13, upon the filing of the trustee's Final Report, the chapter 13 trustee is discharged as trustee of the estate and the bond is cancelled.

*rev. 1/12/22*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 23-10086-SLM
Michael Moshe Cohen                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                 User: admin                Page 1 of 2
Date Rcvd: Dec 03, 2024            Form ID: pdf903           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024               Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank N.A. ajennings@hillwallack.com |
| Brian Gregory Hannon | on behalf of Trustee Ilissa Churgin Hook bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Cassandra C. Norgaard | on behalf of Trustee Ilissa Churgin Hook cnorgaard@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;crose@norgaardfirm.com;norgaard.cas sandrac.b124931@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 03, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Douglas G. Leney
    on behalf of Creditor All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Geoffrey P. Neumann
    on behalf of Defendant Michael Moshe Cohen geoff.neumann@gmail.com
    timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com

Geoffrey P. Neumann
    on behalf of Debtor Michael Moshe Cohen geoff.neumann@gmail.com
    timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com

Ilana Volkov
    on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com

Ilana Volkov
    on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook
    on behalf of Trustee Ilissa Churgin Hook Trustee@norgaardfirm.com  J116@ecfcbis.com

John O'Boyle
    on behalf of Trustee Ilissa Churgin Hook joboyle@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

Kenneth Borger, Jr
    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck
    on behalf of Creditor Real Time Resolutions  Inc. KEBECK@BERNSTEINLAW.COM,
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Kimberly A. Wilson
    on behalf of Creditor U.S. Bank N.A.  as trustee kimwilson@raslg.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Milica A. Fatovich
    on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com
    mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Milica A. Fatovich
    on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com
    mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Roger Fay
    on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler
    on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com

Timothy P. Neumann
    on behalf of Debtor Michael Moshe Cohen timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 28