UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Michael Moshe Cohen, | : | |
| | : | CASE NO.: 23-10086 (SLM) |
| Debtor. | : | |
| _____ | : | |

Ilissa Churgin Hook, Esq.
Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631

## NOTICE OF APPOINTMENT OF TRUSTEE

The United States Trustee hereby appoints Ilissa Churgin Hook, Esq. to serve as the chapter 7 trustee of the above-captioned bankruptcy estate.

        ANDREW R. VARA
        UNITED STATES TRUSTEE
        REGIONS 3 and 9


By:   */s/ Martha R. Hildebrandt*
       Martha R. Hildebrandt
       Assistant United States Trustee


Dated: December 10, 2024