## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:

    MICHAEL MOSHE COHEN

        Debtor(s)

Case No. 23-10086

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marie-Ann Greenberg, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/24/2024.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/03/2024.

6) Number of months from filing or conversion to last payment: 3.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $31,950.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $8,869.44 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$8,869.44**

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $443.47 |
| Other | $8,425.97 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$8,869.44** |

Attorney fees paid and disclosed by debtor:          $0.00

## Other:

| Payee Name | Payee Type | Amount Paid |
|---|---|---|
| NORGAARD O'BOYLE & HANNON | Administrative | $6,208.61 |
| ILISSA CHURGIN HOOK CHAPTER 7 | Administrative | $2,217.36 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 20 CONTINENTAL DRIVE LLC | Unsecured | 176,664.00 | 176,664.87 | 176,664.87 | 0.00 | 0.00 |
| 20 CONTINENTAL DRIVE LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AFFIRM INC | Unsecured | 2,454.00 | NA | NA | 0.00 | 0.00 |
| ALL JAYS ENTERPRISES INC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLY BANK | Unsecured | NA | 2,098.66 | 2,098.66 | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAN | Unsecured | 22,949.00 | 22,924.75 | 22,924.75 | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | NA | 941.22 | 941.22 | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | NA | 1,895.71 | 1,895.71 | 0.00 | 0.00 |
| CAPPY BROTHERS TRANSPORT INC | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| CBTI INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 352.00 | 324.61 | 324.61 | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 500.00 | 442.00 | 442.00 | 0.00 | 0.00 |
| COMMUNITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NATIONAL ASSOCIATI | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 3,300.00 | 3,925.50 | 3,925.50 | 0.00 | 0.00 |
| FIRST NATIONAL CREDIT CARD/LEG. | Unsecured | 1,355.00 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS BANK | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FB CARD SERVICES | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ILISSA CHURGIN HOOK CHAPTER 7 T | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 799.00 | 841.80 | 841.80 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 600.00 | 615.38 | 615.38 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 2,454.15 | 2,454.15 | 0.00 | 0.00 |
| JOSEPH KUSHNER HEBREW ACADEM | Unsecured | 16,000.00 | NA | NA | 0.00 | 0.00 |
| JOSEPH T CAPRIGLIONE | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| MACYS | Unsecured | 2,890.00 | NA | NA | 0.00 | 0.00 |
| MACYS | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MERRICK BANK | Unsecured | 1,800.00 | 1,454.50 | 1,454.50 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 3,515.00 | 3,400.07 | 3,400.07 | 0.00 | 0.00 |
| MILESTONE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| OLLO CARD SERVICES | Unsecured | 1,980.00 | NA | NA | 0.00 | 0.00 |
| PET NEEDS TOTOWA (25 CONTINENT | Unsecured | 277,976.00 | 277,976.28 | 277,976.28 | 0.00 | 0.00 |
| PORTFOLIO RECOV ASSOC | Unsecured | 2,548.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | NA | 2,509.78 | 2,509.78 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 572.14 | 572.14 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 430.48 | 430.48 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 6,900.00 | 7,616.89 | 7,616.89 | 0.00 | 0.00 |
| REALTIME RESOLUTIONS INC | Secured | NA | 37,362.22 | 37,362.22 | 0.00 | 0.00 |
| ROGER FIDLER | Unsecured | 500,000.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Secured | 0.00 | 31,996.20 | 31,996.20 | 0.00 | 0.00 |
| SYNCB/PPC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | NA | 617.10 | 617.10 | 0.00 | 0.00 |
| SYNCHRONY BANK BY AIS INFOSOU | Unsecured | NA | 1,323.80 | 1,323.80 | 0.00 | 0.00 |
| TD BANK USA | Unsecured | NA | 957.03 | 957.03 | 0.00 | 0.00 |
| TD BANK USA NA | Unsecured | 735.00 | 957.03 | 957.03 | 0.00 | 0.00 |
| TJMAXX | Unsecured | 589.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 5,931.05 | 5,931.05 | 0.00 | 0.00 |
| US DEPT OF ED/GLELSI | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| US SECURITIES AND EXCHANGES CC | Unsecured | 0.00 | 6,521.76 | 6,521.76 | 0.00 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | NA | 965.87 | 965.87 | 0.00 | 0.00 |
| YESHIVAT LEV HATORAH | Unsecured | 17,000.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $69,358.42 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$69,358.42** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$524,362.43** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $8,869.44 |
| Disbursements to Creditors | $0.00 |

**TOTAL DISBURSEMENTS** : $8,869.44

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/08/2025                    By:/s/ Marie-Ann Greenberg
                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.