UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Proposed Counsel to Chapter 7 Trustee Ilissa Churgin Hook
By:  Milica A. Fatovich, Esq.
       mfatovich@norgaardfirm.com

Order Filed on January 21, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael Moshe Cohen,

Debtor

Case No.:  23-10086-SLM

Chapter:  7 (re-converted)

Judge:  Meisel

# ORDER AUTHORIZING RETENTION OF

Norgaard, O'Boyle & Hannon

The relief set forth on the following page is **ORDERED**.

**DATED: January 21, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Norgaard O'Boyle & Hannon_____ as _____Counsel to the Chapter 7 Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 184 Grand Avenue
Englewood, NJ 07631

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*