UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Counsel to Chapter 7 Trustee Ilissa Churgin Hook
By:  Milica A. Fatovich, Esq.
　　mfatovich@norgaardfirm.com

**Order Filed on May 28, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Michael Moshe Cohen,

　　　　　　　　　　Debtor　　　　　　+

| | |
|---|---|
| Case No.: | 23-10086-SLM |
| Chapter: | 7 (re-converted) |
| Judge: | Meisel |

**ORDER AUTHORIZING RETENTION OF**

Ambrosio & Tomczak

The relief set forth on the following page is **ORDERED**.

**DATED: May 28, 2025**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Ambrosio & Tomczak _____

as _____ Special counsel to Chapter 7 Trustee _____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:    105 Grove Street, Suite 1 _____

    Montclair, NJ 07042 _____

    _____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 23-10086-SLM

Michael Moshe Cohen                                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                                      User: admin                                      Page 1 of 2

Date Rcvd: May 28, 2025                           Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

**Recip ID**                    **Recipient Name and Address**
db                      +  Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:**

**Name**                               **Email Address**

Cory Francis Woerner
                                on behalf of Creditor U.S. Bank N.A.  as trustee cwoerner@raslg.com

Denise E. Carlon
                                on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
                                Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas G. Leney
                                on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
                                on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
                                on behalf of Plaintiff All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
                                on behalf of Creditor CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

District/off: 0312-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 28, 2025                       Form ID: pdf903                            Total Noticed: 1

Douglas G. Leney
                    on behalf of Creditor Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
                    on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
                    on behalf of Plaintiff Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
                    on behalf of Creditor All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Geoffrey P. Neumann
                    on behalf of Defendant Michael Moshe Cohen geoff.neumann@gmail.com
                    timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com

Geoffrey P. Neumann
                    on behalf of Debtor Michael Moshe Cohen geoff.neumann@gmail.com
                    timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com

Ilana Volkov
                    on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com

Ilana Volkov
                    on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook
                    Trustee@norgaardfirm.com  J116@ecfcbis.com

Kenneth Borger, Jr
                    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
                    Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck
                    on behalf of Creditor Real Time Resolutions  Inc. KEBECK@BERNSTEINLAW.COM,
                    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marie-Ann Greenberg
                    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Milica A. Fatovich
                    on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com
                    mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Roger Fay
                    on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler
                    on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com

Sherri R. Dicks
                    on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com  shrdlaw@hotmail.com

Timothy P. Neumann
                    on behalf of Debtor Michael Moshe Cohen timothy.neumann25@gmail.com
                    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.
                    com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 25