Justin M. Gillman, Esq. (038891997)
**GILLMAN CAPONE LLC**
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664 (Tel.)
(732) 661-1707 (Fax)
ecf@gillmancapone.com (E-Mail)
Attorneys for Jason Staine

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 7 |
| **MICHAEL MOSHE COHEN** | Case No. 23-10086 (SLM) |
| Debtor | |
| | Hearing Date: |
| | Judge:  Hon. Stacey L. Meisel |

### NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Jason Staine, as an Interested Party.  Request is made that the documents filed in this case and identified below be served on the undersigned and the following address:

ADDRESS:       Justin M. Gillman, Esq.
Gillman Capone LLC
770 Amboy Avenue
Edison, NJ 08837
ecf@gillmancapone.com

DOCUMENTS:
☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☑ All documents and pleadings of any nature.

**GILLMAN CAPONE LLC**

Dated: August 25, 2025                By:/s/  Justin M. Gillman
                                                    Justin M. Gillman