| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**AMBROSIO & TOMCZAK**<br>105 Grove Street, Suite 1<br>Montclair, New Jersey 07042<br>Phone: (973) 746-6655<br>Fax: (973) 744-1110<br>Attorneys for Trustee, Ilissa Churgin Hook<br>By: Gregory E. Tomczak, Esq. (GET 9915)<br>greg@atlawfirm.net | Order Filed on August 27, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   MICHAEL MOSHE COHEN,<br><br>                           Debtor. | Chapter 7<br><br>Case No. 23-10086 (SLM)<br><br>Hearing Date: August 26, 2025 |

**ORDER COMPELLING COMPLIANCE WITH SUBPOENA, FINDING AMERICAN FAMILY INSURANCE CLAIM SERVICES, INC./HOMESITE INSURANCE IN CONTEMPT, AND IMPOSING SANCTIONS**

      The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: August 27, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Michael Moshe Cohen
Case No. 23-10086-SLM
ORDER COMPELLING COMPLIANCE WITH SUBPOENA,
FINDING AMERICAN FAMILY INSURANCE CLAIM SERVICES,
INC./HOMESITE INSURANCE IN CONTEMPT, AND IMPOSING SANCTIONS

---

THIS MATTER came to the attention of the Court upon the Motion of Chapter 7 Trustee Ilissa Churgin Hook for an Order Compelling American Family Insurance Claim Services, Inc./Homesite Insurance to comply with a Subpoena, dated June 24, 2025 and Imposing Sanctions. The Court has considered the submission before it and has listed to the argument of counsel, if any. The Court finds good cause to make the following order.

It is ORDERED as follows:

1. American Family Insurance Claim Services, Inc./Homesite Insurance shall produce to Counsel for Chapter 7 Trustee, all documents requested in Schedule A to the Trustee's Subpoena on or before September 5, 2025.

2. In the event that American Family Insurance Claim Services, Inc./Homesite Insurance fails to produce the requested documents by September 5, 2025 in compliance with this Order, upon the filing of an application by Trustee on notice to American Family Insurance Claim Services, Inc./Homesite Insurance shall be sanctioned $100.00 per day until they produce all of the requested documents.

3. A representative from American Family Insurance Claim Services, Inc./Homesite Insurance shall appear and testify at the Chapter 7 Trustee's deposition examination under Fed. R. Bankr. P. 2004 as directed in the Trustee's Subpoena on or before September 5, 2025.

4. In the event that American Family Insurance Claim Services, Inc./Homesite Insurance fails to appear for and/or refuses to testify at the deposition examination in compliance with this Order, upon the filing of an application by the Trustee on notice to American Family Insurance

Claim Services, Inc./Homesite Insurance, commencing on September 6, 2025, in addition to any sanctions imposed pursuant to Paragraph 2 above, American Family Insurance Claim Services, Inc./Homesite Insurance shall be sanctioned an additional $100.00 per day until it appears for and testifies at the required deposition examination.

5. American Family Insurance Claim Services, Inc./Homesite Insurance having failed to comply with the Subpoena prior to the Chapter 7 Trustee's filing of its motion, is found to be in civil contempt. Sanctions are hereby imposed against them in an amount equal to the Chapter 7 Trustee's attorney's fees and costs incurred in connection with obtaining this Order.

6. Within thirty (30) days from the date hereof, the attorneys for the Chapter 7 Trustee shall submit to American Family Insurance Claim Services, Inc./Homesite Insurance a statement itemizing the fees and costs incurred in preparing, serving and prosecuting the motion. American Family Insurance Claim Services, Inc./Homesite Insurance shall remit payment to the Trustee for said fees and costs within (30) days day thereafter. In the event of a dispute as to the amount, either party may file a motion for a determination by the Court.

7. Within 7 days from the date of an Order approving the sale of the Debtor's Property located at 7 Stanford Court, West Orange, NJ 07052 ("Property"), American Family Insurance Claim Services, Inc./Homesite Insurance shall complete an inspection of the Property and related fire damage, otherwise, it waives the right to object to a claim based on a lack of inspection.

8. If American Family Insurance Claim Services, Inc./Homesite Insurance fails to complete an inspection within the time limitation set forth in Paragraph 7 of this Order, the Trustee may obtain her own inspection by an independent inspector and that report which will be the only inspection considered by the Court.