**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq.
Geoffrey P. Neumann, Esq.
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel.: (732) 223-8484
Email: Timothy.neumann25@gmail.com
Email: Geoff.neumann@gmail.com

*Attorneys for Michael Moshe Cohen*

| | |
|---|---|
| In Re: | CASE NO. 23-10086(SLM) |
| **MICHAEL MOSHE COHEN**, | Chapter 7 |
| Debtor. | Hon. Stacey L. Meisel, U.S.B.J. |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Michael Moshe Cohen, Pro Se as attorneys for the Debtor, Michael Moshe Cohen because Debtor unable to continue to pay.

**WITHDRAWING ATTORNEYS**
Broege, Neumann, Fischer & Shaver, LLC

Dated: August 26, 2025         By: */s/ Timothy P. Neumann, Esq.*
                                              Timothy P. Neumann, Esq.

**SUPERSEDING ATTORNEYS**
Michael Moshe Cohen, *Pro Se*

Dated: August 26, 2025         By: _____
                                              Michael Moshe Cohen