# BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
## ATTORNEYS AT LAW

TIMOTHY P. NEUMANN
PETER J. BROEGE
FRANK J. FISCHER*
DAVID E. SHAVER
GEOFFREY P. NEUMANN
*Member National Academy
of Elder Law Attorneys
…………………
CARL BROEGE
 *of counsel*

25 ABE VOORHEES DRIVE
MANASQUAN, NEW JERSEY 08736
PHONE: (732) 223-8484
FAX: (732) 223-2416
Timothy.neumann25@gmail.com
Geoff.neumann@gmail.com

August 27, 2025

Hon. Stacey L. Meisel
United States Bankruptcy Judge
50 Walnut Street, 3rd Floor
Courtroom 3A
Newark New Jersey 07102

*Re: MICHAEL MOSHE COHEN*
   *Chapter 7 Case No.23-10086/SLM*

Dear Judge Meisel:

This letter shall confirm the termination of this office as counsel to Michael Mosche Cohen in the above matter. In a conversation with Mr. Cohen several months ago, he stated that he could not afford our legal fees and terminated our services in this matter. Mr. Cohen further stated that he would represent himself or seek other counsel. Through an oversight I did not have Mr. Cohen sign a Substitution of Attorney. However, a review of the Docket Report in this case indicates that Mr. Cohen has filed responsive pleadings in this matter.

We have this date filed a Substitution of Attorney that has been executed by Michael Cohen with the court. A copy of which is attached to this letter.

Thank you for your courtesy and attention in this matter.

           Respectfully yours,

           */s/Timothy P. Neumann*
           TIMOTHY P. NEUMANN

TPN/bjt
Enclosures
Cc: Mr. Michael Cohen via email
Cc: Milica A. Fatovich, Esq. via email
Cc: Peter J. Broege, Esq. via email

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Timothy P. Neumann, Esq.<br>Geoffrey P. Neumann, Esq.<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>Tel.: (732) 223-8484<br>Email: Timothy.neumann25@gmail.com<br>Email: Geoff.neumann@gmail.com<br><br>*Attorneys for Michael Moshe Cohen* | |
| In Re:<br><br>**MICHAEL MOSHE COHEN**,<br><br>   Debtor. | CASE NO. 23-10086(SLM)<br><br>Chapter 7<br><br>Hon. Stacey L. Meisel, U.S.B.J. |

## SUBSTITUTION OF ATTORNEY

The undersigned hereby consents to the substitution of Michael Moshe Cohen, Pro Se as attorneys for the Debtor, Michael Moshe Cohen because Debtor unable to continue to pay.

**WITHDRAWING ATTORNEYS**
Broege, Neumann, Fischer & Shaver, LLC

Dated: August 26, 2025                    By: */s/ Timothy P. Neumann, Esq.*
                                              Timothy P. Neumann, Esq.

**SUPERSEDING ATTORNEYS**
Michael Moshe Cohen, *Pro Se*

Dated: August 26, 2025                    By: _____
                                              Michael Moshe Cohen