| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**AMBROSIO & TOMCZAK**<br>105 Grove Street, Suite 1<br>Montclair, New Jersey 07042<br>Phone: (973) 746-6655<br>Fax: (973) 744-1110<br>Attorneys for Trustee, Ilissa Churgin Hook<br>By:  Gregory E. Tomczak, Esq. (GET 9915)<br>greg@atlawfirm.net | Order Filed on August 27, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>   MICHAEL MOSHE COHEN,<br><br>                              Debtor. | Chapter 7<br><br>Case No. 23-10086 (SLM)<br><br>Hearing Date: August 26, 2025 |

**ORDER COMPELLING COMPLIANCE WITH SUBPOENA, FINDING AMERICAN FAMILY INSURANCE CLAIM SERVICES, INC./HOMESITE INSURANCE IN CONTEMPT, AND IMPOSING SANCTIONS**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: August 27, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Michael Moshe Cohen
Case No. 23-10086-SLM
ORDER COMPELLING COMPLIANCE WITH SUBPOENA,
FINDING AMERICAN FAMILY INSURANCE CLAIM SERVICES,
INC./HOMESITE INSURANCE IN CONTEMPT, AND IMPOSING SANCTIONS
_____

THIS MATTER came to the attention of the Court upon the Motion of Chapter 7 Trustee Ilissa Churgin Hook for an Order Compelling American Family Insurance Claim Services, Inc./Homesite Insurance to comply with a Subpoena, dated June 24, 2025 and Imposing Sanctions. The Court has considered the submission before it and has listed to the argument of counsel, if any. The Court finds good cause to make the following order.

It is ORDERED as follows:

1. American Family Insurance Claim Services, Inc./Homesite Insurance shall produce to Counsel for Chapter 7 Trustee, all documents requested in Schedule A to the Trustee's Subpoena on or before September 5, 2025.

2. In the event that American Family Insurance Claim Services, Inc./Homesite Insurance fails to produce the requested documents by September 5, 2025 in compliance with this Order, upon the filing of an application by Trustee on notice to American Family Insurance Claim Services, Inc./Homesite Insurance shall be sanctioned $100.00 per day until they produce all of the requested documents.

3. A representative from American Family Insurance Claim Services, Inc./Homesite Insurance shall appear and testify at the Chapter 7 Trustee's deposition examination under Fed. R. Bankr. P. 2004 as directed in the Trustee's Subpoena on or before September 5, 2025.

4. In the event that American Family Insurance Claim Services, Inc./Homesite Insurance fails to appear for and/or refuses to testify at the deposition examination in compliance with this Order, upon the filing of an application by the Trustee on notice to American Family Insurance

Claim Services, Inc./Homesite Insurance, commencing on September 6, 2025, in addition to any sanctions imposed pursuant to Paragraph 2 above, American Family Insurance Claim Services, Inc./Homesite Insurance shall be sanctioned an additional $100.00 per day until it appears for and testifies at the required deposition examination.

5. American Family Insurance Claim Services, Inc./Homesite Insurance having failed to comply with the Subpoena prior to the Chapter 7 Trustee's filing of its motion, is found to be in civil contempt. Sanctions are hereby imposed against them in an amount equal to the Chapter 7 Trustee's attorney's fees and costs incurred in connection with obtaining this Order.

6. Within thirty (30) days from the date hereof, the attorneys for the Chapter 7 Trustee shall submit to American Family Insurance Claim Services, Inc./Homesite Insurance a statement itemizing the fees and costs incurred in preparing, serving and prosecuting the motion. American Family Insurance Claim Services, Inc./Homesite Insurance shall remit payment to the Trustee for said fees and costs within (30) days day thereafter. In the event of a dispute as to the amount, either party may file a motion for a determination by the Court.

7. Within 7 days from the date of an Order approving the sale of the Debtor's Property located at 7 Stanford Court, West Orange, NJ 07052 ("Property"), American Family Insurance Claim Services, Inc./Homesite Insurance shall complete an inspection of the Property and related fire damage, otherwise, it waives the right to object to a claim based on a lack of inspection.

8. If American Family Insurance Claim Services, Inc./Homesite Insurance fails to complete an inspection within the time limitation set forth in Paragraph 7 of this Order, the Trustee may obtain her own inspection by an independent inspector and that report which will be the only inspection considered by the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Moshe Cohen  
    Debtor

Case No. 23-10086-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Aug 28, 2025     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mmc4now@gmail.com | Aug 28 2025 21:16:00 | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2025 at the address(es) listed below:

**Name**     **Email Address**

Cory Francis Woerner  
     on behalf of Creditor U.S. Bank N.A.  as trustee cwoerner@raslg.com

Denise E. Carlon  
     on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas G. Leney  
     on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney  
     on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney

Case 23-10086-SLM    Doc 214    Filed 08/30/25    Entered 08/31/25 00:19:32    Desc
Imaged Certificate of Notice    Page 5 of 5

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 28, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor CBTI Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Geoffrey P. Neumann | on behalf of Defendant Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Geoffrey P. Neumann | on behalf of Debtor Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Gregory Tomczak | on behalf of Spec. Counsel Ambrosio & Tomczak getomczak@gmail.com |
| Ilana Volkov | on behalf of Creditor 20 Continental Drive LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | Trustee@norgaardfirm.com J116@ecfcbis.com |
| Justin M Gillman | on behalf of Noticing Agent Jason Staine ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Kenneth Borger, Jr | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates kborger@raslg.com |
| Keri P. Ebeck | on behalf of Creditor Real Time Resolutions Inc. KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Milica A. Fatovich | on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. Bank N.A. nrodriguez@raslg.com NJbkyecf@flwlaw.com |
| Roger Fay | on behalf of Creditor U.S. Bank N.A. as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| Roger L. Fidler | on behalf of Unknown Role Type Nancy Cohen rfidler0099@aol.com |
| Roger L. Fidler | on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com |
| Sherri R. Dicks | on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com shrdlaw@hotmail.com |
| Timothy P. Neumann | on behalf of Debtor Michael Moshe Cohen timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 29