Michael M Cohen
mmc4now@gmail.com
(917) 714-8929

September 11, 2025

Hon. Stacey L. Meisel
United States Bankruptcy Judge
50 Walnut Street, 3rd Floor, Courtroom 3A
Newark, New Jersey 07102

Re: In re Michael Moshe Cohen – Chapter 7
Case No. 23-10086 (SLM)

Dear Judge Meisel:

I respectfully submit this letter pursuant to the hearing held on September 9, 2025. Please withdraw the motion to dismiss, ECF 215. It was suggested that I add the term 'without prejudice,' but I'm uncertain. Please forgive me and disregard this addition if it is not accurate terminology.

Thank you for your time and consideration in this matter.

Respectfully submitted,

Michael Moshe Cohen