Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10086−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Moshe Cohen
   7 Stanford Court
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0560

Employer's Tax I.D. No.:

**Notice That a Transcript Has Been Filed**

     You are Noticed that a Transcript has been filed on 9/12/25. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: September 15, 2025
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10086-SLM |
| Michael Moshe Cohen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 15, 2025 | Form ID: tsntc | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| sp | + | Ambrosio & Tomczak, 105 Grove Street, Suite 1, Montclair, NJ 07042-4053 |
| none | + | Nancy Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| cr | + | Nancy Louise Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| r | + | Stack & Stack LLC, 90 Hudson Street, Hoboken, NJ 07030-5675 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: mmc4now@gmail.com | Sep 15 2025 20:52:00 | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| aty | | Email/Text: Trustee@hookandfatovich.com | Sep 15 2025 20:52:00 | Ilissa Churgin Hook, Norgaard, O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631 |
| aty | ^ | MEBN | Sep 15 2025 20:51:07 | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 15 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 15 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2025 21:22:14 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | ^ | MEBN | Sep 15 2025 20:51:06 | Norgaard O'Boyle & Hannon, 184 Grand Ave, Englewood, NJ 07631-3578 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Sep 15 2025 20:53:00 | Real Time Resolutions, Inc., c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| acc | + | Email/Text: sraquetcpa@outlook.com | Sep 15 2025 20:53:00 | Sean Raquet CPA LLC, 108 High Street, Hackettstown, NJ 07840-1936 |
| acc | + | Email/Text: sraquetcpa@outlook.com | Sep 15 2025 20:53:00 | Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| cr | ^ | MEBN | Sep 15 2025 20:50:08 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 15 2025 20:52:00 | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 15 2025 20:52:00 | U.S. Bank N.A., as trustee, Robertson, Anschutz, |

District/off: 0312-2 User: admin Page 2 of 3
Date Rcvd: Sep 15, 2025 Form ID: tsntc Total Noticed: 17

Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001

TOTAL: 13

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2025     Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. Bank N.A. as trustee cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas G. Leney | on behalf of Creditor Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff CBTI Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor CBTI Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Geoffrey P. Neumann | on behalf of Defendant Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Geoffrey P. Neumann | on behalf of Debtor Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Gregory Tomczak | on behalf of Spec. Counsel Ambrosio & Tomczak getomczak@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 15, 2025 | Form ID: tsntc | Total Noticed: 17 |

Ilana Volkov
    on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com

Ilana Volkov
    on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook
    Trustee@norgaardfirm.com J116@ecfcbis.com

Justin M Gillman
    on behalf of Noticing Agent Jason Staine ecf@gillmancapone.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kenneth Borger, Jr
    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
    Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck
    on behalf of Creditor Real Time Resolutions  Inc. KEBECK@BERNSTEINLAW.COM,
    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Milica A. Fatovich
    on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com
    mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Nathalie Rodriguez
    on behalf of Creditor U.S. Bank N.A. nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Roger Fay
    on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler
    on behalf of Unknown Role Type Nancy Cohen rfidler0099@aol.com

Roger L. Fidler
    on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com

Sherri R. Dicks
    on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com  shrdlaw@hotmail.com

Timothy P. Neumann
    on behalf of Debtor Michael Moshe Cohen timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.
    com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 29