| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**AMBROSIO & ASSOCIATES, LLC**<br>105 Grove Street, Suite 1<br>Montclair, New Jersey 07042<br>Phone: (973) 746-6655<br>Fax: (973) 744-1110<br>Attorneys for Trustee, Ilissa Churgin Hook<br>By: John T. Ambrosio, Esq. (JTA 0796)<br>     jta@atlawfirm.net | Order Filed on September 30, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MICHAEL MOSHE COHEN | Chapter 7<br><br>Case No. 23-10086 (SLM) |

**STIPULATION AND CONSENT ORDER ON COMPLIANCE WITH R. 2004 SUBPOENA**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 30, 2025**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The terms of the instant Consent Order having been agreed to by the following parties: (i) Ilissa Churgin Hook, Chapter 7 Trustee (the "Trustee") of the Chapter 7 estate of Michael Moshe

Page: 2
Debtor: MICHAEL MOSHE COHEN
Case No.: 23-10086-SLM
Caption of Order: Consent Order Extending Time For Compliance with R. 2004 Subpoena by American Family Insurance Claim Services, Inc./Homesite Insurance

Cohen, by and through her counsel Ambrosio & Associates, LLC; and (ii) American Family Insurance Claim Services, Inc./Homesite Insurance by and through their counsel Megan McKenzie, Esq.; and the parties having agreed to further extend the time within which American Family Insurance Claim Services, Inc./Homesite Insurance shall comply with the R. 2004 Subpoena, and it appearing that no party will suffer prejudice as a result hereof; and good cause appearing therefore

**IT IS ORDERED:**

1. American Family/Homesite shall provide the Chapter 7 Trustee with all insurance policies in question, any responsive documents, along with all policy endorsements within 14 days;

2. American Family/Homesite shall provide the Chapter 7 Trustee the responses to all the remaining document requests outlined in the R. 2004 Subpoena within 30 days.

3. In the event American Family/Homesite complies with the foregoing schedule for responding to the R. 2004 Subpoena, the Chapter 7 Trustee will waive all sanctions.

The undersigned hereby consents to the form and entry of the within Order.

| | |
|---|---|
| **AMBROSIO & ASSOCIATES, LLC**<br>Counsel for the Chapter 7 Trustee<br><br>By: /s/ John T. Ambrosio<br>John T. Ambrosio, Esq.<br><br>Dated: September 5, 2025 | **American Family Insurance Claim Services, Inc./ Homesite Insurance**<br><br>By: Megan McKenzie<br>Megan McKenzie, Esq.<br><br>Dated: September 8, 2025 |