| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>AMBROSIO & ASSOCIATES, LLC<br>105 Grove Street, Suite 1<br>Montclair, New Jersey 07042<br>Phone: (973) 746-6655<br>Fax: (973) 744-1110<br>Attorneys for Trustee, Ilissa Churgin Hook<br>By: John T. Ambrosio, Esq. (JTA 0796)<br>     jta@atlawfirm.net | Order Filed on September 30, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>MICHAEL MOSHE COHEN | Chapter 7<br><br>Case No. 23-10086 (SLM) |

**STIPULATION AND CONSENT ORDER ON COMPLIANCE WITH R. 2004 SUBPOENA**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 30, 2025**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The terms of the instant Consent Order having been agreed to by the following parties: (i) Ilissa Churgin Hook, Chapter 7 Trustee (the "Trustee") of the Chapter 7 estate of Michael Moshe

Page: 2
Debtor: MICHAEL MOSHE COHEN
Case No.: 23-10086-SLM
Caption of Order: Consent Order Extending Time For Compliance with R. 2004 Subpoena by American Family Insurance Claim Services, Inc./Homesite Insurance

Cohen, by and through her counsel Ambrosio & Associates, LLC; and (ii) American Family Insurance Claim Services, Inc./Homesite Insurance by and through their counsel Megan McKenzie, Esq.; and the parties having agreed to further extend the time within which American Family Insurance Claim Services, Inc./Homesite Insurance shall comply with the R. 2004 Subpoena, and it appearing that no party will suffer prejudice as a result hereof; and good cause appearing therefore

**IT IS ORDERED:**

1. American Family/Homesite shall provide the Chapter 7 Trustee with all insurance policies in question, any responsive documents, along with all policy endorsements within 14 days;

2. American Family/Homesite shall provide the Chapter 7 Trustee the responses to all the remaining document requests outlined in the R. 2004 Subpoena within 30 days.

3. In the event American Family/Homesite complies with the foregoing schedule for responding to the R. 2004 Subpoena, the Chapter 7 Trustee will waive all sanctions.

The undersigned hereby consents to the form and entry of the within Order.

| | |
|---|---|
| **AMBROSIO & ASSOCIATES, LLC**<br>Counsel for the Chapter 7 Trustee | **American Family Insurance Claim Services, Inc./ Homesite Insurance** |
| By: /s/ John T. Ambrosio<br>John T. Ambrosio, Esq. | By: Megan McKenzie<br>Megan McKenzie, Esq. |
| Dated: September 5, 2025 | Dated: September 8, 2025 |

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10086-SLM |
| Michael Moshe Cohen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mmc4now@gmail.com | Sep 30 2025 20:55:00 | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2025            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2025 at the address(es) listed below:

**Name**                **Email Address**

Cory Francis Woerner
                on behalf of Creditor U.S. Bank N.A.  as trustee cwoerner@raslg.com

Denise E. Carlon
                on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas G. Leney
                on behalf of Creditor All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
                on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
| | on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Plaintiff All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Creditor CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Creditor Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Plaintiff Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Geoffrey P. Neumann | |
| | on behalf of Defendant Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Geoffrey P. Neumann | |
| | on behalf of Debtor Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Gregory Tomczak | |
| | on behalf of Spec. Counsel Ambrosio & Tomczak getomczak@gmail.com |
| Gregory Tomczak | |
| | on behalf of Trustee Ilissa Churgin Hook getomczak@gmail.com |
| Ilana Volkov | |
| | on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | |
| | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | |
| | Trustee@norgaardfirm.com  J116@ecfcbis.com |
| Justin M Gillman | |
| | on behalf of Noticing Agent Jason Staine ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Kenneth Borger, Jr | |
| | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates kborger@raslg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Real Time Resolutions  Inc. KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Milica A. Fatovich | |
| | on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Nathalie Rodriguez | |
| | on behalf of Creditor U.S. Bank N.A. nrodriguez@raslg.com  NJbkyecf@flwlaw.com |
| Roger Fay | |
| | on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| Roger L. Fidler | |
| | on behalf of Unknown Role Type Nancy Cohen rfidler0099@aol.com |
| Roger L. Fidler | |
| | on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com |
| Sherri R. Dicks | |
| | on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com  shrdlaw@hotmail.com |
| Timothy P. Neumann | |
| | on behalf of Debtor Michael Moshe Cohen timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 30, 2025 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 30