| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>NORGAARD O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, NJ  07631<br>(201) 871-1333<br>Counsel to Chapter 7 Trustee,<br>Ilissa Churgin Hook<br>By:  Milica A. Fatovich, Esq.<br>        mfatovich@norgaardfirm.com | |
| In Re:<br><br>MICHAEL MOSHE COHEN,<br><br>                                Debtor. | Case No.:   23-10086(SLM)<br>Adv. Pro. No.: _____<br>Chapter:            7<br>Subchapter V:   ❑ Yes  ☒ No<br>Hearing Date:   10/21/25 at 10am<br>Judge:             Meisel |

## ADJOURNMENT REQUEST

1.  I, _____Milica A. Fatovich, Esq._____,

    ☒ am the attorney for: _____Chapter 7 Trustee_____,

    ❑ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Chapter 7 Trustee's Motion to Approve Sale of Real Property

    Current hearing date and time: 10/21/25 at 10:00 am

    New date requested: 11/4/25 at 10:00 am

    Reason for adjournment request: Counsel is discussing reduction in second mortgagee's sec claim; counsel also in discussions w/Debtor.

2.  Consent to adjournment:

    ❑ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

    Debtor pro se, both mortgage holders and purchaser agreed to the adjournment.

    I have not received a response from counsel for Nancy Cohen.

I certify under penalty of perjury that the foregoing is true.

Date: 10/17/25                                                    /s/ Milica A. Fatovich, Esq.
                                                                   Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted                                New hearing date: 11/4/20205 at 10:00 AM         ❏ Peremptory

❏ Granted over objection(s)    New hearing date: _____         ❏ Peremptory

❏ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/2021*