UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Counsel to Chapter 7 Trustee,
Ilissa Churgin Hook
By:  Milica A. Fatovich, Esq.
     mfatovich@norgaardfirm.com

In Re:

MICHAEL MOSHE COHEN,

                    Debtor.

Case No.:      23-10086(SLM)

Adv. Pro. No.: _____

Chapter:            7

Subchapter V:   ❑ Yes  ☒ No

Hearing Date:  11/4/25 at 10am

Judge:              Meisel

## ADJOURNMENT REQUEST

1.     I, _____Milica A. Fatovich, Esq._____,

       ☒ am the attorney for: _____Chapter 7 Trustee_____,

       ❑ am self-represented,

       and request an adjournment of the following hearing for the reason set forth below.

       Matter: Chapter 7 Trustee's Motion to Approve Sale of Real Property

       Current hearing date and time: 11/4/25 at 10:00 am

       New date requested: 11/18/25 at 10:00 am

       Reason for adjournment request: Debtor request adj. to continue settlement disc. w/Trustee:
       Trustee in disc. w/other parties as well;Trustee's counsel circulated email w/adj. request.

2.     Consent to adjournment:

       ❑ I have the consent of all parties.  ☒ I do not have the consent of all parties (explain below):
       Realtor & 2nd mortgage holder consent. I have not received a response from counsel
       for buyer, 1st mortgage holder & Nancy Cohen.

I certify under penalty of perjury that the foregoing is true.

Date: _10/30/25_____          _/s/ Milica A. Fatovich, Esq._____

                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted              New hearing date: _11/18/2025 at 10:00 AM_          ❑  Peremptory

❑  Granted over objection(s)   New hearing date: _____          ❑  Peremptory

❑  Denied

**IMPORTANT: If your request is granted, you must notify interested parties
who are not electronic filers of the new hearing date.**

*rev.10/2021*

2