UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Timothy P. Neumann, Esq. [TN6429]
Geoffrey P. Neumann, Esq. [59702019]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
*Attorneys For Debtor*
*Michael Moshe Cohen*

**Order Filed on December 16, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MICHAEL MOSHE COHEN,

    Debtor.

Case No.: 23-10086

Chapter 7

Judge: Stacy L. Meisel

Hearing Date: December 16, 2025

**ORDER RELIEVING BROEGE, NEUMANN, FISCHER & SHAVER
AS ATTORNEYS FOR MICHAEL MOSHE COHEN AND SUBSTITUTING
MICHAEL MOSHE COHEN AS <u>PRO SE</u>**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 16, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter came to the attention of the Court upon the filing of a Motion by Broege,

Neumann, Fischer & Shaver, LLC for entry of an Order to be Relieved as counsel for Michael

Moshe Cohen and Substituting Michael Moshe Cohen as *Pro Se*. The Court read and reviewed

Page 2 of 2

Debtor:  Michael Moshe Cohen

Case No.  23-10086

Caption of Order:  ORDER RELIEVING BROEGE, NEUMANN, FISCHER & SHAVER
AS ATTORNEYS FOR MICHAEL MOSHE COHEN
AND SUBSTITUTING MICHAEL MOSHE COHEN AS *PRO SE*

---

all of the papers filed in support of the motion and heard and considered the oral argument of

counsel for the parties and the oral argument of Michael Moshe Cohen.

For good cause shown,

ORDERED AS FOLLOWS:

1.      The motion is granted.

2.      Broege, Neumann, Fischer & Shaver, LLC is hereby authorized to be relieved as

counsel for the Debtor, Michael Moshe Cohen; and

3.      Substituting Michael Moshe Cohen as *Pro Se*.

4.      A copy of this Order shall be served upon all parties by regular United States Mail

within 7 days from the date it is received by Broege, Neumann, Fischer & Shaver, LLC.