

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Timothy P. Neumann, Esq. [TN6429]<br>Geoffrey P. Neumann, Esq. [59702019]<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>(732) 223-8484<br>*Attorneys For Debtor*<br>*Michael Moshe Cohen* | Order Filed on December 16, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>MICHAEL MOSHE COHEN,<br><br>    Debtor. | Case No.: 23-10086<br><br>Chapter 7<br><br>Judge: Stacy L. Meisel<br><br>Hearing Date: December 16, 2025 |

### ORDER RELIEVING BROEGE, NEUMANN, FISCHER & SHAVER AS ATTORNEYS FOR MICHAEL MOSHE COHEN AND SUBSTITUTING MICHAEL MOSHE COHEN AS <u>PRO SE</u>

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 16, 2025**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter came to the attention of the Court upon the filing of a Motion by Broege, Neumann, Fischer & Shaver, LLC for entry of an Order to be Relieved as counsel for Michael Moshe Cohen and Substituting Michael Moshe Cohen as *Pro Se*. The Court read and reviewed

Page 2 of 2
Debtor: Michael Moshe Cohen
Case No. 23-10086
Caption of Order: ORDER RELIEVING BROEGE, NEUMANN, FISCHER & SHAVER
AS ATTORNEYS FOR MICHAEL MOSHE COHEN
AND SUBSTITUTING MICHAEL MOSHE COHEN AS *PRO SE*
_____

all of the papers filed in support of the motion and heard and considered the oral argument of counsel for the parties and the oral argument of Michael Moshe Cohen.

For good cause shown,

ORDERED AS FOLLOWS:

1. The motion is granted.

2. Broege, Neumann, Fischer & Shaver, LLC is hereby authorized to be relieved as counsel for the Debtor, Michael Moshe Cohen; and

3. Substituting Michael Moshe Cohen as *Pro Se*.

4. A copy of this Order shall be served upon all parties by regular United States Mail within 7 days from the date it is received by Broege, Neumann, Fischer & Shaver, LLC.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 23-10086-SLM
Michael Moshe Cohen                                                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                    Page 1 of 3
Date Rcvd: Dec 16, 2025                 Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mmc4now@gmail.com | Dec 16 2025 21:01:00 | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2025           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2025 at the address(es) listed below:

**Name**                **Email Address**

Cory Francis Woerner
    on behalf of Creditor U.S. Bank N.A.  as trustee cwoerner@raslg.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas G. Leney
    on behalf of Creditor All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

Case 23-10086-SLM    Doc 238    Filed 12/18/25    Entered 12/19/25 00:13:45    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 16, 2025 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Plaintiff All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Creditor CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Creditor Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | |
| | on behalf of Plaintiff Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Geoffrey P. Neumann | |
| | on behalf of Defendant Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Geoffrey P. Neumann | |
| | on behalf of Debtor Michael Moshe Cohen geoff.neumann@gmail.com timothy.neumann25@gmail.com;btassillo@aol.com;esq.geoffreypn.b127774@notify.bestcase.com |
| Gregory Tomczak | |
| | on behalf of Spec. Counsel Ambrosio & Tomczak getomczak@gmail.com |
| Gregory Tomczak | |
| | on behalf of Trustee Ilissa Churgin Hook getomczak@gmail.com |
| Ilana Volkov | |
| | on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com |
| Ilana Volkov | |
| | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilissa Churgin Hook | |
| | Trustee@norgaardfirm.com  J116@ecfcbis.com |
| Justin M Gillman | |
| | on behalf of Noticing Agent Jason Staine ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Kenneth Borger, Jr | |
| | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates kborger@raslg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Real Time Resolutions  Inc. KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Milica A. Fatovich | |
| | on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Nathalie Rodriguez | |
| | on behalf of Creditor U.S. Bank N.A. nrodriguez@raslg.com  NJbkyecf@flwlaw.com |
| Roger Fay | |
| | on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com |
| Roger L. Fidler | |
| | on behalf of Unknown Role Type Nancy Cohen rfidler0099@aol.com |
| Roger L. Fidler | |
| | on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com |
| Sherri R. Dicks | |
| | on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com  shrdlaw@hotmail.com |
| Timothy P. Neumann | |
| | on behalf of Debtor Michael Moshe Cohen timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com;neumann.timothyb127774@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 16, 2025 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 30