UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 23-10086-SLM |
| | Chapter: | 7 (Reconverted) |
| Michael Moshe Cohen, | Judge: | Meisel |
| Debtor. | | |

## NOTICE OF PROPOSED PRIVATE SALE

_____Ilissa Churgin Hook_____, ___Chapter 7 Trustee___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk of the Court
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _____Stacey L. Meisel_____ on _____2/3/26_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3A__, _____50 Walnut Street, Newark, NJ_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:
7 Stanford Court
West Orange, NJ

Proposed Purchaser:   David Mizrahi and/or assignees, c/o David Shaab

Sale price:
$560,000.00 cash

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Stack & Stack
Amount to be paid:   4% commission for purposes this proposed sale only (5% comm. listing ag
Services rendered:   Real Estate Brokerage Services

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Milica A. Fatovich, Esq.

Address: Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631

Telephone No.: (201) 871-1333

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10086-SLM |
| Michael Moshe Cohen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdf905 | Total Noticed: 91 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | All Jays Enterprises, Inc., 191 Prince Charles Drive, Toms River, NJ 08757-6554 |
| sp | + | Ambrosio & Tomczak, 105 Grove Street, Suite 1, Montclair, NJ 07042-4053 |
| none | + | Nancy Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| cr | + | Nancy Louise Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| r | + | Stack & Stack LLC, 90 Hudson Street, Hoboken, NJ 07030-5675 |
| 519826969 | + | 20 Continental Drive, L.L.C., 500 Plaza Drive - P.O. Box 1515 -, Secaucus NJ 07096-1515 |
| 520451215 | + | All Jays Enterprises Inc, 1445 Golden Hemlock Way, Toms River, NJ 08753-2870 |
| 520382218 | + | All Jays Enterprises, Inc., Archer & Greiner, P.C., Attn:D.Leney, H., 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |
| 519826182 | | American Express, PO BOX 29787, FORT LAUDERDALE FL |
| 519824638 | | Bank of America/Real Time Resolutions, P.O. Box 36655, Dallas, TX 75235-1655 |
| 520451217 | + | CBTI Inc, 1445 Golden Hemlock Way, Toms River, NJ 08753-2870 |
| 520451216 | + | Cappy Brothers, 1445 Golden Hemlock Way, Toms River, NJ 08753-2870 |
| 520382219 | + | Cappy Brothers Transport, Inc., Archer & Greiner, P.C., Attn:D.Leney, H., 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |
| 519874474 | + | Congregation AABJ&D, 700 Pleasant Valley Way, West Orange NJ 07052-2399 |
| 520451219 | + | Douglas G Leney Esq, 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |
| 519826967 | + | Joseph Kushner Hebrew Acadamy, 110 South Orange Avenue, Livingston, NJ 07039-4904 |
| 519874479 | + | Joseph Kushner Hebrew Academy, 110 South Orange Avenue, Livingston NJ 07039-4904 |
| 520382220 | | Joseph T. Capriglione, Archer & Greiner, P.C., Attn:D.Leney, H., Voorhees, NJ 08043 |
| 519826970 | | Pet Needs-Totowa (, 52 Continental Drive), L.C.C 5, 00 Plaza Drive - P.O. Box 1515 -, Secaucus, NJ 07096-1515 |
| 520007764 | + | Pet Needs-Totowa (25 Continental), L.L.C., 500 Plaza Drive, P.O. Box 1515, Secaucus, NJ 07096-1515 |
| 519874484 | + | Pet Needs-Totowa 52 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874486 | + | Roger Fidler, 1522 Gardner Drive, Lutz FL 33559-3305 |
| 519874481 | + | Select Portfolio Management, PO Box 65250, Salt Lake City UT 84165-0250 |
| 519826963 | | TJMAXX Credit Services, PO Box 530948, Atlanta, GA 30353-0948 |
| 520021966 | + | U.S. Bank N.A, Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 520375255 | | U.S. Bank N.A., as trustee, on behalf of the, holders of the J.P. Morgan Mortgage Trus, 2007-S3 Mortgage Pass-Through Certificat, Select Portfolio Servicing, Inc., P.O. Box 65250 Salt Lake City, UT 84165-0250 |
| 520378906 | | U.S. Securities and Exchange Commission, 950 East Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326-1382 |
| 519874480 | | Yeshivat Lev HaTorah, Nachal Ein, Ramat Beit Shemesh, Israel 9909884 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: mmc4now@gmail.com | Jan 07 2026 20:56:24 | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| aty | | Email/Text: Trustee@hookandfatovich.com | Jan 07 2026 20:54:00 | Ilissa Churgin Hook, Norgaard, O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631 |
| aty | ^ | MEBN | Jan 07 2026 20:54:56 | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ |

