UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**
NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Counsel to Chapter 7 Trustee, Ilissa Churgin Hook
By: Milica A. Fatovich
      mfatovich@norgaardfirm.com

In re:

MICHAEL MOSHE COHEN,

                                        Debtor.

Order Filed on January 14, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Chapter 7 (Reconverted)

Case No.: 23-10086(SLM)

Hearing Date: N/A

**STIPULATION AND CONSENT ORDER MODIFYING CLAIM NUMBER 24 OF REAL
TIME SOLUTIONS, INC., AS AGENT FOR BANK OF AMERICA, N.A.**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby
ORDERED.

**DATED: January 14, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page    2
Debtor: Michael Moshe Cohen
Case No. 23-10086(SLM)
Stipulation And Consent Order Modifying Claim Number 24 Of Real Time Solutions, Inc., As
Agent For Bank Of America, N.A.

---

The terms of the subject Stipulation And Consent Order Modifying Claim Number 24 Of

Real Time Solutions, Inc., As Agent For Bank Of America, N.A. (the "Stipulation") having been

agreed to by the following parties: (i) Ilissa Churgin Hook, the duly appointed Chapter 7 Trustee

(the "Trustee") for the bankruptcy estate of Michael Moshe Cohen (the "Debtor") by and through

her counsel Norgaard O'Boyle & Hannon; and (ii) Real Time Solutions, Inc., As Agent For Bank

Of America, N.A. ("Real Time") by and through their counsel Bernstein-Burkley, P.C.; and the

parties having agreed to conditionally modify Real Time's secured second mortgage claim, filed

as Claim No. 24 on the Bankruptcy Court's Claims Register in the amount of $37,362.22, to

facilitate a sale of the Debtor's real property located at 7 Stanford Court, West Orange, New Jersey

(the "Property"); and the Trustee, through her special counsel, having confirmed that the Homesite

Insurance, a division of GEICO Insurance Company (the "Insurance Company") agreed to cover

the Trustee's claim relating to the fire at the Property on or about March 8, 2024 and related causes

of action (the "Insurance Claim"); and for good cause

IT IS ORDERED as follows:

1.    Real Time's Claim No. 24 shall be modified to: (i) $15,000 reduced secured claim

paid at closing on the Trustee's sale of the Property; (ii) $10,000 allowed priority unsecured claim;

and (iii) balance of $12,362.22 allowed general unsecured claim.

2.    That a copy of this Stipulation and Consent Order shall be served upon parties-in-

interest within seven (7) days of the entry hereof.

Page     3
Debtor: Michael Moshe Cohen
Case No. 23-10086(SLM)
Stipulation And Consent Order Modifying Claim Number 24 Of Real Time Solutions, Inc., As
Agent For Bank Of America, N.A.

---

**The undersigned hereby consent to the form and entry of the within Order:**

**NORGAARD O'BOYLE & HANNON**
Counsel for the Chapter 7 Trustee

BY: /s/ Milica A. Fatovich
    Milica A. Fatovich, Esq.

Dated: December 29, 2025

**BERNSTEIN-BURKLEY, P.C.**
Counsel for Second Mortgage Holder Real Time Solutions, Inc.,
As Agent For Bank Of America, N.A.

BY: /s/ Keri P. Ebeck
    Keri P. Ebeck, Esq.

Dated: December 29, 2025