UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**
NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631
(201) 871-1333
Counsel to Chapter 7 Trustee, Ilissa Churgin Hook
By: Milica A. Fatovich
    mfatovich@norgaardfirm.com

Order Filed on January 14, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Chapter 7 (Reconverted)

In re:

MICHAEL MOSHE COHEN,

                              Debtor.

Case No.: 23-10086(SLM)

Hearing Date: N/A

**STIPULATION AND CONSENT ORDER MODIFYING CLAIM NUMBER 24 OF REAL TIME SOLUTIONS, INC., AS AGENT FOR BANK OF AMERICA, N.A.**

        The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: January 14, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page    2
Debtor:  Michael Moshe Cohen
Case No. 23-10086(SLM)
Stipulation And Consent Order Modifying Claim Number 24 Of Real Time Solutions, Inc., As
Agent For Bank Of America, N.A.

---

The terms of the subject Stipulation And Consent Order Modifying Claim Number 24 Of

Real Time Solutions, Inc., As Agent For Bank Of America, N.A. (the "Stipulation") having been

agreed to by the following parties: (i) Ilissa Churgin Hook, the duly appointed Chapter 7 Trustee

(the "Trustee") for the bankruptcy estate of Michael Moshe Cohen (the "Debtor") by and through

her counsel Norgaard O'Boyle & Hannon; and (ii) Real Time Solutions, Inc., As Agent For Bank

Of America, N.A. ("Real Time") by and through their counsel Bernstein-Burkley, P.C.; and the

parties having agreed to conditionally modify Real Time's secured second mortgage claim, filed

as Claim No. 24 on the Bankruptcy Court's Claims Register in the amount of $37,362.22, to

facilitate a sale of the Debtor's real property located at 7 Stanford Court, West Orange, New Jersey

(the "Property"); and the Trustee, through her special counsel, having confirmed that the Homesite

Insurance, a division of GEICO Insurance Company (the "Insurance Company") agreed to cover

the Trustee's claim relating to the fire at the Property on or about March 8, 2024 and related causes

of action (the "Insurance Claim"); and for good cause

IT IS ORDERED as follows:

1.    Real Time's Claim No. 24 shall be modified to: (i) $15,000 reduced secured claim

paid at closing on the Trustee's sale of the Property; (ii) $10,000 allowed priority unsecured claim;

and (iii) balance of $12,362.22  allowed general unsecured claim.

2.    That a copy of this Stipulation and Consent Order shall be served upon parties-in-

interest within seven (7) days of the entry hereof.

Page    3
Debtor:  Michael Moshe Cohen
Case No. 23-10086(SLM)
Stipulation And Consent Order Modifying Claim Number 24 Of Real Time Solutions, Inc., As
Agent For Bank Of America, N.A.

---

**The undersigned hereby consent to the form and entry of the within Order:**

**NORGAARD O'BOYLE & HANNON**
Counsel for the Chapter 7 Trustee

BY: /s/ Milica A. Fatovich
     Milica A. Fatovich, Esq.

Dated: December 29, 2025

**BERNSTEIN-BURKLEY, P.C.**
Counsel for Second Mortgage Holder Real Time Solutions, Inc.,
As Agent For Bank Of America, N.A.

BY: /s/ Keri P. Ebeck
     Keri P. Ebeck, Esq.

Dated: December 29, 2025

United States Bankruptcy Court
District of New Jersey

In re:                                                                                   Case No. 23-10086-SLM
Michael Moshe Cohen                                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mmc4now@gmail.com | Jan 14 2026 21:03:36 | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. Bank N.A.  as trustee cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas G. Leney | on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | |

District/off: 0312-2  User: admin  Page 2 of 2
Date Rcvd: Jan 14, 2026  Form ID: pdf903  Total Noticed: 1

on behalf of Creditor CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney

on behalf of Plaintiff Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Gregory Tomczak

on behalf of Spec. Counsel Ambrosio & Tomczak getomczak@gmail.com

Gregory Tomczak

on behalf of Trustee Ilissa Churgin Hook getomczak@gmail.com

Ilana Volkov

on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com

Ilana Volkov

on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook

Trustee@norgaardfirm.com  J116@ecfcbis.com

Justin M Gillman

on behalf of Noticing Agent Jason Staine ecf@gillmancapone.com
GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kenneth Borger, Jr

on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck

on behalf of Creditor Real Time Resolutions  Inc. KEBECK@BERNSTEINLAW.COM,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Milica A. Fatovich

on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Nathalie Rodriguez

on behalf of Creditor U.S. Bank N.A. nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Roger Fay

on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler

on behalf of Unknown Role Type Nancy Cohen rfidler0099@aol.com

Roger L. Fidler

on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com

Sherri R. Dicks

on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com  shrdlaw@hotmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 27