UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Michael Cohen
Tel: (917) 714-8929
Email: mmc4now@gmail.com

*Pro Se*

In Re:

**MICHAEL MOSHE COHEN**,

    Debtor.

Case No. 23-10086-SLM

Chapter 7

Hon. Stacey L. Meisel, U.S.B.J.

**CERTIFICATION OF SERVICE**
**(By First Class Mail)**

I, Michael Moshe Cohen, hereby certify that on this date I served a true and correct copy of the Debtor's Objection to Trustee's Motion to Sell Real Property, together with all exhibits, certifications, and the proposed order, by first class mail upon the following parties:

Milica A. Fatovich, Esq.
Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631

Select Portfolio Management
PO Box 65250
Salt Lake City, UT 84165-0250

U.S. Bank N.A.
c/o Roger Fay, Esquire
Albertelli Law
14000 Commerce Parkway, Suite H
Mount Laurel, NJ 08054-2242

Real Time Resolutions, Inc.
c/o Keri P. Ebeck
601 Grant Street, 9th Floor
Pittsburgh, PA 15219-4430

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2026

_____
Michael Moshe Cohen