UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Counsel to Chapter 7 Trustee,
Ilissa Churgin Hook
By:  Milica A. Fatovich, Esq.
      mfatovich@norgaardfirm.com

In Re:

MICHAEL MOSHE COHEN,

    Debtor.

Case No.:       23-10086(SLM)

Adv. Pro. No.: _____

Chapter:              7

Subchapter V:     ❑ Yes   ☒ No

Hearing Date:   2/3/26 at 10am

Judge:              Meisel

## ADJOURNMENT REQUEST

1.    I, _____ Milica A. Fatovich, Esq. _____ ,

    ☒  am the attorney for: _____ Chapter 7 Trustee _____ ,

    ❑  am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Motion to Sell Real Property Free And Clear Of Liens And Related Relief

    Current hearing date and time: 2/3/26 at 10:00 am

    New date requested: 2/17/26 at 10:00 am

    Reason for adjournment request: (i)Obtain updated proof funds of buyer; and (ii)updated status of the Trustee's allowed insurance claim.

2.    Consent to adjournment:

    ❑  I have the consent of all parties.   ☒  I do not have the consent of all parties (explain below):

    Counsel rep. 1st & 2nd mortgage holders consent to adj. Debtor, who filed objections, is available on 2/17 but has not taken a position on the adjournment request.

I certify under penalty of perjury that the foregoing is true.

Date: ___1/30/26_____     /s/ Milica A. Fatovich, Esq._____
                                        Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒  Granted           New hearing date: __2/17/2026 at 2:30 PM____     ❑ Peremptory

❑  Granted over objection(s)   New hearing date: _____     ❑ Peremptory

❑  Denied

        **IMPORTANT: If your request is granted, you must notify interested parties**

        **who are not electronic filers of the new hearing date.**

*rev.10/2021*

2