Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23–10086–SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Moshe Cohen
  7 Stanford Court
  West Orange, NJ 07052

Social Security No.:
  xxx–xx–0560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/3/26 at 10:00 AM

to consider and act upon the following:

*256* – Motion for Reconsideration and for Approval of Debtor's Offer Filed by Michael Moshe Cohen. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (rah)

Dated: 2/4/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court