UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

Michael Cohen
Tel: (917) 714-8929
Email: mmc4now@gmail.com

*Pro Se*

In Re:

MICHAEL MOSHE COHEN,

            *Debtor.*

Case No.: ___23-10086-SLM___

Chapter: ___7 (Reconverted)___

Adv. No.: _____

Hearing Date: 3/3/2026 & 2/17/2026

Judge: Hon. Stacey L Meisel

### NOTICE OF PENDING MOTION FOR RECONSIDERATION RELATING TO THE TRUSTEE'S MOTION TO SELL

PLEASE TAKE NOTICE that the Debtor's Motion for Reconsideration and for Approval of Debtor's Offer (ECF 256) is currently pending and has been scheduled for hearing on March 3, 2026, at 10:00 a.m.

The Motion for Reconsideration addresses the procedural posture, ripeness, and viability of the Chapter 7 Trustee's Motion to Sell Real Property, which is presently adjourned to February 17, 2026.

The Debtor files this Notice solely to advise the Court of the related pending motion and respectfully defers to the Court regarding the appropriate sequencing and handling of the hearings.

No additional relief is requested.

Dated: February 4, 2026

Respectfully submitted,
Michael Moshe Cohen
Debtor, Pro Se