UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

Michael Cohen
Tel: (917) 714-8929
Email: mmc4now@gmail.com

*Pro Se*

In Re:

MICHAEL MOSHE COHEN,

        *Debtor.*

Case No.: 23-10086-SLM

Chapter: 7 (Reconverted)

Adv. No.: _____

Hearing Date: 3/3/2026 & 2/17/2026

Judge: Hon. Stacey L Meisel

## NOTICE OF APPEAL

    Notice is hereby given that Michael Cohen, Debtor and Appellant, hereby appeals to the United States District Court for the District of New Jersey from the Order entered on January 30, 2026, granting the Chapter 7 Trustee's request for adjournment.

    This Notice of Appeal is filed protectively and out of an abundance of caution, in light of the Debtor's pending Motion for Reconsideration and for Approval of Debtor's Offer, which has been accepted by the Court and scheduled for hearing on March 3, 2026.

    The Debtor respectfully reserves all rights to amend, supplement, or withdraw this appeal depending on the disposition of the pending reconsideration motion.

    This Notice is filed pursuant to 28 U.S.C. § 158 and Fed. R. Bankr. P. 8002.

Dated: February 11, 2026

Respectfully submitted
Michael Cohen, Debtor, Pro Se