UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Counsel to Chapter 7 Trustee, Ilissa Churgin Hook
By: Milica A. Fatovich
      mfatovich@norgaardfirm.com

**Order Filed on February 19, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Chapter 7 (Reconverted)

In re:

MICHAEL MOSHE COHEN,

Case No.: 23-10086(SLM)

Hearing Date: Feb. 17, 2026 at 2:30 pm

                                    Debtor.

**REVISED ORDER RESOLVING CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER: (I) AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS PURSUANT TO BANKRUPTCY CODE SEC. 363(b) AND (f) AND FOR APPROVAL OF SUCH SALE SUBJECT TO HIGHER AND BETTER OFFERS; (II) FOR RELIEF FROM THE 14-DAY STAY OF FED. R. BANKR. P. 6004(h); (III) FOR ALLOWANCE AND PAYMENT OF COMPENSATION TO REALTOR; (IV) FOR ABANDONMENT OF THE ESTATE'S INTEREST IN NON-EXEMPT PERSONAL PROPERTY; AND (V) FOR RELATED RELIEF**

     The relief set forth on the following pages, numbered two (2) through five (5) hereby ORDERED.

**DATED: February 19, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page    2
Debtor:  Michael Moshe Cohen
Case No. 23-10086(SLM)
Revised Order Resolving Chapter 7 Trustee's Motion For An Order: (I) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To Bankruptcy Code Sec. 363(b) And (f) And For Approval Of Such Sale Subject To Higher And Better Offers; (II) For Relief From The 14-Day Stay Of Fed. R. Bankr. P. 6004(h); (III) For Allowance And Payment Of Compensation To Realtor; (IV) For Abandonment Of The Estate's Interest In Non-Exempt Personal Property; And (V) For Related Relief

---

THIS MATTER has come to the attention of the Court upon the motion of Ilissa Churgin Hook, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Michael Moshe Cohen (the "Debtor") in the above-captioned matter, for an order authorizing the Trustee's sale of the real property known as 7 Stanford Court, West Orange, NJ 07052 (the "Property") to David Mizrahi and/or assignees, including any assignees to be formed by him (the "Purchaser"), for relief from the 14-day stay of Fed. R. Bankr. P. 6004(h), for allowance of compensation to the realtor and for permission to pay the same at closing; for abandonment of the estate's interest in non-exempt personal property; and for related relief (the "Motion"); and the Debtor appearing *pro se* in opposition to the Motion and to offer a competing bid on the Property; and Brian Boms, the dual disclosed real estate agent appearing as a representative of the Purchaser; and the Trustee, at the Court's instruction, conducting an auction off the record and then reporting the results of same to the Court on the record; and the Court then questioning the parties on the record regarding the results of the auction; and notice of the Motion and hearing having been provided to all creditors and parties-in-interest; and the Debtor having offered the highest bid; and the parties having placed

Page    3
Debtor:  Michael Moshe Cohen
Case No. 23-10086(SLM)
Revised Order Resolving Chapter 7 Trustee's Motion For An Order: (I) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To Bankruptcy Code Sec. 363(b) And (f) And For Approval Of Such Sale Subject To Higher And Better Offers; (II) For Relief From The 14-Day Stay Of Fed. R. Bankr. P. 6004(h); (III) For Allowance And Payment Of Compensation To Realtor; (IV) For Abandonment Of The Estate's Interest In Non-Exempt Personal Property; And (V) For Related Relief

_____

the terms of the Debtor's bid on the record; and for good cause shown

IT IS ORDERED as follows:

1.      The Debtor's bid in the total amount of $65,200.00 for the estate's interest in the Property, is accepted as the highest and best offer, subject to the terms herein. The Debtor's bid is only a bid on the estate's interest in the Property and does not include an interest in any other asset of the bankruptcy estate, including but not limited to the Trustee's insurance claim(s) relating to the March 8, 2025 fire at the Property or any insurance proceeds paid in connection thereto.

2.      The Debtor having tendered to the Trustee cashier's checks totaling $60,000.00 on the record, must pay the balance of his bid ($5,200.00) via wire transfer to the Trustee's account or by cashier's check no later than 5:00 pm on Thursday February 19, 2026.

3.      The Trustee acknowledges receipt of a cashier's check in the amount of $5,200.00 on Wednesday February 18, 2026.

4.      Once the Trustee receives the total amount of the Debtor's bid in good funds, and these funds clear the Trustee's account, she shall issue a Chapter 7 Trustee's Deed to the Debtor, or his successors or assigns, on or before March 3, 2026. The Debtor shall be responsible for filing the Deed with the appropriate County Clerk and any costs related thereto.

5.      The Debtor shall advise the Trustee in writing if he wishes the Trustee to issue a Trustee's Deed: (i) solely to him; (ii) to an assignee; or (iii) jointly to the Debtor and a third party.

