

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

# memorandum

❑   **401 Market Street**
**Camden, NJ 08101**
**(856) 361-2300**

❑   **50 Walnut Street**
**Newark, NJ 07102**
**(973) 645-4764**

❑   **402 East State Street**
**Trenton, NJ 08608**
**(609) 858-9333**

TO:          _____

FROM:        Jeanne A. Naughton, Clerk

RE:          Filing Fees

DATE:        _____

CASE NO.:    _____

PLEADING:    _____

---

This will confirm receipt of the above pleading on _____. This will further confirm receipt of a fee relative to the filing in the amount of $_____. The filing fee for this document is $_____.

Please remit the difference in the amount of $_____ within 24 hours of the receipt of this memo. Failure to do so may result in the issuance of an Order to Show Cause or dismissal of your case.

All court fees must be paid via corporate check, attorney check (with "esquire" or "attorney at law" designation), certified check money order or through the court's online payment system for non court efilers at www.njb.uscourts.gov.

*rev. 3/17/25*