UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

Michael Cohen
7 Stanford Court
West Orange, NJ 07052
Tel: (917) 714-8929
Email: mmc4now@gmail.com

*Pro Se*

In Re:

MICHAEL MOSHE COHEN,

          *Debtor.*

Case No.: ___23-10086-SLM___

Chapter: ___7 (Reconverted)___

Adv. No.: _____

Hearing Date: 3/3 2026_____

Judge: Hon. Stacey L Meisel

**NOTICE REGARDING STATUS OF RECONSIDERATION AND RECORD CLARIFICATION**

Michael Moshe Cohen, appearing pro se, respectfully submits this notice to clarify the procedural posture of the record on appeal.

The Debtor previously filed a Motion for Reconsideration, which was marked by the Court as "decided on the papers" on March 3, 2026. However, as of the date of this filing, no written opinion, order, or substantive ruling has been entered on the docket reflecting the disposition of that motion.

Accordingly, to the extent necessary, the Debtor files this notice to preserve appellate rights and to clarify that the appeal is being pursued based on the existing orders and procedural rulings currently reflected in the record.

The Debtor respectfully requests that this clarification be included as part of the record

transmitted to the District Court.


Dated: March 18, 2026

Respectfully submitted,

Michael Moshe Cohen
Pro Se