UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 20, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 23-10086-SLM |
| Michael Moshe Cohen, | Chapter: 13 |
| | Hearing Date: March 3, 2026 |
| Debtor. | Judge: Stacey L. Meisel |

## ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION

The relief set forth on the following pages, numbered two (2) to five (5) is **ORDERED**.

DATED: March 20, 2026

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:                Michael Moshe Cohen
Case No.:              23-10086-SLM
Caption of Order:      Order Denying Debtor's Motion for Reconsideration
Page:                  2 of 5

**THIS MATTER** having come before the Court on Ilissa Churgin Hook, Esq., the Chapter 7 Trustee (the "**Trustee**") having filed *Chapter 7 Trustee's Motion for an Order: (I) Authorizing Sale of Real Property Free and Clear of Liens and Interests Pursuant to Bankruptcy Code Sec. 363(b) And (f) and for Approval of such Sale Subject to Higher and Better Offers; (II) For Relief from the 14-Day Stay of Fed. R. Bankr. P. 6004(H); (III) for Allowance and Payment of Compensation to Realtor; (IV) for Abandonment of the Estate's Interest in Non-Exempt Personal Property; and (V) for Related Relief* (the "**Sale Motion**") (ECF No. 241); and Michael Moshe Cohen (the "**Debtor**") having filed a letter objection to the Sale Motion (ECF No. 245); and the Debtor subsequently filing *Debtor's Objection to Chapter 7 Trustee's Motion to Sell Real Property; Submission of Contingent Higher and Better Offers; Opposition to Waiver of Fed. R. Bankr. P. 6004(h); and Request for Supplemental and Alternative Relief* (ECF No. 250); and the Debtor further filing *Debtor's Supplemental Memorandum in Further Opposition to Chapter 7 Trustee's Motion to Sell Real Property* (ECF No. 251); and the Trustee requesting, and the Court granting an adjournment of the Sale Motion (ECF No. 253); and the Debtor having filed *Debtor's Formal Objection to Trustee's Request for Adjournment and Request for Approval of Debtor's Cash Purchase* (ECF No. 254); and the Court thereafter explaining on the docket that "The Court was aware that an objection to

2

| Debtor: | Michael Moshe Cohen |
| Case No.: | 23-10086-SLM |
| Caption of Order: | Order Denying Debtor's Motion for Reconsideration |
| Page: | 3 of 5 |

the adjournment request may have been coming, but granted the adjournment anyway"; and the Debtor filing *Debtor's Motion for Reconsideration and for Approval of Debtor's Offer* (the "**Reconsideration Motion**") (ECF No. 256); and the Trustee filing *Chapter 7 Trustee's Limited Objection to Debtor's Motion for Reconsideration* (the "**Trustee's Objection**") (ECF No. 264);

**WHEREAS** the Sale Motion[1] sought the Court's approval to sell the bankruptcy estate's interest in the Debtor's home to an entity other than the Debtor (*See* ECF No, 241-1 at 1);

**WHEREAS** the Debtor, acting pro se, subsequently filed various pleadings and documents in an attempt to save his home (*See* ECF Nos. 245, 250, 251, 254, and 256);

**WHEREAS** a hearing on the Sale Motion was originally scheduled for February 3, 2026 (ECF No. 242);

**WHEREAS** the Trustee requested to adjourn the hearing on the Sale Motion to February 17, 2026 (ECF No. 253);

**WHEREAS** on January 30, 2026, the Court granted the Trustee's adjournment request (ECF No. 253);

---

[1] The Trustee previously filed a motion to sell the debtor's property. ECF No. 190. The Trustee subsequently withdrew that motion. ECF No. 235.

| Debtor: | Michael Moshe Cohen |
|---|---|
| Case No.: | 23-10086-SLM |
| Caption of Order: | Order Denying Debtor's Motion for Reconsideration |
| Page: | 4 of 5 |

**WHEREAS** on January 30, 2026, the Debtor objected after the Court granted the Trustee's adjournment request (ECF No. 254);

**WHEREAS** on February 3, 2026, the Debtor filed the Reconsideration Motion (ECF No. 256);

**WHEREAS** the Reconsideration Motion asks the Court to reconsider granting the Trustee's adjournment request (ECF No. 256);

**WHEREAS** on February 11, 2026, the Debtor filed *Notice of Appeal* (the "**Appeal**"), appealing the "Order entered on January 30, 2026, granting the Chapter 7 Trustee's request for adjournment" (ECF No. 260);

**WHEREAS** the Court never entered an order related to the Trustee's adjournment request (*See* ECF No. 253);

**WHEREAS** it appears the Debtor is appealing the Court's granting of the Trustee's adjournment request (*See* ECF No. 260);

**WHEREAS** the Reconsideration Motion requests the same relief contemplated in the Appeal;

**WHEREAS** the Court was divested of jurisdiction regarding the Reconsideration Motion by the Debtor filing the Appeal;

It is hereby:

| Debtor: | Michael Moshe Cohen |
|---|---|
| Case No.: | 23-10086-SLM |
| Caption of Order: | Order Denying Debtor's Motion for Reconsideration |
| Page: | 5 of 5 |

**ORDERED** that this Court lacks jurisdiction to adjudicate the Reconsideration Motion under the Divestiture Rule; and it is further

**ORDERED** that a docket text shall be entered that states "As per the Order entered at ECF No. 274, the Reconsideration Motion filed at ECF No. 256 shall not be adjudicated as the Bankruptcy Court has been divested of jurisdiction because the matter is on appeal."