UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on March 20, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Michael Moshe Cohen,

           Debtor.

| | |
|---|---|
| Case No.: | 23-10086-SLM |
| Chapter: | 13 |
| Hearing Date: | March 3, 2026 |
| Judge: | Stacey L. Meisel |

**ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION**

      The relief set forth on the following pages, numbered two (2) to five (5) is **ORDERED**.

**DATED: March 20, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| Debtor: | Michael Moshe Cohen |
| Case No.: | 23-10086-SLM |
| Caption of Order: | Order Denying Debtor's Motion for Reconsideration |
| Page: | 2 of 5 |

**THIS MATTER** having come before the Court on Ilissa Churgin Hook, Esq., the Chapter 7 Trustee (the "**Trustee**") having filed *Chapter 7 Trustee's Motion for an Order: (I) Authorizing Sale of Real Property Free and Clear of Liens and Interests Pursuant to Bankruptcy Code Sec. 363(b) And (f) and for Approval of such Sale Subject to Higher and Better Offers; (II) For Relief from the 14-Day Stay of Fed. R. Bankr. P. 6004(H); (III) for Allowance and Payment of Compensation to Realtor; (IV) for Abandonment of the Estate's Interest in Non-Exempt Personal Property; and (V) for Related Relief* (the "**Sale Motion**") (ECF No. 241); and Michael Moshe Cohen (the "**Debtor**") having filed a letter objection to the Sale Motion (ECF No. 245); and the Debtor subsequently filing *Debtor's Objection to Chapter 7 Trustee's Motion to Sell Real Property; Submission of Contingent Higher and Better Offers; Opposition to Waiver of Fed. R. Bankr. P. 6004(h); and Request for Supplemental and Alternative Relief* (ECF No. 250); and the Debtor further filing *Debtor's Supplemental Memorandum in Further Opposition to Chapter 7 Trustee's Motion to Sell Real Property* (ECF No. 251); and the Trustee requesting, and the Court granting an adjournment of the Sale Motion (ECF No. 253); and the Debtor having filed *Debtor's Formal Objection to Trustee's Request for Adjournment and Request for Approval of Debtor's Cash Purchase* (ECF No. 254); and the Court thereafter explaining on the docket that "The Court was aware that an objection to

2

Debtor:              Michael Moshe Cohen
Case No.:            23-10086-SLM
Caption of Order:    Order Denying Debtor's Motion for Reconsideration
Page:                3 of 5

the adjournment request may have been coming, but granted the adjournment anyway"; and the Debtor filing *Debtor's Motion for Reconsideration and for Approval of Debtor's Offer* (the "**Reconsideration Motion**") (ECF No. 256); and the Trustee filing *Chapter 7 Trustee's Limited Objection to Debtor's Motion for Reconsideration* (the "**Trustee's Objection**") (ECF No. 264);

**WHEREAS** the Sale Motion[1] sought the Court's approval to sell the bankruptcy estate's interest in the Debtor's home to an entity other than the Debtor (*See* ECF No, 241-1 at 1);

**WHEREAS** the Debtor, acting pro se, subsequently filed various pleadings and documents in an attempt to save his home (*See* ECF Nos. 245, 250, 251, 254, and 256);

**WHEREAS** a hearing on the Sale Motion was originally scheduled for February 3, 2026 (ECF No. 242);

**WHEREAS** the Trustee requested to adjourn the hearing on the Sale Motion to February 17, 2026 (ECF No. 253);

**WHEREAS** on January 30, 2026, the Court granted the Trustee's adjournment request (ECF No. 253);

---

[1] The Trustee previously filed a motion to sell the debtor's property. ECF No. 190. The Trustee subsequently withdrew that motion. ECF No. 235.

Debtor:            Michael Moshe Cohen
Case No.:          23-10086-SLM
Caption of Order:  Order Denying Debtor's Motion for Reconsideration
Page:              4 of 5

**WHEREAS** on January 30, 2026, the Debtor objected after the Court granted the Trustee's adjournment request (ECF No. 254);

**WHEREAS** on February 3, 2026, the Debtor filed the Reconsideration Motion (ECF No. 256);

**WHEREAS** the Reconsideration Motion asks the Court to reconsider granting the Trustee's adjournment request (ECF No. 256);

**WHEREAS** on February 11, 2026, the Debtor filed *Notice of Appeal* (the "**Appeal**"), appealing the "Order entered on January 30, 2026, granting the Chapter 7 Trustee's request for adjournment" (ECF No. 260);

**WHEREAS** the Court never entered an order related to the Trustee's adjournment request (*See* ECF No. 253);

**WHEREAS** it appears the Debtor is appealing the Court's granting of the Trustee's adjournment request (*See* ECF No. 260);

**WHEREAS** the Reconsideration Motion requests the same relief contemplated in the Appeal;

**WHEREAS** the Court was divested of jurisdiction regarding the Reconsideration Motion by the Debtor filing the Appeal;

It is hereby:

Debtor:              Michael Moshe Cohen
Case No.:            23-10086-SLM
Caption of Order:    Order Denying Debtor's Motion for Reconsideration
Page:                5 of 5

**ORDERED** that this Court lacks jurisdiction to adjudicate the Reconsideration Motion under the Divestiture Rule; and it is further

**ORDERED** that a docket text shall be entered that states "As per the Order entered at ECF No. 274, the Reconsideration Motion filed at ECF No. 256 shall not be adjudicated as the Bankruptcy Court has been divested of jurisdiction because the matter is on appeal."

United States Bankruptcy Court

District of New Jersey

In re:

Michael Moshe Cohen

     Debtor

Case No. 23-10086-SLM

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 20, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mmc4now@gmail.com | Mar 20 2026 21:39:00 | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. Bank N.A.  as trustee cwoerner@raslg.com |
| Douglas G. Leney | on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |

District/off: 0312-2                              User: admin                                      Page 2 of 2

Date Rcvd: Mar 20, 2026                          Form ID: pdf903                                   Total Noticed: 1

Douglas G. Leney

on behalf of Creditor Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney

on behalf of Plaintiff Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas S. Stanger

on behalf of Mediator Douglas S Stanger doug.stanger@flastergreenberg.com
diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Gregory Tomczak

on behalf of Spec. Counsel Ambrosio & Tomczak getomczak@gmail.com

Gregory Tomczak

on behalf of Trustee Ilissa Churgin Hook getomczak@gmail.com

Ilana Volkov

on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com

Ilana Volkov

on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook

Trustee@norgaardfirm.com  J116@ecfcbis.com

Justin M Gillman

on behalf of Noticing Agent Jason Staine ecf@gillmancapone.com
GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kenneth Borger, Jr

on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck

on behalf of Creditor Real Time Resolutions  Inc. kebeck@metzlewis.com,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel

on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
Pass-Through Certificates bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Milica A. Fatovich

on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Milica A. Fatovich

on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Nathalie Rodriguez

on behalf of Creditor U.S. Bank N.A. nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Roger Fay

on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler

on behalf of Unknown Role Type Nancy Cohen rfidler0099@aol.com

Roger L. Fidler

on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com

Sherri R. Dicks

on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com  shrdlaw@hotmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 29