# UNITED STATES BANKRUPTCY COURT

## District of New Jersey

| | |
|---|---|
| In re: | Chapter: _____7_____ |
| Michael Moshe Cohen | Case Number: _____23-10086_____ |
| | Civil Number: _____ |
| | Adversary Number: _____ |
| | Bankruptcy Judge: _____SLM_____ |

### TRANSMITTAL OF DOCUMENT(S) TO:
☒ **DISTRICT COURT**    ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal          ☐ Order being Appealed          ☒ Designation of Record on Appeal

☒ Statement of Issues          ☐ Transcript          ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference

☒ Other  Adjournment Request _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on  02/11/2026_____.   The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | Michael Moshe Cohen | Appellee(s): | Ilissa Churgin Hook |
| Attorney: | Pro Se | Attorney: | Milica A. Fatovich |
| Address: | 7 Stanford Court | Address: | 184 Grand Ave. |
| | West Orange, NJ 07052 | | Englewood, NJ 07631 |

Title of Order Appealed: _____

Date Entered On Docket: _____

☒   An appeal has not previously been filed in this case.

☐   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| | | |
| | | |
| | | |

---

Court Clerk: Please complete the information below and return a copy of this form to _____within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____

*rev. 8/28/17*