Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−10086−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Michael Moshe Cohen
    7 Stanford Court
    West Orange, NJ 07052

Social Security No.:
    xxx−xx−0560

Employer's Tax I.D. No.:

### Notice That a Transcript Has Been Filed

        You are Noticed that a Transcript has been filed on 5/26/26. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: May 27, 2026
JAN:

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Michael Moshe Cohen

      Debtor

Case No. 23-10086-SLM

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2

Date Rcvd: May 27, 2026

User: admin

Form ID: tsntc

Page 1 of 3

Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| cr | + | All Jays Enterprises, Inc., 191 Prince Charles Drive, Toms River, NJ 08757-6554 |
| sp | + | Ambrosio & Tomczak, 105 Grove Street, Suite 1, Montclair, NJ 07042-4053 |
| none | + | Nancy Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| cr | + | Nancy Louise Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| r | + | Stack & Stack LLC, 90 Hudson Street, Hoboken, NJ 07030-5675 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| db | + | Email/PDF: mmc4now@gmail.com | May 27 2026 21:00:00 | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| aty | | Email/Text: Trustee@hookandfatovich.com | May 27 2026 21:05:00 | Ilissa Churgin Hook, Norgaard, O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631 |
| aty | ^ | MEBN | May 27 2026 21:01:24 | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 27 2026 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 27 2026 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: bncnotices@becket-lee.com | May 27 2026 21:08:35 | American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | ^ | MEBN | May 27 2026 21:01:25 | Norgaard O'Boyle & Hannon, 184 Grand Ave, Englewood, NJ 07631-3578 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | May 27 2026 21:05:00 | Real Time Resolutions, Inc., c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| acc | + | Email/Text: sraquetcpa@outlook.com | May 27 2026 21:06:00 | Sean Raquet CPA LLC, 108 High Street, Hackettstown, NJ 07840-1936 |
| acc | + | Email/Text: sraquetcpa@outlook.com | May 27 2026 21:06:00 | Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| cr | ^ | MEBN | May 27 2026 21:00:22 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | May 27 2026 21:05:00 | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | | |

May 27 2026 21:05:00    U.S. Bank N.A., as trustee, Robertson, Anschutz,
Schneid, Crane & Pa, 13010 Morris Road., Suite
450, Alpharetta, GA 30004-2001

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2026                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. Bank N.A.  as trustee cwoerner@raslg.com |
| Douglas G. Leney | on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas S. Stanger | on behalf of Mediator Douglas S Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Gregory Tomczak | on behalf of Spec. Counsel Ambrosio & Tomczak getomczak@gmail.com |
| Gregory Tomczak | on behalf of Trustee Ilissa Churgin Hook getomczak@gmail.com |
| Ilana Volkov | on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com |
| Ilana Volkov | |

District/off: 0312-2                         User: admin                                              Page 3 of 3

Date Rcvd: May 27, 2026                      Form ID: tsntc                                     Total Noticed: 18

on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook

Trustee@norgaardfirm.com  J116@ecfcbis.com

Justin M Gillman

on behalf of Noticing Agent Jason Staine ecf@gillmancapone.com
GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kenneth Borger, Jr

on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck

on behalf of Creditor Real Time Resolutions  Inc. kebeck@metzlewis.com,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel

on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
Pass-Through Certificates bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Milica A. Fatovich

on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Milica A. Fatovich

on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Nathalie Rodriguez

on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
Pass-Through Certificates nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Nathalie Rodriguez

on behalf of Creditor U.S. Bank N.A. nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Roger Fay

on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler

on behalf of Unknown Role Type Nancy Cohen rfidler0099@aol.com

Roger L. Fidler

on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com

Sherri R. Dicks

on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com  shrdlaw@hotmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 30