UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

Michael Cohen
7 Stanford Court
West Orange, NJ 07052
Tel: (917) 714-8929
Email: mmc4now@gmail.com

*Pro Se*

In Re:

MICHAEL MOSHE COHEN,

              *Debtor.*

Case No.: ___23-10086-SLM_____

Chapter: ___7 (Reconverted)_____

Adv. No.: _____

Hearing Date: 06/23/2026_____

Judge: Hon. Stacey L Meisel

## DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY
### (DOC. 280)

Michael Moshe Cohen, the Debtor in the above captioned case, appearing pro se, respectfully submits this Objection to the Motion for Relief from Automatic Stay (Doc. 280, the "Motion") filed by Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as authorized agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates (the "Movant" or "SPS," referring interchangeably to the Movant and its servicer, Select Portfolio Servicing, Inc.).

For the reasons set forth below, the Debtor respectfully requests that the Court deny the Motion in its entirety, or, in the alternative, adjourn the hearing on the Motion pending resolution of the matters described herein.

## PRELIMINARY STATEMENT

The Movant seeks an irreversible order lifting the automatic stay so that it may foreclose on the Debtor's home of more than twenty-five years. The Debtor is not merely the former owner of the Property; he and his non-debtor wife are its current owners, having purchased it at the Chapter 7 Trustee's sale, and they hold title today as tenants by the entirety subject to the Movant's lien. The Motion should be denied, or at a minimum adjourned, for reasons that do not require this Court to resolve any contested question of value.

First, the Motion is premature. A dispositive appeal is pending in the United States District Court, with a decision expected on or about July 6, 2026, only days after the hearing on this Motion, and the Trustee's handling of the fire-related insurance proceeds remains unresolved and has never been presented to this Court for approval.

Second, the Movant has not carried its burden under 11 U.S.C. § 362(g) on the issue of the Debtor's equity, because the only valuation it offers is an admittedly exterior-only Broker Price Opinion that assumes the Property is undamaged and ignores a fire that the estate itself treats as a real and recoverable loss.

Third, even taking the Movant's own sworn figures at face value, the Movant's certification admits an equity cushion of $196,188.57, which is adequate protection as a matter of law. For each of these independent reasons, the Motion should be denied or adjourned.

## STATEMENT OF FACTS

1. The Property. The Debtor has resided at 7 Stanford Court, West Orange, New Jersey 07052 (Block 176.24, Lot 31, the "Property"), for more than twenty-five years. The Property is the Debtor's family home.

2. The Note and Mortgage. The Note and Mortgage at issue were executed on April 2, 2007, in the original principal amount of $447,200.00, and recorded April 23, 2007, in Essex County, Book 12047, Page 7511. The Note's original interest rate was 6.875% (Doc. 280-2 at 2). Following the September 1, 2017 Lien Modification Agreement, the current fixed interest rate is 6.250%, as disclosed on the Movant's own monthly mortgage statements.

3. The 2017 Modification and Forgiveness. On September 1, 2017, the Debtor entered into a Lien Modification Agreement with the Lien Holder, through SPS, establishing a new principal balance of $608,447.14, consisting of an interest-bearing balance of $385,250.00 and a deferred, non-interest-bearing balance of $223,197.14. The Debtor performed under that modification, and the deferred balance of $223,197.14 was forgiven in three annual installments of $74,399.05 between 2018 and 2020. The Movant's current principal figure of $370,444.21 already reflects and excludes that forgiven amount.

4. Direct Post Petition Payments. Beginning on or about April 5, 2024, the Debtor made direct post-petition monthly mortgage payments to SPS, as reflected in this Court's June 24, 2024, conditional conversion order (Doc. 128, ¶ 8). The Movant's certification (Doc. 280-1 at 2) reflects a date of last payment of August 16, 2024.

5. The Fire. On March 8, 2025, a fire occurred at the Property, causing extensive damage to the kitchen, ceilings, and other interior areas, with resulting water, smoke, and mold damage throughout the structure, as documented in the Photograph Addendum to Exhibit M.

6. The Debtor's Purchase of the Property. On February 17, 2026, the Debtor was the successful bidder at the Chapter 7 Trustee's sale of the Property. That sale has since closed, and title to the Property is now held by the Debtor and his wife, Nancy L. Cohen,

a non-debtor, as tenants by the entirety, subject to the Movant's first mortgage lien. This co-ownership interest arises from the 2026 Trustee's-sale deed and is distinct from any interest addressed in this Court's November 2023 ruling (ECF 83), which concerned only the original title at the 2007 closing. The Debtor's personal liability on the underlying note was previously discharged; as the Movant's own Lien Modification Agreement acknowledges, the loan was discharged, and the Movant's interest continues only as an enforceable lien against the Property (Doc. 280-2). The Movant's claim against the Property is therefore in rem only.

7. The Essex County Settlement Stipulation. On May 20, 2026, the Debtor and the Township of West Orange entered a Settlement Stipulation before the Essex County Board of Taxation (Appeal No. 22-2500072, Tax Year 2026), stipulating to a total assessed value of $560,000.00 for the Property, a copy of which is annexed as Exhibit E.

8. The June 14, 2026, Independent Appraisal. On June 14, 2026, the Debtor retained Robert Hanlon of Eagle Rock Appraisals, a New Jersey Certified Residential appraiser (License No. 42RC00150900, expiring December 31, 2027), to perform a full interior and exterior appraisal of the Property. Mr. Hanlon's Summary Appraisal Report, effective June 14, 2026, concludes (a) an as-is value of $560,000.00 in the Property's current, fire-damaged condition, and (b) an after-renovated value of $900,000.00 upon completion of approximately $200,000.00 in repairs, of which approximately $21,000.00 had already been completed as of the effective date. A true and correct copy of this appraisal report is annexed as Exhibit M.

9. The Motion. On May 26, 2026, the Movant filed the Motion, supported by the

Certification of Melissa Braun of SPS (Doc. 280-1) and an exterior-only Broker Price

Opinion (Doc. 280-2 at 35 and 36).

## ARGUMENT

### A.   THE MOTION IS PREMATURE IN LIGHT OF THE PENDING DISTRICT COURT APPEAL AND THE UNRESOLVED TREATMENT OF INSURANCE PROCEEDS

The Court can and should deny or adjourn the Motion without reaching any contested

question of value, because the Motion is not ripe.

First, the Debtor's appeal in Cohen v. Hook, Civil Action No. 2:26-CV-02835-EP,

pending before the Honorable Evelyn Padin in the United States District Court for the District of

New Jersey, arises from this Court's January 30, 2026, adjournment ruling (Doc. 253) and the

sale process that followed. The appeal does not seek to unwind the sale or disturb title; it seeks

targeted equitable monetary relief for a procedurally induced overpayment. A decision is

expected on or about July 6, 2026, less than two weeks after the hearing on this Motion. Because

the appeal concerns the financial terms surrounding the Property and the conduct of the estate,

the orderly course is to allow the District Court to rule before this Court takes the irreversible

step of authorizing foreclosure.

Second, the Trustee has not filed any motion seeking approval, under Federal Rule of

Bankruptcy Procedure 9019 or otherwise, of any compromise or allocation of the fire-related

insurance proceeds associated with the Property. This Court has already recognized, at the

September 9, 2025, hearing on a prior sale motion, that the insurance proceeds are a separate

asset that cannot simply be folded into the analysis of the Property (Doc. 224 at 18). Until that

allocation is resolved, and until this Court has had the opportunity to review how those proceeds,

which directly affect both the condition and the value of the Property, are to be applied as between the estate, the Property, and secured creditors, any determination of equity or adequate protection in the Property is necessarily incomplete. The orderly course is to adjourn or deny the Motion without prejudice, pending resolution of the District Court appeal and the Trustee's insurance allocation.

## B. THE MOTION IS ALSO PREMATURE BECAUSE THE MOVANT'S OWN LOSS-MITIGATION PROCESS REMAINS OPEN

The Debtor has been engaged in active, ongoing loss-mitigation efforts with SPS. SPS's June 9, 2026, written denial of the Debtor's Assistance Review Application (Exhibit I) expressly grants the Debtor the right to appeal the non-approval within thirty days, and states that no foreclosure sale will be conducted, and the Debtor will not lose the home during that thirty-day period, or any longer period required for SPS to review supplemental material the Debtor provides. That thirty-day window runs to on or about July 9, 2026, past the June 23, 2026, hearing date on this Motion. The same letter states that if a foreclosure sale has already been scheduled, SPS will instruct its attorney to move to postpone it. SPS's request that this Court lift the stay so that it may proceed toward foreclosure is thus in direct tension with SPS's own written commitment that the Debtor will not lose the home during the pending appeal period.

That tension is compounded by the internal inconsistency of the denial itself. SPS denied the Debtor a repayment plan expressly because of the "active bankruptcy filing referencing this account," while at the same time the Movant asks this Court to remove the protection of that very bankruptcy so that it may foreclose. A creditor cannot use the pendency of the bankruptcy as a reason to deny a workout while simultaneously asking the Court to clear the bankruptcy out of the way for foreclosure.

At minimum, the balance of harms favors denial or adjournment of the Motion until SPS's own internal appeal process has concluded, so that the parties and the Court are not forced to choose between a pending loss-mitigation remedy and an irreversible stay-relief order.

## C.   THE MOVANT HAS NOT MET ITS BURDEN UNDER 11 U.S.C. § 362(g) BECAUSE ITS SOLE VALUATION IS AN IMPEACHED, EXTERIOR-ONLY BROKER PRICE OPINION

Under 11 U.S.C. § 362(g), the party requesting relief from the automatic stay bears the burden of proof on the issue of the debtor's equity in property. The Movant's only evidence of value is a Broker Price Opinion that does not withstand scrutiny.

First, the document on which the Movant relies is, on its own face, titled an "Exterior-Only Inspection Residential Appraisal Report" (Doc. 280-2 at 35), prepared on a Fannie Mae Form 2055 basis. The report itself states that it is "under the extraordinary assumption that the subject is in C4 condition and Q4 quality" and that, "per exterior inspection, no [damage was] noted." (Doc. 280-2 at 35.) Every comparable sale used in the report is likewise listed in "C4" condition, the same undamaged rating assumed for the subject. The report's effective date is April 24, 2026, more than a year after the March 8, 2025, fire, yet it does not account for the fire at all, because no interior inspection was ever performed.

Second, the Debtor submits Exhibit M, an independent Summary Appraisal Report prepared by a New Jersey Certified Residential appraiser (License No. 42RC00150900), effective June 14, 2026, and based on a full interior and exterior inspection conducted on that date. Exhibit M directly contradicts the Movant's undamaged-condition assumption, documenting, through its Photograph Addendum, extensive ceiling damage, water and smoke damage throughout the structure, and mold in multiple rooms. The independent appraisal's as-is value is corroborated by the Essex County Board of Taxation's May 20, 2026, stipulated value of $560,000.00 (Exhibit E), a governmental valuation that likewise reflects the Property's actual

condition. The point for present purposes is not that the Court must adopt any figure; it is that the Movant's sole valuation rests on a condition assumption that is demonstrably false, and a valuation built on a false premise cannot carry the Movant's burden under § 362(g).

Third, the Movant's position cannot be reconciled with the estate's own treatment of the fire loss. The Trustee has treated the Property's fire-related insurance proceeds as a separate, recoverable estate asset, distinct from the real property, while the Movant's Broker Price Opinion values the Property as though the fire never occurred. This Court itself recognized at the September 9, 2025, hearing that the insurance proceeds are "a different pot of money" that cannot be folded into the value of the Property for approval purposes (Doc. 224 at 18). The same loss cannot be simultaneously real (for the estate's insurance recovery) and nonexistent (for the Movant's valuation). If the fire damage is real, as the estate's own conduct and this Court's own prior ruling confirm, then the Movant's undamaged valuation is unreliable.

Fourth, the Movant's certification (Doc. 280-1) compounds the unreliability. The certification lists tax advances of $72,308.16 while reporting the "Sub-Total of Advances" and "Net Advances" as $0.00 on the same page, and it certifies accrued interest of $72,742.36 while stating the applicable interest rate as "N/A," even though SPS discloses the current rate (6.250%) on its own monthly statements and evidently used that rate to compute the very figure it certified. A submission made under penalty of perjury should be no less reliable, or less complete, than a routine billing statement.

For these reasons, the Movant has not carried its burden under § 362(g) on the question of value, and the Motion should be denied, or, at minimum, the Movant should be required to submit a current, interior, licensed appraisal before any further consideration of stay relief.

Finally, the consequences of the Movant's unreliable valuation are not confined to this Motion. SPS's June 9, 2026, denial of the Debtor's modification application (Exhibit I) rested on a Net Present Value analysis, and the input chart accompanying that denial lists the property value used as $708,000.00, the same undamaged, exterior only figure challenged above. The wrong value did not merely inflate the equity calculation in the Movant's stay-relief certification; it drove the denial of the Debtor's loss mitigation application.

This further confirms that the proper course is to require a current, interior valuation before the Movant is permitted either to foreclose or to rely on $708,000.00 as the basis for denying the Debtor relief.

## D.   EVEN ON THE MOVANT'S OWN ADMITTED FIGURES, AN ADEQUATE EQUITY CUSHION EXISTS, AND ADDITIONAL PROTECTIONS CONFIRM IT

For the reasons set forth in Argument C, the Movant has not carried its burden on value, and the Motion fails on that ground alone. But even if the Court were to accept the Movant's own valuation evidence at face value, the Motion still fails, because the Movant's own certification admits an adequate equity cushion.

An equity cushion constitutes adequate protection within the meaning of 11 U.S.C. § 361 where it is sufficient to protect the secured creditor's interest against any decline in value during the pendency of the case. See In re Indian Palms Assocs., Ltd., 61 F.3d 197 (3d Cir. 1995); In re Alyucan Interstate Corp., 12 B.R. 803 (Bankr. D. Utah 1981).

Here, the Movant's own certification (Doc. 280-1 at 2) admits "APPARENT EQUITY AS OF May 8, 2026" of $196,188.57, calculated using the Movant's own $708,000.00 valuation against total liens of $443,186.57. That admitted equity represents a cushion of approximately 28% of the Movant's claimed value. Cushions of this magnitude, and substantially smaller, have repeatedly been held to constitute adequate protection as a matter of law. The Debtor is entitled

to hold the Movant to its own sworn admission, and on that admission alone the Motion should be denied.

The adequacy of the Movant's protection is reinforced by the ownership of the Property. Having purchased the Property at the Trustee's sale, the Debtor and his non-debtor wife now hold title as tenants by the entirety, subject to the Movant's lien. As owners, they have every incentive to preserve and enhance the Movant's collateral and have already begun doing so. The Movant's claim, moreover, is in rem only; its sole recourse is to the Property itself. A secured creditor whose collateral is owned by committed purchasers actively restoring it, including a non-debtor whose interest would be harmed by a premature foreclosure, and whose claim is limited to that collateral, faces no meaningful risk of loss during the pendency of this matter.

The adequacy of the Movant's protection is further confirmed by several independent factors, any one of which reinforces the conclusion that the Movant's interest is amply protected during the pendency of this case:

**Insurance proceeds.** The Trustee has pursued recovery of fire-related insurance proceeds in connection with the Property under Homesite Policy No. 32580542, proceeds which, when recovered, inure to the benefit of the estate and the protection of secured creditors' interests in the Property.

**Funds already invested in remediation.** Approximately $21,000.00 has already been expended on cleanup and demolition at the Property, work that preserves the value of the Movant's collateral.

**The contemplated renovation and resulting value.** Upon completion of approximately $200,000.00 in repairs, the Property's value is projected to rise to approximately $900,000.00 (Exhibit M). By contrast, interest accrues on the Movant's loan at the current rate of 6.250%

(as disclosed on the Movant's own monthly statements) on the $370,444.21 principal balance, approximately $1,929 per month, or roughly $23,150 per year. The value created by the planned renovation thus far exceeds the rate at which the Movant's exposure grows, confirming that the trajectory of this asset is toward increased, not decreased, protection while the stay remains in place.

Whether measured by the Movant's own admitted equity of $196,188.57, by the additional protections described above, or by both, the Movant is amply protected during the pendency of this case and pending the District Court appeal. The Motion should be denied.

## CONCLUSION

For the foregoing reasons, the Debtor respectfully requests that the Court enter an Order denying the Motion in its entirety, or, in the alternative, adjourning the hearing on the Motion pending resolution of the District Court appeal in Cohen v. Hook and the Trustee's insurance proceeds allocation, together with such other and further relief as the Court deems just and proper.

Dated: June 16, 2026


Respectfully submitted,

/s/ Michael Moshe Cohen

Michael Moshe Cohen
Debtor, Pro Se
7 Stanford Court
West Orange, NJ 07052
(917) 714-8929
mmc4now@gmail.com

## INDEX OF EXHIBITS

**Exhibit A:**   SPS acknowledgment letter dated May 8, 2026

**Exhibit B:**   SPS acknowledgment letter dated May 22, 2026

**Exhibit C:**   Reserved

**Exhibit D:**   SPS Required Information Notice dated May 26, 2026

**Exhibit E:**   Essex County Board of Taxation Settlement Stipulation, dated May 20, 2026, stipulating to a total assessed value of $560,000.00

**Exhibit F:**   Reserved

**Exhibit G:**   SPS complete-application confirmation dated June 4, 2026

**Exhibit H:**   SPS valuation report dated June 8, 2026

**Exhibit I:**   SPS modification denial letter dated June 9, 2026, granting a thirty-day appeal window during which no foreclosure sale will be conducted, and reflecting a Net Present Value property value input of $708,000.00

**Exhibit J:**   SPS closure letter dated June 10, 2026

**Exhibit K:**   Debtor's first Notice of Error to SPS dated June 4, 2026

**Exhibit L:**   SPS ineligibility letter dated June 11, 2026

**Exhibit M:**   Independent Summary Appraisal Report, 7 Stanford Court, West Orange, NJ 07052, prepared by Robert Hanlon, Eagle Rock Appraisals, effective June 14, 2026

**Exhibit A**

SPS acknowledgment letter dated May 8, 2026



**SPS** SELECT Portfolio SERVICING, inc.

Sign up for paperless delivery at www.spservicing.com

Paperless

May 8, 2026

MOSHE MICHAEL COHEN
7 STANFORD CT
W ORANGE, NJ 07052-2035

**Account Number:** 0016095432
**Customer Name:** MOSHE MICHAEL COHEN
**Property Address:** 7 STANFORD CT
WEST ORANGE, NJ 07052

Dear MOSHE MICHAEL COHEN:

SPS received your recent inquiry(ies) on 05/05/2026. We will review your request(s) and route to the appropriate department for handling.  If a response is required, one will be provided to you within 30 days from the date we received your inquiry(ies).

