Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23–10086–SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Moshe Cohen
   7 Stanford Court
   West Orange, NJ 07052

Social Security No.:
   xxx–xx–0560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/30/26 at 10:00 AM

to consider and act upon the following:

*280* – Motion for Relief from Stay re: 7 STANFORD CT WEST ORANGE New Jersey 07052 ESSEX. Fee Amount $ 199. Filed by Nathalie Rodriguez on behalf of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007–S3 Mortgage Pass–Through Certificates. Hearing scheduled for 6/23/2026 at 10:00 AM, SLM – Courtroom 3A, Newark.. (Attachments: # 1 Certification # 2 Exhibit # 3 Memorandum of Law # 4 Proposed Order # 5 Certificate of Service) (Rodriguez, Nathalie)

Dated: 6/22/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court