# NORGAARD, O'BOYLE & HANNON

(A TRADE NAME OF GARY K. NORGAARD, PC)

### COUNSELLORS AT LAW

GARY K. NORGAARD† (ret.)
JOHN O'BOYLE
KARL J. NORGAARD†
BRIAN G. HANNON†
CASSANDRA C. NORGAARD†

_____

ANTHONY E. HOPE†
MARK E. NORGAARD†

_____

WILLIAM H. SCHMIDT of counsel
ILISSA CHURGIN HOOK of counsel †
MILICA A. FATOVICH of counsel

**184 GRAND AVENUE**
**ENGLEWOOD, NEW JERSEY 07631-3507**
Telephone (201) 871-1333
Facsimile (201) 871-3161

____

810 ASBURY AVENUE, SUITE 206
OCEAN CITY, NEW JERSEY 08226
Telephone No. (609) 439-4070
Facsimile (609) 439-4280
By Appointment Only

____

1025 WESTCHESTER AVENUE, SUITE 215
WHITE PLAINS, NEW YORK 10604
By Appointment Only

Senders Direct Email:
mfatovich@norgaardfirm.com

† NJ & NY Bars
◊ NJ, NY & FL Bars

www.norgaardfirm.com

**PLEASE REPLY TO**
**ENGLEWOOD OFFICE**

June 23, 2026

**VIA ECF AND EMAIL**
Honorable Stacey L. Meisel
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

> **Re:** **In re Michael Moshe Cohen**
> **Ch. 7 Case No. 23-10086(SLM)**
> **Chapter 7 Trustee's R. 9019(a) Motion**
> **Hearing: July 21, 2026 at 10:00 a.m.**

Dear Judge Meisel:

This firm represents the Chapter 7 Trustee Ilissa Churgin Hook (the "Trustee") for the estate of Moshe Michael Cohen (the "Debtor") in the subject matter. On June 22, 2026, counsel e-filed the Chapter 7 Trustee's Motion Pursuant to Federal Rule of Bankruptcy Procedure 9019(a) For An Order: (I) Approving Settlement Of Chapter 7 Trustee's Insurance Claim; And (II) Granting Related Relief (the "Trustee's R. 9019 Motion")[Doc. No. 288] seeking the Court's approval of the settlement of the Chapter 7 Trustee's insurance claim. Inadvertently, the Application in support of the Trustee's R. 9019 Motion [Doc. No. 288-1] contained a mistake in the caption, which incorrectly listed the pleading as a Notice of Motion. As this was noticed prior to service, a corrected Application, with the correct caption, was included in package mailed to all parties. This was the only change to the corrected Application.

I apologize for any inconvenience or additional work caused by this mistake.

Respectfully submitted,

Norgaard, O'Boyle & Hannon
Counsel for the Chapter 7 Trustee
Ilissa Churgin Hook, Esq.

By:    /s/ Milica A. Fatovich, Esq.
       Milica A. Fatovich, Esq.

cc via ECF and email: Chapter 7 Trustee
                      Service List

cc via email:         Debtor *Pro Se*
                      John T. Ambrosio, Esq.
                      Jeffrey R. Bick, Esq.
                      Joseph Zaleski

**23-141T - Hook v Cohen – In re Cohen, Ch. 7 (Reconverted) Case No. 23-10086(SLM)**

**VIA ECF AND EMAIL:**

Ilissa Churgin Hook, Esq., Chapter 7 Trustee
NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ 07631

Office of the United States Trustee
One Newark Center, Suite 2100
Newark, NJ 07102

John T. Ambrosio, Esq.
AMBROSIO & ASSOCIATES, LLC
105 Grove Street, Suite 1
Montclair, New Jersey 07042

Kenneth J. Borger, Esq.
Nathalie Rodriguez, Esq.
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004

D. Ross, Esq.
Bernstein-Burkley, P.C.
601 Grant Street, 9th Floor
Pittsburgh, PA 15219

Douglas G. Leney, Esq.
Archer & Greiner, P.C.
1025 Laurel Oak Road
Voorhees, NJ 08043

Ilana Volkov, Esq.
McGrail & Bensinger LLP
888-C 8th Ave. #107
New York, NY 10019

Roger L. Fidler, Esq.
Law Offices of Roger L. Fidler
92 Briarwood Avenue

Synchrony Bank
c/o PRA Receivables Management, LLC PO Box 41021
Norfolk, VA 23541


**<u>VIA EMAIL</u>:**


AFICS on Behalf of Homesite Insurance Company
Attn.: Joseph Zaleski, CPCU, AIC
Lead Adjuster – Large Loss Claims Department
6000 American Parkway
Madison, WI 53783-0001

Jeffrey R. Bick, Esq.
CPCU
P.O. Box 77055
Madison, WI  53707

Michael Moshe Cohen
7 Stanford Court
West Orange, NJ 07052