Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−10086−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael Moshe Cohen
   7 Stanford Court
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−0560

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 6/30/26 at 10:00 AM

to consider and act upon the following:

*280 −* Motion for Relief from Stay re: 7 STANFORD CT WEST ORANGE New Jersey 07052 ESSEX. Fee Amount
$ 199. Filed by Nathalie Rodriguez on behalf of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P.
Morgan Mortgage Trust 2007−S3 Mortgage Pass−Through Certificates. Hearing scheduled for 6/23/2026 at 10:00
AM, SLM − Courtroom 3A, Newark.. (Attachments: # 1 Certification # 2 Exhibit # 3 Memorandum of Law # 4
Proposed Order # 5 Certificate of Service) (Rodriguez, Nathalie)

Dated: 6/22/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10086-SLM |
| Michael Moshe Cohen | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: mmc4now@gmail.com | Jun 22 2026 23:06:00 | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. Bank N.A. as trustee cwoerner@raslg.com |
| Douglas G. Leney | on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor All Jays Enterprises Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Cappy Brothers Transport Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff CBTI Inc. dleney@archerlaw.com, ahuber@archerlaw.com |

District/off: 0312-2      User: admin      Page 2 of 3

Date Rcvd: Jun 22, 2026      Form ID: ntchrgbk      Total Noticed: 1

Douglas G. Leney

on behalf of Plaintiff All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas G. Leney

on behalf of Creditor Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com

Douglas S. Stanger

on behalf of Mediator Douglas S Stanger doug.stanger@flastergreenberg.com
diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net

Gregory Tomczak

on behalf of Trustee Ilissa Churgin Hook getomczak@gmail.com

Gregory Tomczak

on behalf of Spec. Counsel Ambrosio & Tomczak getomczak@gmail.com

Ilana Volkov

on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com

Ilana Volkov

on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook

Trustee@norgaardfirm.com  J116@ecfcbis.com

Justin M Gillman

on behalf of Noticing Agent Jason Staine ecf@gillmancapone.com
GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kenneth Borger, Jr

on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck

on behalf of Creditor Real Time Resolutions  Inc. kebeck@metzlewis.com,
btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marie-Ann Greenberg

on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel

on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
Pass-Through Certificates bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Milica A. Fatovich

on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Milica A. Fatovich

on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Nathalie Rodriguez

on behalf of Creditor U.S. Bank N.A. nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Nathalie Rodriguez

on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
Pass-Through Certificates nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Roger Fay

on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler

on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com

Roger L. Fidler

on behalf of Unknown Role Type Nancy Cohen rfidler0099@aol.com

Sherri R. Dicks

on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com  shrdlaw@hotmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2

User: admin

Date Rcvd: Jun 22, 2026

Form ID: ntchrgbk

Total Noticed: 1

TOTAL: 30