UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners,
PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorney for Secured Creditor

Kenneth J. Borger, Esq. (171092015)

In Re:

Michael Moshe Cohen

Case No.: _____23-10086_____

Adv. Pro. No.: _____

Chapter: _____7_____

Hearing Date: ___6/30/2026____

Judge: _____SLM_____

## ADJOURNMENT REQUEST

1.    I, _____Kenneth Borger_____,

☒    am the attorney for: Select Portfolio Servicing, as servicer for U.S. Bank, as trustee...
_____,

☐    am self represented,

and request an adjournment of the following hearing for the reason set forth below.

Matter: _Motion for Relief from Stay re: 7 Stanford Ct; docket 280_____

Current hearing date and time: _6/30/2026 at 10:00 AM_____

New date requested: _7/7/2026 at 10:00 AM_____

Reason for adjournment request: _Debtor has requested adjournment due to conflict_____

_____

2.    Consent to adjournment:

☒ I have the consent of all parties.      ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 06/24/2026                                    /s/ Kenneth J. Borger
                                                   Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted              New hearing date: 7/7/2026 at 10:00 AM          ☐  Peremptory

☐  Granted over objection(s)   New hearing date: _____          ☐  Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2