DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 23-10086(SLM) |
| MICHAEL MOSHE COHEN | Chapter: | Ch. 7 (Reconverted) |
| | Judge: | Meisel |

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

---

_____ Ilissa Churgin Hook _____, _____ Chapter 7 Trustee _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:   Clerk, United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

If an objection is filed, a hearing will be held before the Honorable _____ Stacey L. Meisel, U.S.B.J. _____ on _____ July 21, 2026 _____ at _10:00_ a.m. at the United States Bankruptcy Court, courtroom no. __3A__, _____ 50 Walnut Street 3rd floor, Newark, NJ _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:   Settlement of Chapter 7 Trustee's insurance claim relating to 3/8/25 fire at 7 Stanford Ct., W. Orange, NJ, which was property of the bankruptcy estate at time of fire, including asserted claims for initial wrongful denial of claim & legal fees, for total of $282,930.79.

Pertinent terms of settlement:   Homesite Insurance Company, AFICS and/or GEICO Insurance Agency, LLC, shall pay Chapter 7 Trustee $282,930.79 in full satisfaction of Trustee's Claim No. 01-008-659911 (on behalf of Chapter 7 bankruptcy estate).

Objections must be served on, and requests for additional information directed to:

Name:   Milica A. Fatovich, Esq.

Address:   Norgaard, O'Boyle & Hannon, 184 Grand Ave., Englewood, NJ 07631

Telephone No.: (201) 871-1333

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 23-10086-SLM

Michael Moshe Cohen                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                         Page 1 of 6

Date Rcvd: Jun 23, 2026                 Form ID: pdf905                      Total Noticed: 91

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | All Jays Enterprises, Inc., 191 Prince Charles Drive, Toms River, NJ 08757-6554 |
| sp | + | Ambrosio & Tomczak, 105 Grove Street, Suite 1, Montclair, NJ 07042-4053 |
| none | + | Nancy Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| cr | + | Nancy Louise Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| r | + | Stack & Stack LLC, 90 Hudson Street, Hoboken, NJ 07030-5675 |
| 519826969 | + | 20 Continental Drive, L.L.C., 500 Plaza Drive - P.O. Box 1515 -, Secaucus NJ 07096-1515 |
| 520451215 | + | All Jays Enterprises Inc, 1445 Golden Hemlock Way, Toms River, NJ 08753-2870 |
| 520382218 | + | All Jays Enterprises, Inc., Archer & Greiner, P.C., Attn:D.Leney, H., 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |
| 519826182 | | American Express, PO BOX 29787, FORT LAUDERDALE FL |
| 519824638 | | Bank of America/Real Time Resolutions, P.O. Box 36655, Dallas, TX 75235-1655 |
| 520451217 | + | CBTI Inc, 1445 Golden Hemlock Way, Toms River, NJ 08753-2870 |
| 520451216 | + | Cappy Brothers, 1445 Golden Hemlock Way, Toms River, NJ 08753-2870 |
| 520382219 | + | Cappy Brothers Transport, Inc., Archer & Greiner, P.C., Attn:D.Leney, H., 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |
| 519874474 | + | Congregation AABJ&D, 700 Pleasant Valley Way, West Orange NJ 07052-2399 |
| 520451219 | + | Douglas G Leney Esq, 1025 Laurel Oak Road, Voorhees, NJ 08043-3506 |
| 519826967 | + | Joseph Kushner Hebrew Acadamy, 110 South Orange Avenue, Livingston, NJ 07039-4904 |
| 519874479 | + | Joseph Kushner Hebrew Academy, 110 South Orange Avenue, Livingston NJ 07039-4904 |
| 520382220 | | Joseph T. Capriglione, Archer & Greiner, P.C., Attn:D.Leney, H., Voorhees, NJ 08043 |
| 519826970 | | Pet Needs-Totowa (, 52 Continental Drive), L.C.C 5, 00 Plaza Drive - P.O. Box 1515 -, Secaucus, NJ 07096-1515 |
| 520007764 | + | Pet Needs-Totowa (25 Continental), L.L.C., 500 Plaza Drive, P.O. Box 1515, Secaucus, NJ 07096-1515 |
| 519874484 | + | Pet Needs-Totowa 52 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874486 | + | Roger Fidler, 1522 Gardner Drive, Lutz FL 33559-3305 |
| 519874481 | + | Select Portfolio Management, PO Box 65250, Salt Lake City UT 84165-0250 |
| 519826963 | | TJMAXX Credit Services, PO Box 530948, Atlanta, GA 30353-0948 |
| 520021966 | + | U.S. Bank N.A, Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 520375255 | | U.S. Bank N.A., as trustee, on behalf of the, holders of the J.P. Morgan Mortgage Trus, 2007-S3 Mortgage Pass-Through Certificat, Select Portfolio Servicing, Inc., P.O. Box 65250 Salt Lake City, UT 84165-0250 |
| 520378906 | | U.S. Securities and Exchange Commission, 950 East Paces Ferry Road, NE, Suite 900, Atlanta, GA 30326-1382 |
| 519874480 | | Yeshivat Lev HaTorah, Nachal Ein, Ramat Beit Shemesh, Israel 9909884 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: mmc4now@gmail.com | Jun 23 2026 20:57:00 | Michael Moshe Cohen, 7 Stanford Court, West Orange, NJ 07052-2023 |
| aty | | Email/Text: Trustee@hookandfatovich.com | Jun 23 2026 20:57:00 | Ilissa Churgin Hook, Norgaard, O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631 |
| aty | ^ | MEBN | Jun 23 2026 20:52:35 | Norgaard O'Boyle & Hannon, Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ |

