| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Lobby B, Suite 202<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Facsimile: 973-404-8886<br>Attorneys for Secured Creditor<br><br>Nathalie C Rodriguez, Esq. (435332023) | |
| **In Re:**<br><br>**Michael Moshe Cohen,**<br><br>    **Debtor.** | Case No.:   23-10086-SLM<br><br>Chapter:   7<br><br>Hearing:   July 7, 2026<br><br>Judge:   Stacey L Meisel |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ■ Withdrawn

Matter: DE # 280, Motion for Relief from Stay, Filed on 05/26/2026

Date: 07/01/2026                    Signature: */s/ Nathalie C Rodriguez*

*rev.8/1/15*