UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, NJ  07631
(201) 871-1333
Counsel to Chapter 7 Trustee, Ilissa Churgin Hook
By:  Milica A. Fatovich
      mfatovich@norgaardfirm.com

In Re:

MICHAEL MOSHE COHEN,

                                    Debtor.

Case No.:  _____23-10086-SLM_____

Adv. Pro. No.:  _____

Chapter:  _____7_____

Subchapter V:    ❑ Yes  ☒ No

Hearing Date:  7/21/26@10:00 a

Judge:  _____Meisel_____

## ADJOURNMENT REQUEST

1.    I, _____Milica A. Fatovich, Esq._____,

      ☒  am the attorney for: _____Chapter 7 Trustee Ilissa Churgin Hook_____,

      ❑  am self-represented,

      and request an adjournment of the following hearing for the reason set forth below.

      Matter: _Trustee's R. 9019 Motion to Approve Settlement of Insurance Claim_____

      Current hearing date and time: _7/21/26 @ 10:00 am_____

      New date requested: _7/28/26 @ 10:00 am_____

      Reason for adjournment request: _Debtor pro se requested one-week adjournment to_____
      accommodate observance of religious holiday._____

2.    Consent to adjournment:

      ❑  I have the consent of all parties.   ☒  I do not have the consent of all parties (explain below):
      The Trustee's R. 9019 Motion is currently unopposed._____
      _____

I certify under penalty of perjury that the foregoing is true.

Date: 7/9/26 _____

/s/ Milica A. Fatovich, Esq. _____
Signature

**COURT USE ONLY:** _____

The request for adjournment is:

☒ Granted            New hearing date: 7/28/2026 at 10:00 a.m. _____     ❑ Peremptory

❑ Granted over objection(s)    New hearing date: _____     ❑ Peremptory

❑ Denied

**IMPORTANT: If your request is granted, you must notify interested parties**

**who are not electronic filers of the new hearing date.**

*rev.10/2021*

2