UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, New Jersey 07631
Telephone No. (201) 871-1333
Counsel to Ch. 7 Trustee Ilissa Churgin Hook
By:  Milica A. Fatovich, Esq.
     mfatovich@norgaardfirm.com

**In re:**

MICHAEL MOSHE COHEN,

                    **Debtor.**

**Order Filed on August 6, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Chapter 7 (Reconverted)

Hon. Stacey L. Meisel, U.S.B.J.

Case No. 23-10086(SLM)

Hearing Date: July 28, 2026 at 10:00 am

**REVISED ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a): (I) APPROVING SETTLEMENT OF CHAPTER 7 TRUSTEE'S INSURANCE CLAIM; AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED**.

**DATED: August 6, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 3
Case No.: 23-10086-SLM
Debtor: Michael Moshe Cohen
REVISED ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a): (I)
APPROVING SETTLEMENT OF CHAPTER 7 TRUSTEE'S INSURANCE CLAIM; AND (II) GRANTING
RELATED RELIEF

**THIS MATTER** having been brought before the Court by Ilissa Churgin Hook, the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Michael Moshe Cohen (the "Debtor"), by and through her counsel Norgaard O'Boyle & Hannon, upon motion for the entry of an Order approving a settlement of an insurance claim, under Claim No. 01-008-659911 (the "Trustee's Claim") relating to a fire on or about March 8, 2025 at the real property located at 7 Stanford Court, West Orange, New Jersey (the "Property"), previously property of the bankruptcy estate; in the total amount of $282,930.79 (the "Settlement Amount"), pursuant to Fed. R. Bankr. P. 9019(a) and granting related relief (the "Motion"); and the Court having considered the pleadings submitted, and the Objections by mortgage company U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates (the "Secured Creditor"), the Debtor and Nancy Cohen (collectively the "Objecting Parties"); and the Court having conducted a hearing and considered the arguments of the Debtor and counsel, and it appearing that good and sufficient notice having been provided to the Office of the United States Trustee, the Debtor, all creditors and other parties-in-interest as set forth in the Certification of Service filed with the Court; and for good cause shown, it is hereby

**ORDERED** that the settlement of the Trustee's Claim in the Settlement Amount total amount of $282,930.79, relating to the fire at the Property, which at the time of the fire was property of the bankruptcy estate, and related claims as to denial of insurance claim, is hereby approved; and it is further

Page 3
Case No.: 23-10086-SLM
Debtor: Michael Moshe Cohen
REVISED ORDER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a): (I)
APPROVING SETTLEMENT OF CHAPTER 7 TRUSTEE'S INSURANCE CLAIM; AND (II) GRANTING
RELATED RELIEF

**ORDERED** that the Trustee shall hold the Settlement Amount in her Trustee account

and shall not disburse any portion of the Settlement Amount without a further Order from this

Court; and it is further

**ORDERED that the rights of all parties, to the extent they have any, are
reserved; and it is further**

**ORDERED** that a true copy of this Order shall be served on all parties-in-interest within

seven (7) days of entry hereof.

**THE HONORABLE STACEY L. MEISEL MADE ALL ALTERATIONS CONTAINED HEREIN.**