Case 23-10086-SLM    Doc 244    Filed 01/09/26    Entered 01/10/26 00:17:29    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdf905 | Total Noticed: 91 |

| | | | | |
|---|---|---|---|---|
| | | | | 07631-3578 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2026 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2026 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 21:09:38 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jan 07 2026 20:55:00 | Real Time Resolutions, Inc., c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| acc | + | Email/Text: sraquetcpa@outlook.com | Jan 07 2026 20:55:00 | Sean Raquet CPA LLC, 108 High Street, Hackettstown, NJ 07840-1936 |
| acc | + | Email/Text: sraquetcpa@outlook.com | Jan 07 2026 20:55:00 | Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| cr | ^ | MEBN | Jan 07 2026 20:54:15 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 07 2026 20:54:00 | U.S. Bank N.A., as trustee, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519826959 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 07 2026 21:09:42 | AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 519954899 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 07 2026 21:09:13 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519843588 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2026 21:09:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519824639 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2026 21:09:38 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519956673 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 07 2026 21:09:43 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519956634 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2026 21:09:24 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519826956 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2026 20:55:00 | Community Bank, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 519826965 | + | Email/Text: BKPT@cfna.com | Jan 07 2026 20:54:00 | Credit First National Association, PO Box 81083, Cleveland OH 44181-0091 |
| 519826185 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2026 21:09:57 | Macys, PO BOX 8218, Mason OH 45040 |
| 519826949 | + | Email/Text: mrdiscen@discover.com | Jan 07 2026 20:54:00 | Discover, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 519952808 | | Email/Text: mrdiscen@discover.com | Jan 07 2026 20:54:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519826183 | | Email/Text: BNSFN@capitalsvcs.com | Jan 07 2026 20:55:00 | First National Credit Card (Legacy), 500 E 60TH ST N, Sioux Falls, SD 57104 |
| 519826184 | | Email/Text: BNSFS@capitalsvcs.com | Jan 07 2026 20:55:00 | FIRST SAVINGS BANK, 500 E 60TH ST N, SIOUX FALLS,SD |
| 519874469 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 07 2026 20:56:00 | Genesis FB Card Services, PO Box 4488, Beaverton OR 97076-4402 |
| 519826961 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 07 2026 20:56:00 | Genessis FB Card Services, P.O Box 4488,, Beaverton OR 97076-4402 |
| 519826960 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2026 21:09:43 | Home Depot Credit Services, P.O. Box 9001010, |

Case 23-10086-SLM    Doc 244    Filed 01/09/26    Entered 01/10/26 00:17:29    Desc
Imaged Certificate of Notice    Page 5 of 8

| District/off: 0312-2 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdf905 | Total Noticed: 91 |