Page    4
Debtor:  Michael Moshe Cohen
Case No. 23-10086(SLM)
Revised Order Resolving Chapter 7 Trustee's Motion For An Order: (I) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To Bankruptcy Code Sec. 363(b) And (f) And For Approval Of Such Sale Subject To Higher And Better Offers; (II) For Relief From The 14-Day Stay Of Fed. R. Bankr. P. 6004(h); (III) For Allowance And Payment Of Compensation To Realtor; (IV) For Abandonment Of The Estate's Interest In Non-Exempt Personal Property; And (V) For Related Relief

_____

6.    The sale of the Property authorized herein is made by a Trustee in bankruptcy and is therefore exempt from any realty transfer tax under N.J.S.A. 46:15-5 et seq. and the Bulk Sales Act.

7.    The Trustee's transfer of the estate's interest in the Property to the Debtor, or his successors or assigns, is subject to all valid liens, claims and encumbrances on the Property including but not limited to: (i) the first mortgage in favor of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates (the "Secured Creditor"); and (ii) the second mortgage of Real Time Resolutions Inc. as agent for Bank of America, N. A. ("Real Time") as modified by the entered January 14, 2026 Stipulation And Consent Order Modifying Claim Number 24 Of Real Time Solutions, As Agent For Bank Of America, N.A. (the "Stipulation")[Doc. No. 248].

8.    As stated on the record at the hearing on the Motion, the Trustee's realtor, Brian Boms of Stark & Stark, LLC, is allowed a quantum merit compensation in the amount of $22,700.00, which the Trustee shall be authorized to pay upon completion of the transfer of the estate's interest in the Property to the Debtor or his successors or assigns.

Page    5
Debtor:  Michael Moshe Cohen
Case No. 23-10086(SLM)
Revised Order Resolving Chapter 7 Trustee's Motion For An Order: (I) Authorizing Sale Of Real Property Free And Clear Of Liens And Interests Pursuant To Bankruptcy Code Sec. 363(b) And (f) And For Approval Of Such Sale Subject To Higher And Better Offers; (II) For Relief From The 14-Day Stay Of Fed. R. Bankr. P. 6004(h); (III) For Allowance And Payment Of Compensation To Realtor; (IV) For Abandonment Of The Estate's Interest In Non-Exempt Personal Property; And (V) For Related Relief

_____

9.      As stated on the record at the hearing on the Motion, the Debtor waives any

objection to ~~the quantum merit~~ compensation to the Trustee's realtor, Brian Boms of Stark & Stark,

                    ^ **any**                 ^ **whatsoever**

LLC.

10.     This Court shall retain exclusive jurisdiction to interpret, implement and/or enforce

this Order.

11.     The Trustee's counsel shall serve copies of this Order within three (3) business

days of its entry on all parties-in-interest, including all parties that filed a Notice of Appearance,

and all parties served with this Motion.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10086-SLM |
| Michael Moshe Cohen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 19, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mmc4now@gmail.com | Feb 19 2026 21:11:00 | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:**

**Name                    Email Address**

Cory Francis Woerner
                        on behalf of Creditor U.S. Bank N.A.  as trustee cwoerner@raslg.com

Denise E. Carlon
                        on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas G. Leney
                        on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney
                        on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney

District/off: 0312-2      User: admin      Page 2 of 2

Date Rcvd: Feb 19, 2026      Form ID: pdf903      Total Noticed: 1

on behalf of Plaintiff All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor CBTI Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com ahuber@archerlaw.com

Douglas G. Leney

on behalf of Plaintiff Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas S. Stanger

on behalf of Mediator Douglas S Stanger doug.stanger@flastergreenberg.com
diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Gregory Tomczak

on behalf of Spec. Counsel Ambrosio & Tomczak getomczak@gmail.com

Gregory Tomczak

on behalf of Trustee Ilissa Churgin Hook getomczak@gmail.com

Ilana Volkov

on behalf of Creditor 20 Continental Drive LLC. ivolkov@mcgrailbensinger.com

Ilana Volkov

on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook

Trustee@norgaardfirm.com J116@ecfcbis.com

Justin M Gillman

on behalf of Noticing Agent Jason Staine ecf@gillmancapone.com
GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kenneth Borger, Jr

on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck

on behalf of Creditor Real Time Resolutions Inc. kebeck@metzlewis.com,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Milica A. Fatovich

on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Nathalie Rodriguez

on behalf of Creditor U.S. Bank N.A. nrodriguez@raslg.com NJbkyecf@flwlaw.com

Roger Fay

on behalf of Creditor U.S. Bank N.A. as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler

on behalf of Unknown Role Type Nancy Cohen rfidler0099@aol.com

Roger L. Fidler

on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com

Sherri R. Dicks

on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com shrdlaw@hotmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 28