SPS is committed to home retention and offers many assistance options designed for customers who are experiencing temporary or permanent hardship. These options are offered at no cost to our customers and may include special payment arrangements, structured repayment plans, or loan modifications. If you are experiencing a financial hardship, please call us as soon as possible at the number listed below to discuss your situation and options that may be available to you.

At SPS, any of our Customer Care Experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is 800-258-8602 and representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



00322533000880010100

0016095432

**Exhibit B**

SPS acknowledgment letter dated May 22, 2026

 **SELECT** *Portfolio* **SERVICING, inc.**

Sign up for paperless delivery
at www.spservicing.com

Paperless

May 22, 2026

    MOSHE MICHAEL COHEN
    7 STANFORD CT
    W ORANGE, NJ 07052-2035

**Account Number:**    0016095432
**Property Address:**    7 STANFORD CT
                        WEST ORANGE, NJ 07052

Dear Customer(s):

SPS has received correspondence from you or your authorized agent regarding this account. We thank you for this opportunity to assist you and have forwarded this correspondence to the appropriate department for handling.

SPS is committed to home retention and offers many assistance options designed for customers who are experiencing temporary or permanent hardship. If you are experiencing a financial hardship, please call us as soon as possible to discuss your situation and the options that may be available to you.

If you are sending a payment, please note that the correct mailing address for payments is:

    Select Portfolio Servicing, Inc.
    Attn: Remittance Processing
    PO Box 65450 Salt Lake City, UT 84165-0450

Also, for your convenience.  SPS offers the following payment options:

- **Automated Clearing House:** You pre-authorize SPS to withdraw funds equal to your monthly payment from your account on a specific date each month. There is no cost for this service.

- **EZ Pay By Phone or by Web (www.spservicing.com):** For each payment, you authorize SPS to draft from your checking account a specific amount on a date that you specify. We will obtain your consent prior to initiating payment and will advise you of any fee for this service, which may be up to $15 for payments over the phone with an agent and up to $5 for payments online or through our automated phone system.

- **Western Union Quick Collect:** To make a Western Union Quick Collect payment to SPS, you need to use the Code City "OSWALD" and the Code State "UT." If you want to transmit the payment to SPS on the same day, you must use the blue and white Quick Collect form, check the Urgent box, and advise the Western Union agent that you want the Urgent deliver option.  There is a Western Union charge for this service.

If you have any questions, your assigned Relationship Manager, Mike, can be reached toll free at (800) 258-8602 x 36859 or by email at relationship.manager@spservicing.com.



AD920  2877                              00323128001683010200                              0016095432

At SPS, any of our Customer Care Experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is 800-258-8602 and representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

You may also visit our website: www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



AD920 3877                    00323128001683020200                    0016095432

**Exhibit D**

SPS Required Information Notice dated May 26, 2026

 **SELECT** *Portfolio* **SERVICING, inc.**

Sign up for paperless delivery at www.spservicing.com

Paperless

May 26, 2026

 MOSHE MICHAEL COHEN
7 STANFORD CT
W ORANGE, NJ 07052-2035

**Account Number:**      0016095432
**Property Address:**    7 STANFORD CT
                         WEST ORANGE, NJ 07052

## REQUIRED INFORMATION NOTICE

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS has reviewed your Assistance Review Application request. We have reviewed the information received and have determined that the submitted documentation is insufficient or information is still needed as shown on the document attached to this letter (the "**Required Information**"). Before we can begin our evaluation process, you are required to submit a complete application. We must receive the missing Required Information immediately.

If we do not receive the Required Information, we may be unable to evaluate your application. If you have already provided the documents requested herein on or after the date of this letter, please disregard this letter.

**This is an important informational notice to provide the Required Information. Time is of the essence!** If your application remains incomplete, we may be unable to evaluate your application. If your property is also secured by other liens, you should consider contacting the servicer of those liens to discuss available loss mitigation options.

As noted above, in order for us to review your account for all available loss mitigation programs we require a complete application, which requires you to submit all Required Information immediately. The missing Required Information is described in the document attached to this letter. To aid in identifying your documents, should they be sent separately or get separated, please include your account number at the bottom of all pages. You may fax, email, or mail the Required Information to:



**Select Portfolio Servicing, Inc.**
**PO Box 65250 Salt Lake City, UT 84165-0250**
**Fax: 866-867-3019**
**Email: Relationship.Manager@SPServicing.com**
**Website: www.spservicing.com**
**Overnight: Select Portfolio Servicing, Inc.**
**3217 S. Decker Lake Dr., Salt Lake City, UT 84119**

Keep in mind that, in general, documentation must be dated within the last ninety (90) days to be considered valid. Once we have received your complete application, and any necessary third party approvals, you will be evaluated for all available loss mitigation options for which you are eligible and the results will be sent to you within thirty (30) days after receipt of the complete application. This notification will provide, as applicable:

- Details of the loss mitigation program for which you are approved, including, any information on how and when you must accept the offer, which at a minimum will be 14 days.

- Names of all loss mitigation programs for which you were evaluated but not approved, including, the results of any Net Present Value (NPV) tests, if applicable.

- Information on how to appeal the denial of a modification plan, if applicable.

If you have any questions, your assigned Relationship Manager, Mike, can be reached toll free at (800) 258-8602 x 36859 or by email at relationship.manager@spservicing.com.

At SPS, any of our Customer Care Experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is 888-818-6032 and representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

## Notice of Error or Information Request

If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent in writing to the address listed below, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal law.

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277

If you would like counseling or assistance you can contact the following: U.S. Department of Housing and Urban Development. For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

Enclosures:     Required Information

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

0016095432

## Required Information

**Documents Received but Additional Action Required:** Documents listed below have been received but have been rejected for the reasons indicated in the gray box(es).

| Documentation Type | Documentation Description |
|---|---|
| **Federal Tax Returns** | A signed copy of the most recent year's filed federal tax return for each customer. This must include all schedules and tax forms (for example, Schedules A-E, Tax Form 8879 e-file, 4868 Tax Filing Extension, etc.).<br><br>If you do not have a copy of your tax returns, you can submit form 4506-T to the IRS to obtain a copy of your tax transcripts.  A copy of this form is available at www.spservicing.com.<br><br>If you are not required to file a tax return, please submit a letter of explanation. |

**Action Required**
- Primary Customer's Tax Return 1040 form is missing pages, or cut off. Please provide additional/corrected information.

CF023 4266

0032319500034103400

0016095432



## Required Information

**Information Not Received and Still Required:** Documents listed below are required and have not been received.

| Documentation Type | Documentation Description |
| --- | --- |
| **Paystubs** | **For each customer (and/or non-customer whose income is used toward mortgage-related expenses) who is a waged/salaried employee:**<br>• Pay Stubs - The two (2) most recent pay stubs from each employer, with year-to-date (YTD) information, for each customer or non-customer whose income is used toward mortgage-related expenses, and who is either a salaried employee or hourly wage earner. If your pay stubs do not have YTD information, a letter from your employer with this information or two (2) most recent bank statements showing evidence of your pay stub income are acceptable. If you are new to your job and do not yet have a pay stub, you may submit a letter from your employer verifying employment start date and salary or rate of pay.<br>• Military Leave and Earnings Statement - A copy of the most recent statement which may include flight or hazard pay, rations, clothing allowance, quarters/housing allowance, and proficiency pay. A copy of active duty military orders or other proof of active duty status that reflects start date and end date. |
| **Unemployment Income** | **For each customer (and/or non-customer whose income is used toward mortgage-related expenses) who receives unemployment income:**<br>• Copy of benefit statement or letter from the provider that states the amount, frequency, and duration of the benefit. Unemployment benefits must continue for at least nine (9) months to be considered qualifying income.<br>• Your two (2) most recent monthly bank statements or copies of the two (2) most recent benefit checks. |
| **Bank Statements** | **For each customer (and/or non-customer whose income is used toward mortgage-related expenses), who has checking and/or savings accounts:**<br>• A copy of the two (2) most recent statements for all accounts, including all pages.<br>**For each customer (and/or non-customer whose income is used toward mortgage-related expenses), who owns publicly traded securities or other investments:**<br>• A copy of the most recent quarterly statement or a minimum of two (2) months' consecutive statements for each publicly traded securities account (for example, stocks and bonds) or other investment accounts held such as 401K, trust funds, annuities, and dividends. |



**Exhibit E**

Essex County Board of Taxation Settlement Stipulation, dated May 20, 2026, stipulating to a

total assessed value of $560,000.00

# ESSEX COUNTY BOARD OF TAXATION

## SETTLEMENT STIPULATION

### In the Matter of Appeal

Michael Moshe & Nancy L Cohen

**Plaintiff**

vs.

West Orange

**Defendant**

Tax Year: 2026

Block: 176.24    Lot: 31

Property Location: 7 Stanford Ct

Appeal #: 22-2500022

1.  We, the undersigned, have been duly authorized to agree to the above entitled appeal by settlement. It is hereby stipulated and agreed that the assessment of the following property be adjusted.

2.  Based upon the foregoing, the undersigned represent to the Board that the settlement stated herein will result in an assessment at the fair assessable value of the property consistent with assessing practices generally applicable in the taxing district as required by law.

3.  Basis for Settlement (Must be filled in): property record damage

Must pay back taxes by end of day 5-20-26

| | Original Assessment | | Requested County Tax Board Judgment |
|---|---|---|---|
| Land | 358,600 | Land | 250,000 |
| Improvement | 375,200 | Improvement | 310,000 |
| Total | 733,800 | Total | 560,000 |
| | | | |
| Property Class: | 2 | Property Class: | |
| Months Prorated: | | Months Prorated: | |

_____
Taxpayer, attorney or other duly authorized agent of the taxpayer

_____
Attorney or other duly authorized agent of the taxing district

_____
Tax Assessor or other duly authorized agent of the taxing district

Dated: 5-20-26

The Tax Assessor for the taxing district has reviewed the settlement and believes that it is fair and proper.

**Exhibit G**

SPS complete-application confirmation dated June 4, 2026

 **SELECT** *Portfolio* **SERVICING, inc.**

Sign up for paperless delivery
at www.spservicing.com

Paperless

June 4, 2026

LAW OFFICES OF ROGER L. FIDLER
ROGER L. FIDLER
1522 GARDNER DR
LUTZ, FL 33559-3305

**Account Number:**       0016095432
**Property Address:**     7 STANFORD CT
                          WEST ORANGE, NJ 07052

Dear Customer(s):

Because our records indicate that your lien may be subject to Bankruptcy, please read the following:

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, you may need Bankruptcy Court approval of any permanent modification of the account.

Please review the enclosed letter regarding your account.

You may contact SPS at 888-818-6032 to discuss the enclosures. SPS representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**



CF005 4297                              00323610000097010200                              0016095432

CF005 4297

0016095432



Sign up for paperless delivery
at www.spservicing.com

Paperless

June 4, 2026

MOSHE MICHAEL COHEN
7 STANFORD CT
W ORANGE, NJ 07052-2035


**Account Number:** 0016095432
**Property Address:** 7 STANFORD CT
WEST ORANGE, NJ 07052

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS received your complete Assistance Review Application, including all required information and documentation necessary to evaluate your account for loss mitigation assistance on 06/04/2026. We expect to complete our evaluation within thirty (30) days of the date we received the complete Assistance Review Application. All options are offered at no cost to our customers and may include structured repayment plans, loan modifications, payment deferrals, or loan settlement alternatives. If your property also secures other accounts, you should consider contacting the servicer(s) of those accounts to discuss available loss mitigation options.

Although not all customers qualify for loss mitigation, we will clearly communicate with you regarding the program(s) for which you are eligible. We will evaluate your complete application for all loss mitigation options available to you and the results will be sent to you within thirty (30) days of the date we received the complete Assistance Review Application. This notification will provide:

- Details of the loss mitigation program for which you are approved, including, information about the process and timeline for accepting the offer, which will be a minimum of 14 days.

- Names of all loss mitigation programs for which you were evaluated but not approved, including, the results of any modeled Net Present Value (NPV) tests if applicable.

- Information about how to appeal the denial of a modification plan if applicable.

If, during the evaluation of your application, we find that we need additional information from you, we will inform you in writing what information is necessary to complete the application. You will then have an additional thirty (30) days to provide the requested information. Once SPS receives the additional information, the evaluation process will resume and a final decision will be sent to you within thirty (30) days of receiving the additional information. Foreclosure protections could end if we do not receive the additional information as requested.

If we are waiting for confirmation from a third party in order to provide you with a decision regarding your request for assistance, we will notify you under separate cover within thirty (30) days of the date we received the complete Assistance Review Application.

You are entitled to certain foreclosure protections because we have received a complete Assistance Review Application. We will not proceed with filing of the first legal action, filing a motion for judgment, filing an order of sale or conduct a sale prior to evaluating your complete Assistance Review Application. If a foreclosure sale has already been scheduled, we will instruct our attorney to file a motion to postpone such sale. It is possible, however, that a court will deny the motion and the sale will proceed. If that happens, we will be unable to provide loss mitigation.

You may be entitled to additional protections under State or Federal law.

Please know that you are entitled to a copy of the property valuation report we may order in connection with any applicable account modification review. We will send the valuation report to you upon completion of the valuation.

If you have any questions, your assigned Relationship Manager, Mike, can be reached toll free at (800) 258-8602 x 36859 or by email at relationship.manager@spservicing.com.

At SPS, any of our Customer Care Experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is 888-818-6032 and representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

**Notice of Error or Information Request**

If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent in writing to the address listed below, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal law.

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277

If you would like counseling or assistance you can contact the following:  U.S. Department of Housing and Urban Development. For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

CF005 4297

0016095432

**Exhibit H**

SPS valuation report dated June 8, 2026



Sign up for paperless delivery
at www.spservicing.com

Paperless

June 8, 2026

LAW OFFICES OF ROGER L. FIDLER
ROGER L. FIDLER
1522 GARDNER DR
LUTZ, FL 33559-3305

**Account Number:**   0016095432
**Property Address:**   7 STANFORD CT
WEST ORANGE, NJ 07052

Dear Customer(s):

Because our records indicate that your lien may be subject to Bankruptcy, please read the following:

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, you may need Bankruptcy Court approval of any permanent modification of the account.

Please review the enclosed letter regarding your account.

You may contact SPS at 888-818-6032 to discuss the enclosures. SPS representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**



0016095432

CF006  3004

 **SPS** SELECT *Portfolio* SERVICING, inc.

 Sign up for paperless delivery at www.spservicing.com Paperless

June 8, 2026

MOSHE MICHAEL COHEN
7 STANFORD CT
W ORANGE, NJ 07052-2035

**Account Number:**      0016095432
**Property Address:**    7 STANFORD CT
                         WEST ORANGE, NJ 07052

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS has received your request for assistance. Pursuant to Federal law, SPS is providing the enclosed property valuation report. The report was developed as part of your request for mortgage assistance, and we may have used this information when deciding if you were eligible for an assistance option. If you have questions, please call us at one of the telephone numbers below.

If you have any questions, your assigned Relationship Manager, Mike, can be reached toll free at (800) 258-8602 x 36859 or by email at relationship.manager@spservicing.com.

At SPS, any of our Customer Care Experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is 800-258-8602 and representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

**Notice of Error or Information Request**

If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent in writing to the address listed below, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal law.

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277



CF006  3004                     00323711000025021300                     0016095432

If you would like counseling or assistance you can contact the following:  U.S. Department of Housing and Urban Development.  For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

CF006  3004

0016095432

Platinum Coast Appraisals & Co./Real Estate Appraisal Group

## Exterior–Only Inspection Residential Appraisal Report    File # Order: 6023843

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | | |
|---|---|---|---|---|
| Property Address  7 Stanford Ct | City  West Orange | | State  NJ | Zip Code  07052 |
| Borrower  Moshe Cohen | Owner of Public Record  Cohen, Michael Moshe & Nancy L. | | County  Essex | |
| Legal Description  Block 176.24, Lot 31 | | Tax Year  2025 | R.E. Taxes $  18,277 | |
| Assessor's Parcel #  22-00176-24-00031 | Map Reference  35084 | | Census Tract  0173.01 | |

Neighborhood Name  West Orange
Occupant  ☒ Owner  ☐ Tenant  ☐ Vacant    Special Assessments $  0    ☐ PUD    HOA $  0    ☐ per year  ☐ per month
Property Rights Appraised  ☒ Fee Simple  ☐ Leasehold  ☐ Other (describe)
Assignment Type  ☐ Purchase Transaction  ☐ Refinance Transaction  ☒ Other (describe)  Market Value
Lender/Client  Select Portfolio Servicing, Inc.    Address  3217 Decker Lake Dr, West Valley City, UT 84119
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☒ Yes  ☐ No
Report data source(s) used, offering price(s), and date(s).    DOM 42;GSMLS and NJ tax records. Per MLS#3942628 the subject was listed on 01/23/2025
for $689,000.

I ☐ did  ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $____  Date of Contract____  Is the property seller the owner of public record?  ☐ Yes  ☐ No  Data Source(s)____
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower?  ☐ Yes  ☐ No
If Yes, report the total dollar amount and describe the items to be paid.