District/off: 0312-2                          User: admin                                    Page 2 of 6

Date Rcvd: Jun 23, 2026                       Form ID: pdf905                                Total Noticed: 91

| | | | |
|---|---|---|---|
| | | | 07631-3578 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | |
| | | | Jun 23 2026 20:58:00 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | |
| | | | Jun 23 2026 20:58:00 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: bncnotices@becket-lee.com | |
| | | | Jun 23 2026 21:02:50 American Express National Bank, Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | |
| | | | Jun 23 2026 20:57:00 Real Time Resolutions, Inc., c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| acc | + | Email/Text: sraquetcpa@outlook.com | |
| | | | Jun 23 2026 20:58:00 Sean Raquet CPA LLC, 108 High Street, Hackettstown, NJ 07840-1936 |
| acc | + | Email/Text: sraquetcpa@outlook.com | |
| | | | Jun 23 2026 20:58:00 Sean Raquet, CPA, LLC, PO Box 223, Rockaway, NJ 07866-0223 |
| cr | ^ | MEBN | |
| | | | Jun 23 2026 20:52:21 Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | |
| | | | Jun 23 2026 20:57:00 U.S. Bank N.A., as trustee, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 519826959 | + | Email/PDF: AffirmBKNotifications@resurgent.com | |
| | | | Jun 23 2026 21:03:44 AFFIRM INC, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 519954899 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | | Jun 23 2026 21:02:50 Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519843588 | | Email/PDF: bncnotices@becket-lee.com | |
| | | | Jun 23 2026 21:03:20 American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519824639 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | |
| | | | Jun 23 2026 21:02:50 Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519956673 | + | Email/PDF: ebn_ais@aisinfo.com | |
| | | | Jun 23 2026 21:03:34 Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519956634 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | | Jun 23 2026 21:03:44 Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519826956 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | |
| | | | Jun 23 2026 20:58:00 Community Bank, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 519826965 | + | Email/Text: BKPT@cfna.com | |
| | | | Jun 23 2026 20:57:00 Credit First National Association, PO Box 81083, Cleveland OH 44181-0091 |
| 519826185 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | | Jun 23 2026 21:03:00 Macys, PO BOX 8218, Mason OH 45040 |
| 519826949 | + | Email/Text: mrdiscen@discover.com | |
| | | | Jun 23 2026 20:57:00 Discover, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 519952808 | | Email/Text: mrdiscen@discover.com | |
| | | | Jun 23 2026 20:57:00 Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 519826183 | | Email/Text: BNSFN@capitalsvcs.com | |
| | | | Jun 23 2026 20:57:00 First National Credit Card (Legacy), 500 E 60TH ST N, Sioux Falls, SD 57104 |
| 519826184 | | Email/Text: BNSFS@capitalsvcs.com | |
| | | | Jun 23 2026 20:57:00 FIRST SAVINGS BANK, 500 E 60TH ST N, SIOUX FALLS,SD |
| 519874469 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
| | | | Jun 23 2026 20:58:00 Genesis FB Card Services, PO Box 4488, Beaverton OR 97076-4402 |
| 519826961 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
| | | | Jun 23 2026 20:58:00 Genessis FB Card Services, P.O Box 4488,, Beaverton OR 97076-4402 |
| 519826960 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | | Jun 23 2026 21:14:00 Home Depot Credit Services, P.O. Box 9001010, |