| | | | | |
|---|---|---|---|---|
| | | | | Louisville, KY 40290-1010 |
| 519874467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2026 21:09:57 | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 520382125 | | Email/Text: Trustee@hookandfatovich.com | Jan 07 2026 20:54:00 | Ilissa Churgin Hook, c/o Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631 |
| 520020204 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 07 2026 20:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519954897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 07 2026 21:09:11 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519874361 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 07 2026 21:09:53 | MERRICK BANK - Agent, 10705 S Jordan Gateway #200, South Jordan UT 84095-3977 |
| 519826186 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 07 2026 21:09:11 | MERRICK BANK CORP, PO BOX 9201, Old Bethpage NY 11804-9001 |
| 519826957 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2026 20:55:00 | MIDLAND CREDIT Management, P.O. Box 939069, San Diego, California 92193-9069 |
| 519826964 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2026 21:09:43 | Macys, PO BOX 71359, PHILADELPHIA, PA 19176-1359 |
| 519874464 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2026 20:55:00 | Midland Credit Management, PO Box 939069, San Diego CA 92193-9069 |
| 520011715 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2026 20:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519826955 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 07 2026 20:56:00 | Milestone Genesis, FB Card Services, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 520382180 | ^ | MEBN | Jan 07 2026 20:54:56 | Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| 519826950 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 07 2026 21:09:52 | Ollo Credit Card, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 519826951 | + | Email/Text: bkrgeneric@penfed.org | Jan 07 2026 20:54:00 | PENTAGON FEDERAL credit union, 2930 EISENHOWER AVE, ALEXANDRIA, VA 22314-4557 |
| 519826958 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 07 2026 21:09:55 | PORTFOLIO RECOV ASSOC, 150 CORPORATE BLVD, NORFOLK, VA 23502-4952 |
| 520019136 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 07 2026 21:09:41 | Portfolio Recovery Associates, LLC, c/o Cheapoair, POB 41067, Norfolk VA 23541 |
| 519979666 | | Email/Text: bnc-quantum@quantum3group.com | Jan 07 2026 20:55:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519953405 | | Email/Text: bnc-quantum@quantum3group.com | Jan 07 2026 20:55:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520021609 | | Email/Text: bkdepartment@rtresolutions.com | Jan 07 2026 20:55:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 519826971 | + | Email/Text: secbankruptcy@sec.gov | Jan 07 2026 20:55:00 | Securities & Exchange Commision, 100 F Street NE,, Washington DC 20549-2001 |
| 519874485 | + | Email/Text: secbankruptcy@sec.gov | Jan 07 2026 20:55:00 | Securities & Exchange Commission, 100 F Street NE, Washington DC 20549-2001 |
| 520020673 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 07 2026 21:09:43 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519805541 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 07 2026 21:09:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

Case 23-10086-SLM    Doc 244    Filed 01/09/26    Entered 01/10/26 00:17:29    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jan 07, 2026 | Form ID: pdf905 | Total Noticed: 91 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519826952 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2026 21:09:08 | Synchrony Bank Amazon, PO BOX 965015, ORLANDO, FL 32896-5015 23541-1021 |
| 519826953 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2026 21:09:51 | Synchrony Bank PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 519826954 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2026 21:09:10 | Synchrony Bank TJMAXX, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 520376921 | | Email/Text: bncmail@w-legal.com | Jan 07 2026 20:55:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 519952498 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 07 2026 21:09:24 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519826962 | + | Email/Text: bncmail@w-legal.com | Jan 07 2026 20:55:00 | Target Red Card Services, P.O Box 660170, Dallas TX 75266-0170 |
| 520170769 | + | Email/Text: RASEBN@raslg.com | Jan 07 2026 20:54:00 | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520770619 | + | Email/Text: RASEBN@raslg.com | Jan 07 2026 20:54:00 | U.S. Bank N.A., ROBERTSON, ANSCHUTZ, SCHNEID,, CRANE & PARTNERS, PLLC, 13010 MORRIS ROAD, SUITE 450, ALPHARETTA, GA 30004-2001 |
| 520323109 | + | Email/Text: RASEBN@raslg.com | Jan 07 2026 20:54:00 | U.S. Bank N.A., as trustee, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520767404 | + | Email/Text: RASEBN@raslg.com | Jan 07 2026 20:54:00 | U.S. Bank, N.A., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 519826966 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 07 2026 20:55:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 519952923 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 07 2026 20:55:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 519989513 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jan 07 2026 21:09:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 63