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location  ☐ Urban  ☒ Suburban  ☐ Rural | | | Property Values  ☐ Increasing  ☒ Stable  ☐ Declining | | | PRICE $(000) | AGE (yrs) | One-Unit | 30 % |
| Built-Up  ☒ Over 75%  ☐ 25-75%  ☐ Under 25% | | | Demand/Supply  ☐ Shortage  ☒ In Balance  ☐ Over Supply | | | 320 Low | 0 | 2-4 Unit | 45 % |
| Growth  ☐ Rapid  ☒ Stable  ☐ Slow | | | Marketing Time  ☒ Under 3 mths  ☐ 3-6 mths  ☐ Over 6 mths | | | 3,200 High | 150 | Multi-Family | 10 % |
| | | | | | | 710 Pred. | 99 | Commercial | 15 % |
| | | | | | | | | Other | 0 % |

Neighborhood Boundaries    South is City of Orange, North is Montclair, west is Livingston and east is Orange. (Other Land Use represents parks and golf courses)
Neighborhood Description    Neighborhood is a mix of 1-4 family homes, condos across the street, small retail, apartments, offices, food markets along Scotland Road. Setal Hall Prep School about 1/4 north of the subject. Subject has highway access to Garden State Parkway, Routes 280, 287, and 78 which provides commuting into major employment cities in the area.
Market Conditions (including support for the above conclusions)    See attached addenda.

Dimensions  78X315 (see tax map)    Area  24,570 sf    Shape  regular    View  N;Res;
Specific Zoning Classification  R-5    Zoning Description  Single Family Residential (min lot 5,000 sf)
Zoning Compliance  ☒ Legal  ☐ Legal Nonconforming (Grandfathered Use)  ☐ No Zoning  ☐ Illegal (describe)    (see page 3)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes  ☐ No  If No, describe    The appraiser applied all 4 tests of Highest and Best Use. (see page 3)

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | Water | ☒ | ☐ | Street  macadam | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley  none | ☐ | ☐ |

FEMA Special Flood Hazard Area  ☐ Yes  ☒ No    FEMA Flood Zone  X    FEMA Map #  34013C0092F    FEMA Map Date  08/04/2007
Are the utilities and off-site improvements typical for the market area?  ☒ Yes  ☐ No  If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  ☒ No  If Yes, describe
None noted per tax map attached, otherwise subject to survey.

Source(s) Used for Physical Characteristics of Property  ☒ Appraisal Files  ☒ MLS  ☒ Assessment and Tax Records  ☒ Prior Inspection  ☐ Property Owner
☒ Other (describe)  client data sheet    Data Source for Gross Living Area  tax records

| General Description | General Description | Heating/Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units  ☒ One  ☐ One with Accessory Unit | ☒ Concrete Slab  ☐ Crawl Space | ☒ FWA  ☐ HWBB | Fireplace(s) #  0 | ☐ None |
| # of Stories  2 | ☐ Full Basement  ☐ Finished | ☐ Radiant | Woodstove(s) #  0 | ☒ Driveway  # of Cars  2 |
| Type  ☒ Det.  ☐ Att.  ☐ S-Det./End Unit | ☒ Partial Basement  ☒ Finished | ☐ Other | ☒ Patio/Deck  patio | Driveway Surface  macadam |
| ☒ Existing  ☐ Proposed  ☐ Under Const. | Exterior Walls  brick/wd shgl | Fuel  gas | ☒ Porch  encl | ☒ Garage  # of Cars  2 |
| Design (Style)  Split-level | Roof Surface  comp | ☒ Central Air Conditioning | ☐ Pool  none | ☐ Carport  # of Cars  0 |
| Year Built  1958 | Gutters & Downspouts  alum/alum | ☐ Individual | ☐ Fence  none | ☐ Attached  ☐ Detached |
| Effective Age (Yrs)  15 | Window Type  dble hung | ☐ Other | ☐ Other  none | ☒ Built-in |

Appliances  ☒ Refrigerator  ☒ Range/Oven  ☐ Dishwasher  ☐ Disposal  ☐ Microwave  ☐ Washer/Dryer  ☐ Other (describe)
Finished area above grade contains:  7 Rooms    3 Bedrooms    2.0 Bath(s)    1,871 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.)    None.

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).    C4;See REO sheet. Per exterior inspection, no noted damages. This report is under the extraordinary assumption that the subject is in C4 condition and Q4 quality (see UAD sheet), if found to be incorrect/inaccurate may affect assignment results. Client data was provided to the appraiser and was utilized for room count property record card was utilized for subject GLA, if found to be incorrect/inaccurate may affect assignment results.

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property?  ☐ Yes  ☒ No
If Yes, describe.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes  ☐ No  If No, describe.

Freddie Mac Form 2055 March 2005    UAD Version 9/2011    Page 1 of 6    Fannie Mae Form 2055 March 2005

Form 2055UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

CF006  3004    00323711000025031300        0016095432

## Exterior–Only Inspection Residential Appraisal Report   File # Order: 6023843

There are __5__ comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 450,000 to $ 900,000

There are __9__ comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 400,000 to $ 850,000

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 7 Stanford Ct West Orange, NJ 07052 | 7 Buckingham Rd West Orange, NJ 07052 | | 31 Rosemont Ter West Orange, NJ 07052 | | 31 Shelley Ter West Orange, NJ 07052 | |
| Proximity to Subject | | 0.80 miles S | | 1.14 miles NE | | 0.92 miles SW | |
| Sale Price | $ | $ 690,000 | | $ 715,000 | | $ 750,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 315.07 sq.ft. | | $ 341.13 sq.ft. | | $ 354.44 sq.ft. | |
| Data Source(s) | | 3998618 MLS;DOM 78 | | 3985925 MLS;DOM 45 | | 3987437 MLS;DOM 9 | |
| Verification Source(s) | | Book 20260 Page 18362 | | Book 20260 Page 23447 | | Book 20250 Page 69345 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment | DESCRIPTION | + (-) $ Adjustment |
| Sales or Financing | | ArmLth | | ArmLth | | ArmLth | |
| Concessions | | Conv;0 | | Conv;0 | | Conv;0 | |
| Date of Sale/Time | | s03/26;c02/26 | | s12/25;c10/25 | | s10/25;c09/25 | |
| Location | N;Res; | A;Res;PwrLn | +13,800 | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 24,570 sf | 8,880 sf | +15,690 | 9,901 sf | +14,669 | 27,007 sf | -2,437 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | DT2;Split-level | DT2;Split-level | | DT2;Split-level | | DT2;Split-level | |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 67 | 70 | 0 | 70 | 0 | 55 | 0 |
| Condition | C4 | C4 | | C4 | | C3 | -37,500 |
| Above Grade | Total / Bdrms. / Baths | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | | Total / Bdrms. / Baths | -10,000 |
| Room Count | 7 / 3 / 2.0 | 8 / 4 / 2.0 | 0 | 9 / 3 / 2.0 | 0 | 8 / 4 / 3.0 | -12,250 |
| Gross Living Area | 1,871 sq.ft. | 2,190 sq.ft. | -15,950 | 2,096 sq.ft. | -11,250 | 2,116 sq.ft. | 0 |
| Basement & Finished | 758sf758sfwo | 700sf700sfin | 0 | 700sf700sfwo | 0 | 572sf572sfwo | +5,000 |
| Rooms Below Grade | 1rr0br0.1ba0o | 2rr0br0.1ba0o | | 1rr0br0.1ba0o | | 1rr0br0.0ba1o | |
| Functional Utility | Average | average | | average | | average | |
| Heating/Cooling | gas/cac | gas/cac | | gas/cac | | gas/cac | |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | 2gbi2dw | 1gbi2dw | +10,000 | 2gbi2dw | | 2gbi1dw | 0 |
| Porch/Patio/Deck | Patio | Deck | 0 | Patio | | Patio | |
| Net Adjustment (Total) | | ☒ + ☐ - $ | 23,540 | ☒ + ☐ - $ | 3,419 | ☐ + ☒ - $ | -57,187 |
| Adjusted Sale Price of Comparables | | Net Adj. 3.4 % Gross Adj. 8.0 % $ | 713,540 | Net Adj. 0.5 % Gross Adj. 3.6 % $ | 718,419 | Net Adj. 7.6 % Gross Adj. 9.0 % $ | 692,813 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s)   MLS updated daily and Relist Tax Records.

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s)   MLS updated daily and Relist Tax Records.

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/04/2026 | | | |
| Price of Prior Sale/Transfer | $65,200 | | | |
| Data Source(s) | MLS & NJ Tax Records | MLS & NJ Tax Records | MLS & NJ Tax Records | MLS & NJ Tax Records |
| Effective Date of Data Source(s) | 04/24/2026 | 04/24/2026 | 04/24/2026 | 04/24/2026 |

Analysis of prior sale or transfer history of the subject property and comparable sales   Per my review of tax records, public data, and MLS the subject was in a Trustee's Deed (Foreclosure) transaction on 03/04/2026 for $65,200. Otherwise, the subject did not have any sales in the past 36 months from effective date or listings in the past 12 months.

Summary of Sales Comparison Approach    See attached addenda.

Indicated Value by Sales Comparison Approach $   708,000

Indicated Value by: Sales Comparison Approach $ __708,000__   Cost Approach (if developed) $ _____   Income Approach (if developed) $ _____

Consideration has been given to the Sales Comparison Analysis inasmuch as this approach would best reflect current market and economic conditions in this area. As a result of my investigation and analysis, it is my opinion that the market value of the identified interest in the property on said date is stated below.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ __708,000__ , as of __04/24/2026__ , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 2055 March 2005        UAD Version 9/2011    Page 2 of 6        Fannie Mae Form 2055 March 2005

CF006  3004

0016095432

## Exterior-Only Inspection Residential Appraisal Report   File # Order: 6023843

SCOPE: The subject property was order by the Lender/client as stated on page one, as a exterior 2055 and was identified as market value purpose. I completed a exterior inspection of the subject property. Information on subject house was provided by the exterior inspection by me and information from subject's Tax records property card information from Realist Tax records, realist, client data and MLS data. This report is under the extraordinary assumption that the subject is in C4 condition and Q4 quality (see UAD sheet) and MLS is accurate, if found to be incorrect/inaccurate may effect assignment results.

Neither the Cost Approach (fully developed) or Income Capitalization Approach to value has been used. I considered these approaches to value and concluded that neither approach to value is typically applicable as applied to the subject in this assignment, nor would that analysis provide meaningful result to this assignment. The elimination of an approach to value, when inapplicable, is not a departure under USPAP.

Environmental Conditions
No apparent adverse environmental conditions were observed. The appraiser is not a home or environmental inspector. The appraiser provides an opinion of value. The appraiser does not guarantee that the property is free of defects or environmental problems. The appraiser performs an inspection of visible and accessible areas only. Environmental problems (mold, radon, lead paint, asbestos, etc.) may be present in areas the appraiser cannot see or in forms the appraiser is not qualified to test. If any concerned parties require additional information concerning either environmental conditions or structural integrity, a home inspection or environmental inspection performed by a qualified professional is recommended.

UAD Scope of Work: At the request of the client, this appraisal report has been prepared in compliance with the Uniform Appraisal Dataset (UAD) from Fannie Mae and Freddie Mac. The UAD requires the appraiser to use standardized responses that include specific formats, definitions, abbreviations, and acronyms. The appraiser attempted to obtain an adequate amount of information in the normal course of business regarding the subject and comparable properties. Some of the standardized responses required by the UAD, especially those in which the appraiser has not had the opportunity to verify personally or measure, could mistakenly imply greater precision and reliability in the data than is factually correct or typical in the normal course of business. Examples include condition and quality ratings as well as comparable sales and listing data. Not every element of the subject property was viewable and comparable property data was generally obtained from third-party sources (MLS, NJ County Tax records, listing and selling Realtors). Consequently, this information should be considered an "estimate" unless otherwise noted by the appraiser.

GLA/Room Counts: Gross Living area and/or room counts reflect estimated finished above grade GLA and/or rooms only. This data may differ from data reported in published sources (MLS, NJ County Tax Records, Comps Inc., etc.) and/or Assessor's Property Cards and publicly available Assessor's internet sites. Gross Living Area and/or Room Counts utilized in this appraisal report have been derived from either/or the following data sources, including: research of Assessor's Property Cards and publicly available Assessor's internet sites, published data (MLS, NJ County Tax Records, Comps Inc., etc.) and the appraiser's visual curbside observations. All data pertaining to comparable sales must be listed as an estimate as no physical interior inspection with measurements is available to the appraiser. During my verification of closed sales and listing research, some of the gross living area SF information of comparables from NJ County Tax records did not have accurate information, therefore some of the comparable data GLA has been verified with the listing Realtor agents.

Zoning / Highest and Best Use; As Vacant: The subject site is capable of supporting any use permitted by the zoning considering the utilities are available to the site. Thus any use permissible under the zoning could be developed if the site were vacant. The site is located in a R-5, Single Family Residential (min lot 5,000 sf), which permits 1 unit dwellings, minimum lot 5,000 sf. The lot does meet the requirements for the zone building and is considered a legal conforming use. If the site were vacant today, it could be developed with a 1 family dwelling. I conclude the highest and best use for the subject, as vacant, is development with a 1 family dwelling. The subject improvements continue to add value to the site. As explained in the "As Vacant" section above, there is no other use to which the subject property can currently be put to use that would warrant the demolition of the improvements for an alternate use. Therefore I conclude that the current use of the subject improvements as a 1-family home is the Highest and Best Use of the Subject Property.

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | = $ |
|---|---|---|---|
| Source of cost data | DWELLING | Sq.Ft. @ $ | = $ |
| | | Sq.Ft. @ $ | = $ |
| Quality rating from cost service    Effective date of cost data | | | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | = $ |
| | Garage/Carport | Sq.Ft. @ $ | = $ |
| | Total Estimate of Cost-New | | = $ |
| | Less    Physical   Functional   External | | |
| | Depreciation | | = $(              ) |
| | Depreciated Cost of Improvements | | = $ |
| | "As-is" Value of Site Improvements | | = $ |
| Estimated Remaining Economic Life (HUD and VA only)    Years | INDICATED VALUE BY COST APPROACH | | = $ |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

| | | | Indicated Value by Income Approach |
|---|---|---|---|
| Estimated Monthly Market Rent $    X Gross Rent Multiplier    = $ | | | |

Summary of Income Approach (including support for market rent and GRM)

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes ☐ No   Unit type(s)   ☐ Detached   ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project
Total number of phases    Total number of units    Total number of units sold
Total number of units rented    Total number of units for sale    Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes ☐ No   If Yes, date of conversion
Does the project contain any multi-dwelling units?   ☐ Yes ☐ No   Data Source(s)
Are the units, common elements, and recreation facilities complete?   ☐ Yes ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

Freddie Mac Form 2055 March 2005       UAD Version 9/2011    Page 3 of 6       Fannie Mae Form 2055 March 2005

Form 2055UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

CF006  3004                                00323711000025041300                              0016095432



## Exterior-Only Inspection Residential Appraisal Report    File # Order: 6023843

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit, including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:    The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Freddie Mac Form 2055 March 2005          UAD Version 9/2011    Page 4 of 6                Fannie Mae Form 2055 March 2005

CF006  3004                                                                                              0016095432

## Exterior-Only Inspection Residential Appraisal Report   File # Order: 6023843

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.



## Exterior–Only Inspection Residential Appraisal Report   File # Order: 6023843

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media),

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:   The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER    Gregory Sidiropoulos | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Gregory Sidiropoulos | Name |
| Company Name    Gregory Sidiropoulos | Company Name |
| Company Address    121 Crease Rd | Company Address |
| Budd Lake, NJ 07828 | |
| Telephone Number    (201) 675-0649 | Telephone Number |
| Email Address    gregsid@gmail.com | Email Address |
| Date of Signature and Report    04/29/2026 | Date of Signature |
| Effective Date of Appraisal    04/24/2026 | State Certification # |
| State Certification #    42RC00263800 | or State License # |
| or State License # | State |
| or Other (describe)    State # | Expiration Date of Certification or License |
| State  NJ | |
| Expiration Date of Certification or License    12/31/2027 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

7 Stanford Ct
West Orange, NJ 07052
APPRAISED VALUE OF SUBJECT PROPERTY $       708,000
LENDER/CLIENT

Name  Residential Real Estate Review, Inc.
Company Name    Select Portfolio Servicing, Inc.
Company Address    3217 Decker Lake Dr, West Valley City, UT
84119
Email Address    n/a

SUBJECT PROPERTY

☐ Did not inspect exterior of subject property
☐ Did inspect exterior of subject property from street
Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

Freddie Mac Form 2055 March 2005        UAD Version 9/2011    Page 6 of 6        Fannie Mae Form 2055 March 2005

Form 2055UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

CF006  3004

0016095432

**Supplemental Addendum**                           File No. Order: 6023843

| Borrower | Moshe Cohen | | | |
|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | |
| City | West Orange | County Essex | State NJ | Zip Code 07052 |
| Lender/Client | Select Portfolio Servicing, Inc. | | | |

• **Exterior-Only: Neighborhood - Market Conditions**

In compliance with the updated appraisal guidelines issued by Fannie Mae and Freddie Mac on November 6, 2024, effective February 4, 2025, a comprehensive analysis of market conditions over the past 12 months is required to support reported trends and any time adjustments applied to comparable sales.

Market Condition Addendum – West Orange, NJ 07052 (April 24, 2025 – April 24, 2026)
Median Home Sale Prices
April 24 – October 24, 2025:
Median sale price was $660,000, based on 237 closed sales.

October 24 – January 24, 2026:
Median price increased to $672,500 (+1.9%), with 110 closed sales, indicating modest appreciation and continued buyer activity.

January 24, 2026 – April 24, 2026:
Median price increased again to $680,000 (+1.1%), based on 103 closed sales, reflecting continued incremental appreciation and price stability.

Days on Market (DOM)
April – October 2025:
Median DOM was 15 days, reflecting absorption and elevated buyer demand.

October 2025 – January 2026:
DOM increased to 19 days, indicating a slight moderation in market pace.

January 2026 – April 2026:
DOM increased marginally to 20 days, suggesting a seasonal slowdown while remaining within healthy market norms.

Sales Volume
April – October 2025: 237 total sales
October 2026 – January 2026: 110 total sales
January 2026 – April 2026: 103 total sales

Sales volume declined from the peak spring/summer period into the fall and winter months, consistent with normal seasonal patterns, while remaining historically active.