| | | | | |
|---|---|---|---|---|
| | | | | Louisville, KY 40290-1010 |
| 519874467 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2026 21:03:29 | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 520382125 | | Email/Text: Trustee@hookandfatovich.com | Jun 23 2026 20:57:00 | Ilissa Churgin Hook, c/o Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631 |
| 520020204 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 23 2026 20:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519954897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2026 21:03:22 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519874361 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2026 21:02:48 | MERRICK BANK - Agent, 10705 S Jordan Gateway #200, South Jordan UT 84095-3977 |
| 519826186 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2026 21:03:22 | MERRICK BANK CORP, PO BOX 9201, Old Bethpage NY 11804-9001 |
| 519826957 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2026 20:58:00 | MIDLAND CREDIT Management, P.O. Box 939069, San Diego, California 92193-9069 |
| 519826964 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2026 21:03:45 | Macys, PO BOX 71359, PHILADELPHIA, PA 19176-1359 |
| 519874464 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2026 20:58:00 | Midland Credit Management, PO Box 939069, San Diego CA 92193-9069 |
| 520011715 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2026 20:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519826955 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 23 2026 20:58:00 | Milestone Genesis, FB Card Services, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 520382180 | ^ | MEBN | Jun 23 2026 20:52:37 | Norgaard O'Boyle & Hannon, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| 519826950 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 23 2026 21:03:20 | Ollo Credit Card, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 519826951 | + | Email/Text: bkrgeneric@penfed.org | Jun 23 2026 20:57:00 | PENTAGON FEDERAL credit union, 2930 EISENHOWER AVE, ALEXANDRIA, VA 22314-4557 |
| 519826958 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2026 21:03:43 | PORTFOLIO RECOV ASSOC, 150 CORPORATE BLVD, NORFOLK, VA 23502-4952 |
| 520019136 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2026 21:03:43 | Portfolio Recovery Associates, LLC, c/o Cheapoair, POB 41067, Norfolk VA 23541 |
| 519979666 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2026 20:58:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519953405 | | Email/Text: bnc-quantum@quantum3group.com | Jun 23 2026 20:58:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520021609 | | Email/Text: bkdepartment@rtresolutions.com | Jun 23 2026 20:58:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 519826971 | + | Email/Text: secbankruptcy@sec.gov | Jun 23 2026 20:58:00 | Securities & Exchange Commision, 100 F Street NE,, Washington DC 20549-2001 |
| 519874485 | + | Email/Text: secbankruptcy@sec.gov | Jun 23 2026 20:58:00 | Securities & Exchange Commission, 100 F Street NE, Washington DC 20549-2001 |
| 520020673 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 23 2026 21:02:57 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519805541 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2026 21:03:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

District/off: 0312-2                                    User: admin                                    Page 4 of 6

Date Rcvd: Jun 23, 2026                              Form ID: pdf905                              Total Noticed: 91

|  |  |  | 23541-1021 |
|---|---|---|---|
| 519826952 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 21:03:39 | Synchrony Bank Amazon, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 519826953 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 21:03:19 | Synchrony Bank PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 519826954 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 23 2026 21:03:19 | Synchrony Bank TJMAXX, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 520376921 | Email/Text: bncmail@w-legal.com | Jun 23 2026 20:58:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 519952498 | + Email/PDF: ebn_ais@aisinfo.com | Jun 23 2026 21:03:12 | TD Bank, USA, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519826962 | + Email/Text: bncmail@w-legal.com | Jun 23 2026 20:58:00 | Target Red Card Services, P.O Box 660170, Dallas TX 75266-0170 |
| 520170769 | + Email/Text: RASEBN@raslg.com | Jun 23 2026 20:57:00 | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520770619 | + Email/Text: RASEBN@raslg.com | Jun 23 2026 20:57:00 | U.S. Bank N.A., ROBERTSON, ANSCHUTZ, SCHNEID,, CRANE & PARTNERS, PLLC, 13010 MORRIS ROAD, SUITE 450, ALPHARETTA, GA 30004-2001 |
| 520323109 | + Email/Text: RASEBN@raslg.com | Jun 23 2026 20:57:00 | U.S. Bank N.A., as trustee, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520767404 | + Email/Text: RASEBN@raslg.com | Jun 23 2026 20:57:00 | U.S. Bank, N.A., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 519826966 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 23 2026 20:58:00 | US DEPT OF ED/GLELSI, PO BOX 7860, MADISON, WI 53707-7860 |
| 519952923 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 23 2026 20:58:00 | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 519989513 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 23 2026 21:03:24 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 63

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519826968 |  | Yeshivat Lev HaTorah, Nachal Ein Gedi, 37 Ramat Beit Shemesh 9909884 |
| cr | *+ | Norgaard O'Boyle & Hannon, 184 Grand Ave, Englewood, NJ 07631-3578 |
| cr | *+ | U.S. Bank N.A., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519874483 | *+ | 20 Continental Drive L.L.C., 500 Plaza Drive, PO Box 1515, Secaucus NJ 07096-1515 |
| 519874466 | *+ | AFFIRM INC, 650 California St FL 12, San Francisco CA 94108-2716 |
| 519974683 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519874482 | *+ | Bank of America Real Time Resolutions, PO Box 36655, Dallas TX 75235-1655 |
| 519874475 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874476 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874477 | *+ | Capital One, PO Box 30285, Salt Lake City UT 84130-0285 |
| 519874463 | *+ | Community Bank, PO Box 182789, Columbus OH 43218-2789 |
| 519874473 | *+ | Credit First National Association, PO Box 81083, Cleveland OH 44181-0091 |
| 519874468 | *+ | Home Depot Credit Services, PO Box 9001010, Louisville CA 40290-1010 |
| 519874472 | *+ | Macys, PO Box 71359, Philadelphia PA 19176-1359 |
| 519874462 | *+ | Milestone Genesis FB Card Services, PO Box 4499, Beaverton OR 97076-4499 |