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519826968 | | Yeshivat Lev HaTorah, Nachal Ein Gedi, 37 Ramat Beit Shemesh 9909884 |
| cr | *+ | Norgaard O'Boyle & Hannon, 184 Grand Ave, Englewood, NJ 07631-3578 |
| cr | *+ | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519874483 | *+ | 20 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874466 | *+ | AFFIRM INC, 650 California St FL 12, San Francisco CA 94108-2716 |
| 519974683 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519874482 | *+ | Bank of America Real Time Resolutions, PO Box 36655, Dallas TX 75235-1655 |
| 519874475 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874476 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874477 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874463 | *+ | Community Bank, PO Box 182789, Columbus OH 43218-2789 |
| 519874473 | *+ | Credit First National Association, PO Box 81083, Cleveland OH 44181-0091 |
| 519874468 | *+ | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 519874472 | *+ | Macys, PO Box 71359, Philadelphia PA 19176-1359 |
| 519874462 | *+ | Milestone Genesis FB Card Services, PO Box 4499, Beaverton OR 97076-4499 |

| | | |
|---|---|---|
| 519874457 | *+ | Ollo Credit Card, PO Box 9222, Old Bethpage NY 11804-9222 |
| 519874458 | *+ | Pentagon Federal Credit Union, 2930 Eisenhower Ave, Alexandria VA 22314-4557 |
| 519874465 | *+ | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk VA 23502-4952 |
| 519874459 | *+ | Synchrony Bank Amazon, PO Box 965015, Orlando FL 32896-5015 |
| 519874460 | *+ | Synchrony Bank PPC, PO Box 530975, Orlando FL 32896-0001 |
| 519874461 | *+ | Synchrony Bank TJMAXX, PO Box 965015, Orlando FL 32896-5015 |
| 519874471 | *+ | TJMAXX Credit Services, PO Box 530948, Atlanta GA 30353-0948 |
| 519874470 | *+ | Target Red Card Services, PO Box 660170, Dallas TX 75266-0170 |
| 519874478 | *+ | US DEPT OF ED/GLELSI, PO Box 7860, Madison WI 53707-7860 |
| 520329481 | *+ | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520451218 | ##+ | Joseph T Capriglione, 1445 Golden Hemlock Way, Toms River, NJ 08753-2870 |

TOTAL: 1 Undeliverable, 24 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2026                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2026 at the address(es) listed below:

**Name**          **Email Address**

Cory Francis Woerner
    on behalf of Creditor U.S. Bank N.A.  as trustee cwoerner@raslg.com

Denise E. Carlon
    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas G. Leney
    on behalf of Creditor Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Plaintiff All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
    on behalf of Creditor CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Gregory Tomczak
    on behalf of Trustee Ilissa Churgin Hook getomczak@gmail.com

Gregory Tomczak
    on behalf of Spec. Counsel Ambrosio & Tomczak getomczak@gmail.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Jan 07, 2026 | Form ID: pdf905 | Total Noticed: 91 |

Ilana Volkov
    on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com

Ilana Volkov
    on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook
    Trustee@norgaardfirm.com J116@ecfcbis.com

Justin M Gillman
    on behalf of Noticing Agent Jason Staine ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kenneth Borger, Jr
    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck
    on behalf of Creditor Real Time Resolutions  Inc. KEBECK@BERNSTEINLAW.COM, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marie-Ann Greenberg
    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Milica A. Fatovich
    on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Nathalie Rodriguez
    on behalf of Creditor U.S. Bank N.A. nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Roger Fay
    on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler
    on behalf of Unknown Role Type Nancy Cohen rfidler0099@aol.com

Roger L. Fidler
    on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com

Sherri R. Dicks
    on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com  shrdlaw@hotmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 27