Time Adjustments
Sales from April – October 2025 may warrant upward time adjustments when compared to the most recent market conditions due to observed price appreciation.

Sales from January 2026 – April 2026 are most reflective of current market conditions and may require minimal or no adjustment.

Conclusion: The West Orange 07052 market demonstrated steady appreciation and liquidity over the past 12 months, with median prices increasing approximately 3.0% overall. While marketing times lengthened modestly in the second half of the year, absorption remains healthy and buyer demand remains stable. The market appears balanced with mild upward price pressure and normal seasonal moderation in activity.

Data Sources: This analysis is based on data obtained from New Jersey MLS and GSMLS. It complies with the Fannie Mae and Freddie Mac guidelines (effective February 4, 2025) requiring a 12-month market trend analysis and documented support for any time adjustments applied in the appraisal report.

• **Exterior-Only: Sales Comparison Analysis - Summary of Sales Comparison Approach**
All comparables are within the 12 month guidelines. Comparable sales utilized in report are within 6 months due to stabilizing market values.
The above sales are the most recent similar sales found within the subject's neighborhood and area.
There is limited comparable data with similar Split-level Style, location, lot size, basement, garage, GLA, bed/bath count, and condition/quality, therefore parameters were expanded, therefore some data may exceed typical guidelines and 1 mile proximity.
Adjustments GLA area for comparable sales are adjusted at $50/per sq ft. Land site adjustment for comparables are determined by paring the most similar site comparable to the subject property.
Adjustments above are Units of comparison to facilitate comparison of the subject and comparable data, primarily paired data analysis (sales and re-sales of similar homes).
Per my review of comparable sales MLS photos and descriptions, sales one and two are noted to be in similar condition and quality to the subject (see UAD sheet). Sale three adjusted condition for recent renovations.
Subject is a located on a residential lined street similar to all sales. Sale one adjusted for inferior location backing up to powerlines.
All sales were considered in valuation and weighted for minimal net adjustments.

AMC #: 42AC00005800
Appraiser Fee: $300
AMC Fee: $50

CF006  3004                              00323711000025061300                              0016095432

## Supplemental Addendum

File No. Order: 6023843

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Moshe Cohen | | | | | |
| Property Address | 7 Stanford Ct | | | | | |
| City | West Orange | County | Essex | State | NJ | Zip Code 07052 |
| Lender/Client | Select Portfolio Servicing, Inc. | | | | | |

### Addendum: Explanation of Comparable Sales Adjustments:

The foundation for the adjustments in this report was derived from multiple market sources, including the Multiple Listing Service (MLS), Marshall & Swift Cost Guide (and/or local building costs), Trulia Real Estate Statistics, National Association of Realtors Field Guides, and Appraisal Institute Journals. These sources, combined with the appraiser's professional judgment and experience, provided a comprehensive basis for determining market-supported adjustments.

Adjustments in this report are based on the appraiser's analysis of relevant market data and documented methodologies, ensuring the most accurate representation of value differences between the subject property and the comparable sales.

### Methodology for Adjustments:

Lot Size Adjustments: In many fully developed market areas, vacant land sales may be scarce, requiring an alternative approach to site valuation. When sufficient land sales are unavailable, the extraction method is applied to derive site value.

### Extraction Method Formula:

Land Value = Sale Price of Improved Property - Depreciated Cost of Improvements

By applying this method to multiple sales, an approximate range of land values is established, allowing for more precise lot size adjustments.

Elements of Comparison & Adjustments: Adjustments were made for key market variables, including location, design, condition, garage count, outdoor amenities (decks, patios, pools, etc.), and other relevant property characteristics.

A unit of comparison is used to facilitate adjustments, ensuring consistency and accuracy. For example:

- If Comparable Sale #1 includes an in-ground pool while the subject property does not, a downward adjustment is applied to the comparable to reflect the contributory value of the pool.

- If the subject property includes an additional garage bay not present in a comparable, an upward adjustment is applied to the comparable to account for the difference in utility.

The valuation impact of such features is measured through market-based paired sales analysis, which is outlined below.

### Identification and Measurement of Adjustments

### Quantitative Analysis Methods Applied:

1. Paired Sales Analysis - Comparing two otherwise similar properties, isolating one differing characteristic, and measuring its impact on sale price.

2. Grouped Data Analysis - Comparing multiple sales grouped by specific features (e.g., sales with pools vs. sales without).

3. Statistical & Trend Analysis - Identifying market patterns over time to measure value trends for specific attributes.

4. Depreciated Cost Method - Estimating the contributory value of a feature based on replacement cost minus depreciation.

### Example of Paired Sales Analysis Calculation:
Assume:

- Comparable A (without a pool) sold for $450,000

- Comparable B (same model, with a pool) sold for $470,000

Pool Adjustment = Sale Price of Comparable B - Sale Price of Comparable A

Pool Adjustment = 470,000 - 450,000 = 20,000; This suggests that an in-ground pool contributes approximately $20,000 in this market.

### Qualitative Analysis Techniques Applied:

- Relative Comparison Analysis - Ranking comparables based on demand and market reaction.

- Ranking Analysis - Subjectively weighing adjustments based on market preferences.

- Professional Interviews & Market Surveys - Gathering direct input from brokers and local real estate professionals regarding buyer and seller expectations.

### Gross Living Area (GLA) Adjustments:

The SP/GLA (Sale Price per Square Foot) method was utilized as a broad metric, but final adjustments were not solely derived from this ratio due to factors such as economies of scale and diminishing marginal utility.

### GLA Adjustment Process:

1. Gather comparable sales data

2. Calculate price per square foot for each sale

3. Analyze differences in living area and contributory value to sales price

4. Determine adjustments using extraction, allocation, and depreciated cost analysis

5. Consider qualitative market factors affecting GLA contribution

Since price per square foot alone does not equate to GLA value adjustments, adjustments were further refined using the extraction and allocation methods, incorporating depreciated construction costs when applicable.

### Final Considerations:

- The SP/GLA range alone is not indicative of adjusted price per square foot for GLA, as depreciation, market trends, and other qualitative factors are applied.

- Adjustments were based on verified market data and supported by statistical and qualitative analyses to ensure consistency with appraisal standards.

Where applicable, the appraiser has relied on historical trends, paired data, and market-driven evidence to establish defensible and credible adjustments are indicative of the adjusted price per sf for GLA as depreciated costs are not applied.
I've made a physical driveby inspection of all comparables, I utilized MLS/google photos for comparables when needed for blocked roads, ect.

CF006 3004

0016095432

## SUPPLEMENTAL REAL ESTATE OWNED APPRAISAL ADDENDUM

Property Address  7 Stanford Ct                    City  West Orange     State  NJ     Zip Code  07052
Legal Description   Block 176.24, Lot 31                                 County  Essex
Is the subject property currently listed?   ☒ Yes    ☒ No    Current List Price: $  689,000     Agent:  Brian Borns
Listing Company/Address/Phone:  Stack & Stack / 201-659-1000

### COMPETING LISTINGS

| ITEM | SUBJECT | LISTING # 1 | LISTING # 2 | LISTING # 3 |
|---|---|---|---|---|
| Address | 7 Stanford Ct West Orange, NJ 07052 | 27 Cleveland Ter West Orange, NJ 07052 | 21 Hooper Ave West Orange, NJ 07052 | 63 Crestmont Rd West Orange, NJ 07052 |
| Proximity to Subject | | 0.25 miles SW | 0.44 miles SE | 0.94 miles SW |
| Original List Price | | $650,000 | $658,000 | $750,000 |
| Current List Price | 689,000 | $650,000 | $658,000 | $750,000 |
| Last Price Revision Date | | | | |
| Days-on-Market | 42 | 23 | 8 | 23 |
| Site/View | 24,570 sf/N;Res; | 11,607 sf/N;Res; | 5,000 sf/N;Res; | 10,080 sf/N;Res; |
| Design (Style) | DT2;Split-level | DT2;Split-level | DT2;Split-level | DT2;Split-level |
| Age | 67 | 68 | 74 | 66 |
| Condition | C4 | C4 | C4 | C4 |
| Above Grade Room Count | Tot: 7  B-rms: 3  Ba: 2.0 | Tot: 8  B-rms: 4  Ba: 2.1 | Tot: 8  B-rms: 4  Ba: 2.0 | Tot: 10  B-rms: 3  Ba: 2.0 |
| Approx. Gross Living Area | 1,871 sq. ft. | 1,668 sq. ft. | 1,773 sq. ft. | 1,576 sq. ft. |
| Basement Area | 758sf/758sfwo | similar | similar | similar |
| Car Storage | 2gbi2dw | 2gbi1dw | 1gbi2dw | 2ga1dw |
| Other (special/financing concessions, amenities,etc.) | | MLS 4004931 UC | MLS 4011615 UC | MLS 4013653 UC |

Describe the value-related differences between the subject property and the competing listings (including financing, terms, conditions, location, appeal, deferred maintenance, utility, style, view, days-on-market, and other amenities). In addition, comment on supply and demand, marketing times, sale-to-list price ratios, REO and new construction activity, and other factors associated with, and/or influenced by, current listings in the subject neighborhood.

All are similar in location, appeal and style are same to the subject.

Describe positive and negative factors that affect the marketability and value of properties in the subject subdivision, and specifically the subject property. Discuss current economic trends -- employment, increasing/decreasing property values, supply and demand, and/or seasonal marketing factors.

see addendum.

Provide an itemized list of repairs recommended to bring the property into marketable condition. Cost estimates should be based on reliable published cost sources and/or local cost resources. The appraiser is not an expert in the field of building construction and actual costs may vary from those provided. Repair costs and opinions reported herein are subject to future revision based on new repair estimates and evaluations by a licensed building contractor.

| REPAIR ITEM | ESTIMATED COST |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL ESTIMATED COST OF RECOMMENDED REPAIRS | $ |

List any recommended inspections (code compliance, structural, environmental etc.). Provide an explanation why the inspection is recommended, and comment on the effect on marketability and value. When no inspections are recommended, provide a statement to that effect.

Typical Certificate of Occupancy is required on all sales in town, to make sure home applies with fire codes.

List the number of days-on-market for the comparable sales used in the appraisal report:  Comp #1:  78  DOM; Comp #2:  45  DOM; Comp #3:  9  DOM.

Comments:  Opinion of reasonable exposure time 1-3 months, if priced competitively if not up to 1-3 months.

In addition to the "AS-IS" market value estimated on the attached appraisal report, which is based on a reasonable market exposure time determined by current market conditions and described in the Neighborhood Section of the report, the following value estimates for the subject are required. Note: The difference between the "AS IS" and "AS-REPAIRED" value should approximate the market's reaction to the needed repairs, not necessarily the dollar-for-dollar cost to place the subject in marketable condition.

"AS-IS" estimate of market value based on a reasonable market exposure time as rendered in the attached appraisal report   $  708,000
"AS-REPAIRED" estimate of market value based on a reasonable market exposure time   $  708,000
"AS-IS" estimate of market value based on a client-imposed restricted market exposure time of  90  days (not to exceed 120 days)   $  708,000
"AS-REPAIRED" estimate of market value based on a client-imposed restricted market exposure time of  90  days (not to exceed 120 days)   $  708,000

APPRAISER:                                      SUPERVISORY APPRAISER(ONLY IF REQUIRED):

Signature                                       Signature
Name   Gregory Sidiropoulos                     Name
Date Report Signed  04/29/2026                  Date Report Signed
State Certification #  42RC00263800   State  NJ   State Certification #                    State
Or State License #                    State      Or State License #                        State

Platinum Coast Appraisals & Co./Real Estate Appraisal Group
Form REOS - "TOTAL" appraisal software by a la mode, inc. • 1-800-ALAMODE

CF006  3004                    00323711000025071300


0016095432

## Subject Photo Page

| Borrower | Moshe Cohen | | | | |
|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | |
| City | West Orange | County Essex | | State NJ | Zip Code 07052 |
| Lender/Client | Select Portfolio Servicing, Inc. | | | | |



**Subject Front**

7 Stanford Ct
Sales Price
Gross Living Area     1,871
Total Rooms            7
Total Bedrooms        3
Total Bathrooms       2.0
Location                  N;Res;
View                       N;Res;
Site                        24,570 sf
Quality                   Q4
Age                        67



**Subject Side**



**Subject Side**

0016095432

## Subject Photo Page

| Borrower | Moshe Cohen | | | | |
|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | |
| City | West Orange | County Essex | | State NJ | Zip Code 07052 |
| Lender/Client | Select Portfolio Servicing, Inc. | | | | |





### Subject Street

| | |
|---|---|
| 7 Stanford Ct | |
| Sales Price | |
| Gross Living Area | 1,871 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 24,570 sf |
| Quality | Q4 |
| Age | 67 |

### Subject Street

Form PIC3x5.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



## Comparable Photo Page

| Borrower | Moshe Cohen | | | | |
|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | |
| City | West Orange | County Essex | | State NJ | Zip Code 07052 |
| Lender/Client | Select Portfolio Servicing, Inc. | | | | |



### Comparable 1

7 Buckingham Rd

| | |
|---|---|
| Prox. to Subject | 0.80 miles S |
| Sales Price | 690,000 |
| Gross Living Area | 2,190 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | A;Res;PwrLn |
| View | N;Res; |
| Site | 8,680 sf |
| Quality | Q4 |
| Age | 70 |



### Comparable 2

31 Rosemont Ter

| | |
|---|---|
| Prox. to Subject | 1.14 miles NE |
| Sales Price | 715,000 |
| Gross Living Area | 2,096 |
| Total Rooms | 9 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 9,901 sf |
| Quality | Q4 |
| Age | 70 |



### Comparable 3

31 Shelley Ter

| | |
|---|---|
| Prox. to Subject | 0.92 miles SW |
| Sales Price | 750,000 |
| Gross Living Area | 2,116 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 3.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 27,007 sf |
| Quality | Q4 |
| Age | 55 |

## Listing Photo Page

| | |
|---|---|
| Borrower | Moshe Cohen |
| Property Address | 7 Stanford Ct |
| City | West Orange | County Essex | State NJ | Zip Code 07052 |
| Lender/Client | Select Portfolio Servicing, Inc. |



### Listing 1
27 Cleveland Ter
Proximity to Subject 0.25 miles SW
List Price          $650,000
Days on Market      23
Gross Living Area   1,668
Total Rooms         8
Total Bedrooms      4
Total Bathrooms     2.1
Age                 68



### Listing 2
21 Hooper Ave
Proximity to Subject 0.44 miles SE
List Price          $658,000
Days on Market      8
Gross Living Area   1,773
Total Rooms         8
Total Bedrooms      4
Total Bathrooms     2.0
Age                 74



### Listing 3
63 Crestmont Rd
Proximity to Subject 0.94 miles SW
List Price          $750,000
Days on Market      23
Gross Living Area   1,576
Total Rooms         10
Total Bedrooms      3
Total Bathrooms     2.0
Age                 66

Form DLSTRNT.DM#R - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

CF006 3004

00323711000025091300

0016095432



**Location Map**

| Borrower | Moshe Cohen | | | | |
|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | |
| City | West Orange | County Essex | | State NJ | Zip Code 07052 |
| Lender/Client | Select Portfolio Servicing, Inc. | | | | |



0016095432

CP006 3004

**Aerial map**

| Borrower | Moshe Cohen | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | | |
| City | West Orange | County Essex | | State NJ | Zip Code 07052 | |
| Lender/Client | Select Portfolio Servicing, Inc. | | | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, Inc. - 1-800-ALAMODE





tax map (subject in red)



| Flood Zone | Flood Risk | Panel # | Community # | Effective date | Parcel Coverage | SFHA |
|---|---|---|---|---|---|---|
| X | AREA OF MINIMAL FLOOD HAZARD | 34013C0092F | 34013C | 06/04/2007 | 0.55 (100%) | No |

Flood map

0016095432

CP006 3004

## Property Record Card

| Essex | West Orange Twp | | Property Record Card | | | | 08/12/21 01:52 PM |
|---|---|---|---|---|---|---|---|

**Block: 176.24  Lot: 31  Qualifier:  Card: 1**

Location:

7 STANFORD COURT

Notes:

| Units: | 1 | Nbhd: |
|---|---|---|
| SFLA: | 1871 | Floor: |
| Prop Class: | 2 | Occupancy: |
| Bldg Class: | 17 | |
| Bldg Desc: | 1SF2G | |
| Info By: | ESTIMATED | |

| Model: | |
|---|---|
| Bldg Name: | |
| Zoning: | R-5 |
| Addtl Lot: | |
| Land Dim: | 78X315 |
| Style: | SPLT LEVEL |

| VCS: | PLDA |
|---|---|
| Map Page: | 0122 |
| Year Built: | 1959/1964 |
| NC Interior | |
| NC Exterior | AVERAGE |
| NC Layout | AVERAGE |

### Floor Area (footprint)

| Item | Bsmnt | First Floor | Uppr Floor | Half Story | Attic |
|---|---|---|---|---|---|
| A 2S-S | 0 | 342 | 342 | 0 | 0 |
| B 2SOV-ATG | 0 | 0 | 378 | 0 | 0 |
| C 1S-B | 758 | 758 | 0 | 0 | 0 |
| E 1S-CR | 0 | 51 | 0 | 0 | 0 |
| Totals | 758 | 1,151 | 720 | 0 | 0 |

### SqFt Living Area

| Item | Area |
|---|---|
| First Floor | 1,151 |
| Upper Floor | 720 |
| Half Story | 0 |
| Fin Attic | 0 |
| Living Bsmnt | 0 |
| Unfin Area (-) | 0 |
| Total Area | 1,871 |

### Sketch Areas

| Description | Sq Ft |
|---|---|
| A 2S-S | 342 |
| B 2SOV-ATG | 378 |
| C 1S-B | 758 |
| D CP | 64 |
| E 1S-CR | 51 |
| F BP | 590 |
| G GP | 160 |

### Attached Items

| Seg | Item | Area |
|---|---|---|
| B | ATT. GAR. | 378 |
| D | CONC PATIO | 64 |
| F | BRCK PATIO | 590 |
| G | GLAZ PORCH | 160 |
| | Total Area | 1,192 |