District/off: 0312-2                                    User: admin                                         Page 5 of 6
Date Rcvd: Jun 23, 2026                           Form ID: pdf905                              Total Noticed: 91

| 519874457 | *+ | Ollo Credit Card, PO Box 9222, Old Bethpage NY 11804-9222 |
| 519874458 | *+ | Pentagon Federal Credit Union, 2930 Eisenhower Ave, Alexandria VA 22314-4557 |
| 519874465 | *+ | Portfolio Recov Assoc, 150 Corporate Blvd, Norfolk VA 23502-4952 |
| 519874459 | *+ | Synchrony Bank Amazon, PO Box 965015, Orlando FL 32896-5015 |
| 519874460 | *+ | Synchrony Bank PPC, PO Box 530975, Orlando FL 32896-0001 |
| 519874461 | *+ | Synchrony Bank TJMAXX, PO Box 965015, Orlando FL 32896-5015 |
| 519874471 | *+ | TJMAXX Credit Services, PO Box 530948, Atlanta GA 30353-0948 |
| 519874470 | *+ | Target Red Card Services, PO Box 660170, Dallas TX 75266-0170 |
| 519874478 | *+ | US DEPT OF ED/GLELSI, PO Box 7860, Madison WI 53707-7860 |
| 520329481 | *+ | US Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 520451218 | ##+ | Joseph T Capriglione, 1445 Golden Hemlock Way, Toms River, NJ 08753-2870 |

TOTAL: 1 Undeliverable, 24 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2026                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cory Francis Woerner | on behalf of Creditor U.S. Bank N.A.  as trustee cwoerner@raslg.com |
| Douglas G. Leney | on behalf of Plaintiff CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Cappy Brothers Transport  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor Joseph T. Capriglione dleney@archerlaw.com  ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Creditor CBTI  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas G. Leney | on behalf of Plaintiff All Jays Enterprises  Inc. dleney@archerlaw.com, ahuber@archerlaw.com |
| Douglas S. Stanger | on behalf of Mediator Douglas S Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Gregory Tomczak | on behalf of Trustee Ilissa Churgin Hook getomczak@gmail.com |
| Gregory Tomczak | on behalf of Spec. Counsel Ambrosio & Tomczak getomczak@gmail.com |

District/off: 0312-2                          User: admin                                    Page 6 of 6
Date Rcvd: Jun 23, 2026                       Form ID: pdf905                                Total Noticed: 91

Ilana Volkov
                    on behalf of Creditor Pet Needs-Totowa (25 Continental Drive) LLC ivolkov@mcgrailbensinger.com

Ilana Volkov
                    on behalf of Creditor 20 Continental Drive  LLC. ivolkov@mcgrailbensinger.com

Ilissa Churgin Hook
                    Trustee@norgaardfirm.com  J116@ecfcbis.com

Justin M Gillman
                    on behalf of Noticing Agent Jason Staine ecf@gillmancapone.com
                    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Kenneth Borger, Jr
                    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
                    Pass-Through Certificates kborger@raslg.com

Keri P. Ebeck
                    on behalf of Creditor Real Time Resolutions  Inc. kebeck@metzlewis.com,
                    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marie-Ann Greenberg
                    on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Matthew K. Fissel
                    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
                    Pass-Through Certificates bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Milica A. Fatovich
                    on behalf of Trustee Ilissa Churgin Hook mfatovich@norgaardfirm.com
                    mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Milica A. Fatovich
                    on behalf of Creditor Norgaard O'Boyle & Hannon mfatovich@norgaardfirm.com
                    mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Nathalie Rodriguez
                    on behalf of Creditor U.S. Bank N.A. nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Nathalie Rodriguez
                    on behalf of Creditor U.S. Bank N.A.  as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage
                    Pass-Through Certificates nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Roger Fay
                    on behalf of Creditor U.S. Bank N.A.  as Trustee rfay@alaw.net, bkecf@milsteadlaw.com

Roger L. Fidler
                    on behalf of Unknown Role Type Nancy Cohen rfidler0099@aol.com

Roger L. Fidler
                    on behalf of Creditor Nancy Louise Cohen rfidler0099@aol.com

Sherri R. Dicks
                    on behalf of Creditor U.S. Bank N.A. sdicks@raslg.com  shrdlaw@hotmail.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 30