### Detached Items

| Desc | Area |
|---|---|

### Miscellaneous

| Desc | Number |
|---|---|
| UPDTD KIT | 1 |
| UPDTD BATH | 1 |

### Write Ins

| Desc | Value |
|---|---|

### Dwelling Detail

| Element | Description |
|---|---|
| Bldg Class | 17 |
| Type | ONE FAMILY |
| Yr Built | 1959/1964 |
| Height | 2 STORY |
| Style | SPLT LEVEL |
| Roof Type | GABLE |
| Roof Mat. | ASPH SHNGL |
| Bsmnt/Fin | 568-FIN BSMT |
| Foundation | BLK/CONCRT |
| | CONC. SLAB |
| Exterior | WOOD SHNGL |
| | 224-PT. BRICK |
| Interior | DRYWALL |
| Floor | MIXED |
| Heat Src | GAS |
| Heat Sys | 1871-FORCED AIR |
| | 227-FORCED AIR |
| Air Cond | 1871-ALL COMBIN |
| Fireplace | 1-1STY FP |
| Plumbing | 3-3FIX BATH |
| | 1-2FIX BATH |

### Room Count

| | B | 1 | 2 | 3 | 4 | T |
|---|---|---|---|---|---|---|
| Living | 0 | 1 | 0 | 0 | 0 | 1 |
| Dining | 0 | 1 | 0 | 0 | 0 | 1 |
| KitchenD | 1 | 0 | 0 | 0 | 0 | 1 |
| Bath | 1 | 1 | 2 | 0 | 0 | 4 |
| Bed | 0 | 0 | 3 | 0 | 0 | 3 |
| Rec | 0 | 0 | 0 | 0 | 0 | 0 |
| Den | 2 | 1 | 0 | 0 | 0 | 3 |
| Total | 3 | 5 | 5 | 0 | 0 | 13 |

### Assessment History

| Year | Class | Land | Improv | Net |
|---|---|---|---|---|
| 2021 | 2 | 151,700 | 200,900 | 352,600 |
| 2020 | 2 | 151,700 | 200,900 | 352,600 |
| 2019 | 2 | 151,700 | 200,900 | 352,600 |
| 2018 | 2 | 151,700 | 200,900 | 352,600 |
| 2017 | 2 | 151,700 | 200,900 | 352,600 |

Copyright (c) 2011 SLI Technologies. All Rights Reserved. Be advised that this record may contain information governed by L. 2017, c. 836 and L. 2010, c. 1 ES, which include civil and criminal penalties for improper disclosure.
Page 13887

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



CF006 3004

00323711000025111300

0016095432

## USPAP Compliance Addendum

Loan #
File # Order: 6023843

| | |
|---|---|
| Borrower | Moshe Cohen |
| Property Address | 7 Stanford Cl |
| City | West Orange |
| Lender/Client | Select Portfolio Servicing, Inc. |

County Essex    State NJ    Zip Code 07052

### APPRAISAL AND REPORT IDENTIFICATION
This Appraisal Report is one of the following types:

[X] Appraisal Report — This report was prepared in accordance with the requirements of the Appraisal Report option of USPAP Standards Rule 2-2(a).

[ ] Restricted Appraisal Report — This report was prepared in accordance with the requirements of the Restricted Appraisal Report option of USPAP Standards Rule 2-2(b). The intended user of this report is limited to the identified client. This is a Restricted Appraisal Report and the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without the additional information in the appraiser's workfile.

As of the date of this report, I Gregory Sidiropoulos, has completed the up to date continuing education requirements.

### ADDITIONAL CERTIFICATIONS
I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The report analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or specified) personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- This appraisal report was prepared in accordance with the requirements of Title XI of FIRREA and any implementing regulations.

### PRIOR SERVICES
[ ] I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

[X] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

### PROPERTY INSPECTION
[X] I have NOT made a personal inspection of the property that is the subject of this report.

[ ] I HAVE made a personal inspection of the property that is the subject of this report.

### APPRAISAL ASSISTANCE
Unless otherwise noted, no one provided significant real property appraisal assistance to the person signing this certification. If anyone did provide significant assistance, they are hereby identified along with a summary of the extent of the assistance provided in the report.

### ADDITIONAL COMMENTS
Additional USPAP related issues requiring disclosure and/or any state mandated requirements: INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the subject property for internal market value purposes.
INTENDED USER: The intended user of this appraisal report is the lender/client specified on page one of this report.
I previously completed an exterior appraisal on the subject for the same lender/client on 09/01/2024, 08/14/2023, 02/03/2023, and 03/08/2025.

Fees: Appraiser Fee: $300
AMC Fee: $50
AMC #: 42AC00005800

### MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY
[X] A reasonable marketing time for the subject property is 1-30 day(s) utilizing market conditions pertinent to the appraisal assignment.
[X] A reasonable exposure time for the subject property is 1-30 day(s).

### APPRAISER
Signature
Name Gregory Sidiropoulos
Date of Signature 04/29/2026
State Certification # 42RC00263800
or State License #
State NJ
Expiration Date of Certification or License 12/31/2027
Effective Date of Appraisal 04/24/2026

### SUPERVISORY APPRAISER (ONLY IF REQUIRED)
Signature
Name
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License
Supervisory Appraiser Inspection of Subject Property
[ ] Did Not   [ ] Exterior-only from Street   [ ] Interior and Exterior

Page 1 of 1

USPAP Compliance Addendum 2014

Form ID14EC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

001609543?

CP006  3004

File No.    Order: 6023843

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

**Condition Ratings and Definitions**

**C1**
The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**
The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**
The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**
The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**
The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**
The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

**Quality Ratings and Definitions**

**Q1**
Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**
Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

0016095432



# UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

**Not Updated**
Little or no updating or modernization. This description includes, but is not limited to, new homes.
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**
The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**
Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

0016095432

CPG06 3004

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| In | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



**License**

THIS DOCUMENT IS PRINTED ON WATERMARKED PAPER WITH A MULTI-COLORED
BACKGROUND AND MULTIPLE SECURITY FEATURES. PLEASE VERIFY AUTHENTICITY.

**State Of New Jersey**
**New Jersey Office of the Attorney General**
**Division of Consumer Affairs**

THIS IS TO CERTIFY THAT THE
REAL ESTATE APPRAISERS BOARD

HAS CERTIFIED

Gregory T. Sidiropoulos
121 Crease Rd
Budd Lake NJ  07828

FOR PRACTICE IN NEW JERSEY AS A(N):  Cert Residential Appraiser

**42RC00263800**
LICENSE/REGISTRATION/CERTIFICATION #

12/15/2025  TO  12/31/2027
VALID

ACTING DIRECTOR

Signature of Licensee/Registrant/Certificate Holder

Form SCNLGL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

0016095432

CF006 3004

**Exhibit I**

SPS modification denial letter dated June 9, 2026, granting a thirty-day appeal window during

which no foreclosure sale will be conducted, and reflecting a Net Present Value property value

input of $708,000.00

 **SPS** | SELECT *Portfolio* SERVICING, inc.

Sign up for paperless delivery
at www.spservicing.com

Paperless

June 9, 2026

 LAW OFFICES OF ROGER L. FIDLER
ROGER L. FIDLER
1522 GARDNER DR
LUTZ, FL 33559-3305

**Account Number:** 0016095432
**Property Address:** 7 STANFORD CT
WEST ORANGE, NJ 07052

Dear Customer(s):

You previously provided a complete Assistance Review Application and we are providing our response to that complete application. Because our records indicate that your lien may be subject to Bankruptcy, please read the following:

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, if you are approved for a trial modification, this approval is conditioned on obtaining approval from the Bankruptcy Court with jurisdiction over your account before a permanent modification can be offered. The Bankruptcy Court may decline the request for a permanent modification.

Please review the enclosed letter regarding our review of the account. You may contact SPS at 888-818-6032 to discuss the enclosures. SPS representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



0016095432

CF007 3995                    00323795000021010500

0016095432

CF007 3995



Sign up for paperless delivery
at www.spservicing.com

Paperless

June 9, 2026

☒ MOSHE MICHAEL COHEN
7 STANFORD CT
W ORANGE, NJ 07052-2035

| | |
|---|---|
| Customer Name(s): | MOSHE MICHAEL COHEN |
| Account Number: | 0016095432 |
| Property Address: | 7 STANFORD CT |
| | WEST ORANGE, NJ 07052 |

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, if you are approved for a trial modification, this approval is conditioned on obtaining approval from the Bankruptcy Court with jurisdiction over your account before a permanent modification can be offered. The Bankruptcy Court may decline the request for a permanent modification.

SPS has completed its review of your complete Assistance Review Application. Based on the information you have provided, SPS has made a decision, outlined below. Thank you for completing your Assistance Review Application and submitting all required documentation. Please note that the decisions in this letter represent the evaluation of all home retention loss mitigation options available to you, ensuring you receive a fair and complete evaluation. Our reviews are conducted in accordance with all applicable laws and investor eligibility rules. SPS is committed to a policy of nondiscrimination in all aspects of its servicing program.

## Loss Mitigation Program Decision

After careful review of your account, we find that there are no home retention loss mitigation options for which you are approved. The parameters and details of the review are provided below.

If you are experiencing a financial hardship you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.



0016095432

CF007 3995

00323795000021020500

## Home Non-Retention Options

You may also be eligible for home non-retention options. Our approval of these home non-retention options is conditional upon our receipt of information that may not be in your possession (e.g. appraisal or title search) that is necessary to establish the specifics of the offer. Depending on what the documents show, the specific option may not be available.

**Short Sale.** If you are interested in selling your property but owe more than your home is worth, a short sale may be an option. With a short sale, SPS allows you to sell the mortgaged property and pay off your mortgage account for an amount which is less than the outstanding balance, interest and fees. Approval for this option is conditional upon receipt of required documentation, investor, and/or mortgage insurer approval, if required, and evaluation of the amount being presented for pay off of the outstanding lien. If you are interested in this option and have a current purchase offer on your home, please contact us immediately. If you are interested in selling your home, but need assistance in finding an experienced real estate agent to assist you, SPS can refer you to an agent in your area. Please contact one of our representatives at the number below for more information.

**Deed in Lieu of Foreclosure.** With a deed in lieu, you agree to transfer the title or ownership of your property to the owner or servicer of your mortgage in order to avoid foreclosure sale and satisfy all or a portion of the mortgage debt. The amount of debt satisfied by this transfer of ownership is based on the approved value of your home. In some cases, you may be responsible for a remaining balance of the mortgage debt over and above the approved value. This option is conditional upon receipt of required documentation, investor and/or mortgage insurer approval, if required, and the ability to provide title to the property clear of all other liens.

As stated, these options have different requirements and guidelines, and not all accounts will qualify. Moreover, some of these options may offer financial assistance for your relocation. Please contact SPS at the number listed below for more detail.

## Regulatory Notice of Non-Approval

SPS reviewed your complete Assistance Review Application for eligibility under its loss mitigation options, which are established through investor rules and are based on your individual circumstances. All program(s) below are the program(s) for which you were denied and the specific reason for non-approval. These denials are based on the criteria for which your account did not pass the program eligibility requirements; we did not consider other criteria regarding ineligibility as part of our decision.

- **SPS Trial Modification**

  **Net Present Value (NPV).**
  We are unable to offer you this program because the NPV results showed that the modification is not in the financial interest of the investor that owns your account. To perform the NPV calculation, we use a formula similar to the one used by the Department of the Treasury in the Making Home Affordable Program. This formula requires us to input certain financial information about you and your account, including the factors listed in the attached chart. When combined with other data in the formula, these inputs result in an estimate of the return the investor is likely to receive if the account is modified as well as an estimate of the investor's return if the account is not modified.
  The NPV input values we used in your NPV evaluation are listed in the NPV Data Input Fields and Values chart in this letter. As you will see in the chart, multiple factors are taken into account when calculating your account's NPV results.

- **SPS Unemployment Program**

  **Unemployment Income.**
  We are unable to offer you this program because you did not provide us with the required unemployment and/or income documentation.

- **Deferral Plan**

  **Insufficient Recent Payments**
  We are unable to offer you this program based on the delinquency of your account.

CF007 3095

- **Repayment Plan**

**Active Bankruptcy.**
We are unable to offer you this program at this time because there is an active bankruptcy filing referencing this account or property.

SPS calculated the net present value (NPV) of your account in order to evaluate for a possible modification. The NPV calculation takes into consideration certain financial information about your income and your mortgage. When combined with other data, these inputs estimate the cash flow the owner of your mortgage is likely to receive if the account is modified and the owner's cash flow if the account is not modified. SPS may have run more than one NPV if required by the particular option type. We have included all NPV results with this letter.

## Right to Appeal

You have the right to appeal any non-approval by providing a written explanation of why you believe our determination was incorrect, along with all supporting evidence, within thirty (30) days of the date of this letter to:

Select Portfolio Servicing, Inc..
PO Box 65277 Salt Lake City, UT 84165-0277
Relationship.Manager@SPServicing.com

You have thirty (30) calendar days from the date of this notice to contact SPS to discuss the reason for non-approval. No foreclosure sale will be conducted and you will not lose your home during this 30-day period or any longer period required for us to review supplemental material you may provide in response to this notice. If a foreclosure sale has already been scheduled, we will instruct our attorney to file a motion to postpone such sale. It is possible however that a court will deny the motion and the sale will proceed. If that happens we will be unable to provide loss mitigation.

## Notice of Error or Information Request

If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent in writing to the address listed below, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal law.

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277

## Contact Us

If you have any questions, your assigned Relationship Manager, Mike, can be reached toll free at (800) 258-8602 x 36859 or by email at relationship.manager@spservicing.com.

At SPS, any of our Customer Care Experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is 888-818-6032 and representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

If you would like counseling or assistance you can contact the following: U.S. Department of Housing and Urban Development. For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agencies that administer compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552 and Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580.

Our decision was based in whole or in part on information in a report from the consumer reporting agencies listed below. While the information was provided by these agencies, these agencies played no part in our decision and are unable to supply specific reasons for our decision. You have a right under the Fair Credit Reporting Act to obtain a copy of your credit report from the agencies below. The report will be free if you request it within 60 days after you receive this notice. You also have the right to dispute, with the agencies below, the accuracy or completeness of any information in your report.

Equifax Credit Information Services (EFX)| P.O. Box 740241| Atlanta, GA 30374| Phone : 800-685-1111 (for credit report orders)| Phone: 800-685-5000 (for disputes)

Trans Union Corporation (TUC)| P.O. Box 1000| Chester, PA 19022| Phone: 800-888.4213 (for credit report orders)| Phone: 800-916-8800 (for disputes)

Experian (XPN)| P.O. Box 2002| Allen, TX 75013| Phone: 888-397-3742 (for credit report orders)

0016095432

CF007 3995

**Net Present Value (NPV) Results**
Below are the inputs used in the NPV calculation conducted during our review for the SPS Trial Modification loss mitigation option.

## NPV Data Input Field Values (SPS)

| Input Data Fields | Explanation | Value used in NPV calculation to determine the eligibility of your mortgage |
|---|---|---|
| **I. Customer Information** | | |
| 1. Current Customer Credit Score | This field identifies your credit score as provided by one or more of the three national credit reporting agencies. | |
| 2. Current Co-customer Credit Score | If a co-customer is listed on the mortgage, this field identifies the co-customer's credit score as provided by one or more of the three national credit reporting agencies. | |
| 3. Monthly Gross Income | This field identifies the monthly gross income of all customers on your mortgage before any payroll deductions or taxes.<br><br>• All non-taxed income, including non-taxed social security income/disability income, is considered net income. To calculate the gross income for non-taxed income, SPS multiplies the non-taxed income by 1.25 (125 percent) to estimate the monthly gross income<br><br>• All rental income will include a vacancy factor by grossing down the rental income by 25 percent . Rental income is then determined by subtracting the rental income amount from the rental mortgage payment, including taxes and insurance (if escrowed) and HOA fees (if applicable). | |
| **II. Property Information** | | |
| 4. Property Value | This field identifies the estimated fair market value of your property used by us, your servicer for this analysis. | $708,000.00 |
| 5. Property Valuation Type | This field identifies the method by which your property was valued (as noted in Field 6, Property Value).<br><br>1. Automated Valuation Model (AVM)<br>2. Exterior Broker Price Opinion (BPO) /Appraisal (as is value)<br>3. Interior BPO /Appraisal (as is value) | APEX |

0016095432

CF007 3995



Sign up for paperless delivery
at www.spservicing.com



Paperless

## General Third Party Authorization

SPS Account Number: __0016095432__

SPS Customer(s) Name: _____

Property Address: _____

_____

**Please send this completed authorization to:**

Select Portfolio Servicing, Inc.
PO Box 65450 Salt Lake City, UT 84165-0450

I (we) hereby authorize Select Portfolio Servicing, Inc. (SPS) to release, furnish, and provide any information related to the above-referenced mortgage account to:

Third Party Name: _____

Company Name: _____

Relationship to Customer(s): _____

_____

Phone Number: _____    Fax Number: _____

If the above authorization is a result of a Power of Attorney, Order of Guardianship/Conservatorship, or Administration of an Estate, please attach documentation verifying this authority.

If your authorization is for something **other than a full account disclosure**, please indicate below which **limited information** you authorize SPS to release, furnish and provide to the above authorized third party:

☐ Verification of Mortgage

☐ Payment History

☐ Other _____

_____

☐ Payoff Statement as of Date _____

Please indicate the payoff reason:

☐ Refinance with other company

☐ Sale of property

I hereby authorize the above-referenced individual(s) to obtain information regarding my mortgage account identified above. I agree that SPS will not be held responsible in any manner for relying upon or following the authorization and/or instructions I have given herein. I also agree that SPS has no responsibility to verify the identity of my authorized third party, nor will SPS be liable for anything my authorized third party may do with the information they obtain regarding my account. I acknowledge and agree that fees, as allowed by law and my mortgage documents, may be assessed to my account as a result of my authorized third party's request(s).

This authorization is valid until the loan maturity date unless otherwise specified here: _____. If at any time I choose to revoke this authorization, it is my responsibility to notify SPS by calling SPS's Customer Service Department at

_____    _____
Customer Signature          Date

_____    _____
Co-Customer Signature       Date

Please allow up to three (3) business days after receipt for this authorization to be uploaded into your account.



CF007 3995                    00323795000021050500                    0016095432

0016095432

CF007 3995

**Exhibit J**

SPS closure letter dated June 10, 2026

 **SPS** SELECT *Portfolio* SERVICING, inc.

Sign up for paperless delivery
at www.spservicing.com

 Paperless

June 10, 2026

MOSHE MICHAEL COHEN
7 STANFORD CT
W ORANGE, NJ 07052-2035

| | |
|---|---|
| **Account Number:** | 0016095432 |
| **Customer Name:** | MOSHE MICHAEL COHEN |
| **Property Address:** | 7 STANFORD CT |
| | WEST ORANGE, NJ 07052 |

Dear MOSHE MICHAEL COHEN:

SPS received your recent inquiry(ies) on 06/08/2026. We will review your request(s) and route to the appropriate department for handling. If a response is required, one will be provided to you within 30 business days from the date we received your inquiry(ies).

SPS is committed to home retention and offers many assistance options designed for customers who are experiencing temporary or permanent hardship. These options are offered at no cost to our customers and may include special payment arrangements, structured repayment plans, or loan modifications. If you are experiencing a financial hardship, please call us as soon as possible at the number listed below to discuss your situation and options that may be available to you.

At SPS, any of our Customer Care Experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is 800-258-8602 and representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



0016095432

CS085 3870                                    00323816000142010100

**Exhibit K**

Debtor's first Notice of Error to SPS dated June 4, 2026

**Michael Moshe Cohen**
107 Prospect Avenue, Suite 322
West Orange, NJ 07052
(917) 714-8929 | mmc4now@gmail.com

June 4, 2026

Select Portfolio Servicing, Inc.
Attn: Notice of Error / Information Request Department
PO Box 65277
Salt Lake City, UT 84165-0277

**Account Number: 0016095432**
**Property Address: 7 Stanford Court, West Orange, NJ 07052**

**Re: Second Notice of Error and Request for Information (12 C.F.R. §§ 1024.35 and 1024.36)**

Dear Select Portfolio Servicing:

I am the borrower and customer on the above-referenced account, and I am representing myself. I send this letter to the address SPS has designated as its exclusive address for Notices of Error and Requests for Information. This letter is both a Notice of Error under 12 C.F.R. § 1024.35 and a Request for Information under 12 C.F.R. § 1024.36. This is my second such letter; my first was dated June 4, 2026.

**Notices of Error**

1. Continued misdirection of correspondence to former counsel after notice. In my June 4, 2026, Notice of Error, I informed SPS that it had been directing my account correspondence to attorneys who no longer represent me, and I requested correction. SPS has not corrected the error. The cover page of SPS's June 11, 2026, letter concerning my account is again addressed to the Law Offices of Roger L. Fidler in Lutz, Florida, who does not represent me. The recurrence of this error after written notice confirms a systemic problem with the address of record on my account.

2. Issuance of an unsupported ineligibility determination referencing a Request for Mortgage Assistance I did not submit. SPS's June 11, 2026, letter states that I "submitted a Request for Mortgage Assistance Form (RMA)" and that the account is "ineligible for the option you selected on the RMA." I did not submit any RMA, and I selected no option on any RMA. To the extent SPS has recorded or acted upon a Request for Mortgage Assistance that I did not submit, that is an error in the servicing of my account.

**Requests for Information**

I request that SPS provide the following in writing:

1. Identify the specific correspondence or document SPS treated as a "request for assistance" or "Request for Mortgage Assistance Form (RMA)" in its June 11, 2026, letter, including the date SPS contends it was received and the channel through which it was received.

2. Identify the specific "option" SPS contends I "selected on the RMA," as referenced in its June 11, 2026, letter.

3. Confirm in writing that SPS's June 9, 2026, letter, which set forth Net Present Value results and a thirty-day right to appeal, is the operative determination on my complete Assistance Review Application received June 4, 2026, and confirm the date from which my thirty-day appeal period runs.

4. State whether SPS's June 11, 2026, letter is intended to supersede, amend, or supplement the June 9, 2026, determination, and if so, identify the loss-mitigation options evaluated and the specific basis for each non-approval.

5. Provide the name and address of record SPS currently has on file for delivery of my account and loss-mitigation correspondence.

**Correction Requested**

1. Immediately correct its records to reflect that I am self-represented and that all correspondence must be sent to me at the address above, and cease directing my correspondence to former counsel, including the Law Offices of Roger L. Fidler and Broege, Neumann, Fischer & Shaver, LLC.

2. Confirm in writing that no Request for Mortgage Assistance was submitted by me and correct any record indicating otherwise; and

3. Confirm that the June 9, 2026, determination, and its thirty-day appeal period, govern my complete application.

**Nothing in this letter is, or is intended to be, a new application for loss mitigation or a Request for Mortgage Assistance. I am pursuing my appeal of the June 9, 2026, determination within the time allowed.**

Under 12 C.F.R. §§ 1024.35 and 1024.36, please acknowledge receipt of this letter within five business days and provide your substantive response within the timeframes required by those regulations. Please direct all correspondence regarding this account to me at the address above.

Thank you for your attention to this matter.

Sincerely,

_____

Michael Moshe Cohen

**Enclosures (copies):** (1) SPS letter dated June 11, 2026 (cover page addressed to Law Offices of Roger L. Fidler; ineligibility letter referencing RMA); (2) SPS acknowledgment dated June 11, 2026; (3) My Notice of Error dated June 4, 2026.

**Exhibit L**

SPS ineligibility letter dated June 11, 2026



**SPS** | SELECT *Portfolio* SERVICING, *inc.*

June 11, 2026

LAW OFFICES OF ROGER L. FIDLER
ROGER L. FIDLER
1522 GARDNER DR
LUTZ, FL 33559-3305

**Account Number:**     0016095432
**Property Address:**    7 STANFORD CT
WEST ORANGE, NJ 07052

Dear Customer(s):

Because our records indicate that your lien may be subject to Bankruptcy, please read the following:

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, you may need Bankruptcy Court approval of any permanent modification of the account.

Please review the enclosed letter regarding your account.

You may contact SPS at 888-818-6032 to discuss the enclosures. SPS representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**



CF014 3980                          00323857000012010200                                    0016095432

0016095432

CF014 3980

 **SPS** | SELECT Portfolio SERVICING, inc.

Sign up for paperless delivery
at www.spservicing.com

Paperless

June 11, 2026

MOSHE MICHAEL COHEN
7 STANFORD CT
W ORANGE, NJ 07052-2035

**Account Number:**      0016095432
**Property Address:**     7 STANFORD CT
                         WEST ORANGE, NJ 07052

Dear Customer(s):

SPS is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

SPS has received correspondence that we believe may be a request for assistance, or you submitted a Request for Mortgage Assistance Form (RMA). Unfortunately, the account is ineligible for one or more resolution options or it is ineligible for the option you selected on the RMA.

SPS may be able to help you with an alternate resolution option. Please contact us for details.

If you have any questions, your assigned Relationship Manager, Mike, can be reached toll free at (800) 258-8602 x 36859 or by email at relationship.manager@spservicing.com.

**Notice of Error or Information Request**

If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent in writing to the address listed below, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal law.

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277



CF014 3920                          00323857000012020200                          0016095432

At SPS, any of our Customer Care Experts can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is 888-818-6032 and representatives are available Monday through Friday between the hours of 8 a.m. and 8 p.m., and Saturday from 8 a.m. to 3 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agencies that administer compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552 and Federal Trade Commission, Consumer Response Center, 600 Pennsylvania Avenue NW, Washington, DC 20580.

CF014 3980

0016095432

**EXHIBIT M**

Independent Appraisal Report, 7 Stanford Court, West Orange, New Jersey 07052, Prepared by

Robert Hanlon, Eagle Rock Appraisals, Effective Date June 14, 2026

Robert Hanlon



# Appraisal Report

## 7 Stanford Ct
## West Orange, NJ 07052

**Eagle Rock Appraisals**
**201-247-2119**
**rhanlon.app@gmail.com**

| Appraised Value as of: | 06/14/2026 |
|---|---|
| $ | 560,000 |

**FEATURES**

| | | | |
|---|---|---|---|
| Style/Design: | **Split Level** | Lot Size: | **24,568 sf** |
| Living Area (Sq.Ft.): | **1,871** | Neighborhood: | **Pleasantdale/W. Orange** |
| Total Bedrooms: | **3** | Total Baths: | **3.0** |
| Year Built: | **1959** | Effective Age: | **25** |
| Condition: | **Good** | Date of Report: | **06/15/2026** |

**PREPARED FOR**

Client: **Cohen, Moshe Michael**

Address: **7 Stanford Ct**

City: **West Orange**      State: **NJ**    Zip: **07052**

Phone: **N/a**      Fax: **N/a**

E-mail: **N/a**

**PREPARED BY**

Name: **Robert Hanlon**

Designation: **Certified residential**

Certification or License #: **42RC00150900**

Expiration Date: **12/31/2027**      ST: **NJ**

E-mail: **rhanlon.app@mail.com**

Appraiser's Signature

**FILING**

Client File #: **N/a**      Appraiser File #: **Ar-7525**

The value opinion expressed above is only valid in conjunction with the attached appraisal report. This value opinion may be subject to Hypothetical Conditions and/or Extraordinary Assumptions as indicated in the body of the report. A true and complete copy of this Summary Appraisal Report contains __27__ pages.

**GP CONSUMERSF**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

10/2007

# RESIDENTIAL APPRAISAL REPORT
## SUBJECT PROPERTY IDENTIFICATION

Property Address: 7 Stanford Ct                                City: West Orange

State: NJ          Zip Code: 07052              County: Essex

Legal Description of Real Property: Block 176  Lot 31

Tax Assessor's Parcel #: 22-00176-0000-00031-0000        R.E. Taxes: $ 15,352      Tax Year: 2022

Special Assessments: $ 0                        Current Owner of Record: Cohen, Moshe Michael

Occupancy:  ☒ Owner    ☐ Tenant    ☐ Vacant    Current Occupant (if occupied): Cohen, Moshe Michael

Project Type (if applicable):  ☐ Planned Unit Development   ☐ Condominium   ☐ Cooperative   ☒ Single Family Residence
Home Owners' Association Membership Fees (if applicable):   $ 0         ☐ per year   ☐ per month

Market Area Name: Pleasantdale/W. Orange        Map Reference: 35084     Census Tract: 0173.01

## ASSIGNMENT

The purpose of this appraisal is to develop a Current opinion of Market Value (as defined elsewhere in this report).

Property Rights Appraised:  ☒ Fee Simple   ☐ Leasehold   ☐ Leased Fee   ☐ Other (describe)

Intended Use: For the owner and representatives obtain a valuation, in order to make informed decisions concerning the property.

Intended User(s) (by name or type): The owner

Client: Cohen, Moshe Michael          Address: 7 Stanford Ct, West Orange, NJ 07052
Appraiser: Robert Hanlon              Address: 18 Dartmouth Road, West Orange, NJ 07052

## MARKET AREA DESCRIPTION

Location:      ☐ Urban   ☒ Suburban   ☐ Rural        Built Up:         ☐ Over 75%   ☒ 25-75%   ☐ Under 25%
Growth Rate:   ☐ Rapid   ☒ Stable   ☐ Slow           Property Values:  ☐ Increasing  ☒ Stable    ☐ Declining
Demand/Supply: ☐ Shortage ☒ In Balance ☐ Over Supply  Marketing Time:   ☒ Under 3 Mos.  ☐ 3-6 Mos.  ☐ Over 6 Mos.

Typical One-Unit         Price: ($)  Low  220,000      High  1,750,000      Predominant  500,000
  Housing Ranges:        Age: (yrs.)  Low  0            High  150           Predominant  100

Present Land Use:   One-Unit: 75 %   2-4 Unit: 5 %   Multi-Unit: 5 %   Comm'l: 5 %   Open space 10 %
Change in Land Use:  ☒ Not Likely   ☐ Likely *   ☐ Is Changing *   * To:

Market Area Comments:
There are single family homes, condominiums, and some multi-family properties near the center of town. Market conditions appear to have stabilized recently. Open space pertains to parks, golf courses and some vacant parcels.

## SALE / TRANSFER / LISTING HISTORY OF SUBJECT PROPERTY

My research:  ☐ Did  ☒ Did not   reveal any prior sales or transfers of the subject property for the three years prior to the Effective Date of this appraisal. Data Source(s): Tax records

|  | 1st Prior Sale / Transfer | 2nd Prior Sale / Transfer | 3rd Prior Sale / Transfer |
|---|---|---|---|
| Date of Prior Sale / Transfer: |  |  |  |
| Price of Prior Sale / Transfer: |  |  |  |
| Source(s) of Prior Sale / Transfer Data: |  |  |  |

Analysis of sale / transfer history, any current agreements of sale or listing, and listing history (if relevant):
There have been no recent listings of the subject found on the MLS or internet sources. To the appraiser's knowledge there is no current agreement of sale.

Client: Cohen, Moshe Michael        Client File No.: N/a         Appraiser File No.: Ar-7525

**GP CONSUMERSF**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
10/2007

# RESIDENTIAL APPRAISAL REPORT
## SITE DESCRIPTION

Dimensions: 78 x 315.80 x 78 x 316.11      Site Area: 24568

Zoning Classification: R-6     Zoning Description: Residential-6,000 sf minimum lot size

Zoning Compliance: ☒ Legal    ☐ Legal Non-Conforming (Grandfathered)    ☐ Illegal    ☐ No Zoning Regulations

Deed Restrictions: Are Covenants, Conditions, & Restrictions (CC&Rs) applicable?    ☐ Yes   ☒ No    ☐ Unknown

Have the documents been reviewed?    ☐ Yes   ☐ No   ☒ N/A    Ground Rent (if applicable)    $ _____ / _____

Comments: No deed restrictions are known.

Highest & Best Use, as improved, is the:    ☒ Present use, or    ☐ Other use (explain) _____

Characteristics:
| | | | | |
|---|---|---|---|---|
| Topography: | Gradual slopes up to rear-steeply at back | Size: | Typical for the area | |
| Shape: | Slightly irregular shape | Drainage: | Appears adequate | |
| View: | Residential | Landscaping: | Good/Typical | |

Other features: ☒ Inside Lot    ☐ Corner Lot    ☐ Cul de Sac    ☐ Underground Utilities    ☐ _____

| Utilities: | Public | Other | Provider/Description | Off-site Improvements: | Type | Public | Private |
|---|---|---|---|---|---|---|---|
| Electricity: | ☒ | ☐ | Public utility | Street: | Asphalt | ☒ | ☐ |
| Gas: | ☒ | ☐ | Public utility | Curb/Gutter: | Concrete/Stone | ☒ | ☐ |
| Water: | ☒ | ☐ | Public utility | Sidewalk: | Concrete | ☒ | ☐ |
| Sanitary Sewer: | ☒ | ☐ | Public utility | Alley: | None | ☐ | ☐ |

Is the property or the improvements located in a FEMA Special Flood Hazard Area?    ☐ Yes   ☒ No

FEMA Flood Zone: X    FEMA Map # 34013C0092F    FEMA Map Date: 6/4/2007

Site Comments:

Typical for the area.

## DESCRIPTION OF THE IMPROVEMENTS

General Description:    # of Units: 1    ☐ + Accessory Unit    # of Stories: 2.0    Design (Style): Split Level

Type: ☒ Detached   ☐ Attached   ☐ _____    Status: ☒ Existing   ☐ Proposed   ☐ Under Construction

Actual Age (years): 67    Effective Age (years): 25    Year Built: 1959

Exterior Description:
| | | | |
|---|---|---|---|
| Foundation: | Concrete Block | Exterior Walls: | Wood/Brick |
| Roof Surface: | Asphalt Shingle | Gutters & Downspouts: | Aluminum |
| Window Type(s): | Double Hung | Storm / Screens: | Aluminum |

Heating System: HWBB    Cooling System: Cac

Car Storage: ☐ None   ☒ Garage   ☐ Carport   ☐ Driveway (Surface: Asphalt )    Total # of Cars: 2

Livable area above grade contains:    7 Rooms,    3 Bedrooms,    3.0 Bath(s), and    1,871 Sq.Ft. of GLA

Describe Additional Features and Improvements:

The subject has been recently fire damaged. Comparables 1-3 are used to show the current market value of the subject, in the fire damaged condition.

Client: Cohen, Moshe Michael    Client File No.: N/a    Appraiser File No.: Ar-7525

Copyright© 2007 by a la mode, Inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
10/2007
Form GPCSF LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

 **GP CONSUMERSF**

# RESIDENTIAL APPRAISAL REPORT
## SALES COMPARISON APPROACH TO VALUE

For the Sales Comparison Approach, the appraiser selects comparable sales that they consider the best matches to the subject in terms of physical characteristics, physical proximity, and time of sale. The appraiser then makes adjustments to the known sale price of each comparable sale to account for differences that are recognized by the market. For example, if the subject has a single bathroom but a comparable has 2, the comparable's sale price would be reduced by the attributable value given to the extra bathroom based on the market's reaction. Likewise, if a comparable sale has a smaller square footage than the subject, its sale price would be adjusted upward in the same manner. By weighting and reconciling these adjusted sales prices together, an opinion of value for the subject can be determined.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(−) $ Adjust. | COMPARABLE SALE # 2 | +(−) $ Adjust. | COMPARABLE SALE # 3 | +(−) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 7 Stanford Ct West Orange, NJ 07052 | 34 Fitzrandolph Rd West Orange, NJ 07052 | | 29 S Valley Rd West Orange, NJ 07052 | | 13 Arverne Rd West Orange, NJ 07052 | |
| Proximity to Subject | | 0.65 miles E | | 2.93 miles SE | | 2.02 miles S | |
| Sale Price | $ 0 | $ 525,000 | | $ 560,000 | | $ 586,000 | |
| Sale Price / GLA | $ /Sq.Ft. | $ 369.72 /Sq.Ft. | | $ 230.36 /Sq.Ft. | | $ 307.13 /Sq.Ft. | |
| Data Source(s) | Inspection | GSMLS #3991313;DOM 103 | | GSMLS #3960959;DOM 28 | | GSMLS | |
| ADJUSTMENT ITEMS | DESCRIPTION | DESCRIPTION | | DESCRIPTION | | DESCRIPTION | |
| Sales or Financing | N/a | Arm's Length | | Arm's Length | | Arm's Length | |
| Concessions | N/a | Conventional | | Conventional | | Conventional | |
| Date of Sale / Time | N/a | 04/22/2026 | | 07/25/2025 | | 02/27/2026 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Busy Road | +10,000 | Residential | |
| Site | 24568 sf | 8438 sf | +16,130 | 14740 sf | 0 | 10640 sf | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Split Level | Ranch | 0 | Colonial | | Bilevel | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 67 | 74 | 0 | 131 | | 54 | 0 |
| Condition | C4 (Later C2) | C3 | −50,000 | C4 | | C4 | |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 3.0 | Total 7 / Bdrms 3 / Baths 2.0 | +20,000 | Total 9 / Bdrms 4 / Baths 2.0 | −10,000 / +20,000 | Total 8 / Bdrms 4 / Baths 2.1 | −10,000 / +10,000 |
| Gross Living Area | 1,871 Sq.Ft. | 1,420 Sq.Ft. | +20,295 | 2,431 Sq.Ft. | −25,200 | 1,908 Sq.Ft. | −1,665 |
| Basement | Full | Full | | Full | | 0sf | +10,000 |
| Basement Finish Area | Finished/Bath | Finished/Bath | | Unfinished | | N/a | +20,000 |
| Functional Utility | Good/Typical | Good/Typical | | Good/Typical | | Good/Typical | |
| Heating / Cooling | Central/Cac | Central/Cac | | Central/no Cac | +10,000 | Central/Cac | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage / Carport | 2 Car built-in | 1 Car built-in | +10,000 | 2 Car detached | 0 | 2 Car built-in | 0 |
| Porch / Patio / Deck | Patio | Deck | 0 | Patio/Porch | −10,000 | Patio | |
| Net Adjustment (Total) | | ☒+ ☐− | $ 16,425 | ☐+ ☒− | $ −5,200 | ☒+ ☐− | $ 28,335 |
| Adjusted Sale Price of Comparables | | | $ 541,425 | | $ 554,800 | | $ 614,335 |

Comments on the Sales Comparison Approach:
****This comparable page contains the "as is" comparables which show the current "as is" value is $560,000.****See the pages with comparables 4-7 for the "after renovated" value. The most weight for the "as is" value is given to comparable 2 with the lowest dollar amount of adjustments.

Appraiser's Indicated Value by the Sales Comparison Approach:   $ 560,000

Client:   Cohen, Moshe Michael        Client File No.:   N/a        Appraiser File No.:   Ar-7525

 CONSUMERSF

Copyright© 2007 by a la mode, Inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE     10/2007

# RESIDENTIAL APPRAISAL REPORT
## RECONCILIATION

Final Reconciliation of the Approaches to Value:

See above.

This appraisal is made ☒ "as is"; ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed; ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed; ☐ subject to the following required inspection(s) based on the Extraordinary Assumption that the following condition or deficiency does not require alteration or repair:

The subject is appraised is it's "as is" condition using comparables 1-3 only. The remaining comparables show the after renovated value.

☐ This report is also subject to other Hypothetical Conditions or Extraordinary Assumptions as specified elsewhere in this report.

## ATTACHMENTS

A true and complete copy of this report contains __27__ pages, including all exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:

☒ Scope of Work          ☒ Limiting Cond./Certification   ☒ Narrative Addendum      ☒ Photograph Addenda
☒ Sketch Addendum        ☒ Map Addenda                    ☒ Cost Addendum           ☐ Flood Addendum
☒ Additional Sales       ☐ Additional Rentals             ☐ Income/Expense Analysis ☐ Hypothetical Conditions
☐ Extraordinary Assumptions ☒ Plat Map                    ☒ Appraisal License       ☐

## OPINION OF VALUE

This Opinion of Value may be subject to other Hypothetical Conditions and / or Extraordinary Assumptions, if so indicated above. Based on the degree of inspection of the subject property as indicated below; the defined Scope of Work for this appraisal assignment; the attached Statement of Assumptions and Limiting Conditions; and the attached Appraiser's Certifications, my (our) Current Opinion of the Market Value (or value range), as defined elsewhere in this report, of the real property that is the subject of this report is: $ 560,000 , as of: 06/14/2026 , which is both the Inspection Date and the Effective Date of this appraisal.

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| *Robert Hanlon (signature)* | |
| Appraiser Name:   Robert Hanlon | Supervisory or Co-Appraiser Name: |
| Company:   Eagle Rock Appraisals | Company: |
| Phone:   201-247-2119     Fax: N/a | Phone:          Fax: |
| E-mail:   rhanlon.app@mail.com | E-mail: |
| Date of Report (Signature):   06/15/2026 | Date of Report (Signature): |
| License or Certification #:   42RC00150900     State: NJ | License or Certification #:          State: |
| Designation:   Certified residential | Designation: |
| Expiration Date of License or Certification:   12/31/2027 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection:   06/14/2026 | Date of Inspection: |

Client:   Cohen, Moshe Michael          Client File No.:   N/a          Appraiser File No.:   Ar-7525

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
10/2007

 CONSUMERSF
Form GPCSF LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# ADDITIONAL COMPARABLE SALES
## SALES COMPARISON APPROACH TO VALUE

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | +(–) $ Adjust. | COMPARABLE SALE # 5 | +(–) $ Adjust. | COMPARABLE SALE # 6 | +(–) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address 7 Stanford Ct | | 26 Crestmont Rd | | 27 Dawson Ave | | 1 Rand Dr | |
| West Orange, NJ 07052 | | West Orange, NJ 07052 | | West Orange, NJ 07052 | | West Orange, NJ 07052 | |
| Proximity to Subject | | 1.19 miles SW | | 0.27 miles S | | 1.14 miles S | |
| Sale Price | $ 0 | $ 850,000 | | $ 879,999 | | $ 900,000 | |
| Sale Price / GLA | $ /Sq.Ft. | $ 435.67 /Sq.Ft. | | $ 451.74 /Sq.Ft. | | $ 365.85 /Sq.Ft. | |
| Data Source(s) | Inspection | GSMLS #4000115;DOM 42 | | GSMLS #3964553;DOM 14 | | GSMLS # 4022686;DOM 8 | |
| ADJUSTMENT ITEMS | DESCRIPTION | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. |
| Sales or Financing | N/a | Arm's Length | | Arm's Length | | Arm's Length | |
| Concessions | N/a | Conventional | | Conventional | | Conventional | |
| Date of Sale / Time | N/a | 04/06/2026 | | 06/30/2025 | | 06/04/2026 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Residential | Residential | | Residential | | Residential | |
| Site | 24568 sf | 6534 sf | +18,034 | 8112 sf | +16,456 | 14248 sf | 0 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Split Level | Cape Cod | 0 | Split Level | | Bilevel | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Age | 67 | 42 | 0 | 69 | 0 | 66 | 0 |
| Condition | C4 (Later C2) | C3 | +10,000 | C2 | | C2 | |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 3.0 | Total 7 / Bdrms 3 / Baths 3.0 | | Total 8 / Bdrms 4 / Baths 2.1 | -10,000 / +10,000 | Total 6 / Bdrms 3 / Baths 2.0 | +20,000 |
| Gross Living Area | 1,871 Sq.Ft. | 1,951 Sq.Ft. | -3,600 | 1,948 Sq.Ft. | -3,465 | 2,460 Sq.Ft. | -26,505 |
| Basement | Full | Full | | Full | | None | +20,000 |
| Basement Finish Area | Finished/Bath | Part finished | +15,000 | Finished | +20,000 | N/a | +15,000 |
| Functional Utility | Good/Typical | Good/Typical | | Good/Typical | | Good/Typical | |
| Heating / Cooling | Central/Cac | Central/Cac | | Central/Cac | | Central/Cac | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage / Carport | 2 Car built-in | 1 Car attached | +10,000 | 2 Car built-in | | 2 Car built-in | |
| Porch / Patio / Deck | Patio | Patio/Deck | -10,000 | Patio | 0 | Patio/Deck | -10,000 |
| Net Adjustment (Total) | | ☒+ ☐– $ | 39,434 | ☒+ ☐– $ | 32,991 | ☒+ ☐– $ | 18,495 |
| Adjusted Sale Price of Comparables | | $ | 889,434 | $ | 912,990 | $ | 918,495 |

Comments: The after renovated value is noted on the following page under comparable 7.

Client:   Cohen, Moshe Michael          Client File No.:   N/a          Appraiser File No.:   Ar-7525

GP CONSUMERSF
Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF LT.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
10/2007

# ADDITIONAL COMPARABLE SALES
## SALES COMPARISON APPROACH TO VALUE

| FEATURE | SUBJECT | COMPARABLE SALE # 7 | +(–) $ Adjust. | COMPARABLE SALE # 8 | +(–) $ Adjust. | COMPARABLE SALE # 9 | +(–) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 7 Stanford Ct West Orange, NJ 07052 | 8 Hepworth Pl West Orange, NJ 07052 | | | | | |
| Proximity to Subject | | 2.10 miles S | | | | | |
| Sale Price | $ 0 | $ 940,000 | | $ | | $ | |
| Sale Price / GLA | $ /Sq.Ft. | $ 294.39 /Sq.Ft. | | $ /Sq.Ft. | | $ /Sq.Ft. | |
| Data Source(s) | Inspection | GSMLS#3956523;DOM 23 | | | | | |
| ADJUSTMENT ITEMS | DESCRIPTION | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. | DESCRIPTION | +(–) $ Adjust. |
| Sales or Financing | N/a | ArmLth | | | | | |
| Concessions | N/a | Conv;0 | | | | | |
| Date of Sale / Time | N/a | 06/30/2025 | | | | | |
| Rights Appraised | Fee Simple | Fee Simple | | | | | |
| Location | Residential | Residential | | | | | |
| Site | 24568 sf | 15050 sf | 0 | | | | |
| View | Residential | Residential | | | | | |
| Design (Style) | Split Level | Split Level | | | | | |
| Quality of Construction | Q4 | Q4 | | | | | |
| Age | 67 | 60 | 0 | | | | |
| Condition | C4 (Later C2) | C3 | +20,000 | | | | |
| Above Grade | Total / Bdrms / Baths | Total / Bdrms / Baths | | Total / Bdrms / Baths | | Total / Bdrms / Baths | |
| Room Count | 7 / 3 / 3.0 | 10 / 5 / 2.1 | +10,000 | | | | |
| Gross Living Area | 1,871 Sq.Ft. | 3,193 Sq.Ft. | -59,490 | Sq.Ft. | | Sq.Ft. | |
| Basement | Full | Full | | | | | |
| Basement Finish Area | Finished/Bath | Finished/Bath | | | | | |
| Functional Utility | Good/Typical | Good/Typical | | | | | |
| Heating / Cooling | Central/Cac | Central/Cac | | | | | |
| Energy Efficient Items | Standard | Standard | | | | | |
| Garage / Carport | 2 Car built-in | 2 Car built-in | | | | | |
| Porch / Patio / Deck | Patio | Porch | 0 | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | ☐+ ☒– | $ -29,490 | ☐+ ☐– | $ | ☐+ ☐– | $ |
| Adjusted Sale Price of Comparables | | | $ 910,510 | | $ | | $ |

Comments: ******The after renovated value is based on analysis of comparables 4-7. That value is $900,000.*******

The most weight is given to comparables 4 and 6 which are the most recent closed sales.

Client: Cohen, Moshe Michael     Client File No.: N/a     Appraiser File No.: Ar-7525



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPCSF LT.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE     10/2007

## Supplemental Addendum

File No. Ar-7525

| | |
|---|---|
| Borrower | N/a |
| Property Address | 7 Stanford Ct |
| City | West Orange | County Essex | State NJ | Zip Code 07052 |
| Lender/Client | Cohen, Moshe Michael |

## Comments on Subject

The subject was recently heavily fire damaged (See photos). Comparables 1-3 is this report have produced an "as is" value of $560,000. Comparables 4-7 have produced an "as repaired" value of $900,000. Although no work write up or specification of repairs was provided, the appraiser evaluated the description of both optional and required repairs as described by the owner. Based on information derived from documents such as Work Write Up documents from renovation loans in the appraiser's work files, the appraiser estimates the cost of renovations to be $200,000.

The Fannie Mae UAD definition addendum was added for clarification of condition notations such as C2, C3, C4, and the quality rating of Q4.

According to the owner, $21,000 in work has already been done, which was for cleanup and some demolition.

## Comments on Sales Comparison

Site size adjustment is based on $1 per square foot (rounded).

Concerning the GLA adjustments: Analysis of comparable sales show that as the GLA increases the sales price per square foot tend to decrease on a curvilinear basis. Properties are used with similar sizes are used for more accuracy. The analysis revealed that the sales price per square foot tended to differ by approximately $45 per square foot.

All bath adjustments based on $20,000 per full and $10,000 per half bath.

When completing a non Fannie Mae appraisal, the Fannie Mae scope of work does not automatically apply, however the appraiser will refer to them when developing the value opinion. When necessary due to the lack of comparable sales and/or an atypical circumstance, or simply to show marketability when similar or dissimilar feature arise. it is commonly found necessary and common to exceed Fannie Mae guidelines of 1 mile, 6 months, 10% net, and/or 25% gross adjustment. It is equally common to exceed the 30% actual age and/or the 25% size difference of a subject. Adjustments are made when necessary.

Basement adjustments were made based on market reaction to the overall characteristics, with adjustments made for finished basements and basement bath count.

The subject's site is larger than the comparables, however the rear area is up a steep hill and has limited usability. For this reason the larger of the comparable sites were left unadjusted.

Age differences were noted, however no adjustments were made for age due to a similar level of updating among the comparables, with adjustments made for amenities and updating when needed. The UAD definitions addendum has been added to this report.

The reasonable exposure time is estimated to be 1-3 months, if properly priced.

A reasonable exposure time for the subject property developed independently from the stated marketing time is 1-3 months, if properly priced.

Other adjustments made for varying amenities as indicated by the market place. All comparables used deemed the best available. Consideration was given to all sales. The final value of the subject property is not based on a requested minimum or loan approval.

## Supplemental Addendum

File No. Ar-7525

| | |
|---|---|
| Borrower | N/a |
| Property Address | 7 Stanford Ct |
| City | West Orange | County Essex | State NJ | Zip Code 07052 |
| Lender/Client | Cohen, Moshe Michael |

The appraiser attempted to obtain an adequate amount of information in the normal course of business regarding the subject and comparable properties. Some of the standardized responses required by the forms, especially those in which the appraiser has not had the opportunity to verify personally or measure, could mistakenly imply greater precision and reliability in the data than is factually correct or typical in the normal course of business. Examples included condition and quality ratings as well as comparable sales and listing data. Not every element of the subject was viewable and comparable property data was generally obtained from third party sources, i.e., area multiple listing service, area online and mls tax records, curb side inspection, and appraisal files were applicable. Consequently, this information should be considered an estimate unless otherwise noted by the appraiser.

The subject is a legally permissible use based on its current zoning. Also, the lot size, shape and land-to-building ratio allow the present structure and indicate a good utilization of the improvements. Based on current market conditions, the existing structure as a single residence is its financially feasible and maximally productive use. The highest and best use, as if vacant, would be to construct a single unit residence.

This report conforms to the Uniform Standards of Professional Appraisal Practice (USPAP) adopted by the Appraisal Foundation.

The photographs used in this report are digital and have not been altered or enhanced.

The appraisal is not a home inspection and should not be relied upon to report the condition of the property being appraised.

The appraiser does not provide insurance appraisals. Any values in this report should not be considered examples of insurable value.

USPAP 3 Year Disclosure:

I have provided a service for this property within the past 3 years. I previously appraised the subject property with an effective date of 05/17/2023 and again with an effective date of 01/12/2024.

## Assumptions, Limiting Conditions & Scope of Work

File No.: Ar-7525

| Property Address: | 7 Stanford Ct | City: West Orange | | State: NJ | Zip Code: 07052 |
|---|---|---|---|---|---|
| Client: | Cohen, Moshe Michael | Address: 7 Stanford Ct, West Orange, NJ 07052 | | | |
| Appraiser: | Robert Hanlon | Address: 18 Dartmouth Road, West Orange, NJ 07052 | | | |

### STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

– The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the
title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis
of it being under responsible ownership.

– The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated,
a Land Survey was not performed.

– If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not
a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

– The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do
so have been made beforehand.

– If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.

– The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any
hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous
wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and
makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any
such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the
appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.

– The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she
considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items
that were furnished by other parties.

– The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and
any applicable federal, state or local laws.

– If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report
and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

– An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the
client does not become a party to the appraiser–client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable
to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the
assignment.

– The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising,
public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

– An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a
non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or
defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the
appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment
results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon
this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of
Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the
Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined
herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use
of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP RESIDENTIAL**
Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

# Certifications

File No.: Ar-7525

| | | | | | |
|---|---|---|---|---|---|
| Property Address: 7 Stanford Ct | | City: West Orange | State: NJ | Zip Code: 07052 | |
| Client: Cohen, Moshe Michael | | Address: 7 Stanford Ct, West Orange, NJ 07052 | | | |
| Appraiser: Robert Hanlon | | Address: 18 Dartmouth Road, West Orange, NJ 07052 | | | |

**APPRAISER'S CERTIFICATION**

I certify that, to the best of my knowledge and belief:

– The statements of fact contained in this report are true and correct.

– The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by
the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

– I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

– Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report
within
the three-year period immediately preceding acceptance of this assignment.

– I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

– My engagement in this assignment was not contingent upon developing or reporting predetermined results.

– My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction
in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event
directly related to the intended use of this appraisal.

– My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional
Appraisal Practice that were in effect at the time this report was prepared.

– I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion,
sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present
owners or occupants of the properties in the vicinity of the subject property.

– Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

– Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:


**DEFINITION OF MARKET VALUE \*:**

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite
to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.
Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions
whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions
granted by anyone associated with the sale.
\* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions
Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System
(FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS),
and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS,
FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| | |
|---|---|
| Client Contact: | Client Name: Cohen, Moshe Michael |
| E-Mail: | Address: 7 Stanford Ct, West Orange, NJ 07052 |

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Robert Hanlon | Supervisory or Co-Appraiser Name: |
| Company: Eagle Rock Appraisals | Company: |
| Phone: 201-247-2119    Fax: N/a | Phone:        Fax: |
| E-Mail: rhanlon.app@mail.com | E-Mail: |
| Date Report Signed: 06/15/2026 | Date Report Signed: |
| License or Certification #: 42RC00150900    State: NJ | License or Certification #:        State: |
| Designation: Certified residential | Designation: |
| Expiration Date of License or Certification: 12/31/2027 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 06/14/2026 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**  Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                    3/2007

File No.   Ar-7525

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Condition Ratings and Definitions

**C1**

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

**C2**

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

**C3**

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

**C4**

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

**C5**

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

**C6**

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

### Quality Ratings and Definitions

**Q1**

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

**Q2**

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

### Quality Ratings and Definitions (continued)

**Q3**
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

**Q4**
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

**Q5**
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

**Q6**
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

### Definitions of Not Updated, Updated, and Remodeled

**Not Updated**

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

**Updated**

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

**Remodeled**

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

### Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

## UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
### (Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
| | | |
| | | |
| | | |
| | | |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Photo Page

| Borrower | N/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | | |
| City | West Orange | | County Essex | | State NJ | Zip Code 07052 |
| Lender/Client | Cohen, Moshe Michael | | | | | |



**Subject Front**

7 Stanford Ct



**Subject Rear**



**Subject Street**

## Photograph Addendum

| Borrower | N/a | | | | |
|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | |
| City | West Orange | County Essex | | State NJ | Zip Code 07052 |
| Lender/Client | Cohen, Moshe Michael | | | | |



**Living room**



**Dining room**





**Kitchen-older**



**Extensive ceiling damage**





**Water and smoke damage throughout**



**Garage interior**

## Photograph Addendum

| Borrower | N/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | | |
| City | West Orange | County | Essex | State | NJ | Zip Code  07052 |
| Lender/Client | Cohen, Moshe Michael | | | | | |



**Bath-heavily damaged**



**Evidence of mold**



**Evidence of mold**

**Evidence of mold**



**Electric panel**



**Heat and hot water systems**

## Photograph Addendum

| | | | | | |
|---|---|---|---|---|---|
| Borrower | N/a | | | | |
| Property Address | 7 Stanford Ct | | | | |
| City | West Orange | County Essex | | State NJ | Zip Code 07052 |
| Lender/Client | Cohen, Moshe Michael | | | | |



**Bath 2-older**



**Bedroom 1**



**Bedroom 2**



**Bedroom 3**



**Office**



**Attic**

## Photograph Addendum

| Borrower | N/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | | |
| City | West Orange | County | Essex | State | NJ | Zip Code   07052 |
| Lender/Client | Cohen, Moshe Michael | | | | | |



**Peeling paint**



**Chimney damage and peeling paint**



**CAC unit-working but older**



**Street opposite view**



**Additional front photo**



**Rear yard picture**

## Comparable Photo Page

| | |
|---|---|
| Borrower | N/a |
| Property Address | 7 Stanford Ct |
| City | West Orange |
| Lender/Client | Cohen, Moshe Michael |

County  Essex     State  NJ     Zip Code  07052



**Comparable 1**
34 Fitzrandolph Rd



**Comparable 2**
29 S Valley Rd



**Comparable 3**
13 Arverne Rd

## Comparable Photo Page

| | |
|---|---|
| Borrower | N/a |
| Property Address | 7 Stanford Ct |
| City | West Orange |
| Lender/Client | Cohen, Moshe Michael |

County  Essex     State  NJ     Zip Code  07052



**Comparable 4**
26 Crestmont Rd



**Comparable 5**
27 Dawson Ave



**Comparable 6**
1 Rand Dr

## Comparable Photo Page

| | |
|---|---|
| Borrower | N/a |
| Property Address | 7 Stanford Ct |
| City | West Orange   County  Essex   State  NJ   Zip Code  07052 |
| Lender/Client | Cohen, Moshe Michael |



**Comparable 7**

8 Hepworth Pl

**Comparable 8**

**Comparable 9**

## Building Sketch

| Borrower | N/a | | | |
|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | |
| City | West Orange | County Essex | State NJ | Zip Code 07052 |
| Lender/Client | Cohen, Moshe Michael | | | |



TOTAL Sketch by a la mode

**Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 1113 Sq ft | 19 × 18 = 342 |
| | | 28 × 27 = 756 |
| | | 1 × 15 = 15 |
| Second Floor | 758 Sq ft | 28 × 26 = 728 |
| | | 2 × 15 = 30 |
| **Total Living Area (Rounded):** | **1871 Sq ft** | |
| **Non-living Area** | | |
| 2 Car Attached | 378 Sq ft | 21 × 18 = 378 |

## Plat Map

| Borrower | N/a | | | | |
|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | |
| City | West Orange | County  Essex | | State  NJ | Zip Code  07052 |
| Lender/Client | Cohen, Moshe Michael | | | | |



SHEET 121

Form MAP.PLAT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Aerial Map

| Borrower | N/a | | | | |
|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | |
| City | West Orange | County Essex | | State NJ | Zip Code 07052 |
| Lender/Client | Cohen, Moshe Michael | | | | |



Form MAP.AERIAL - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Location Map

| Borrower | N/a | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 7 Stanford Ct | | | | | |
| City | West Orange | County | Essex | State | NJ | Zip Code 07052 |
| Lender/Client | Cohen, Moshe Michael | | | | | |



File No. Ar-7525

## AGREEMENT FOR APPRAISAL SERVICES

1. PARTIES    Cohen, Moshe Michael _____    Client

   hereby agrees to employ    Robert Hanlon _____    Appraiser

2. PROPERTY located in    Essex _____    County, State of    NJ _____    legally described as:

   Block 176  Lot 31

   ADDRESS    7 Stanford Ct, West Orange, NJ 07052 _____    hereinafter called Property.

3. APPRAISAL REPORT. Appraiser agrees to prepare, in writing, an Appraisal Report, in conformity with any professional organizations to which Appraiser may belong, with an opinion of value. The purpose of this appraisal is:

   ☐ Purchase    ☐ Sale    ☐ Estate Tax    ☐ Lessee    ☐ Insurance    ☐ Ad valorem Tax    ☐ Mortgage Financing    ☐ Condemnation

   ☒ General Information    ☐ Other _____

4. INTEREST to be appraised shall be    ☒ Fee Simple    ☐ Leasehold    ☐ Leased Fee    ☐ Other _____

5. COMPLETION of the appraisal shall be by    06/16/2026 _____    subject to unforeseen circumstances or conditions beyond the control of the Appraiser. The number of copies to be prepared is _____

6. PAYMENTS FOR SERVICES:

   ☒ AGREED FEE. Client agrees to pay Appraiser a cash fee of  $    400 _____

   ☐ HOURLY-PER DIEM. Client agrees to pay Appraiser a cash fee of  $ _____    per    ☐ hour    ☐ day for time expanded on Client's behalf, to an estimated maximum of  $ _____

   ☐ EXPENSES. Appraiser shall be additionally paid usual and necessary expenses for the following _____

   ☒ LITIGATION. In the event Appraiser is called upon, voluntarily or otherwise, to testify in court or deposition regarding the Appraisal Report herein, Client agrees to pay an additional sum of  $    100 _____    for each    Hour-portal to portal _____ plus Appraiser's usual and customary expenses.

   ☐ CANCELLATION. If this agreement is canceled at any time prior to the delivery of the Appraisal Report, Client agrees to pay a fee of _____

   ☐ RETAINER fee in the amount of  $    400 _____    is payable    06/14/2026 _____    to apply toward the total fee herein.

   All sums due hereunder shall be paid on delivery of the Appraisal Report to Client, and are payable in the County of Appraiser's principal residence. The Appraiser's fee is in no way based on the opinion of value of the appraised Property, and all sums hereunder are due and payable regardless of the amount of the opinion of value. In the event it is necessary to employ an attorney to collect any sums due herein, Client agrees to pay reasonable attorney's fees and court costs expended by Appraiser.

7. AUTHORITY.    Appraiser and his subcontractors are hereby authorized to make on-site inspections of subject property at all reasonable times to obtain supporting property data, including but not limited to:   Building plans, plats, deeds, legal descriptions, abstracts, income and expense data, leases, options.   Further to interview Client's attorneys, accountants, managers, agents, present and prospective tenants.   To be furnished copies of relevant information, to copy same and use as documentation for the Appraisal Report.   To obtain such information that in the Appraiser's judgment may be relevant to the appraisal. CLIENT'S AUTHORITY to execute this agreement is hereby warranted, and that client is either owner of the subject property or has authority of the owner to enter into this agreement.

8. CONDITIONS.    The Appraisal Report shall be subject to Appraiser's conditions and limitations standard form or as shown on attachment hereto.   The Appraisal Report will be prepared for the sole and exclusive use of the Client, and shall not be reproduced, printed or distributed in any manner without written consent of Appraiser, as it consists of "trade secrets and commercial and financial information" which is privileged and confidential and exempted from disclosure under 5USC(b)(4).

9. WARRANTIES AND INDEMNITY.    Appraiser does not make any warranties or guarantees of any kind regarding the condition of the property, sufficiency of title, areas and boundaries, mechanical and structural conditions of the improvements and with the agreement that the Appraisal Report represents Appraiser's opinion of value only, without any warranty that the property will sell for the appraised value.   Client agrees to indemnify Appraiser, his employees and independent contractors from all claims, suits and charges of any nature that may arise out of this agreement.

10. ADDITIONAL AGREEMENTS:

    This Agreement is to be considered the Engagement Letter. Please sign above your name.

Executed in duplicate originals on this day, _____    06/14/2026 _____

Cohen, Moshe Michael _____    Robert Hanlon _____

Client    Appraiser

7 Stanford Ct, West Orange, NJ 07052 _____    18 Dartmouth Road, West Orange, NJ 07052 _____

Address    Address

N/a _____    201-247-2119 _____

Telephone    Telephone

Form AS2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

Michael Cohen
7 Stanford Court
West Orange, NJ 07052
Tel: (917) 714-8929
Email: mmc4now@gmail.com

*Pro Se*

| | |
|---|---|
| In Re: | Case No.: ___23-10086-SLM___ |
| | Chapter: ___7 (Reconverted)___ |
| MICHAEL MOSHE COHEN, | Adv. No.: _____ |
| *Debtor.* | Hearing Date: 06/23/2026_____ |
| | Judge: Hon. Stacey L Meisel |

### CERTIFICATION OF MICHAEL MOSHE COHEN
### IN SUPPORT OF DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

I, Michael Moshe Cohen, hereby certify as follows:

1. I am the Debtor in the above-captioned Chapter 7 bankruptcy case, appearing pro se. I make this Certification in support of my Objection to the Motion for Relief from Automatic Stay (Doc. 280). I have personal knowledge of the facts set forth herein, except were stated to be based on information and belief, and if called as a witness I could and would testify competently thereto.

2. I have resided at 7 Stanford Court, West Orange, New Jersey 07052 (the "Property"), for more than twenty-five years. The Property is my family home.

3. Beginning on or about April 5, 2024, I made direct post-petition monthly mortgage payments to Select Portfolio Servicing, Inc. ("SPS"), the servicer for the Movant, as reflected in this Court's June 24, 2024, order (Doc. 128, ¶ 8).

4. On March 8, 2025, a fire occurred at the Property, causing extensive damage to the kitchen, ceilings, and other interior areas, with resulting water, smoke, and mold damage throughout the structure.

5. On February 17, 2026, I was the successful bidder at the Chapter 7 Trustee's sale of the Property. That sale has since closed, and title to the Property is now held by me and my wife, Nancy L. Cohen, as tenants by the entirety, subject to the Movant's first mortgage. As owners of the Property, we are committed to preserving and restoring it, and I have already begun that work, as described below.

6. On May 20, 2026, I entered a Settlement Stipulation with the Township of West Orange before the Essex County Board of Taxation, Appeal No. 22-2500072, for Tax Year 2026, stipulating to a total assessed value for the Property of $560,000.00. A true and correct copy of this stipulation is annexed to my Objection as Exhibit E.

7. On June 14, 2026, I retained Robert Hanlon of Eagle Rock Appraisals, a New Jersey Certified Residential appraiser (License No. 42RC00150900), to conduct an independent appraisal of the Property. Mr. Hanlon performed a full interior and exterior inspection of the Property on that date. A true and correct copy of Mr. Hanlon's Summary Appraisal Report is annexed to my Objection as Exhibit M.

8. The appraisal concludes that the Property's current as-is market value, as of June 14, 2026, is $560,000.00, and that, once the fire-related repairs described in Exhibit M are completed at an estimated cost of approximately $200,000.00, the Property's market

value will be approximately $900,000.00. As of the effective date of the appraisal, approximately $21,000.00 of remediation work (cleanup and demolition) had already been completed at my direction.

9. I have reviewed the Movant's Certification (Doc. 280-1) and the supporting Broker Price Opinion (Doc. 280-2 at 35 and 36). The Broker Price Opinion is, on its face, an exterior-only inspection that assumes the Property remains in undamaged "C4" condition and states that, per exterior inspection, no damage was noted. It does not reflect the fire damage described in Paragraph 4 above, because it was prepared without any interior inspection of the Property.

10. I received monthly mortgage statements from SPS for my account. Those statements disclose a current fixed interest rate of 6.250%. The Movant's Certification (Doc. 280-1) left the interest rate field blank as "N/A."

11. On or about June 9, 2026, SPS issued a written denial of my Assistance Review Application (Exhibit I). That letter grants me the right to appeal the denial within thirty days, and states that no foreclosure sale will be conducted and that I will not lose my home during that thirty-day period, or any longer period required for SPS to review supplemental material I provide. The thirty-day period runs to on or about July 9, 2026. The same letter states that the property value SPS used in its Net Present Value analysis was $708,000.00, the same figure used in the Movant's Broker Price Opinion, which does not account for the fire damage.

12. I respectfully submit that Exhibit M is the most current and most reliable valuation of the Property in the record, as it is the only valuation based on a full interior inspection

conducted after the March 8, 2025, fire, and it contradicts the exterior only Broker Price Opinion relied upon by the Movant, which assumes the Property remains undamaged.

13. I make this Certification in good faith and respectfully request that the Court deny the Motion, or, in the alternative, adjourn the hearing on the Motion, for the reasons set forth in my accompanying Objection.

I certify under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 16, 2026

/s/ Michael Moshe Cohen

Michael Moshe Cohen

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MICHAEL MOSHE COHEN
7 Stanford Court
West Orange, NJ 07052
Tel: (917) 714-8929
Email: mmc4now@gmail.com

*Pro Se*

In Re:

MICHAEL MOSHE COHEN,

          *Debtor*

Case No.:       23-10086-SLM

Chapter:        7 (Reconverted)

Adv. No.:      _____

Hearing Date:   06/23/2026

Judge:        Hon. Stacey L Meisel

## CERTIFICATION OF SERVICE

1.  I, Michael Cohen:

    ☐ represent Click or tap here to enter text.in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☒ am the Debtor Pro Se in this case and am representing myself.

2.     On June 16, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

Debtor's Objection To Motion For Releif From Automatic Stay (Doc. 280)

3.     I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   June 16, 2026

Click or tap here to enter text.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Milica A. Fatovich, Esq.<br>Norgaard, O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood, NJ 07631 | Trustee's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nathalie C. Rodriguez, Esq.<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004 | Attorney for Movant | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ilissa Churgin Hook<br>Chapter 7 Trustee<br>c/o Norgaard O'Boyle & Hannon<br>184 Grand Avenue<br>Englewood NJ 07631 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ Other Click or tap here to enter text.<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*

3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

Michael Cohen
7 Stanford Court
West Orange, NJ 07052
Tel: (917) 714-8929
Email: mmc4now@gmail.com

*Pro Se*

In Re:

MICHAEL MOSHE COHEN,

                 *Debtor.*

Case No.: ___23-10086-SLM___

Chapter: ___7 (Reconverted)___

Adv. No.: _____

Hearing Date: <u>06/23/2026</u>

Judge: <u>Hon. Stacey L Meisel</u>

## ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following pages is hereby ORDERED.

Upon consideration of the Motion for Relief from Automatic Stay (Doc. 280) filed by

Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as authorized agent for U.S. Bank N.A.,

as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-

Through Certificates (the "Movant"), the Debtor's Objection thereto and the Certification of

Michael Moshe Cohen submitted in support thereof, and the exhibits annexed to the Objection,

including the independent appraisal report attached as Exhibit M, and the Court having heard the

arguments of the Debtor, appearing pro se, and counsel for the Movant, if any, at the hearing

held on June 23, 2026, and for the reasons stated on the record, or for good cause shown, it is hereby

1.  ORDERED that the Motion for Relief from Automatic Stay (Doc. 280) is DENIED; and it is further

2.  ORDERED that the automatic stay imposed by 11 U.S.C. § 362(a) shall remain in full force and effect as to the real property located at 7 Stanford Court, West Orange, New Jersey 07052; and it is further

3.  ORDERED that the foregoing is without prejudice to the Movant's right to seek further relief upon a showing of changed circumstances, including resolution of the pending appeal in Cohen v. Hook, Civil Action No. 2:26-CV-02835-EP, or resolution of the Trustee's allocation of insurance proceeds with respect to the Property.

*[ALTERNATIVE RELIEF, IF THE COURT ADJOURNS RATHER THAN DENIES:]*

4.  ORDERED that the hearing on the Motion for Relief from Automatic Stay (Doc. 280) is ADJOURNED to _____, 2026, pending resolution of the appeal in Cohen v. Hook, Civil Action No. 2:26-CV-02835-EP, and the Trustee's filing of a motion for approval of any compromise or allocation of insurance proceeds with respect to the Property; and the automatic stay shall remain in full force and effect pending the adjourned hearing.